UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN KERSHNAR,<br><br>      *Plaintiff,*<br><br>    v.<br><br>STEPHEN H. KOLISON, JR, in his individual capacity and his official capacity as the President of the State University of New York at Fredonia, and<br><br>DAVID STARRETT, in his individual capacity and official capacity as Executive Vice President and Provost of the State University of New York at Fredonia,<br><br>      *Defendants.* | Case No.: 1:23-cv-00525 |

## NOTICE OF AND MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a) and the Local Rules of this District, Plaintiff Stephen Kershnar moves this Court for a Preliminary Injunction barring Defendants, in their official capacities, as well as their officers, agents, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of the Order, from (a) barring Kershnar from teaching responsibilities due to his exercise of rights protected by the First Amendment; (b) initiating or threatening disciplinary action against Kershnar arising from his commentary on matters of public concern, including his appearances on the *Brain in a Vat* and *Unregistered* podcasts; or (c) enforcing the directive (reflected in letters to Kershnar dated February 3, 2022; August 24, 2022; September 9, 2022; and November 1, 2022) that Kershnar not "be on college property, or have contact with the campus community."

This Motion is based on all the files, records, and proceedings herein, including the accompanying memorandum of law, supporting declarations, and Verified Complaint. Plaintiff intends to serve and file reply papers in support of this Motion.

Plaintiff requests that the Court require no security because this Motion seeks to prevent ongoing and irreparable injury to his First Amendment rights and Defendants will suffer no injury from the issuance of a preliminary injunction.

Dated: June 12, 2023

Respectfully submitted,

/s/ Barry N. Covert

| | |
|---|---|
| Adam B. Steinbaugh* | Barry N. Covert, Esq. |
| CA Bar No. 304829 | LIPSITZ GREEN SCIME CAMBRIA LLP |
| FOUNDATION FOR INDIVIDUAL RIGHTS & EXPRESSION | 42 Delaware Avenue – Suite 120 |
| 510 Walnut St.; Ste. 1250 | Buffalo, New York 14202 |
| Philadelphia, PA 19106 | Phone: (716) 849-1333 |
| Tel:    (215) 717-3473 | Email: bcovert@lglaw.com |
| Fax:    (267) 573-3073 | |
| Email:  adam@thefire.org | |

Joshua T. Bleisch*
IN Bar No. 35859-53
FOUNDATION FOR INDIVIDUAL
RIGHTS & EXPRESSION
700 Pennsylvania Avenue SE
Suite 340
Washington, DC 20003
Tel:    (215) 717-3473
Fax:    (267) 573-3073
Email:  josh.bleisch@thefire.org

\* Applications for admission              *Counsel for Plaintiff*
*pro hac vice* admission pending.