*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 3

screenshot-www.fredonia.edu-2023.05.12-09_33_34
https://www.fredonia.edu/academics/colleges-schools/college-liberal-arts-sciences/philosophy/faculty/Stephen-Kershnar
12.05.2023

INFO FOR ▼ | MY.FRED   NEWS   EVENTS   ALUMNI   GIVING

About   Academics   Admissions & Aid   Student Life   Athletics

Academics ▶ Colleges and Schools ▶ College of Liberal Arts and Sciences ▶ Department of Philosophy ▶ Philosophy Faculty & Staff ▶ Dr. Stephen Kershnar

# Dr. Stephen Kershnar

Stephen Kershnar is a distinguished teaching professor in the philosophy department at the State University of New York at Fredonia and an attorney. He focuses on applied ethics and political philosophy. Kershnar has written one hundred articles and book chapters on such diverse topics as abortion, adult-child sex, hell, most valuable player, pornography, punishment, sexual fantasies, slavery, and torture. He is the author of ten books, including *Desert Collapses: Why No One Deserves Anything* (2021), *Total Collapse: The Case Against Morality and Responsibility* (2018), and *Abortion, Hell, and Shooting Abortion-Doctors: Does the Pro-Life Worldview Make Sense?* (2017).

## Teaching Interests

1. Applied Ethics (Abortion, The Good, Torture) Property Rights, The Good, and Torture)

2. Metaphysics (Metaphysics and Autonomy)

3. Philosophy of Law (Philosophy of Law, Philosophy of Civil Law, and Philosophy of Criminal Law)

4. Political Philosophy (Political Philosophy, Distributive Justice, Property Rights, and Libertarianism)



**Dr. Stephen Kershnar**
Distinguished Teaching Professor
Fenton Hall 2110 Fenton Hall
(716) 673-3839

Stephen.Kershnar@fredonia.edu

## Research Interests

Applied Ethics, Philosophy of Law, Political Philosophy



280 Central Ave.
Fredonia, NY 14063
716-673-3111
Contact Us
Maps & Directions

About
Academics
Admissions & Aid
Student Life
Athletics

Bookstore
Faculty/Staff Directory
Emergencies & Closings
Reed Library
Send us web feedback

Campus Safety Report
Diversity & Inclusion
Jobs at Fredonia
Non-Discrimination Statement

Logins
Email
fredPASS
OnCourse
Starfish
YourConnection

Tracker

Answers

Drupal Login

Drupal Help

Copyright © 2023 by State University of New York at Fredonia

Privacy Information

