*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 4



**FREDONIA**

News & Events ▶ SUNY Fredonia trio wins prestigious Chancellor's Awards for Excellence

# SUNY Fredonia trio wins prestigious Chancellor's Awards for Excellence

**FRIDAY JUNE 3, 2011**     Michael Barone



*From left, Lt. Clifton Wheeler, Dr. Kathleen Gradel and Dr. Stephen Kershnar have been honored with the 2011 Chancellor's Awards for Excellence.*

The Chancellor's Award for Excellence, a statewide honor that recognizes superior professional achievement throughout the State University of New York system, has been awarded to three members of SUNY Fredonia who collectively have served the campus for more than 40 years.

Dr. Stephen Kershnar, a member of the Philosophy Department since his arrival on campus in 1999, has received the Chancellor's Award for Excellence in Scholarship and Creative Activities.

Dr. Kershnar has established a reputation as one of the most prolific authors on campus, having published four books and written dozens of articles for highly selective journals and book chapters and also presented in numerous conferences and philosophical forums. His works cover a wide spectrum, including politics, ethics, religion, law and sports. He is known for promoting unpopular or previously ignored positions that often leads those who disagree with him to sharpen their own views when reacting to his reasoning.

This is the fourth major honor bestowed upon Kershnar, a past recipient of the Robert W. Kasling Award (2008), William T. Hagan Award (2003), and Chancellor's Award for Excellence in Teaching (2001-2002).

Before joining SUNY Fredonia, Kershnar taught at Wayne State University in Detroit, Mich., and Creighton University School of Medicine and College of Arts and Sciences in Omaha, Neb. He also practiced law in Lincoln, Neb. He earned an undergraduate degree in Psychology from Cornell University, studied at Oxford University, and holds a J.D. from the University of Pennsylvania School of Law and a doctorate from the University of Nebraska.

Dr. Kathleen Gradel, a member of the Language, Learning & Leadership department within the College of Education since 2002, has received the Chancellor's Award for Excellence for Teaching.

Dr. Gradel utilizes a broad base of knowledge, drawing from her own expertise in various subdisciplines, to develop learning experiences that are unique and creative for undergraduate and graduate students. She designs courses and assignments that are both challenging and meaningful, engaging and exciting, and has co-taught several courses with COE colleagues. She is renowned for her mastery of her subjects and considered highly approachable and accessible by students.

Gradel was instrumental in organizing the highly informative "brown bag" lunch meetings that draw together faculty from the College of Education to foster cross-department interactions. She is also a regular presenter at state, national and international conferences devoted to teaching and learning.

She is the co-investigator and project manager for Collaboration Quality Instructional Outcomes Project, a $6 million program designed to spur improved

teaching and leadership skills in the areas of mathematics and learning within Dunkirk, Fredonia, Jamestown and Southwestern school districts.

Gradel has an undergraduate degree in Special Education, with certification in Mental Retardation K-12; a master's degree in Special Education, with certification in Emotional Disturbance/Behavior Disorders K-12; and a doctorate in Special Education/Severe Disabilities, with minors in Early Childhood; Evaluation; and Developmental Psychology – all from the University of Virginia.

Prior to joining SUNY Fredonia, Gradel taught at Buffalo State College.

Lieutenant Clifton Wheeler, a member of University Police who has earned praise from fellow officers as well as from area law enforcement agencies, is the first Fredonia officer to receive the Chancellor's Award for Excellence in Classified Service.

Prior to joining SUNY Fredonia in 1994, Lt. Wheeler served as a police officer at Buffalo State College and an officer at Gowanda Psychiatric Center. He quickly earned the respect of fellow officers on campus due to his high degree of fairness and honesty, and quickly gained a reputation for being meticulous in his patrol work. He was promoted to lieutenant in 2002. He manages and trains University Police officers in the New York State Crime Computer, LIVESCAN electronic fingerprinting system and the Cooper Notification System. He is certified as an instructor in firearms, lawful use of force, counterterrorism and general topics, and is certified in crime scene investigations, level 2 fingerprint specialist and accident investigations.

Local law enforcement agencies, including the New York State Police, also recognize his professionalism, work ethic and knowledge of the criminal justice system, and frequently ask Wheeler to assist in their investigations.

Wheeler is also an excellent marksman, winning one gold and three silver medals in the sharp shooting competition during the 2008 North American Indigenous Games. He remains active in sports.

An advisor to the Criminal Justice Club, Wheeler recognized the need for a scholarship to support Criminal Justice majors and organized a golf tournament to raise the needed funds.

Wheeler attended Niagara University, Haskell Indian Nations University and University of Colorado at Boulder, as well as D'Youville, Buffalo State College and the University of Buffalo.

Academics    Faculty    Home        Share

## You May Also Like



### The Opera Journal to publish Vanwesenbeeck analysis, translation of Pacini's 'Saffo'

**MONDAY JUNE 5, 2023**
**Marketing and Communications staff**

English Associate Professor Ici Vanwesenbeeck's article, "Early Libretto Writing Tradition in the Ottoman



### Smith named Honors 'Student of the Month' for May

**MONDAY MAY 15, 2023**
**Marketing and Communications staff**

Anne Smith, a junior double major in English and Computer Science with a Creative Writing minor, has received the



### Student research reigns supreme at annual OSCAR Expo

**FRIDAY MAY 12, 2023**
**Roger Coda**

The spotlight shined brightly on students and their research and creative projects that spans SUNY Fredonia's academic divisions – Business; Education, Health Sciences and Human Sciences; Music and Liberal Arts and Sciences – at the annual OSCAR

Empire (1839–1861): The Handwritten Copy of Pacini's Saffo," has been accepted for publication in The Opera Journal's Autumn/Winter 2023 issue.

thank you, received the May 2023 Honors Student of the Month Award.

Student Research and Creativity Exposition.

**ALL NEWS**

FREDONIA
STATE UNIVERSITY OF NEW YORK

280 Central Ave.
Fredonia, NY
14063
716-673-3111

Contact Us

Maps & Directions

About

Academics

Admissions & Aid

Student Life

Athletics

Bookstore

Faculty/Staff Directory

Emergencies & Closings

Reed Library

Who do I call for … ?

Campus Safety Report

Diversity & Inclusion

Jobs at Fredonia

Non-Discrimination Statement

Send us web feedback

Logins

Email

FREDLearn

fredPASS

Starfish

YourConnecti

Tracker

Answers

Drupal Login

Drupal Help

Copyright © 2023 by State University of New York at Fredonia

Privacy Information

