*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 6

# Apple Podcasts Preview



## Unregistered with Thaddeus Russell
Thaddeus Russell

Education

★★★★☆ 4.4 • 664 Ratings

[Listen on Apple Podcasts ↗]

**200 episodes**

**MAY 7, 2023**
### Unregistered 252: Glenn Diesen
I was joined by Glenn Diesen, a leading scholar of Russian foreign policy and geopolitics and one of a tiny few who oppose US and NATO support for Ukraine, to discuss the long history of Russophobia, the irrational fear and hatred of Russia that has driven western policies in Eurasia from the time of…

▶ PLAY   1 hr 37 min

**APR 25, 2023**
### Unregistered 251: Jake Werner
As news came out that a Congressional committee recently simulated war with China, I sat down with Jake Werner, the chief China expert at the Quincy Institute for Responsible Statecraft, to examine his argument that the Chinese Communist Party poses no threat to Americans. Tickets on sale for the…

▶ PLAY   1 hr 49 min

**APR 9, 2023**
### Unregistered 250: Per Rudling
For our course at Unregistered Academy on the history of the relationship between the US and Ukraine, I conducted an interview with Professor Per Rudling of Lund University in Sweden, whose unpublished work on the decades-long collaboration between the CIA and Ukrainian Nazi…

▶ PLAY   1 hr 32 min

**MAR 31, 2023**
### Unregistered 249: AMA
In this long overdue Ask Me Anything edition of Unregistered, I answer questions from Patrons of the show about the politics of self interest, the perennial appeal of Ayn Rand, Christian ethics in left-wing politics, why conservatives don't like women's freedom, the problems with evolutionary psychology,…

▶ PLAY   1 hr 30 min

**MAR 24, 2023**
### Unregistered 248: Norman Finkelstein
Since 2007, Norman Finkelstein has been blacklisted from academia and considered a pariah among the liberal establishment for his fierce criticism of the state of Israel and what he calls "the Holocaust industry." He joined me to discuss his new book, I'll Burn That Bridge When I Get To It, which is an…

▶ PLAY   1 hr 36 min

**MAR 17, 2023**
### Unregistered 247: Christian Parenti
I met with author and investigative journalist Christian Parenti to discuss the leftist critique of the deep state. Go to https://www.magicmind.co/unregistered and get 40% off your MAGIC MIND subscription for the next 10 days with my code UNREGISTERED20 Become a PATRON OF…

▶ PLAY   1 hr 18 min

**Show 10 More Episodes**

© Thaddeus Russell

---

## Customer Reviews                                         See All

**4.4 out of 5**     664 Ratings

### Glenn Diesel
**Evan Stevoid, 05/07/2023**
You are calling out propaganda, but some of what you claim is also propaganda.

The reality is that both Russia and the US… more

### A different take on topics
**dougitect, 05/02/2023**
It's hit of miss with his guests and topics, but the good ones are really interesting.

### Woodhouse interview
**Libertyburro, 09/27/2022**
I love it, a discussion on drug addiction, including fentanyl obviously, and this "expert", who's really just a run of the mill drug warrior, doesn't mention methadone, Suboxone o… more

## Top Podcasts In Education

See All

 **The Mel Robbins Podc...**
Mel Robbins

 **The Jordan B. Peterso...**
Dr. Jordan B. Peterson

 **Today's Tips from AARP**
AARP

 **Aware & Aggravated**
Leo Skepi

 **You Need to Hear This...**
iHeartPodcasts

 **Duolingo Spanish Pod...**
Duolingo

## You Might Also Like

See All

 **The Pete Quinones ...**
Peter R Quinones

 **Subversive w/Alex Kas...**
Alexandra Kaschuta

 **"YOUR WELCOME" wi...**
PodcastOne

 **Scott Horton Show - J...**
Scott Horton

 **The Tom Woods Show**
Tom Woods

 **Liberty Lockdown**
Liberty Lockdown Podc...

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2023 Apple Inc. All rights reserved.   Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map       Choose your country or region