*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 7

Page 1

----------------------------------------

IN RE: PODCAST TRANSCRIPT

----------------------------------------

AUDIO TRANSCRIPTION

LENGTH OF AUDIO FILE: 2:13:39

UNREGISTERED PODCAST

EPISODE 143: STEPHEN KERSHNAR

MAGNA LEGAL SERVICES

320 West 37th Street, 12th Floor

New York, New York 10018

(866)624-6221

Reported by:  Marissa Mignano

Job Number:   974466



Page 2

 1        Episode 142: Stephen Kershnar

 2        THADDEUS RUSSELL:  I am very proud

 3    to announce that the new sponsor for

 4    Unregistered is Headspace, a company

 5    that has changed my life over the last

 6    six years.

 7        Now, life can be very stressful

 8    under normal circumstances, but 2020 has

 9    probably been the most stressful year in

10    the lives of most of us.  Right now,

11    though, you can get a free one month

12    trial membership by going to

13    Headspace.com/Renegade.

14        Hey everybody, I have a couple of

15    announcements to make that I think a lot

16    of you will want to hear.  First of all,

17    you have to check out what's going on at

18    Renegade University right now.  We have

19    some webinars coming up that I think

20    most of our listeners will really be

21    interested in.

22        First of all, with James Lindsay,

23    I am co-teaching a course in January

24    called Postmodernism, Critical Theory

25    and American Politics.  We already have



Page 3

```
 1        Episode 142: Stephen Kershnar
 2     had many people sign up for this counsel
 3     and we might have to cap it pretty soon.
 4     So go to Renegadeuniversity.com and sign
 5     up if you're interested in that course.
 6     It'll be a three-week webinar, the first
 7     three Tuesdays in January at 5:30 p.m.
 8     Pacific, 8:30 Eastern.
 9          So again, it's filling up fast and
10     we will have to put a limit on it
11     eventually.  So please go get those
12     tickets if you're interested.
13          The other one that I think also
14     will probably sell out, we just put up
15     on sale.  I'm going to be a student in
16     it because I'm so excited by it.  I wish
17     we had had courses like this when I was
18     in college, and this is actually one of
19     the reasons I started Renegade
20     University, is to have courses like
21     this.  Taught by Kamasi Hill, who just
22     recently co-taught with me, Talkin'
23     Shit:  The History of African American
24     Culture, which was an amazing success,
25     just a tremendous time had by all.  It
```



MAGNA
LEGAL SERVICES

Page 4

```
 1        Episode 142: Stephen Kershnar
 2    was so successful, so popular, that we
 3    decided to do whole spin off series.  So
 4    there will be Talkin' Shit subseries
 5    taught by Kamasi and/or me.  The first
 6    one is on the history of hip hop.
 7    Kamasi will be teaching this one.  It'll
 8    be meeting over three weeks, beginning
 9    in late January, January 26, February 2,
10    February 9; same times, 8:30 p.m.
11    Eastern, 5:30 Pacific.
12        For those of you who haven't taken
13    Talkin' Shit yet or haven't seen Kamasi
14    on Are You Live or on Unregistered, he
15    is just, bar none, the greatest teacher
16    of the history of American pop culture
17    I've ever come across.  And that's why I
18    hired him to do this job.  He's
19    phenomenal.
20        So go to Renegadeuniversity.com,
21    look for those two webinars coming up.
22    I'm sure, like -- as I said, many of you
23    will be interested in those and sign up
24    as soon as you can because we will be
25    putting limits on them.  We don't want
```



 1      Episode 142: Stephen Kershnar
 2      to have too many people because we want
 3      to enable there to be a lot of
 4      conversation.  So go do that.
 5           The second announcement, very
 6      important.  If you're in the Seattle
 7      area on December 5, I will be giving the
 8      keynote speech at the Libertarian Party
 9      of King County Annual Holiday Party.
10      It's a 6:00 on that Saturday.  Go to
11      lpkingcounty.com to get more information
12      and to get your tickets, and I hope to
13      see you there.
14           All right.  Let's start the show.
15           This is the Unregistered Podcast.
16      And I'm Thaddeus Russell.  This is a
17      show about ideas, people, and behaviors
18      that are considered inappropriate, out
19      of bounds, or beyond the pale.  The
20      things you're not supposed to talk about
21      if you're a school teacher, a college
22      professor, a businessman, a politician,
23      a parent, a neighbor, or even a podcast
24      host.  These are the things you're not
25      supposed to say or even think if you're



Page 6

```
1        Episode 142: Stephen Kershnar
2     a good liberal, a good conservative, or
3     a good citizen.
4           Each week I'll interview a person
5     who has something bad to say.  They
6     might be a journalist or a professor.
7     They might be a porn star or a drug
8     dealer.  They might just be an ordinary
9     person with an ordinary job who doesn't
10    care about the rules of polite society.
11          I'm not interested in breaking the
12    rules just to be a troublemaker.  I'm
13    interested in people who break the rules
14    of conventional thought and to expand
15    the scope of what is possible to say in
16    our society.  I'm interested in people
17    who make me think.
18          My guest this week is a professor
19    of philosophy at the State University of
20    New York at Fredonia.  He's the author
21    of nine books, all of which would make
22    your grandmother freak right out.  He
23    has argued that we shouldn't be grateful
24    for our veterans.  That the pro-life
25    movement, if it were logically
```



MAGNA
LEGAL SERVICES

```
 1      Episode 142: Stephen Kershnar
 2      consistent, would be killing lots of
 3      people every day.  He has argued against
 4      morality and responsibility and in
 5      defense of adult child sexual
 6      relationships.  He's a man after my own
 7      heart.  And this is my interview with
 8      Stephen Kirschner.
 9           I am joined from Fredonia, New
10      York, by, I think, possibly the most
11      Renegade philosophy professor in the
12      country, maybe in the world, a guy I
13      discovered a while ago.  I didn't tell
14      you this, Steve, but someone, I think a
15      philosophy professor told me that I
16      should have you on my show because he is
17      so unregistered and so Renegade,
18      perfect.  And he says all these wild
19      things.  And I said, like, what?  Well,
20      here's the title of some of his books.
21      And you've written four books -- nine
22      books.  I'm sorry, nine books.  Just
23      four of them are titled The Case Against
24      Morality and Responsibility, Abortion
25      Hell and Shooting Abortion Doctors, Does
```



1        Episode 142: Stephen Kershnar

2      The Pro Life Worldview Make Sense -- and

3      we'll get into that argument, too.

4            Then this one, you got into quite

5      a bit of heat over, of course, Adult

6      Child Sex:  A Philosophical Defense,

7      Steve.  And then -- and then, just

8      because you wanted to make Americans,

9      like, hate you completely, you wrote a

10     book called Gratitude Toward Veterans:

11     A Philosophical Explanation of Why

12     Americans Should Not be Very Grateful To

13     Veterans.

14            So you are a philosopher after my

15     own heart in many ways.  Although I know

16     that you make some arguments that I

17     don't like politically, or I should say

18     are not consistent with my politics, but

19     some that very much are, and even there

20     they're complicated.

21            You make arguments.  The titles

22     tell people right away these are super

23     provocative, super controversial, but

24     you make the arguments in very academic,

25     scholarly, philosophical terms.  You



```
 1        Episode 142: Stephen Kershnar
 2     make very rigorous arguments.  And some
 3     of them will be hard to understand for
 4     the lay audience, and including me, by
 5     the way.  I've taught philosophy, but I
 6     don't really have a rigorous formal
 7     training in it.  And we talked before we
 8     started this that you're going to need
 9     to present these in layman's terms.  But
10     this is all completely fascinating and
11     relevant.  It in a lot of ways, and I
12     think the audience is going to love it.
13          So why don't we just go through.
14     Where do you want to start?  Which book
15     do you want to defend first?
16          STEPHEN KERSHNAR:  Let's start
17     with the abortion book, actually.  I
18     think that's --
19          THADDEUS RUSSELL:  Okay.  Cool.
20     Yeah.  So what is the argument in your
21     book on abortion?
22          STEPHEN KERSHNAR:  So my argument
23     on the book of abortion is that the kind
24     of standard pro-life view is not
25     internally consistent.
```



```
 1          Episode 142: Stephen Kershnar
 2              And I'll just give you a few
 3       examples.  There's kind of like four or
 4       five ways you can kind of see it.  One
 5       is that in general, the pro-life forces
 6       do not believe that women who procure an
 7       abortion should be convicted of first
 8       degree murder, for example.  But yet
 9       they seem to think that the fetus has
10       the status of a person.  It's a little
11       hard to see how you fit those together.
12              THADDEUS RUSSELL:  Right.
13              STEPHEN KERSHNAR:  They also often
14       argue that it's not okay to assassinate
15       abortion doctors on the way to the
16       abortion clinic.  And yet, given their
17       view of the fetus as morally equivalent
18       to a child, it's a little hard to see
19       why that would not be the case.  I mean,
20       for example, if you had a Nazi death
21       camp, Auschwitz, and you had one of the
22       executioners, the person who sort of
23       drops in the Zyklon B, the only person
24       can activate it and drop it in on the
25       way to work.  It's not clear why it
```



1        Episode 142: Stephen Kershnar

2        would be wrong to execute them.  If you

3        can't execute them in the camp, execute

4        them on the way to camp.  And yet they

5        seem to think, well, it's not okay to

6        assassinate abortion doctors.  It's a

7        little hard to see what the

8        inconsistency is.

9            When it comes to -- when you link

10       the pro-life view with the religious

11       views, you get odd results in the

12       following way.  We often think, for

13       example, that, well, at least Catholic

14       Church is open to it.  And it makes

15       sense that if you thought the fetus was

16       a person and you killed the fetus, the

17       fetus would go to heaven, or at the very

18       least, it would not go to hell.  And if

19       you allow your fetus to develop into an

20       individual, there's a chance, perhaps a

21       significant chance, that the fetus will

22       develop into a person, which will

23       eventually go to hell.  It's too big a

24       risk to take.  I mean, why would anyone

25       take that risk?  You'd never take the



Episode 142: Stephen Kershnar

```
 1          Episode 142: Stephen Kershnar
 2     risk of your child being brutalized by a
 3     gang or dying in a fiery car accident if
 4     a bridge was out.  And yet the threat
 5     here, if you believe these rigid
 6     tenants, is far greater.  I mean, you're
 7     risking hell, which is an infinite
 8     amount of suffering.  It might be as
 9     much suffering as direct victimization.
10     It certainly lasts a lot longer.  Why
11     would you ever take that risk?  It
12     doesn't seem to be an adequate answer to
13     any of these cases.
14          So it's unclear whether this view
15     hangs together.  I claim that it
16     doesn't.  I claim it's inconsistent.
17     And again, you can just see this with,
18     like, the first degree murder.
19          I'll give you one more example,
20     which is that people get very upset when
21     they see someone drinking or smoking --
22     when a pregnant woman drinking or
23     smoking, saying, look, you're going to
24     damage that fetus, yet they don't get
25     upset, the same people don't get
```



1      Episode 142: Stephen Kershnar

2      anywhere as near upset when they find

3      that someone has aborted their fetus.

4           Well, it's an odd view, right,

5      that it's not okay.  It's upsetting if

6      you damage your fetus, but if you on the

7      pro-life account, slaughter your fetus,

8      that's okay.  Well, standardly

9      slaughtering the individual is worse

10     than maiming the individual.  So it's a

11     little hard to see what would explain

12     those attitudes.  So I claim in all four

13     cases, these attitudes are just

14     inconsistent and they do not have a way

15     of escaping.

16          THADDEUS RUSSELL:  Whoa.  Okay.

17     Dig it.  Yes, I like it.

18          Yes.  I recently reckoned with the

19     fact that I had heretofore not

20     acknowledged, I think, because I grew up

21     in ultra liberal, ultra feminist

22     environments, which is that pro-life

23     people -- well, maybe you just made an

24     argument against this, but the pro-life

25     people really believe that this thing is



Page 14

```
 1        Episode 142: Stephen Kershnar
 2     murder.  The way that liberals and
 3     feminists talk about it, pro-choice
 4     people talk about it.  The pro-life
 5     argument is simply a front for misogyny.
 6     It's like the Trojan horse for some
 7     anti-woman agenda, right.  That the
 8     reason people oppose abortion is because
 9     they really hate women and they want to
10     restrict the freedom of women.  But it
11     occurred to me, and I sort of was
12     listening more closely to pro-life
13     people, and it just dawned on me, like,
14     oh my gosh, of course they think it's
15     murder.  But then -- you're right.  I
16     noticed that they weren't calling for
17     capital punishment or even putting women
18     in prison, right, for getting an
19     abortion, or doctors, for that matter,
20     except for -- I actually will say this:
21     Kevin Williamson, who's a writer for the
22     National Review, has been on the show.
23     I'm pretty sure he made the argument
24     that we should at least consider capital
25     punishment for people who get abortion.
```



Page 15

```
 1        Episode 142: Stephen Kershnar
 2      So that would be consistent, right?
 3           STEPHEN KERSHNAR:  Yes.  I would
 4      be minus the problem, the heaven and
 5      hell problem.
 6           THADDEUS RUSSELL:  Yes.
 7           STEPHEN KERSHNAR:  I should also
 8      mention one other problem I have in
 9      addition to the ones I've mentioned.
10      They have a metaphysical problem as
11      well, in that when they say, well, why
12      is it right after conception, you have
13      the person's present, usually their view
14      is some sort of biological account, an
15      animalist account in particular.  They
16      think that it's an organism at that
17      point in time.  After conception, you
18      have an organism, and then once the
19      organism exists, the person exists.
20      Even though the organism doesn't yet
21      have a brain, there's no consciousness.
22      The organism exists.  So they think,
23      okay, all right.  So you're able to
24      follow that you're like a person is an
25      organism, and then you say, but you
```



Page 16

```
 1       Episode 142: Stephen Kershnar
 2    believe in heaven and hell, and in
 3    heaven and hell, the organism is long
 4    gone.  In fact, we can see the dead and
 5    rotting organism in the grave.
 6            So how is it that you used an
 7    organism view to explain why early
 8    abortions are wrong and then you reject
 9    it when you tell us about your religious
10    views.  So yeah, I think you're right.
11    So even if they can get around the
12    notion that we shouldn't charge women
13    with murder and that there really is
14    nothing wrong with executing abortion
15    doctors, there's still these other
16    problems.
17            THADDEUS RUSSELL:  Yeah, so are
18    you -- I know this is not the question
19    you're addressing, but it has to be
20    raised in your mind, in other people's
21    minds.  Does this suggest to you that
22    they don't fully, deeply believe what
23    they're saying?
24            STEPHEN KERSHNAR:  So,
25    psychologically, I don't think that's
```



Page 17

```
 1       Episode 142: Stephen Kershnar
 2     the case.  I just don't think that their
 3     views hang together and they don't want
 4     to face the fact that they don't -- they
 5     contradict one another.
 6           THADDEUS RUSSELL:  Oh, I see.
 7           STEPHEN KERSHNAR:  So I think they
 8     actually do believe it, and I think they
 9     have -- but for these contradictions,
10     the rest of the systems hold together.
11     It's just that these are fairly
12     troubling contradictions.
13           THADDEUS RUSSELL:  Well, yeah.  So
14     if you take it to its logical
15     conclusion, I agree with you and
16     completely pro-life people should be
17     shooting abortion doctors.
18           STEPHEN KERSHNAR:  Right.  And at
19     the very least, they should say there's
20     nothing wrong with it if others want to
21     do it.
22           THADDEUS RUSSELL:  Absolutely.
23           STEPHEN KERSHNAR:  Look, we would
24     have no problem if, in World War II, the
25     Jewish Resistance were assassinating
```



Page 18

```
 1        Episode 142: Stephen Kershnar
 2     executioners at Dachau or Treblinka.
 3          THADDEUS RUSSELL:  Yeah, of
 4     course.
 5          STEPHEN KERSHNAR:  But the numbers
 6     here are staggering.
 7          THADDEUS RUSSELL:  These are mass
 8     murderers, we're talking about.
 9          STEPHEN KERSHNAR:  Right.  I mean,
10     we're talking 40 million or more
11     abortions since Roe -- I mean, Roe v.
12     Wade.  Yeah.  If it really had the same
13     degree of wrongness as killing an
14     infant, it's hard to see why you
15     wouldn't tolerate violence in others,
16     think it permissible and think the
17     people who solicited the lethal
18     slaughter -- slaughter why they
19     shouldn't be severely punished.
20          THADDEUS RUSSELL:  If you believe
21     it's murder.  And by the way, I'm
22     agnostic on that because I don't think
23     you can prove or disprove it.  Right.
24     You can't ask a fetus -- no one's ever
25     asked a fetus what they think about
```



Page 19

```
 1      Episode 142: Stephen Kershnar
 2     this, or no one's ever determined one
 3     way or the other that it's murder or
 4     not.  But if you do believe it's murder.
 5     I don't think there's a single person in
 6     prison anywhere in the world who's
 7     killed as many people as your average
 8     abortion doctor.
 9          STEPHEN KERSHNAR:  I think that's
10     right.  And even when you look at some
11     the leading American serial killers like
12     Gary Ridgeway, I mean, he hasn't come
13     close to this.
14          I actually disagree with you.  I
15     do think there's a right answer to
16     whether or not abortion is permissible,
17     leaving aside the problems, because I
18     think it's the kind of sort of Judith
19     Jarvis Thompson argument that it's the
20     woman's body and therefore that even if
21     the fetus were a person, it's a case of
22     a trespasser.  But leaving that aside,
23     whether or not the pro-choice argument
24     holds up point is the pro-life position
25     has blatant inconsistencies built into
```



Page 20

```
 1       Episode 142: Stephen Kershnar
 2    it, especially when you combine them
 3    with the religious framework that often
 4    accompany them.
 5         THADDEUS RUSSELL:  We should have
 6    millions of women in prison or executed
 7    by the state already and all the doctors
 8    should absolutely be put to death.
 9    These are mass murderers.  And that's
10    what if you believe it's murder, that's
11    powerful.
12         I mean, that's something that I
13    would think pro-choice people should be
14    using against pro-life people often.
15    But they don't use that argument.
16         STEPHEN KERSHNAR:  No, they don't.
17    And I think one of the reasons why is
18    they don't really want to grant the
19    pro-life position that the fetus is a
20    person instead of saying let's grant you
21    your position and then go with it.
22         THADDEUS RUSSELL:  Right.  What
23    were you saying about the pro-life -- I
24    mean sorry, the pro-choice position,
25    what are the problems with that?
```



```
 1        Episode 142: Stephen Kershnar
 2            STEPHEN KERSHNAR:  So I think that
 3        the pro-choice position is true and I
 4        think there's two assumptions which
 5        underlie it.  The first assumption is
 6        that the fetus simply does not have a
 7        right to be inside the woman.  In the
 8        case of an unwanted pregnancy, she never
 9        granted permission for the fetus to be
10        inside of her.  For example, in case of
11        failed contraception, in the case of
12        rape, even if she did grant the fetus
13        permission to be inside of her, let's
14        say she intentionally got pregnant, you
15        can withdraw consent just like you can
16        withdraw consent to sex.  You can
17        withdraw consent to someone being in
18        your house.  You can withdraw consent to
19        someone being in your body.  So in that
20        sense, I think the fetus does not have a
21        right to be inside the woman, at least
22        when the fetus is unwanted.  Then the
23        issue arises -- and this is where I
24        really think the action is.  I don't
25        think that there's too strong an
```



Page 22

```
 1        Episode 142: Stephen Kershnar
 2     argument the fetus has a right to be
 3     inside a woman.  I think the real action
 4     is whether or not abortion involves too
 5     much force.  That is, we normally don't
 6     think to get someone out of your
 7     apartment that you can use lethal force.
 8          Now, my view is because it's a
 9     bodily invasion and we can use lethal
10     force to prevent a new or an ongoing
11     bodily invasion, it's not too much
12     force.  So I think we can show that it's
13     not too much force.  But at least we
14     know where the action is, right, is it
15     too much force?
16          I'll just give an example of why
17     we would think it's not too much force.
18     Let's say, again -- I'm going to use the
19     Nazi example.  Let's say that you had a
20     young woman in one of these Nazi death
21     camps, and the Nazi authority said,
22     look, we're going to give you one of two
23     options.  You can either have sex with
24     one of the officers running the camp, or
25     you can carry one of the Nazi couple's
```



Page 23

```
1        Episode 142: Stephen Kershnar
2     children, for whatever reason, they're
3     unable to carry the fetus to term.  It
4     seems reasonable, at least some of these
5     women would say, well, look, I'd rather
6     have sex than carry the fetus.  Yet the
7     sex is the moral equivalent of rape, and
8     you can use lethal force to prevent
9     rape.  If you can prevent -- use lethal
10    force, prevent rape, and this other
11    thing, an unwanted bodily invasion by
12    fetus, is worse than rape, then it
13    follows that you can use lethal force to
14    prevent that.  So that's why I don't
15    think it's too much force, but at least
16    that's where I think the action is.
17         THADDEUS RUSSELL:  Okay.  Unwanted
18    bodily invasion.  My goodness.  So
19    you're comparing a fetus to a burglar
20    who breaks into your house?
21         STEPHEN KERSHNAR:  Yes.  Or
22    someone who imagine a man having sex
23    with a woman, and she says, you know
24    what, I agreed to have sex initially,
25    but I've changed my mind, you need to
```



Page 24

1       Episode 142: Stephen Kershnar

2       stop.  If he goes on for an hour or

3       more, I think she can use lethal force

4       to make him stop.

5           THADDEUS RUSSELL:  Okay.

6           STEPHEN KERSHNAR:  Even though she

7       had initially granted permission, she

8       can withdraw permission, right.

9           THADDEUS RUSSELL:  Right.

10          STEPHEN KERSHNAR:  Why?  Because

11      it's such a severe trespass upon her

12      rights.  And again, it's hard to see why

13      a nine month unwanted fetus in the

14      woman's body isn't as least a severe

15      trespass as someone who's continued

16      on -- a male who continues on with sex

17      even after permission has been

18      withdrawn.

19          THADDEUS RUSSELL:  Okay.  What if

20      it's a wanted pregnancy?

21          STEPHEN KERSHNAR:  So if the

22      wanted pregnancy, then the fetus has a

23      right to be there.  If the woman changes

24      her mind, then it's similar to the case

25      in which a woman agrees to have sex with



Page 25

1        Episode 142: Stephen Kershnar
2        a man and then says, I actually have
3        changed my mind, withdraw my consent.
4               THADDEUS RUSSELL:  So it would be
5        murder then, to you, if it's a wanted
6        pregnancy that's terminated?
7               STEPHEN KERSHNAR:  So I actually
8        don't think the individual begins to
9        exist until the individual has a brain
10       and perhaps a functioning brain.
11              THADDEUS RUSSELL:  Okay.
12              STEPHEN KERSHNAR:  But leaving
13       that aside, given that the pro-life
14       deposition that the individual starts a
15       conception, I think there it's still --
16       it would not be murder unless the woman
17       wants it and someone else were to kill
18       it.
19              THADDEUS RUSSELL:  Okay.  And how
20       has this been received?
21              STEPHEN KERSHNAR:  Well, I gave
22       the talk at the Society for Christian
23       Philosophers in Niagara, at Niagara
24       University, and then again at
25       Minneapolis, and the general consensus



Page 26

```
 1        Episode 142: Stephen Kershnar
 2    was something like the following:  Well,
 3    there's something wrong about it.  We're
 4    not quite sure what it is, but there's
 5    something wrong about it.  So that's --
 6        THADDEUS RUSSELL:  They need to
 7    start locking up people and killing
 8    people.  That's what's wrong.  It's that
 9    simple, right?  I mean --
10        STEPHEN KERSHNAR:  Well, actually,
11    on that issue so I have a number of
12    friends who are pro-life with excellent
13    philosophers, and I asked them, so I
14    asked them individually for my former
15    colleague Dale Tugfield.  So I asked
16    them, so what's wrong with shooting and
17    killing abortion doctors?  Now, some of
18    them said, well, there's really nothing
19    wrong with it, but it's a bad strategy.
20    We want to win the hearts and minds of
21    the American people, and we're not going
22    to win the hearts and minds.  So they're
23    like, yeah, it's just not a great
24    strategy.  And others said, well, you
25    know what?  Don't quote me on this, but
```



Page 27

```
 1      Episode 142: Stephen Kershnar
 2      I really can't see what's wrong with it.
 3           THADDEUS RUSSELL:  Of course.
 4           STEPHEN KERSHNAR:  So there was
 5      only a couple, most notably David
 6      Hershenov at the University of Buffalo
 7      and Phil Reed at Canisius, who said,
 8      well, among other things, it's not as
 9      great a wrong as murdering an infant
10      because there is a bodily invasion
11      element.  So the bodily invasion element
12      adds a partial, but not entire
13      justification to it, or it's a partial
14      excuse for it.
15           THADDEUS RUSSELL:  Right.
16           STEPHEN KERSHNAR:  Now, I don't
17      think this works, but at least they had
18      an argument, right?  They tried to say,
19      look, it's less of a wrong than
20      murdering an infant.  And so they tried
21      to sort of get around it, and that was
22      the best response I got.  But a lot of
23      my pro-life friends, like I said, were
24      excellent philosophers and great people
25      as well.
```



Page 28

```
 1        Episode 142: Stephen Kershnar
 2            THADDEUS RUSSELL:  They call it --
 3            STEPHEN KERSHNAR:  They said,
 4        well, it's a bad strategy.
 5            THADDEUS RUSSELL:  That's weak.
 6        That's a cop out.
 7            But, yeah.  So you have the people
 8        who make the argument are saying that
 9        it's sort of like a misdemeanor
10        homicide.  Is that what they're saying?
11            STEPHEN KERSHNAR:  Yeah, I mean,
12        what they're saying is it should be like
13        a serious misdemeanor or a lesser felony
14        than murder because there is a partial
15        excuse or partial justification.
16            It's a little hard to see why that
17        is.  I mean, it's a little hard to see
18        if there is a justificational element,
19        it's going to be something like there's
20        a bodily invasion and it's a severe
21        invasion.  It's a little hard to prevent
22        that from becoming a full fledged
23        justification of abortion.
24            THADDEUS RUSSELL:  Right.
25            STEPHEN KERSHNAR:  In the excuse,
```



```
 1        Episode 142: Stephen Kershnar
 2      it's hard to see what the excuse feature
 3      is present, right.  There's no impaired
 4      thinking.  It's not like the woman or
 5      the physician has, like, a provocation
 6      or a duress or something like that, or
 7      at least in some cases, those aren't
 8      present.  So it's hard to see why there
 9      would be a broad based excuse.
10           THADDEUS RUSSELL:  So
11      intellectually, we should admire the
12      people, the pro-life people who did
13      shoot and kill abortion doctors, because
14      at least they know who they are.  Right.
15      They're consistent.
16           STEPHEN KERSHNAR:  Exactly.
17           THADDEUS RUSSELL:  Intellectually,
18      right?
19           STEPHEN KERSHNAR:  Yeah.  No,
20      these are guys who put their lives in
21      line to do what as best they could
22      determine was correct.
23           THADDEUS RUSSELL:  If it's mass
24      murder, hey, you know, you got to do
25      anything to stop that, right?
```



Page 30

1          Episode 142: Stephen Kershnar

2              STEPHEN KERSHNAR:  That's right.

3      There's very little you can't do.

4              And at the very least, not only

5      are you killing people who are on their

6      way to committing slaughter, but they're

7      fully responsible for doing so.  To the

8      extent that anyone's responsible for

9      what they do, these individuals are

10     doing it right.  They're competent, they

11     know what they're doing.  It's

12     voluntary.  They meet all the standard

13     conditions for blame worthiness.

14             THADDEUS RUSSELL:  I have to say,

15     I mean, thinking about it now, and it's

16     such a devastating argument that you

17     make, I have to believe it does show

18     that their commitment to this may not be

19     as deep as many of them say it is now.

20     Because, by the way, there have been

21     many pro-life people who have shot and

22     killed abortion doctors, right, that

23     happens.

24             STEPHEN KERSHNAR:  It does happen.

25     I agree with your general point.  I



Page 31

```
 1       Episode 142: Stephen Kershnar
 2       mean, I'm not just a lot, but there's
 3       been a lot of acts of violence.
 4            THADDEUS RUSSELL:  Yeah.
 5            STEPHEN KERSHNAR:  But surprising
 6       little killing.
 7            THADDEUS RUSSELL:  Yeah, true.
 8       Yeah.  Yeah.  So, well, so I -- I
 9       suspect maybe they're not so committed
10       to this as they think.
11            Six years ago, I was suffering
12       from severe anxiety and panic disorder.
13       I had gone through many years of
14       psychotherapy, but it had never made me
15       feel any better.  So a friend of mine
16       recommended that I put this app on my
17       phone called Headspace and give it a
18       try.  They gave me a free one-month
19       trial, which is what we're offering to
20       you now, for a serious discount.  And I
21       did.  And after one session, just one, I
22       felt my body change as if my chemistry
23       had changed.  I felt my relationship to
24       the world and to myself transform almost
25       immediately.  And I noticed and have
```



Page 32

```
 1        Episode 142: Stephen Kershnar
 2     noticed for the last six years that
 3     every day I use Headspace, I feel better
 4     and it's a better day.  It's one of the
 5     most remarkable transformations I've
 6     ever gone through psychologically.  It
 7     has helped me more than anything I've
 8     ever done, more than ten years of
 9     psychoanalytic psychotherapy.
10            I have been telling my friends
11     ever since then to try Headspace, and
12     many have, and many now consider it to
13     be essential to happiness and a good
14     life.  Headspace trains you to be here
15     and now in the moment, present in your
16     own body and in the immediate space
17     around you.  It trains you to keep out
18     all these thoughts of fear and anxiety
19     and sadness that haunt you for much of
20     the day.  It gives you, in a sense, a
21     space of freedom, and I would say also
22     pleasure, because I'm now able to enjoy
23     life, enjoy the world around me.
24     Whereas before, there was often this
25     screen of anxiety and fear between me
```



Page 33

```
 1        Episode 142: Stephen Kershnar
 2     and the rest of the world.  Headspace
 3     has changed my life over the last six
 4     years.
 5           It is also scientifically proven.
 6     According to many, many studies by
 7     scientists, people who use Headspace and
 8     meditate using mindfulness have less
 9     anxiety, less stress, less tension, less
10     depression.
11           So right now, you have a chance to
12     change your life in a similar way.  And
13     from the bottom of my heart, I recommend
14     this product like no other.  In fact, I
15     told my producers when we first started
16     this show three years ago that it would
17     be my dream to one day have a sponsor in
18     Headspace.  I was beyond thrilled when
19     they asked.
20           So go to Headspace.com/Renegade to
21     get a free one month trial.  Free.  Give
22     it a try, and I'd like to hear how you
23     like it.  Email me at
24     unregisteredpodcast@gmail.com.
25           Again, that's
```



Page 34

1        Episode 142: Stephen Kershnar

2        Headspace.com/Renegade.  One more time:

3        Headspace.com/Renegade for your free

4        one-month trial that I can virtually

5        guarantee you will change your life for

6        the better.

7             You deserve to feel better, to be

8        happier, to be more serene, to be more

9        in the moment, to be more inside of your

10       body.  Please do it.

11       Headspace.com/Renegade, and let me know

12       how it goes for you.  Thank you so much.

13            You've heard me tell you the story

14       about Paloma Verde CBD, the company out

15       of San Antonio, Texas, owned and

16       operated by Carlos and Vanessa Abuilar.

17       You've heard me tell you about how they

18       went to the banks to get loans and

19       accounts and were denied both because

20       they were a, quote, marijuana-related

21       business.  I've told you that they

22       persevered because both of their fathers

23       suffered from a lifetime of chronic pain

24       and both were helped by CBD.  I've told

25       you that Carlos and Vanessa pursued



1        Episode 142: Stephen Kershnar

2        their project despite the government

3        shutting down the businesses in San

4        Antonio last spring, which meant

5        shutting down their brand new gorgeous

6        brick and mortar store that they had

7        poured their heart and soul and a lot of

8        money into.  I've told you all that.

9        But that's not why you're going to buy

10       their CBD, because you are very smart.

11       You're going to buy their CBD because

12       they're giving you 25% off.  Seriously,

13       this is the best deal you're going to

14       get on CBD, and a lot of you are going

15       to buy CBD.  So just get it from Carlos

16       and Vanessa at Paloma Verde.

17           So not only the 25% off all their

18       products for an Unregistered listener,

19       you go to Palomaverderstore.com and use

20       the discount code Renegade, okay, 25%

21       off everything.  You get an additional

22       10% off if you just join their mailing

23       list.  So if this is the first time for

24       you, you're probably going to get 35%

25       off your first order.  Then on top of



```
 1          Episode 142: Stephen Kershnar
 2      that, they put together my favorite --
 3      my three favorite Paloma Verde products
 4      into what's called the Unregistered
 5      Combo Pack, otherwise known as the Thad
 6      Pack.  And this is their, proud to say,
 7      best selling item.  What you get in the
 8      Thad Pack are their gummies, which are
 9      as good as any candy.  Oh, that's a good
10      shot right there.  And you get ten
11      milligrams of CBD in each one.  I eat
12      these like crazy.  I love them.  Come in
13      many fruit flavors.  You get their soft
14      gels, 25 milligrams per soft gel.  And
15      as I've said many times, I use between
16      two and six of these per day, depending
17      on how much Twitter is aggravating me.
18      But my favorite, as I've said many
19      times, is their high potency tincture.
20      Just before I started recording this, I
21      put several drops under my tongue, and
22      I'm feeling good.  So go to
23      Palomaverdestore.com, use the discount
24      code Renegade change your body, feel
25      better, change your life and I thank
```



Page 37

```
 1        Episode 142: Stephen Kershnar
 2     you.
 3           All right, there's that book.
 4     Nice.  Love it.  And this is probably
 5     maybe the least controversial one.
 6     Which one do you want to do next?
 7           STEPHEN KERSHNAR:  Let's do the
 8     Adult Child Sex.  That's always a big
 9     seller.
10           THADDEUS RUSSELL:  Oh, yeah.
11           STEPHEN KERSHNAR:  Well, I had
12     good friends who said, Are you crazy?
13     Do not write that book.
14           THADDEUS RUSSELL:  Man, listen,
15     you're talking to a guy who for 25 years
16     has been making arguments, more or less
17     in defense of adult child sex in
18     classrooms.  I don't know if it's the
19     same argument as yours, but I even
20     authored a piece in The Daily Beast in
21     which I called into question the age of
22     consent laws, which is -- and I brought
23     to bear the arguments I was making in
24     class.  And I'm going to see whether
25     they jive or not.
```



Page 38

1        Episode 142: Stephen Kershnar

2            So adult child sex, Steve, so

3        that's just the dumbest thing you could

4        possibly argue.  If you're interested in

5        a career, if you're interested in

6        respectability, if you're interested in

7        being invited to dinner parties.  So

8        let's start there.  Why on God's green

9        earth are you as crazy as I am in taking

10       on this argument?

11           STEPHEN KERSHNAR:  So it's funny.

12       So I actually got interested in a kind

13       of a roundabout way.  What I was

14       interested in is whether or not an act

15       is wrong because it's harmful.  So I

16       actually got interested in it for

17       theoretical reasons, because this seemed

18       to be like a paradigm case.  There's

19       actually some meta studies which seem to

20       suggest that in some cases, at least

21       with regard to adult males and underage

22       males, that it's not harmful.  Or if it

23       is harmful, we can't decide whether the

24       harm is due to the sex itself or the

25       fact that society goes berserk over it.



Page 39

```
 1        Episode 142: Stephen Kershnar
 2        And so one of the articles I was reading
 3        said, look, this is wrong.  We don't
 4        need to know whether it's harmful.  The
 5        empirical question of whether or not
 6        there's any long term harm we could
 7        track on this is really beside the
 8        point.  And I was kind of struck with a
 9        question.  I thought, well, it's not
10        obvious to me why that is.  I mean, this
11        standard, kind of other argument is that
12        it's a right infringement.  And I wasn't
13        sort of convinced by that argument.  And
14        also when it comes to hebephilia rather
15        than sort of adult child sex.  So sex
16        with, like, young teens, it's not clear
17        to me.  There's at least some reason to
18        believe that individuals are designed by
19        evolution to begin reproduction at that
20        period.  So if they're designed by
21        evolution to begin reproduction, it's
22        not clear why it would be physically
23        either harmful or emotionally harmful.
24        And so there was kind of like three
25        different explanations, none of which
```



Page 40

```
 1        Episode 142: Stephen Kershnar
 2    convinced me.  One was that it was
 3    harmful, and I thought, well, there's at
 4    least some empirical -- there's at least
 5    a controversy whether that's empirically
 6    true.  There's the right infringement
 7    case that they can't give their valid
 8    consent, and therefore it's wrong in
 9    virtue of being a right infringement.
10    And there's a view that it's
11    exploitative, that even if it's not
12    harmful, even if it's not a right
13    infringement, it's somehow an
14    exploitation.
15        THADDEUS RUSSELL:  I've heard all
16    these yes, okay.
17        STEPHEN KERSHNAR:  Right.  So
18    those are the three dominant arguments,
19    and none of these convince me.
20        THADDEUS RUSSELL:  Me neither.
21        STEPHEN KERSHNAR:  So the harm
22    argument, well, there's actual empirical
23    controversy over this.
24        THADDEUS RUSSELL:  Sure.  Yeah.
25        STEPHEN KERSHNAR:  On the rights
```



Page 41

```
 1        Episode 142: Stephen Kershnar
 2        based argument, I think we make children
 3        do all sorts of things that they don't
 4        want do.
 5             THADDEUS RUSSELL:  Thank you.
 6             STEPHEN KERSHNAR:  We make them go
 7        to church, we make them go to the
 8        temple, we tell them to go to school,
 9        they got to go to the dentist, they got
10        to go to this sister's ballet recital,
11        and we don't care what they say, and
12        they want to do things, we say no.
13        Right.
14             THADDEUS RUSSELL:  Exactly.
15             STEPHEN KERSHNAR:  They don't want
16        to stay up and watch Creature Feature on
17        WPIX until two in the morning.
18             THADDEUS RUSSELL:  That is all a
19        child's life is; coercion.
20             STEPHEN KERSHNAR:  That's right.
21             THADDEUS RUSSELL:  It's coercion
22        by adults -- and often to make the child
23        do something for the adult's pleasure
24        only.
25             STEPHEN KERSHNAR:  That's exactly
```



Page 42

```
 1        Episode 142: Stephen Kershnar
 2     right.  Yeah.  You're going to go to
 3     your great uncle's funeral even though
 4     you want to go and he's not in your
 5     interest.
 6          THADDEUS RUSSELL:  Right.
 7          STEPHEN KERSHNAR:  So the rights
 8     based argument is a little bit hard to
 9     follow.  In addition, at least in some
10     cases, certainly with hebephilia and
11     sort of underage sex.
12          THADDEUS RUSSELL:  What's the
13     word?  What's the word about hebephilia?
14          STEPHEN KERSHNAR:  Hebephilia
15     would be like kind of young, younger
16     teens.
17          THADDEUS RUSSELL:  Okay.
18          STEPHEN KERSHNAR:  Just statutory
19     read cases right, where the person's
20     under the age of -- age of consent,
21     which actually, as you know, varies
22     quite a bit between states.
23          THADDEUS RUSSELL:  Indeed.
24          STEPHEN KERSHNAR:  In those cases,
25     the individuals seem to be willing,
```



Page 43

```
 1      Episode 142: Stephen Kershnar
 2      right.  So it's not like you even have
 3      you sort of dragging some kicking and
 4      screaming into doing something they
 5      don't want to do.
 6          The third thing with exploitation
 7      is really bizarre because exploitation
 8      occurs when there's kind of a
 9      transaction and both sides benefit from
10      it, but one side, usually the side with
11      a stronger bargaining position takes an
12      unfair share of the transaction surplus.
13      That is, they take more than just share
14      of the benefit of the transaction.
15          THADDEUS RUSSELL:  Right.
16          STEPHEN KERSHNAR:  And you think,
17      okay, well, even if that's true, one,
18      it's never clear to me why exploitation
19      is wrong.  But even if that were not the
20      case right, because it's a mutually
21      beneficial trade.
22          THADDEUS RUSSELL:  Exactly.
23          STEPHEN KERSHNAR:  But even if
24      that were not the case, it wasn't clear
25      to me, well, how do we know that the
```



Page 44

```
 1      Episode 142: Stephen Kershnar
 2    underage -- you know, the young teenager
 3    or the late prepubescent child isn't
 4    gaining as much from this, especially if
 5    they're a willing participant, and even
 6    if they didn't gain as much, how do we
 7    know there aren't enough of other
 8    benefits, right?
 9         If someone -- you had a tutor,
10    who's tutoring them in literature or the
11    violin, why wouldn't the package of
12    benefits be such that they're gaining
13    more than their fair share of the
14    transaction surplus?
15         So I thought, well, look, there
16    are three different explanations.  The
17    first one is in empirical controversy,
18    and it's an odd view that whether or not
19    it's permissible depends on the outcome
20    of these studies.
21         THADDEUS RUSSELL:  Right.
22         STEPHEN KERSHNAR:  The second view
23    just seems to be a nonstarter, right, we
24    don't think that children have to give
25    valid consent for pretty much anything
```



Page 45

```
 1       Episode 142: Stephen Kershnar
 2       we do to them, especially if they're
 3       willing participants.  We don't say,
 4       well, child can't play kickball because
 5       they can't consent to it even though
 6       they really want to play kickball.
 7            And then last exploitation, again,
 8       I don't think exploitation is wrongful.
 9       I'm not exactly sure even what makes
10       something exploited.
11            THADDEUS RUSSELL:  Exactly.
12            STEPHEN KERSHNAR:  If there were,
13       I'm not sure what makes it wrongful.
14       And even if it were wrongful, it's not
15       clear that it occurs in most cases of
16       adult child sex, or even let alone all
17       of the cases.
18            THADDEUS RUSSELL:  Yes.
19            STEPHEN KERSHNAR:  So that's why I
20       thought I looked into it.  The other
21       thing I felt free to write it is because
22       I'm not a pedophile, and I don't engage
23       in adult child sex.  So I thought, in
24       some sense, I don't care if people
25       attack me personally on it, because it's
```



```
 1       Episode 142: Stephen Kershnar
 2      not something that involves me directly,
 3      whereas someone who is actually
 4      interested in this stuff, obviously
 5      they'd want to keep a low profile, they
 6      wouldn't want to argue for it.  So in
 7      some sense, I'm free to make the
 8      argument in the sense that whatever.
 9      You can call me all the names you want,
10      it doesn't mean that it doesn't diffuse
11      my argument.
12           THADDEUS RUSSELL:  The only time
13      I've ever gotten a death threat, really,
14      from something I've written was the
15      piece in the Day -- I wrote it in the
16      Daily Beast about twelve years ago,
17      about Roman Polanski.
18           STEPHEN KERSHNAR:  I really need
19      to read that.  That sounds interesting.
20           THADDEUS RUSSELL:  Yeah, it's a
21      real short piece, but you and I think
22      very much alike on this.  I kind of
23      attack all those arguments that are
24      made.  Yeah, I mean, I say, come on,
25      children are coerced all day, every day
```


MAGNA
LEGAL SERVICES

Page 47

1        Episode 142: Stephen Kershnar
2        to do all sorts of stuff, including
3        stuff that is purely for the adults
4        gratification, which is also dangerous,
5        like playing tackle football.
6              How many boys are coerced by their
7        dads into playing tackle football when
8        they really don't want to, which we now
9        know causes serious brain damage, right.
10       Need I go on?  I mean, there's just time
11       after -- instance after instance of
12       adults coercing children to do things
13       that they don't want to do.  It's just
14       nonstop coercion.  It's really a
15       plantation.  I mean, it's the family, is
16       it not?  There's no freedom in a family,
17       right?
18             STEPHEN KERSHNAR:  That's right.
19       And there's also, like, oddities.  So
20       take statutory rape law.  Now, of
21       course, the age of consent varies from
22       some states, but take a state where the
23       age of consent is 17 or 18 and let's say
24       there's a four-year window.  So you have
25       a 23 year old, has sex with a 16 year



Page 48

```
 1       Episode 142: Stephen Kershnar
 2      old and you think, okay, well, that's a
 3      felony.  The person is going to do real
 4      prison time for that.  And you think,
 5      yeah, but if the 16 year old had sex
 6      with another 16 year old that you think,
 7      okay, at least in some cases where they
 8      have Romeo and Juliet clauses which
 9      require you to be like a three or
10      four-year window, you say, well, that's
11      okay.  Well, why is it harmful or right
12      infringing or has some other wrong
13      making feature for a 16 year old woman
14      to have sex with a 23 year old?  But
15      it's not if she has sex with a 17 year
16      old, like what happens in the six years
17      that turns nearly identical sex into --
18      from perfectly outside the criminal law
19      to something of a serious felony.
20           Now, one of the arguments you get
21      is, well, look, overall the consequences
22      are better if we have this law in place.
23      Okay.  I mean, perhaps.  I'm not
24      entirely sure this is the case.  But
25      one, the burden should be on the people
```


MAGNA
LEGAL SERVICES

Page 49

```
 1        Episode 142: Stephen Kershnar
 2        trying to criminalize it to show this is
 3        the case.  Given how infrequently the
 4        stuff is prosecuted, it's not obvious to
 5        me that they could carry the burden.
 6        But in addition, we got to be a little
 7        careful about these sort of good
 8        consequences argument because there's
 9        lots of things that at least I think we
10        should protect liberty even if it
11        doesn't have the best results.  So
12        I'm -- I'm kind of a liberty freak and I
13        tend to think, look, there's a lot of
14        things that are probably overall pretty
15        harmful things, for example, like eating
16        at fast food or drug use or dropping out
17        of high school or things like that.  So
18        it's not clear to me that we should
19        criminalize these things even if they
20        have overall worse results.
21             So consequences are not going to
22        justify criminalization in these other
23        cases.  It's not clear that merely
24        because it produces bad consequences to
25        allow the sex to occur, does that mean
```



Page 50

```
 1         Episode 142: Stephen Kershnar
 2      we should criminalize it?
 3           THADDEUS RUSSELL:  Right.
 4           STEPHEN KERSHNAR:  So that's my
 5      concern.
 6           THADDEUS RUSSELL:  Yeah, no,
 7      that's great.  And to me I always say so
 8      what is the magical thing that happens
 9      on the moment you turn 18?  There's this
10      magical gigantic wall between 18 and
11      after 18 where this is a radical change.
12      You can have legal sex one minute -- you
13      can't have legal sex one minute and the
14      next you can.  It's utterly bizarre.
15      But then to me also, the really
16      devastating, just empirical case against
17      it is Americans are so sure we're right
18      about this.  But look around the world.
19      Look at age of consent laws around the
20      world.  I mean, you have European
21      countries and advanced industrial
22      democracies that have age of consent
23      laws that are 13, 14 and 15.  In fact,
24      that's the norm in Europe, those ages.
25      We are much higher than almost all other
```



Page 51

```
 1        Episode 142: Stephen Kershnar
 2        countries.  They range all over the map,
 3        all over the world from I think some
 4        countries have it at 12 even; 12 to 24.
 5            STEPHEN KERSHNAR:  And they range
 6        considerably in the US, too, between
 7        those have like 16 and those of 18.
 8            THADDEUS RUSSELL:  That's right.
 9            STEPHEN KERSHNAR:  States that
10        have Romeo and Juliet laws and those
11        that don't.  Also, you look at human
12        history, right.  I mean, the motion that
13        we have these statutory rape laws is a
14        relatively new thing in human history.
15        As you know much better than me it is
16        fairly recent development.
17            THADDEUS RUSSELL:  Oh yeah.  Both
18        pederasty and incest were -- they may
19        have been illegal in places, but the law
20        wasn't really enforced, certainly
21        through the Middle Ages.  I mean that's
22        pretty much I think the consensus is
23        that there was incest that was pretty
24        rampant and no one just talked about it,
25        there was no discourse about it.  It was
```



Page 52

```
 1        Episode 142: Stephen Kershnar
 2     a nonissue until the modern era.
 3        STEPHEN KERSHNAR:  Right.  And on
 4     some accounts, some of these laws were
 5     really aimed at preventing rape.  And
 6     also you have these other exceptions, in
 7     addition to the Romeo and Juliet laws,
 8     you have the kind of marriage
 9     exceptions.  Somehow when you have
10     marriage, the sex that would otherwise
11     be a felony, becomes something that you
12     can't prosecute depending on the state.
13     Which tells us that what we're really
14     trying to do is we're trying to protect
15     against emotional harm or against sort
16     of unwanted pregnancy.  It's not clear
17     that the sex per se is the problem, it's
18     the consequences.  And again, I'm not
19     completely unsympathetic the notion that
20     certain things have such horrendous
21     consequences in aggregate that we want
22     to criminalize them.  But I think, one,
23     it's clear who should bear the burden of
24     proof on that.  And two, there's a
25     certain price to be paid.  I mean, every
```



Page 53

```
1        Episode 142: Stephen Kershnar
2      time you put someone in jail for years,
3      there's a huge cost to the individual,
4      let alone to society.  And you have to
5      show that the cost benefit analysis
6      supports this.
7           THADDEUS RUSSELL:  There's a very
8      slick, sophisticated postmodern
9      argument, I guess, that says that the
10     culture is what causes the harm in
11     people.  The cultural assumptions is
12     what causes people to feel as if they've
13     been harmed, which ends up feeling like
14     actual harm, right.
15          And we know psychosomatic
16     illnesses, it's real.  It's real.  Okay?
17     I've had them.  I don't deny it at all.
18     They're realness in that way.  But there
19     is no physical basis for it.  And there
20     have been studies that have shown, I
21     think there have been many studies that
22     I think a majority of so called victims
23     of child sex abuse basically felt bad
24     mostly about the fact that they enjoyed
25     it.
```



Page 54

1        Episode 142: Stephen Kershnar

2              STEPHEN KERSHNAR:  That's

3     interesting.

4              THADDEUS RUSSELL:  That there's a

5     huge amount of guilt about having

6     enjoyed it or having wanted it in some

7     way right, among many.  Which again so

8     that tells me that society tells us 24/7

9     that this is the worst thing you can do.

10             STEPHEN KERSHNAR:  Right.

11             THADDEUS RUSSELL:  This is the

12    worst thing.  I mean, being a Nazi is

13    better than this.  Right.  What do mass

14    murderers do in prisons?  They kill the

15    pedophiles, right.

16             STEPHEN KERSHNAR:  Right.  That's

17    right.  The pedophiles are like, morally

18    below them.

19             THADDEUS RUSSELL:  This is the

20    bottom of the bottom of the bottom,

21    right?

22             STEPHEN KERSHNAR:  Right.  Right.

23    Right.

24             THADDEUS RUSSELL:  Yeah.

25             STEPHEN KERSHNAR:  At the very



Page 55

```
 1        Episode 142: Stephen Kershnar
 2      least, we'd want to disentangle those
 3      effects.  Right?  I mean --
 4          THADDEUS RUSSELL:  Yeah.
 5          STEPHEN KERSHNAR:  -- you might
 6      think that -- so for a while, there were
 7      laws which prevented -- in Virginia
 8      until 19 -- I think it was 1967 laws
 9      which prevented interracial marriage and
10      in some cases, interracial sex.  And you
11      might think, look, imagine we discovered
12      that these things were harmful to the
13      participants, I don't know exactly how
14      we showed up.  But imagine some long
15      term psychological study.  We'd want to
16      know, well, is the harm due to the fact
17      that society disapproves of it, or is
18      there something kind of the way in which
19      human beings are structured
20      psychologically?
21          THADDEUS RUSSELL:  Right.
22          STEPHEN KERSHNAR:  And until we
23      can disentangle those effects, we don't
24      know which is producing it.
25          THADDEUS RUSSELL:  That's right.
```



Page 56

```
 1        Episode 142: Stephen Kershnar
 2        STEPHEN KERSHNAR:  So I think at
 3     the very least, we could say, look, we
 4     need to know what's causing the harm, if
 5     there is any harm.
 6        THADDEUS RUSSELL:  Right.
 7        STEPHEN KERSHNAR:  And also, in
 8     looking at harm, we want to separate out
 9     those individuals who were willing
10     participants and those who are unwilling
11     participants, because it's entirely
12     unsurprising that unwilling participants
13     were harmed.  It's true for the adults,
14     it's entirely plausible that it would be
15     very much true for underage individuals.
16        THADDEUS RUSSELL:  Right.
17        STEPHEN KERSHNAR:  But the
18     interesting cases with regard to willing
19     participants, are those individuals
20     harmed?  And there I think, look, I
21     mean, again, there's a controversy, and
22     at the very least, we'd want to know the
23     answer to that.  And then with regard to
24     individuals that are harmed, but we're
25     willing participants, we want to
```



Page 57

```
1         Episode 142: Stephen Kershnar
2      separate out well, what's causing that?
3      Is it the disapproval.
4            THADDEUS RUSSELL:  Right.  My
5      other empirical argument is I just ask
6      the audience, do you know of anyone who
7      had an illegal relationship in this way?
8      Do you know of anyone?  Right.  It's
9      legion.  I mean, I've known dozens and
10     dozens of people who had illegal
11     relationships when they were 15, 16 and
12     the other person was in their 20s.  And
13     especially, by the way, gay men, gay
14     men, it's super common for the first
15     sexual experience to be with a man.  And
16     I have talked to many, many gay men who
17     have described those experiences as
18     fantastic and wonderful.  Right.
19           STEPHEN KERSHNAR:  That's -- gay
20     men tell me that as well.  And they all
21     seem to say that, look, it allowed them
22     to sort of discover their sexuality,
23     become more comfortable with it.
24           THADDEUS RUSSELL:  Right.
25           STEPHEN KERSHNAR:  But yeah, I
```



```
 1         Episode 142: Stephen Kershnar
 2    mean, same thing with just heterosexual
 3    cases.  It even shows up in Law and
 4    Order SVU when Olivia Benson, she said,
 5    look, I had one of these relationships.
 6    I thought it was fantastic at the time.
 7         THADDEUS RUSSELL:  Oh, yeah.
 8         STEPHEN KERSHNAR:  And given that
 9    she's SVU, you'd expect a much harder
10    edged attitude.  So I mean, even the
11    anecdotes are mixed.  I'm a little
12    skeptical when you take away people's
13    liberty about resting on anecdote.  But
14    to the extent that you do rest anecdote,
15    you should at least have a unified
16    account of anecdotes.
17         THADDEUS RUSSELL:  Do you have --
18    and this is not my favorite question, so
19    feel free to just kick this away, but do
20    you have ideas about what the law should
21    be?
22         STEPHEN KERSHNAR:  So in general,
23    my first view is going to be the
24    minimalist account, which is that it
25    should be an empirically driven law and
```



Page 59

```
 1        Episode 142: Stephen Kershnar
 2     that the burden is on those people who
 3     want to criminalize it.  So one account
 4     is to say, look, at least into the
 5     middling teenage years, let's say 14
 6     onward or so, that the burden is going
 7     to be on the person who wants to
 8     criminalize it to show that there's
 9     either real harm or there's a right
10     infringement that's going on here.  So
11     that the idea is the default position,
12     not criminalization; the default
13     position is legalization.
14          THADDEUS RUSSELL:  Okay.
15          STEPHEN KERSHNAR:  After that, I
16     kind of go back and forth because --
17          THADDEUS RUSSELL:  Sorry, are you
18     talking about prepubescent and
19     postpubescent?
20          STEPHEN KERSHNAR:  So I'm talking
21     pubescent first, right?
22          THADDEUS RUSSELL:  Yeah.  Okay.
23          STEPHEN KERSHNAR:  And then I'll
24     get the prepubescent next.
25          THADDEUS RUSSELL:  Got you.
```



Page 60

1        Episode 142: Stephen Kershnar
2            STEPHEN KERSHNAR:  So on the
3        prepubescent case there because, again,
4        a lot of prepubescent sex with adults
5        with prepubescent children doesn't
6        involve intercourse, involves various
7        forms of sexual contact, but not
8        intercourse.  There, I've kind of mixed
9        views.  I mean, I have the strong
10       suspicion that this stuff is going to be
11       harmful in the aggregate, that it's sort
12       of a dangerous road to go down.  On the
13       other hand, I have these other views,
14       which is you couldn't criminalize
15       something unless you can show that it
16       really is harmful in the aggregate.  And
17       also the view there's no direct wrong
18       maker other than aggregate harm.  And
19       then the additional view that I'm not
20       sure that harm is a great test for what
21       we want to criminalize because lots of
22       our liberties might involve activities
23       that are indeed harmful and we shouldn't
24       criminalize them.  We still shouldn't
25       criminalize them because of the value we



Page 61

1        Episode 142: Stephen Kershnar
2    place on liberty.
3        So I'm kind of undecided as to
4    what to do with the sex between adults
5    and prepubescent and children.  What's
6    your take on this?
7        THADDEUS RUSSELL:  Gosh, I don't
8    see a reason for the laws.  I see that
9    they've done massive amounts of harm in
10   this country.  So you have about a
11   million people on the sex offender
12   registry forever.
13       STEPHEN KERSHNAR:  Right.
14       THADDEUS RUSSELL:  And that ranges
15   from people who have tied children down
16   and raped them to people who were 19 and
17   had sex with their 17 year old
18   girlfriend.
19       STEPHEN KERSHNAR:  Right.
20       THADDEUS RUSSELL:  And everything
21   in between.  And I have many, many
22   friends who began relationships when
23   they were teenagers and they dated,
24   like, their professors or their 30 year
25   old math teachers in high school and



Page 62

1       Episode 142: Stephen Kershnar

2       then had a relationship for another

3       three, four, five, six, ten years.  My

4       ex-wife is now married to her

5       ex-professor.  After me, she went

6       back -- and he's 20 years older.  And

7       it's also like the cultural taboo, the

8       stigma is so intense, as I said.  It's

9       the worst thing.  You don't think we do

10      enough policing of this on our own as a

11      society.  The cultural reflex is to, as

12      I said, kill these people.  And that

13      kind of does happen.  And there's a

14      tremendous amount of policing going on.

15          STEPHEN KERSHNAR:  Once you're on

16      the registry, what happens to people is

17      horrendous.

18          THADDEUS RUSSELL:  Oh, yeah.

19          STEPHEN KERSHNAR:  Stories are --

20      you raised a really good point.  And the

21      other thing is, at all times, rape is

22      going to be severely punished.  So it's

23      not like we don't have a way to stop

24      unwilling sex, or in the case of

25      teenagers, unconsented to sex.  So we



Page 63

```
 1       Episode 142: Stephen Kershnar
 2       have a fairly severe mechanism by which
 3       to deal with that.
 4             THADDEUS RUSSELL:  Right.
 5             STEPHEN KERSHNAR:  So I think you
 6       raise a good point.  So with the
 7       prepubescent children and the adults as
 8       an overall policy, I kind of go back and
 9       forth.  I'm very sympathetic to your
10       approach in terms of lowering the
11       statutory rape law, I think there's an
12       excellent case for that.
13             THADDEUS RUSSELL:  Oh, yeah.
14             STEPHEN KERSHNAR:  So I think very
15       strong case for that.  But to be honest,
16       when I discuss these things -- and I
17       normally don't discuss them because
18       people just do not want to hear they
19       don't want to discuss it.  They find it
20       completely beyond the pale.  Like you,
21       I've gotten all sorts of kind of not
22       threats, but various threatening
23       messages.  At one point in time, my
24       department secretary contacted the
25       police because of sort of messages that
```



Page 64

```
 1       Episode 142: Stephen Kershnar
 2    people are leaving on the phone for me.
 3          THADDEUS RUSSELL:  Oh, boy.  I
 4    bet.
 5          STEPHEN KERSHNAR:  Yeah.  There's
 6    just no interest in discussing this and
 7    pursuing this whatsoever.  And I think
 8    it's exactly what you're saying, that
 9    the background ideas.  Look, anyone
10    doing this is a scumbag, and so who
11    cares whether it's just or unjust.
12          THADDEUS RUSSELL:  Right.
13          STEPHEN KERSHNAR:  I think this is
14    atrocious.  I mean, you're just throwing
15    away people's lives, like you said,
16    doing enormous damage to people without
17    an adequate case for doing something.
18          THADDEUS RUSSELL:  Yeah.  And I
19    think it's a very important issue.  This
20    is not just a couple of academic
21    provocateurs right.  Sitting on our
22    ivory tower.  I mean, we are that, but I
23    think it's actually very important.  I
24    think it speaks to for America why we
25    have such high age of consent laws
```



```
 1        Episode 142: Stephen Kershnar
 2        relative to other countries, speaks to
 3        our puritanism.  It speaks to the
 4        puritanism of our culture and it's
 5        foundational, right?  Number one.  And
 6        number two, it speaks to -- I mean,
 7        Sigmund Freud had the big explanation
 8        for this, which I find quite persuasive,
 9        which is that civilization requires the
10        taboo on incest, because civilization
11        requires a hierarchy.  And in the
12        family, if everybody's having sex with
13        everyone else, the hierarchy breaks
14        down, and therefore there's no more
15        model for a civilization within the
16        family.  And therefore you then have
17        wild savages being produced out of those
18        kinds of families, which, if you look at
19        the Middle Ages, when, as I said, incest
20        was normal, you can make a case for
21        that.  There was a lot of wild, savage
22        activity uncontrolled.  So civilization
23        in the modern era, Freud says and
24        Foucault says this to some extent as
25        well, civilization cracked down on that
```



Page 66

```
 1        Episode 142: Stephen Kershnar
 2     hard and first -- that's the first
 3     taboo, Freud said, the first thing that
 4     they had to crack down on.  Because
 5     again, the father needs to be the head
 6     of the family and if he's having sex
 7     with his daughter, then who's who and
 8     where's where and what's what.  Right.
 9     And it's a speculative theory, but I
10     think it's pretty I'm persuaded by it.
11     But I'm certainly --
12          STEPHEN KERSHNAR:  Well, in
13     support of the puritanism, I mean, we do
14     criminalize plural marriage, for
15     example.
16          THADDEUS RUSSELL:  Yeah.  Right.
17     Mormons.
18          STEPHEN KERSHNAR:  Recently we
19     allow for gay marriage.  There's a
20     number of policies.  It's a little hard
21     to see how they fit easily with a
22     society that places primary emphasis on
23     liberty.
24          THADDEUS RUSSELL:  Yeah.
25          STEPHEN KERSHNAR:  Right.  And
```



Page  67

1          Episode 142: Stephen Kershnar
2          also places some sort of emphasis on
3          evidence.  I mean, what would be the
4          evidence that plural marriage or gay
5          marriage in some ways makes us worse
6          off?  It's a little hard to see what the
7          evidence is for it.
8               THADDEUS RUSSELL:  Right.  Yeah.
9          And it would punish just countless --
10         has already punished countless people
11         who did things that by anybody's lights,
12         were completely consensual, even if they
13         were 16 or 17.  Because when that
14         woman -- usually it's a woman turns 18,
15         19, 20, becomes a full fledged adult,
16         she still says, oh, there was nothing
17         nonconsensual about that.
18              STEPHEN KERSHNAR:  Right.  That's
19         right.  So one of the things yeah.  When
20         you see that if this were to exist,
21         you'd have retrospective consent.
22              THADDEUS RUSSELL:  Yeah.
23              STEPHEN KERSHNAR:  In addition,
24         for a long time, they didn't prosecute
25         it.  So even it was in the books, I



Page 68

```
 1        Episode 142: Stephen Kershnar
 2    think through the 70s, it was rare that
 3    the statutory rape, for example, was
 4    prosecuted, which tells you that people
 5    might have wanted some symbolic
 6    statement against it, but they really
 7    didn't think that it was worth pursuing,
 8    which suggests that they don't think
 9    it's a wrong making feature.  Maybe it's
10    one of the cases where you want to get
11    in the books that you're expressing
12    disapproval and then just not act on it
13    whatsoever.
14        THADDEUS RUSSELL:  Yeah.  I know
15    you've written about pornography.  Have
16    you written about sex work?  Because
17    this is relevant, right, because --
18        STEPHEN KERSHNAR:  I've not
19    written about sex work.  I've written
20    about pornography.
21        THADDEUS RUSSELL:  Right.
22        STEPHEN KERSHNAR:  And that was
23    another area which I thought was
24    fascinating.  And, I don't know, do you
25    want me to talk about that?
```



Page 69

1          Episode 142: Stephen Kershnar

2              THADDEUS RUSSELL:  Let me just say

3       yeah, I do.  But my point there was that

4       in sex work this is really relevant

5       because of course, anybody under the age

6       of 18 who sells sex, it is considered

7       not just prostitution, it's considered

8       sex slavery and trafficking.  That's

9       just by definition.  You are going to

10      prison for a long time if you ever are a

11      pimp for a 17 year old.

12             STEPHEN KERSHNAR:  Sure.

13             THADDEUS RUSSELL:  And the thing

14      is, of course, that many, if not most 16

15      and 17 year old sex workers say that

16      they're doing this because they want to

17      do it or it's preferable to their other

18      options.  And so they don't want to be

19      punished and they shouldn't be punished.

20      So yeah.  What's your take on

21      pornography?  Let's do this.  Have you

22      written a book or just an article on

23      this?

24             STEPHEN KERSHNAR:  I have a couple

25      of articles and it shows up in some of



Page 70

```
 1       Episode 142: Stephen Kershnar
 2    the books.  So again, oddly enough, I
 3    got, in a roundabout way, like, getting
 4    into these kind of unpopular, gritty
 5    issues, and sometimes I just enter for
 6    theoretical purposes.
 7           So violation photograph, which
 8    involves pornography, in which there's
 9    some sort of either illegal or unjust
10    sex so that the -- the actors appear to
11    be reenacting a rape or one of the
12    participants is underage, even though
13    oftentimes a woman is not actually
14    underage, but pick someone who's young
15    enough and looks underage.  And the
16    question is, this stuff is enormously
17    popular.  And it's not just enormously
18    popular in pornography, it's enormously
19    popular in people's fantasies.  One way
20    you can see this is by just asking
21    people, do you have rape fantasies?
22    Surprisingly number of women have rape
23    fantasies.
24           THADDEUS RUSSELL:  A huge number,
25    yes.
```



Page 71

```
 1        Episode 142: Stephen Kershnar
 2            STEPHEN KERSHNAR:  And also just
 3        look at romance novels, right?  It's
 4        surprisingly common that romance novels
 5        involve either involuntary sex or sort
 6        of quasi voluntary sex.
 7            THADDEUS RUSSELL:  They involve
 8        women being taken.  Being taken is the
 9        term.  Yeah.
10            STEPHEN KERSHNAR:  Right.  Some of
11        these experiments seem to have suggested
12        when they actually did -- they actually
13        did the polling results, things like
14        that, they seem to suggest that women
15        actually have rape fantasies.  It's
16        certainly the case that men have rape
17        fantasies.  In fact, you can show that
18        men are fairly turned on by graphic
19        depictions of involuntary sex with
20        women.
21            So what I was curious is whether
22        or not it's bad or wrong to watch this,
23        because it looks like something
24        inappropriate about it.  I mean, you're
25        enjoying something which would normally
```



Page 72

```
 1        Episode 142: Stephen Kershnar
 2     be horrendously wrong.  Doesn't look
 3     like it's something that virtuous people
 4     would do.
 5           THADDEUS RUSSELL:  Right.
 6           STEPHEN KERSHNAR:  And so it seems
 7     to be vicious, rather virtuous, and in
 8     that sense it would probably be bad.
 9     There's also an issue of whether it's
10     wrong.  They're a wrong making feature.
11     We tend to think if your teenage son
12     were watching this, you'd say, hey, stop
13     watching this stuff.  It's the wrong
14     thing to do.
15           THADDEUS RUSSELL:  Right.
16           STEPHEN KERSHNAR:  And so you're
17     never at a party where someone says,
18     hey, my wife have really good sex
19     relations, but when she's out of town on
20     a business trip, I watch violation
21     pornography.  It never happens.  There's
22     something really objectionable about
23     this.
24           THADDEUS RUSSELL:  Right.
25           STEPHEN KERSHNAR:  So I was
```



Page 73

```
 1        Episode 142: Stephen Kershnar
 2     curious as to whether this is the case.
 3     So we have like a real divergence here
 4     in that incredibly popular people's
 5     fantasies and what people pay for and
 6     what they read and what they watch.  And
 7     yet there seems to be no defense to this
 8     whatsoever.  So I first got in through
 9     virtue.  Is this a case where someone is
10     doing something vicious?  They're not
11     well designed.  And so I needed what I
12     thought was the best theory of virtue,
13     which comes from a University of Toronto
14     philosopher, Thomas Hurka.  And he says,
15     look, virtue is when you are enjoying
16     those things which are good and hating
17     those things which are bad, and vice
18     involves enjoying those things which are
19     bad or evil and hating the good.  And
20     it's not clear this is an enjoyment of
21     an evil or enjoyment of a bad.  Why?
22     Because I think people's content is
23     something like the following, thinking
24     to themselves were this action to occur
25     it would be sexy.  Not that it's right
```



Page 74

```
 1        Episode 142: Stephen Kershnar
 2        or good, but that it's sexually
 3        arousing.  Well, that's not love of
 4        the -- love of evil, love of something
 5        that's neutral.  And then there's an
 6        issue, well, why don't you love
 7        something that's neutral, is that,
 8        itself, vicious?  Probably not.  We love
 9        lots of things that are neutral.  We
10        watch adventure films all the time and
11        there's violence all over the place.
12            THADDEUS RUSSELL:  I was going to
13        say, yeah, murder is just fine.  We get
14        off, we do, we get off on watching
15        Murder and that's not a problem.
16            STEPHEN KERSHNAR:  Yeah, I mean,
17        just look at Sylvester Stallone or
18        Arnold Schwarzenegger movies.  I mean,
19        they'll just load it up with violence.
20        And we don't think that's especially
21        vicious to enjoy that.  In fact, with my
22        nephew, I've been watching some of these
23        films, some of these classic Westerns
24        and war movies, so we watch things like
25        Platoon and Full Metal Jack and an
```



Page 75

```
 1        Episode 142: Stephen Kershnar
 2     Apocalypse Now.  There's an amount of
 3     violence in these shows.  We don't think
 4     that enjoying the violence, whether it's
 5     embedded in the plot or not, is
 6     especially vicious.  In fact, we think
 7     it has good aesthetic awareness to enjoy
 8     these things.
 9          THADDEUS RUSSELL:  Right.
10          STEPHEN KERSHNAR:  So I don't
11     think it's vicious because it doesn't
12     involve love of evil.  For us, it's not
13     clear it's evil at all because it's not
14     a real event, right, it's really an act
15     out event.  But even if you thought,
16     well, it's wrong to love something that
17     would be evil were to obtain, it's not
18     clear our love, that seems to be more
19     fine grained.  We seem to be enjoying it
20     because it's arousing and sexy, not
21     because it's an injustice.
22          THADDEUS RUSSELL:  Yes.
23          STEPHEN KERSHNAR:  The other issue
24     is, is there a wrong making feature?  So
25     even if it leave aside whether it's
```



```
 1        Episode 142: Stephen Kershnar
 2    vicious or virtuous, it's an issue with
 3    something wrong making.  And here it's
 4    really hard to see what's wrong making.
 5    Right?  There's no right infringement.
 6    It's not obviously harmful either in the
 7    individual case.  It's pleasurable in
 8    the individual case, oftentimes it's
 9    certainly not harmful, if anything it is
10    beneficial.  In the aggregate, is it
11    harmful?  Again, here it's mixed.
12    There's at least some data which
13    suggests that it's not harmful.  In
14    fact, it reduces sexual violence.  Other
15    laboratory studies seem to suggest the
16    opposite.  So again, here the data is
17    mixed.  I kind of believe the former
18    data more, but again, it is mixed.  But
19    even there it's not clear something's
20    wrong if in the aggregate it's harmful.
21         And I'll give you an example of
22    this when you watch The Deer Hunter a
23    major feature of it is Russian roulette.
24    Now, it's been reported I can't find an
25    academic site for this, I don't know if
```



1      Episode 142: Stephen Kershnar
2      it's true, but it's been at least
3      reported that when people when every
4      time they show this on a national
5      network that there are instances of
6      Russian Roulette.  So really unnecessary
7      deaths.  So overall, showing this movie
8      makes the world a worse place because
9      the amount of pleasure people get from
10     watching it does not outweigh the death
11     of a few people unnecessarily because
12     people decide they're going to try
13     Russian Roulette.
14          Again, I can't find academic site
15     when people report this.  And I tend to
16     think, well, look, this is not enough to
17     ban the movie or even tell the networks
18     not to show it because we tend to think
19     that liberty has its value and that one
20     of the values is that we enjoy excellent
21     art of which I think The Deer Hunter is
22     an instance of it.
23          I'm not even sure it's harmful in
24     the aggregate, and I'm not sure that
25     even if it is harmful, that's enough to



Page 78

```
 1        Episode 142: Stephen Kershnar
 2      make that's wrongful.  Again, if you're
 3      not producing harm, if Jones is not
 4      producing harm when he watches it, it's
 5      unclear why the fact that when Smith and
 6      Anderson are producing harm by watching,
 7      it's not clear that Jones shouldn't
 8      watch it.  And then the third account
 9      is, well, some people think, well, it's
10      wrong because it's vicious.  Well, it
11      just kicks us back to why is it vicious?
12      How is this any different than watching
13      violent movies?
14           THADDEUS RUSSELL:  Yeah, right.
15      It's an expression of desire that we now
16      know is held by many, many people,
17      probably a majority of people, but it is
18      simply an expression of desire.  And do
19      we want to make expressions of desire
20      illicit?
21           STEPHEN KERSHNAR:  I think it's an
22      excellent point.  And this doesn't go
23      into the moral argument, but I also
24      think it's worth noting that this desire
25      is probably, at least in part, genetic.
```



```
 1      Episode 142: Stephen Kershnar
 2      And here's why we should think this.
 3      The kind of prevalence of rape sex is
 4      true across all human cultures.  It's
 5      true across our other great apes.  Human
 6      beings are apes, cousins, bonobos,
 7      chimpanzees, things like that.
 8           So given sort of how widespread it
 9      is, it's likely that it has a genetic
10      connection to it.  Again, this doesn't
11      make it doesn't affect its moral status.
12      It doesn't make it more likely to be
13      good or right just because it has a
14      genetic linkage.  I mean, it might be
15      that stealing people's food has a
16      genetic linkage.  That doesn't make it
17      okay.
18           THADDEUS RUSSELL:  Right.
19           STEPHEN KERSHNAR:  But what it
20      tells us is it's probably not this
21      result of societal misogyny or something
22      like that.  But again, even if it was
23      that lots of sort of culturally based
24      tastes might be right.  And I'm not sure
25      that people would have a genetic taste
```



Page 80

```
 1        Episode 142: Stephen Kershnar
 2        for beer or for hard spirits.  But --
 3             THADDEUS RUSSELL:  Yeah.  Well,
 4        Freud said that repression is required
 5        by civilization, right?  Repression of
 6        what he called the id, which is where
 7        all the desire for sex and violence is.
 8        And with that, there is no civilization,
 9        according to him without repression, and
10        I think he's completely correct about
11        that.  He ends up taking the side of
12        civilization against the id, and I'd end
13        up taking the side of the id against
14        civilization.  But I do think
15        civilization just by definition, must
16        repress stuff like sexual desires,
17        especially chaotic desires like that.
18        So it's just an ongoing war.  It's an
19        ongoing war inside of us, right, between
20        our desires and what the superego is
21        telling us to do, what civilization is
22        telling us to do.  But the attempt to
23        make the desire illicit or illegal is
24        just a very sort of heavy handed attempt
25        at repression.  And what really needs to
```



Page 81

```
 1        Episode 142: Stephen Kershnar
 2        happen is if you're bothered by the fact
 3        that so many women and men harbor rape
 4        fantasies, then we need to have a
 5        discussion about that.  I'm not even
 6        sure we need to have a discussion about
 7        that.  But if that's what bothers you,
 8        that's where you look to you got to look
 9        inside of people's minds and their
10        psyches in very deep, dark places, by
11        the way.  And also, I'm not sure we want
12        to do that.  Why don't we just let them
13        watch some porn that represents their
14        desires?  And it turns out in places
15        where porn is totally legal and wild and
16        off the hook, they have much lower rates
17        of rape, like in Europe, right?
18             STEPHEN KERSHNAR:  Right.
19        Although I'm always a little worried --
20        the studies I was relying on were cases
21        where they looked either the time of
22        violence and the prevalence of this sort
23        of pornography.  So that's where I was
24        looking at or kind of changed in
25        locations, like you said, which are a
```


MAGNA ▶
LEGAL SERVICES

Page 82

```
 1      Episode 142: Stephen Kershnar
 2      good way to look to see whether once you
 3      control for other factors.
 4           But, yeah, I think you have a good
 5      point.  I guess I'm curious about your
 6      defense of the id over the superego in
 7      the sense that, look, if people just
 8      acted on the strongest desires, there
 9      would be widespread violence, if nothing
10      else.  We don't want that.
11      THADDEUS RUSSELL:  No.  No.  No.
12      So I say that in a highly developed,
13      highly civilized culture in which there
14      is lots of repression and many, many
15      moral guardians who are very powerful
16      and control all the major institutions,
17      like the modern United States and like
18      modern Europe and like Japan and other
19      places, right?
20      STEPHEN KERSHNAR:  Yeah.
21      THADDEUS RUSSELL:  Generally
22      speaking, I'm going to be on the side of
23      what I call renegades people who sort of
24      go against the dominant norms even when
25      they're not such nice people.  Like the
```



```
 1       Episode 142: Stephen Kershnar
 2       Mafia in the 1920s, they sold liquor
 3       when it was illegal.  But aren't we glad
 4       that they did?  Right.
 5            STEPHEN KERSHNAR:  Right.
 6            THADDEUS RUSSELL:  Prostitutes in
 7       the 19th century, they made much higher
 8       wages than all other women in the United
 9       States, and from that they developed a
10       tremendous amount of economic and
11       political power.  Are we glad that
12       they -- yes.  Need I to go on?  Those
13       were all considered to be utterly
14       chaotic, id driven people at the time.
15       Right.  What they did was it's true they
16       lived against the dominant norms simply
17       by being themselves and seeking out
18       their own pleasures, right?  But when
19       they did that, the rest of us followed
20       suit and said, oh, yeah, drinking booze
21       is fun and women having power and the
22       kind of sex that they're talking about
23       is good and all the rest of it.  So in a
24       culture, in a society like here or
25       Northern Europe, where it's very
```



Page 84

```
 1        Episode 142: Stephen Kershnar
 2    organized and there are plenty of cops
 3    of all kinds right, absolutely, I'm
 4    going to be on the side of people like
 5    Kim Kardashian and Paris Hilton and da,
 6    da, da.
 7        STEPHEN KERSHNAR:  Right, right.
 8    So I see what you're saying.  Yes.
 9        THADDEUS RUSSELL:  And drug and
10    drug dealers, you know, like, I'm -- I'm
11    very much on the side of drug dealers
12    because I think drugs should be legal,
13    right.
14        STEPHEN KERSHNAR:  Right.
15        THADDEUS RUSSELL:  Even though
16    they're not good guys usually or often.
17        STEPHEN KERSHNAR:  Right, sure.
18        THADDEUS RUSSELL:  But on the
19    other side, imagine if we have no one
20    like that, if we have no renegades in
21    our society.  People all follow the
22    rules, that's totalitarianism.  I mean,
23    that's a place none of us -- I hope none
24    of us want to live in.
25        STEPHEN KERSHNAR:  Right.
```



Page 85

```
 1        Episode 142: Stephen Kershnar
 2            THADDEUS RUSSELL:  Right.  Sorry.
 3      Just to finish, though, if I live in a
 4      place where there is a very weak central
 5      authority, central state, all of that,
 6      and a weak sort of unifying culture and
 7      the garbage isn't getting picked up and
 8      crime is rampant, oh, I'm going to be
 9      much more interested in cops.  Right.
10            STEPHEN KERSHNAR:  Right.
11            THADDEUS RUSSELL:  So that's that.
12            STEPHEN KERSHNAR:  Yeah, it makes
13      sense to me.  It's interesting you and I
14      come at this to the same conclusion, but
15      from different places.
16            THADDEUS RUSSELL:  Totally.
17            STEPHEN KERSHNAR:  I guess I just
18      think, look, I'm not sure this defense
19      of ids so much as defensive of liberty,
20      right, our freedom.  I mean, when you
21      have kind of less force, people
22      naturally gravitate towards satisfying
23      others desires just because of the way
24      in which that can benefit them.
25            THADDEUS RUSSELL:  Sure, yeah.  I
```



Page 86

```
 1        Episode 142: Stephen Kershnar
 2     just don't like puritanism.  So there's
 3     nothing good about it, I think.  And so
 4     I tend to always take the side of their
 5     enemies.
 6        STEPHEN KERSHNAR:  I have a
 7     certain sympathy with you.  I tend to
 8     think we can perhaps sidestep whether we
 9     like puritanism or not, because one
10     thing is just to have communities which
11     form their own norms and live however
12     they seem fit.  I mean, if people want
13     to have very puritan communities in
14     rural Montana, knock yourself out.
15        THADDEUS RUSSELL:  Sure.
16        STEPHEN KERSHNAR:  People want to
17     have a commune and free love and open
18     marriage in a different part of Montana,
19     maybe even like two towns over, great.
20     I mean, why -- in some sense, we can
21     sort of sidestep saying, well, which do
22     we prefer?  Well, I mean, one answer is
23     that regardless of what I individually
24     prefer what you individually prefer,
25     what's best is what do people like.  And
```



Page 87

```
 1        Episode 142: Stephen Kershnar
 2      it's good that they have the ability to
 3      set up their own communities, set up
 4      their own norms, and use private
 5      property to allow for that.
 6          THADDEUS RUSSELL:  100%.
 7          STEPHEN KERSHNAR:  There's no
 8      reason to have puritans and communes --
 9      free love communes have to agree.  I am
10      just they just strongly disagree and
11      still trade with each other.
12          THADDEUS RUSSELL:  Yeah.  So
13      political decentralization is what
14      you're getting at, which I'm all for.
15      I'm 100% for that.  Yeah, sure.  Oh, if
16      you want to have a communist puritan
17      city on a hill but you don't want to
18      impose it on me, as you said, knock
19      yourself out.
20          STEPHEN KERSHNAR:  Yeah.
21          THADDEUS RUSSELL:  I'm just
22      interested in just putting forward the
23      alternatives to American puritanism and
24      saying, hey, here's an offer, a way of
25      thinking and a way of being and maybe
```



Page 88

1        Episode 142: Stephen Kershnar

2        hopefully a way of living, right?  And

3        if you like it, join me and we'll form

4        our own community, which is actually

5        what I'm doing.  Yeah, I'm totally with

6        you.  All right.

7             STEPHEN KERSHNAR:  This is a great

8        point.

9             THADDEUS RUSSELL:  Cool, man.  So

10       listen, let's shit on veterans now.

11            STEPHEN KERSHNAR:  So after the

12       adult child sex, this is the one that

13       gets the most violent opposition of all

14       things.

15            THADDEUS RUSSELL:  You are

16       awesome.

17            STEPHEN KERSHNAR:  If there is

18       anyone we should be grateful to, is

19       veterans.  So let me give you kind of a

20       quick argument and then give you a

21       little more in depth version.

22            THADDEUS RUSSELL:  Great.

23            STEPHEN KERSHNAR:  The quick

24       argument is compare veterans to farmers,

25       and they say, okay, well, we owe a lot



```
 1        Episode 142: Stephen Kershnar
 2        to veterans.  And they say, well, if we
 3        didn't have veterans as a collection, we
 4        wouldn't be free.  We'd be under the
 5        control of another country.  But the
 6        same thing is true with farmers, right?
 7        If we didn't have farmers as a
 8        collection, we'd starve to death.  And
 9        you think, okay, well, all right, well,
10        if we didn't have this individual
11        soldier or airman, a sailor, then we'll
12        be free.  Well, that's not true, because
13        people are replaceable, and even if they
14        aren't replaceable, you just have to pay
15        enough, and you can buy large
16        replacements.  So it's not true with
17        regard to individuals.  It's not true
18        regard to individual farmers either.
19             Then you say, well, the average
20        military person is putting himself in
21        danger more than the average farmer.
22        Well, the problem with this is, one,
23        it's not entirely clear that's true, at
24        least for some branches of the military
25        and at various times, and this is
```



Page 90

```
 1        Episode 142: Stephen Kershnar
 2        certainly not, it's not clear that's all
 3        true when you compare dangerous jobs
 4        like logging or some of the fishermen.
 5             THADDEUS RUSSELL:  Oh, yeah.
 6             STEPHEN KERSHNAR:  So we don't
 7        think we should be grateful to them.  No
 8        one thinks that we should have holidays
 9        or at least express our gratitude, say
10        thank you to loggers or fishermen, thank
11        you for serving our community.  Well,
12        they certainly put themselves at risk,
13        and in some cases put themselves as much
14        at risk as do members of the military.
15        The kind of crude account is and also
16        the other thing is the military, at
17        least according to two studies, I think,
18        by the Rand Corporation, have fairly
19        strong compensation packages.  When you
20        look at all the benefits, the salary
21        levels, how soon they could take the
22        retirement package, the overall
23        compensation is quite high.  So even if
24        they were putting themselves at risk,
25        you might think, well, they're paid well
```



```
 1        Episode 142: Stephen Kershnar
 2        to do so.  YOu know, you had a job
 3        package.  You could be a librarian,
 4        which has, like, lesser pay but lower
 5        risk, or sort of higher pay, higher
 6        risk.  And you think, okay, well, you
 7        chose which fit your preferences.  Why
 8        should we be grateful when you chose
 9        this package rather than that package on
10        the basis of it being in your interest.
11        The quick version is why be grateful to
12        the military, not to farmers.
13             THADDEUS RUSSELL:  Okay.
14             STEPHEN KERSHNAR:  The more
15        general view is the more kind of
16        fundamental view is when should you be
17        grateful to someone?  Well, think about
18        we should be grateful to our mothers.
19        Why?  Mothers sacrificed themselves for
20        us.  They went well and beyond the duty.
21        They did that in order to benefit us,
22        and they, in fact, benefited us.  Right.
23        So their motivation was to benefit us.
24        They went beyond the call of duty, and
25        they, in fact, benefited from us.  And
```



1          Episode 142: Stephen Kershnar
2      it's unclear if veterans did these
3      things, right.  It's unclear if their
4      motivation was to benefit us or to get
5      this package of benefits.
6          THADDEUS RUSSELL:  There you go.
7          STEPHEN KERSHNAR:  During combat,
8      it's interesting what the studies show
9      in terms of why individuals perform
10     under combat.  It seems that they're
11     fighting for the band of brothers.
12     They're not fighting for ideas.  They're
13     not fighting for people back home.
14     They're fighting for the band of
15     brothers.  So at least during combat,
16     it's not clear that --
17         THADDEUS RUSSELL:  They're
18     fighting for their buddy next to them in
19     the foxhole.
20         STEPHEN KERSHNAR:  That's exactly
21     right.  Yeah.  They're fighting for
22     their brothers in arms.
23         And did they, in fact, benefit
24     from us?  Well, I guess it depends on
25     the war.  It's a little hard to see why



Page 93

```
 1        Episode 142: Stephen Kershnar
 2        we benefited from a number of these
 3        wars, you know, wars such as World War
 4        I.  It's a little hard to see exactly
 5        how we benefited from World War I.
 6        Vietnam is kind of a giant controversy,
 7        but it's not obvious that we benefit
 8        from World War I.  Certainly the sort of
 9        more recent wars, the Serbian War, the
10        two Iraq Wars, the Afghanistan War.
11             THADDEUS RUSSELL:  They're all
12        controversial.
13             STEPHEN KERSHNAR:  Yeah.  The war
14        in Libya.
15             THADDEUS RUSSELL:  Even World War
16        II is controversial.
17             STEPHEN KERSHNAR:  Yeah, I
18        actually think that is controversial.
19             THADDEUS RUSSELL:  I'm writing a
20        book about that right now, actually.
21             STEPHEN KERSHNAR:  Right.  That's
22        interesting because you heard in my view
23        on this, is so outside the mainstream.
24        It's even worse than adult child sex.
25        But it's kind of funny.  So it's not
```



```
 1        Episode 142: Stephen Kershnar
 2     clear they, in fact, benefited from us.
 3     It's not clearly intended to benefit us,
 4     and it's not clear they went above and
 5     beyond the call of duty.  I mean, that's
 6     what the job entails.  And the package
 7     of benefits also includes what the
 8     package of benefits looks like for a
 9     young man.  So, for example, if you go
10     to West Point now, this I can find no
11     study on, but they report that one of
12     the reasons you want to be, for example,
13     attend West Point is they get you all
14     these social benefits, right?  You're
15     dating and marriage prospects improve,
16     your community holds you high in esteem,
17     and that the equivalent job would not
18     produce these benefits.
19          Well, my view is that's part of
20     the benefits package.  Why think then,
21     that because you chose benefit package A
22     rather than benefit package B, we should
23     be grateful?  One last reason that we
24     don't that it's probably not good to be
25     grateful is that you can't quantify it,
```



Page 95

1      Episode 142: Stephen Kershnar

2      right.  I mean, you might think, look,

3      we want to know -- we want to choose

4      when to be grateful to someone.  I

5      didn't choose to be grateful to this

6      individual.

7           And so as a system, it's not clear

8      that we want to use gratitude as a

9      currency rather than cash or other

10     benefits.  So under the theory it's not

11     clear that they're similar to our mother

12     or sort of members of the military

13     similar to our mother.  And I think in

14     terms of what makes us grateful, the

15     answer is no.  And then the cruder

16     example is what exactly separates

17     someone from the military from a farmer?

18          THADDEUS RUSSELL:  So first of

19     all, I hope you do separate conscripts

20     from volunteers, right?  That's very

21     important to me.

22          STEPHEN KERSHNAR:  Okay.  So

23     again, conscripts, we might want to feel

24     bad for them, and we might want to think

25     that we owe them compensation.



Page 96

```
 1        Episode 142: Stephen Kershnar
 2            THADDEUS RUSSELL:  Oh, yeah.
 3            STEPHEN KERSHNAR:  But if they're
 4        slaves, it's unclear why we should be
 5        grateful to slaves so much as sorry for
 6        what we've done to them.
 7            THADDEUS RUSSELL:  For sure.
 8        Yeah.
 9            STEPHEN KERSHNAR:  And I think the
10        draft is atrocious.  I mean, I know the
11        Supreme Court's case saying that it's
12        not involuntary servitude, but it sure
13        is how it looks like it.
14            THADDEUS RUSSELL:  Yeah.  Oh, you
15        call it slavery, too.
16            STEPHEN KERSHNAR:  Yeah, I think
17        it's slavery, yes.
18            THADDEUS RUSSELL:  Good man.  It's
19        very rare.  Very few people say that,
20        and I don't get it at all.  I don't
21        understand the objection to that
22        whatsoever.
23            STEPHEN KERSHNAR:  I don't
24        understand how is it --
25            THADDEUS RUSSELL:  How is it not
```



Page 97

1          Episode 142: Stephen Kershnar
2      free slavery?  How is it not?
3          STEPHEN KERSHNAR:  Yeah, I do not
4      understand.  I don't understand why a
5      free country would want sort of
6      involuntary members of the military.
7      Look, pretty much any wealthy country
8      can afford a military.  What they can't
9      afford is they can't afford to hire
10     people at low labor costs.  So the issue
11     is, are we going to shift costs from
12     young men and women, usually young men,
13     shift costs from them onto the taxpayer,
14     put the costs on them.  It's not clear.
15     There are two different ways of getting
16     an adequate military.  It's just a
17     matter of who's going to bear the cost
18     of it.  It's not clear you can't get a
19     good military so long as you just keep
20     on increasing the wages until you get
21     the people that you want.
22          THADDEUS RUSSELL:  Yeah.  I guess
23     I was taking a slightly different take.
24     I was talking about not so much
25     gratitude, but blame.  I blame



Page 98

```
 1        Episode 142: Stephen Kershnar
 2     volunteers for volunteering for wars
 3     that I think actually made the world
 4     worse for me.  In some cases, actually
 5     less safe for me.  Like the wars of the
 6     Middle East, right?
 7          STEPHEN KERSHNAR:  Right.
 8          THADDEUS RUSSELL:  I don't think
 9     it made the world better.  I think it
10     made the world worse for me, for John
11     McCain to go bomb civilian peasants in
12     Vietnam in the 1960s, right?
13          STEPHEN KERSHNAR:  Sure.
14          THADDEUS RUSSELL:  It did all
15     sorts of things to that country, a
16     country I might want to visit, and I
17     also don't want to have my name attached
18     to the deaths of those people, which,
19     unfortunately, it is because the United
20     States doesn't allow me to choose
21     whether or not to be a citizen of the
22     United States.  And so when they drop
23     those bombs with the American flags on
24     them, unfortunately, I am associated in
25     the minds of the victims with those
```



1        Episode 142: Stephen Kershnar

2    bombs.

3        But of course, conscripts is an

4    entirely different story.  I mean, to

5    me, you know, they're the worst victims,

6    I think, basically in our history.  And

7    yeah, I do think it's slavery and but

8    more to the point, I hold veterans who

9    volunteer for these wars responsible for

10   those wars, and if they were not a good

11   war, they're to blame.  I mean, the war

12   wouldn't happen if they hadn't

13   volunteered in many cases.

14        STEPHEN KERSHNAR:  Correct.

15        THADDEUS RUSSELL:  They hold some

16   culpability here.

17        STEPHEN KERSHNAR:  Yeah.  I

18   actually have a little more mixed view

19   than you do in Vietnam.  It's kind of

20   interesting.  I mean, I don't think you

21   want to diverge there, but I do think

22   that these communist countries prove

23   themselves to be quite the slaughtering

24   grounds.  So I'm not --

25        THADDEUS RUSSELL:  No doubt.



```
 1        Episode 142: Stephen Kershnar
 2        STEPHEN KERSHNAR:  I think the
 3   concern about Dominos at the time was
 4   reasonable.  I'm not sure I agree with
 5   the Vietnam War, but I have a little
 6   more mixed views than you do, both
 7   because of the concern about Dominos and
 8   also because the absolute level of
 9   destruction and death that communist
10   regimes brought about.
11        Sure, yeah.  So I hear what you're
12   saying about blame.  That is a good
13   point.  So if you have involuntary even
14   that doesn't completely absolve someone
15   of blame.  For example, if you're put --
16   so imagine someone is kind of an old
17   case, the Irish Republican Army says
18   they're going to kneecap someone if they
19   don't drive these individuals somewhere.
20   And to the actual facts, imagine the
21   driver knows they're going to engage in
22   a drive by shooting.
23        THADDEUS RUSSELL:  Right.
24        STEPHEN KERSHNAR:  So he's going
25   to be crippled if they don't, or
```



```
 1        Episode 142: Stephen Kershnar
 2     disabled if he doesn't do it.  You might
 3     think he's still blameworthy, or not
 4     fully blameworthy.  That has an excuse,
 5     or at least a partial justification in
 6     virtue of the violence that he's facing,
 7     but still not a fully sufficient
 8     justification.
 9          THADDEUS RUSSELL:  Right.
10          STEPHEN KERSHNAR:  And you might
11     also think with regard to some of these
12     voluntary participants, if they don't
13     know to assess what they're doing or
14     they just get it wrong, that they're not
15     fully blameworthy even if they are
16     blameworthy.  So I'll give you an
17     example.  So do you think -- take the
18     Libyan War or the Serbian War, where
19     Congress refused to fund the war.  So it
20     wasn't just there was no declaration of
21     war.  They didn't even agree to fund it.
22          THADDEUS RUSSELL:  Right.
23          STEPHEN KERSHNAR:  You might think
24     that's a violation of the Constitution
25     and that a member of the military takes
```



Page 102

```
 1        Episode 142: Stephen Kershnar
 2        an oath to protect and defend the
 3        Constitution.  Do you think the members
 4        of the military who participated in that
 5        were oath breakers?  And that they've,
 6        in some sense, earned our contempt or at
 7        least considerably less respect because
 8        they didn't live up to their oath?
 9            THADDEUS RUSSELL:  I guess so.
10            STEPHEN KERSHNAR:  Or do you think
11        that they're not blameworthy because
12        their interpretation of the
13        Constitution, while incorrect, is not
14        obviously wrong?
15            THADDEUS RUSSELL:  I mean, I guess
16        technically they're oath breakers.
17        Although I'm just not concerned because
18        I don't care about the Constitution in
19        the way that a lot of people do.  Or I
20        should say that's not my concern.  My
21        concern is simply that I'm opposed to
22        these wars and these people chose to
23        fight them.  But, yeah, I guess they're
24        technically oath breakers.  I guess I
25        have some sympathy -- no, I don't, for
```



Page 103

1        Episode 142: Stephen Kershnar
2     volunteers.  Sorry.  You get all the
3     blame, buddy.  I don't get it.
4            If you get all the praise and the
5     credit, right, for protecting our
6     country and our freedoms and our rights
7     and blah, blah, blah, well, you get the
8     blame if it goes wrong if you
9     volunteered.
10            You know, the Iraqi children who
11     are dead, are dead in part because of
12     you and your participation in that war.
13     Same with the Vietnamese, same with the
14     Japanese, and same with all of them.
15            STEPHEN KERSHNAR:  Right.
16            THADDEUS RUSSELL:  I don't know
17     how to get around that.  But not the
18     slaves, the ones who actually like John
19     McCain, he volunteered.  He knew what he
20     was doing.  He knew that he would be
21     dropping bombs on civilians, and that's
22     what he did.  And he was shot down.  And
23     I'm glad he was.
24            STEPHEN KERSHNAR:  Here's my
25     question then.



```
 1        Episode 142: Stephen Kershnar
 2          THADDEUS RUSSELL:  I'm glad he was
 3      shot down because there was a war going
 4      on, and I would rather the Vietnamese
 5      have won that war.
 6          STEPHEN KERSHNAR:  Right.  SO I'm
 7      just curious about this.  I'm not
 8      disagreeing with you, but I'm curious
 9      about this.  SO given the history of
10      starvation and slaughter in places like
11      the Soviet Union, Maoist China, the
12      Khmer Rouge in Cambodia, why not -- and
13      again, like I said, I'm not disagree
14      with you, and I do think there is a
15      declaration of war requirement in the
16      Constitution.  I know I no one holds it
17      to that.  That's my view.  So I think
18      these wars are all unconstitutional.
19          THADDEUS RUSSELL:  Oh, sure.
20          STEPHEN KERSHNAR:  But why not
21      think that?  There was legitimate
22      concern.  It was borne out that the
23      North Vietnamese were going to be
24      slaughtered.  Again, it might not be a
25      business, may not have declared war.
```



```
 1       Episode 142: Stephen Kershnar
 2      The South Vietnamese regime might have
 3      been corrupt.
 4           THADDEUS RUSSELL:  Right.
 5           STEPHEN KERSHNAR:  But, I mean,
 6      given that it's a reasonable prediction
 7      that the North Vietnamese would
 8      slaughter hundreds of thousands of
 9      innocent people, and, in fact, on some
10      accounts, they did do so --
11           THADDEUS RUSSELL:  Sure.
12           STEPHEN KERSHNAR:  -- why think
13      that that's not -- it's at least a murky
14      case in terms of justice.  Leaving aside
15      the legality, it's at least a murky case
16      of justice.
17           THADDEUS RUSSELL:  Yeah.  So if
18      you don't like what the Communists did,
19      which I certainly don't, and you didn't
20      mention Cambodia, which is the worst of
21      them all, right?
22           STEPHEN KERSHNAR:  Yeah.  I was
23      going to ask you about the next,
24      actually.
25           THADDEUS RUSSELL:  But, yeah, I
```



 1       Episode 142: Stephen Kershnar
 2       mean, all of them.  Stalin, Mao, China,
 3       Vietnam, yeah, every one of them I
 4       detest.  They were mass murderous
 5       regimes.
 6            Here's what I'm arguing in the
 7       book I'm writing, which is that the
 8       diffusion of American popular culture,
 9       especially sort of low brow popular
10       culture across the world over the last
11       century and a half has done more to
12       subvert authoritarian regimes like
13       communist regimes, like fascism in Italy
14       and Germany, like communism in the
15       Soviet Union than anything the 101st
16       Airborne could ever do.  So that
17       military interventions actually hardens.
18       It tends to harden the regime that's
19       being attacked, and it gives the regime,
20       like in North Korea, the fact that we
21       are surrounding that country with our
22       military gives the dictators of that
23       country great reason, great excuse to
24       militarize and regiment their population
25       and to impose all sorts of controls on



```
 1         Episode 142: Stephen Kershnar

 2         them.  But when jazz and the blues and

 3         all these people were coming into

 4         Germany and Berlin and gays in the 1920s

 5         and early '30s, they were subverting

 6         every minute of every day, everything

 7         that constitutes National Socialism.  So

 8         that's why Hitler and the Nazis that was

 9         one of the first things they did, was

10         they wanted to cut off all the imports

11         of popular entertainment from especially

12         America, because most Germans were way

13         more interested in Louis Armstrong than

14         they were in Adolf Hitler, as a matter

15         of fact.

16              STEPHEN KERSHNAR:  So and I'm

17         similar to everything you're saying, but

18         I'm curious about the Khmer Rouge,

19         right, or the pole pot regime.  We had a

20         small group of leaders.  They killed

21         roughly 2 million people.  Killed in a

22         short time and relatively direct manner.

23         Would you be opposed to sending in,

24         assuming there was a declaration of

25         wars, there wasn't, the B-52s to take
```



MAGNA
LEGAL SERVICES

```
 1        Episode 142: Stephen Kershnar
 2      out that small regime?
 3           THADDEUS RUSSELL:  No, because
 4      that's what started it.  It was B-52s
 5      who started that.  The B-52s --
 6           STEPHEN KERSHNAR:  Fair enough.
 7      But, I mean, once they started -- I
 8      absolutely agree with you on that.  But
 9      once they're in place, would you then
10      send them to B-52s to take them out?
11           THADDEUS RUSSELL:  No, I mean, I
12      don't know.  I don't think so, no.
13      Nixon carpet bombed Cambodia.
14           STEPHEN KERSHNAR:  I agree with
15      everything you're saying.
16           THADDEUS RUSSELL:  Before -- and
17      that sort of set the stage for the
18      killing fields, the famous killing
19      fields of Cambodia.  So bombing tends
20      not to have produced good results in my
21      review.
22           STEPHEN KERSHNAR:  Yeah.  No, I
23      think it's a great point.  And it
24      returning to the veterans.  So one thing
25      you might say is that, look, before
```



```
 1        Episode 142: Stephen Kershnar
 2        we're grateful to veterans, we should
 3        actually look into whether one of two
 4        things are true.  Did their course of
 5        action was it reasonably expected to
 6        benefit us?  And separately, did it
 7        benefit us?  And if the answer is no on
 8        both --
 9             THADDEUS RUSSELL:  Right.
10             STEPHEN KERSHNAR:  -- and if
11        they're not motivated to benefit us --
12             THADDEUS RUSSELL:  Right.
13             STEPHEN KERSHNAR:  -- it doesn't
14        look like a case for gratitude.
15             THADDEUS RUSSELL:  Yeah.
16             STEPHEN KERSHNAR:  Even if someone
17        does benefit us, if they don't do it in
18        order to benefit us, it's unclear why we
19        should be grateful.  I mean, lots of
20        people have benefited from Frank
21        Sinatra's music.  I like Sinatra's
22        music, and obviously hundreds of
23        millions of people like.  But does that
24        mean we should be grateful to Frank
25        Sinatra?
```



MAGNA

LEGAL SERVICES

```
 1        Episode 142: Stephen Kershnar
 2           THADDEUS RUSSELL:  Yeah.
 3           STEPHEN KERSHNAR:  I'm not sure
 4     why.  I mean, that's a case where he did
 5     benefit us.  I'm not sure he was
 6     motivated to benefit from us.  I don't
 7     exactly know what motivated Frank
 8     Sinatra.
 9           THADDEUS RUSSELL:  You mean
10     collective gratitude.  I'm individually
11     grateful for Frank Sinatra's existence,
12     sort of in a Buddhist way.  I'm just
13     grateful that he exists in my life, and
14     it made my life better.  And I
15     appreciate that.  But as an individual,
16     you're talking about collective sort of
17     coercion.
18           STEPHEN KERSHNAR:  No.  I mean, so
19     you can be individually grateful.  It's
20     question is whether you should be
21     individually grateful.
22           THADDEUS RUSSELL:  Okay.
23           STEPHEN KERSHNAR:  Imagine someone
24     has --
25           THADDEUS RUSSELL:  Well, what's
```



```
 1        Episode 142: Stephen Kershnar

 2     the problem with being individually

 3     grateful for a great artist existing?

 4          STEPHEN KERSHNAR:  Well, the

 5     concern is that if the gratitude doesn't

 6     have a proper justification, then it

 7     seems to be mistaken, even if it doesn't

 8     harm anyone.

 9          THADDEUS RUSSELL:  Okay.

10          STEPHEN KERSHNAR:  So imagine that

11     you are grateful to someone whose

12     behavior is just flagrantly unjust.  So

13     that you, for whatever reason, you're

14     grateful to Typhoid Mary because she led

15     you to write this fantastic screenplay,

16     which made you very rich and famous.

17          THADDEUS RUSSELL:  Right.

18          STEPHEN KERSHNAR:  I mean, you

19     could be pleased that she existed and

20     sort of glad that she existed.  I'm not

21     sure why you'd be grateful to her,

22     though.  I mean, did she really aim to

23     benefit you?  Would she try to benefit

24     you?

25          THADDEUS RUSSELL:  Yeah.
```



```
 1        Episode 142: Stephen Kershnar
 2            STEPHEN KERSHNAR:  Again, maybe
 3        it's not irrational to have attitudes
 4        that are systematically mistaken, but
 5        they are mistaken nonetheless.  And to
 6        the extent that these attitudes have a
 7        truth condition, they seem to be false.
 8            THADDEUS RUSSELL:  Okay.  So is it
 9        about the fact that I don't know Frank
10        Sinatra or Typhoid Mary or a veteran?
11            STEPHEN KERSHNAR:  Well, it's not
12        bad.  It's that they don't meet the
13        conditions of gratitude, not similar to
14        your mother.
15            THADDEUS RUSSELL:  Well, yeah,
16        because they didn't have me in mind.
17            STEPHEN KERSHNAR:  That's right.
18        They didn't have you in mind.
19            THADDEUS RUSSELL:  Yeah, that's
20        right.
21            STEPHEN KERSHNAR:  They didn't try
22        to benefit other people like you or
23        collect which includes --
24            THADDEUS RUSSELL:  Because we
25        don't know each other.  I'm saying the
```



```
 1      Episode 142: Stephen Kershnar
 2      basis of your critique here.
 3           STEPHEN KERSHNAR:  Right, right.
 4      That's right.  And some cases, is it
 5      okay to be angry at someone who didn't
 6      do anything to us?  Could you have a
 7      secondary anger?  Perhaps, but it's not
 8      clear that you can have gratitude for if
 9      A benefits B, it's not clear that you
10      can be grateful on behalf of B.
11      Gratitude seems to be something that's
12      tied to the individual.
13           THADDEUS RUSSELL:  Yeah.  This is
14      sort of reminding me of sports fans,
15      right.  Having this feeling of not just
16      loyalty, but familial association with
17      their team, right.  So they'll say we
18      when they refer to the Buffalo Bills,
19      even though they've never set foot on a
20      football field.  Right?
21           STEPHEN KERSHNAR:  That's right,
22      yeah.
23           THADDEUS RUSSELL:  And so that's
24      just silly.  And also they express
25      gratitude when the team does something
```



Page 114

```
 1        Episode 142: Stephen Kershnar
 2    good, even though the team has no idea
 3    they exist, basically.
 4        STEPHEN KERSHNAR:  Or when a
 5    player retires, right.  They show off
 6    the gratitude.  They say, look, I'm this
 7    grateful to all the enjoyment that
 8    you've given me, even if the player did
 9    it solely either to gain money and fame
10    or to benefit their fellow players or
11    because they just believe in the
12    excellence of the sport, right.  If they
13    didn't try to benefit the fans, it's a
14    little -- or it's not a strong
15    motivation for them.
16        THADDEUS RUSSELL:  Right.
17        STEPHEN KERSHNAR:  And you can see
18    this kind of so a significant number of
19    people who go to West Point leave after
20    their first tour.
21        Now, my guess is if you really
22    increase the package, they wouldn't
23    leave, which shows that a significant
24    feature of the decision making is self
25    interested.  And I don't think there's
```



```
 1        Episode 142: Stephen Kershnar
 2       anything wrong with that.
 3            But if they're acting from a
 4       largely or at least significantly
 5       self-interested motivation, it's a
 6       little unclear why we should be
 7       grateful.  Now, take the case of you and
 8       Frank Sinatra.  Look, you can be pleased
 9       that Frank Sinatra exists, and you might
10       think that Frank Sinatra has benefited
11       you, but it's unclear why you would be
12       grateful to Frank Sinatra.
13            THADDEUS RUSSELL:  Okay, I get it.
14            STEPHEN KERSHNAR:  Any more than
15       you'd be grateful to Typhoid Mary if
16       you're writing a book about her.
17            THADDEUS RUSSELL:  So the
18       appropriate response is to be pleased,
19       not grateful.
20            STEPHEN KERSHNAR:  Yes.
21            THADDEUS RUSSELL:  To you.  Okay.
22       Yeah.
23            STEPHEN KERSHNAR:  Or just happy
24       that Frank Sinatra exists with the music
25       that he did.
```



Page 116

1        Episode 142: Stephen Kershnar

2            THADDEUS RUSSELL:  Okay.  So I

3        think this is, again, politically

4        important, especially when people --

5        especially in politics, right, meaning

6        formal politics, like election.

7            STEPHEN KERSHNAR:  Yes.  Right.

8            THADDEUS RUSSELL:  So people

9        merging their identities with the

10       Buffalo Bills is one thing.  When they

11       merge their identities with the Head of

12       State or with one of the major political

13       parties that is at the head of the

14       largest superpower in the history of the

15       world, we're in real danger -- or

16       anywhere.  I mean, that is the root of

17       all authoritarian politics.  That is the

18       root of fascism, communism.  All of it

19       is the merger of you, the individual,

20       and your identity with the nation state

21       represented by the head of state.

22            So this is why when people do this

23       in football or baseball or basketball,

24       I'm annoyed, I'm not screaming at them,

25       but I do want to point out that if you



```
 1        Episode 142: Stephen Kershnar
 2        keep acting this way, behaving this way,
 3        and thinking about political figures
 4        this way, which they inevitably do, we
 5        are headed toward a regimented,
 6        essentially totalitarian society in
 7        which there's a cult of personality
 8        around the Head of State.
 9            STEPHEN KERSHNAR:  That's
10        interesting.  Yeah.  I mean --
11            THADDEUS RUSSELL:  Again, it's not
12        an academic quibble here.  To me, this
13        is important.
14            STEPHEN KERSHNAR:  Could you
15        identify with a political party or a
16        leader and still believe strong in
17        individual rights and say, Look, I
18        believe in this individual or this
19        party, but to the extent that they start
20        trampling on people's rights, I'll dump
21        them like a hot potato -- drop them like
22        a hot potato.
23            THADDEUS RUSSELL:  I mean, if --
24            STEPHEN KERSHNAR:  I'm not sure
25        it's an impossible position
```



Page 118

```
 1        Episode 142: Stephen Kershnar
 2    conceptually.  Maybe it's empirically
 3    difficult to make that move, but I'm not
 4    sure it's --
 5        THADDEUS RUSSELL:  In other words,
 6    once you do that with the nation state,
 7    right, you're basically giving them
 8    carte blanche.  You're giving them
 9    permission to do things to you, right.
10    Because you're saying, Well, they are me
11    and I am them, and so whatever they
12    need, I will do.  Whether including
13    marching off to war in a foreign land
14    that I've never heard of.
15        STEPHEN KERSHNAR:  Yes.  So I
16    think that's a good point.  I wonder,
17    though, whether you could identify with
18    the group and I'm not saying we do this,
19    but whether you could identify a group
20    in virtue of its role in either
21    producing good results or in protecting
22    those rights.  So identify them because
23    they're the leading defender of our
24    rights or because they're the leading
25    defender of the efficient policy.
```



Page 119

```
 1        Episode 142: Stephen Kershnar
 2            THADDEUS RUSSELL:  Oh, yeah.  If
 3      I'm convinced that once they take
 4      office, they will dismantle the office,
 5      then I wouldn't mind identifying with
 6      them.  But no politician I've ever known
 7      of has done that, right?  Not really.
 8      And they want to take over state power
 9      with all of its violence.  State power
10      is about it's the monopoly on violence.
11            STEPHEN KERSHNAR:  Right.
12            THADDEUS RUSSELL:  And that's what
13      it's all about, is about the cops and
14      the army.  At the end of the day, that's
15      what it is, right.  And they're also
16      interested in keeping me orderly.  They
17      want me -- that's their primary
18      interest, me, Thad Russell they want me
19      to be orderly and law abiding.  Right?
20            STEPHEN KERSHNAR:  Yes.
21            THADDEUS RUSSELL:  And not be
22      critical of the government, not be
23      critical of American institutions, not
24      be critical of the Constitution or the
25      Declaration of Independence and our
```



```
 1       Episode 142: Stephen Kershnar
 2       great heroes and our late, great
 3       presidents, right.  That's what they
 4       want, and that's what they get when they
 5       find a patriot.  They get someone who's
 6       not -- yeah.
 7            STEPHEN KERSHNAR:  That's
 8       interesting.  Yeah.  I guess -- I think
 9       you make a really good point.  I'm just
10       not entirely sure that -- your
11       identification couldn't be, in part,
12       ideas based that I identify with Leader
13       X or Country Y or Party Z in virtue of
14       the fact that they're promoting these
15       ideas.
16            THADDEUS RUSSELL:  No, identifying
17       with ideas is just fine.
18            STEPHEN KERSHNAR:  Right.  But I'm
19       wondering if you can sort of run these
20       things together or one as an instrument
21       to the other.  I identify with this
22       instrument as a way of bringing about
23       these ideas.  Again, I'm not disagreeing
24       with you.  I'm just kind of putting
25       forth the idea that some identification
```



```
 1        Episode 142: Stephen Kershnar
 2     could be instrumental.
 3        THADDEUS RUSSELL:  I hear you.
 4     Oh, yeah.  Obviously, there have been
 5     candidates for president who I agreed
 6     with much more than other candidates,
 7     but then I just sort of saw them as
 8     again, sort of tools.  But I would never
 9     sort of put their face on my T-shirt and
10     I wouldn't put their name on my bumper
11     sticker and I wouldn't -- you know what
12     I mean?  And I wouldn't call them by
13     their first name like a lot of people
14     do, which really turns my stomach when
15     people call politicians by their first
16     names.  My parents do that.  It wasn't
17     Biden and Harris who won.  It was Joe
18     and Kamala who won, Steve, if you're
19     wondering.
20        All right, this has been super
21     fun.  I love this so much.  All right,
22     we've got one more.  We got the big one.
23     Your latest book, Total Collapse.
24        STEPHEN KERSHNAR:  So this book --
25        THADDEUS RUSSELL:  Hold on.  It's
```



```
 1        Episode 142: Stephen Kershnar
 2        called Total Collapse:  The Case against
 3        Morality and Responsibility.  When I saw
 4        that, I almost had an orgasm.  I'm just
 5        being honest with you.
 6             Now, I will say, and this is the
 7        book I know best of yours.  It's a
 8        complicated argument that you make, and
 9        there's a major piece of it that I
10        struggle with, which is about free will.
11        But you just lay it out now and then
12        we'll see if we can flush it out for our
13        lay audience and myself.
14             STEPHEN KERSHNAR:  Yeah.  So I'll
15        make two claims.  One is that the way in
16        which we think morality works, it does
17        not work.  And probably the best
18        explanation is that there is no morality
19        and that there's also no responsibility.
20             So let me take the responsibility
21        first.  So we often think that
22        individuals are morally responsible.
23        And by that what we mean roughly is that
24        they're the sort of individuals that can
25        be praised or blamed in a correct
```



```
 1        Episode 142: Stephen Kershnar

 2        manner.  I mean, you can praise or blame

 3        your dog or the cabinet door that bangs

 4        your head, but it's incorrect.  But the

 5        idea is that people can be correctly

 6        praised or blamed because they warrant

 7        it.

 8             THADDEUS RUSSELL:  Right.

 9             STEPHEN KERSHNAR:  The problem is

10        it's a little hard to see what it is

11        that makes someone morally responsible.

12             Now, there are largely two

13        candidates in the literature -- and sort

14        of variance in this, but basically two

15        candidates.  One is that someone makes a

16        choice, and in virtue of making a

17        choice, they're morally responsible.

18        That is they're going to be praiseworthy

19        or blameworthy or have a neutral level,

20        neither zero level of praiseworthiness

21        or blameworthiness.

22             So there's a choice theory, and

23        then there's kind of a character theory

24        that your psychology, or more

25        specifically, your psychology at a time
```



Page 124

1           Episode 142: Stephen Kershnar
2      makes you praiseworthy or blameworthy.
3           THADDEUS RUSSELL:  Okay.
4           STEPHEN KERSHNAR:  The problem is
5      that neither explanation seems to be
6      intuitively correct.  Take the choice.
7      If you're responsible for your choice
8      but you're not responsible for the
9      psychology which brought it about, then
10     it's a little hard to see why you could
11     be responsible based on the choice
12     alone.  So, for example, if Patty Hearst
13     really were brainwashed -- I don't think
14     she was.
15           THADDEUS RUSSELL:  Sorry.  Some
16     people don't know who Patty Hurst is.
17           STEPHEN KERSHNAR:  So Patty Hearst
18     was a woman who was kidnapped in the --
19     I think it was the early '70s --
20           THADDEUS RUSSELL:  Yes.
21           STEPHEN KERSHNAR:  By a Marxist
22     revolutionary group called the
23     Symbionese Liberation Army.
24           THADDEUS RUSSELL:  In my hometown.
25     She was kidnapped in Berkeley when I was



Page 125

1        Episode 142: Stephen Kershnar

2    growing up there.  Yeah, sorry.

3            STEPHEN KERSHNAR:  Oh, is that

4    right?

5            THADDEUS RUSSELL:  Yeah.  Yeah.

6    She's an heiress of the Hearst Newspaper

7    Fortune family.

8            STEPHEN KERSHNAR:  Right.  And

9    they kept her locked in a closet for 51

10   days, wherein supposedly they beat her,

11   they sleep deprived her, and on her

12   account, they raped her.  And so then

13   she seemed to be a willing participant

14   in their revolutionary activities,

15   including things like robbing banks.

16           THADDEUS RUSSELL:  She robbed a

17   bank, famously, it was captured on the

18   video camera and with wearing the beret

19   and also posing with a gun in front of

20   the Symbionese Liberation Army in logo.

21           STEPHEN KERSHNAR:  Right.

22           THADDEUS RUSSELL:  Yeah.

23           STEPHEN KERSHNAR:  And she tried

24   to help her members escape.  And even

25   when the police tried to rescue her, not



Page 126

```
 1        Episode 142: Stephen Kershnar
 2        knowing who she was, she never said,
 3        Hey, I am Patty Hearst.
 4             THADDEUS RUSSELL:  Right.
 5             STEPHEN KERSHNAR:  So the standard
 6        account is that she's brainwashed.  Now,
 7        leave aside whether she actually was
 8        brainwashed, but brainwashing is
 9        impossible.  If she were brainwashed,
10        the fact that she made a choice would
11        not make her morally responsible because
12        she's not responsible for the psychology
13        which led to that choice, even if it
14        didn't determine it or dictate it.  Same
15        thing if God were to create someone from
16        nothing, you might be religious told
17        this, but if there were God and he were
18        to create someone from nothing, and like
19        a split second later, the person were to
20        act.  So they were to have a fully
21        formed psychology, which they neither
22        chose nor controlled, and they were to
23        act on, it does not seem that
24        individual's response for that choice.
25             THADDEUS RUSSELL:  Hang on now.
```



1           Episode 142: Stephen Kershnar

2               STEPHEN KERSHNAR:  Because they're

3       not responsible for the psychology that

4       led to it.

5               THADDEUS RUSSELL:  Sorry.  Yeah,

6       that part you lose me on.  How are we

7       not responsible for our own psychology?

8               STEPHEN KERSHNAR:  I'll get to

9       that in a second, but I want to do the

10      choice first.  So imagine God created

11      someone with a complete psychology,

12      right?  So imagine the person is

13      normally a completely egoist.  They only

14      act on their self interest, except in

15      this narrow case, which didn't apply,

16      and the person, as a result, let's say

17      it's Frankenstein's monster kills a

18      small child right after sudden creation.

19      We don't think, well, the Frankenstein's

20      monster would not be responsible.  Why?

21      Because he didn't control or didn't

22      choose a psychology.  And his choice

23      flowed from his psychology, leaving

24      aside whether it was dictated.

25              THADDEUS RUSSELL:  Right.



Page 128

```
1        Episode 142: Stephen Kershnar
2          STEPHEN KERSHNAR:  So it doesn't
3      make it responsible on the basis of
4      choice.  But the same thing is true with
5      psychology.  If you didn't choose your
6      psychology, it's unclear why you would
7      be responsible for it.  Similarly, if
8      Patty Hearst was brainwashed because she
9      has this psychology, it's not clear that
10     that makes her responsible because she
11     didn't choose it.
12         THADDEUS RUSSELL:  Okay.
13         STEPHEN KERSHNAR:  Same thing if
14     Frankenstein's monster was created all
15     at once and then split second after
16     creation as a psychology.  That doesn't
17     seem to make him responsible, again,
18     because he didn't choose a control
19     psychology.
20         Well, if the basis of
21     responsibility is not a choice, and if
22     it's not your psychology, there doesn't
23     seem to be any other basis.  The only
24     other option is to stack them up and say
25     combinations of choice and psychology,
```



Page 129

1        Episode 142: Stephen Kershnar
2     or combinations of psychology and choice
3     to it.
4          THADDEUS RUSSELL:  But wait --
5          STEPHEN KERSHNAR:  But if neither
6     one by itself makes you responsible,
7     it's unclear why stacking them up would
8     make them responsible.
9          THADDEUS RUSSELL:  But hang on.
10    So your examples are Dr. Frankenstein
11    creating the psychology of the monster,
12    and the Symbionese Liberation Army
13    creating the psychology of Patty Hearst.
14    In which case so you're stipulating,
15    right, that she was brainwashed.  So if
16    you stipulate that, that's fine.  I get
17    that.  So neither one in that case is
18    responsible for their own psychology.
19    But that's not most people, right?
20         STEPHEN KERSHNAR:  Absolutely.
21         THADDEUS RUSSELL:  Okay.
22         STEPHEN KERSHNAR:  But the idea is
23    that what makes you responsible has to
24    be something.  It has to be your choice
25    or your psychology.  Because there's



Page 130

```
 1        Episode 142: Stephen Kershnar
 2        just a feedback loop, right?  You
 3        exercise choice.  You change your
 4        psychology based on your change
 5        psychology, you make further choices.
 6        Based on your choices, you happen to
 7        further change the psychology.  There's
 8        a feedback loop.
 9             But it's unclear why cycling
10        through this again and again and again
11        makes you responsible.  If neither one
12        makes you responsible.  That is, if A
13        doesn't make you responsible and B
14        doesn't make you responsible, it's
15        unclear why the combination of them
16        would make you responsible.
17             Now, you're right.  We do have
18        this feedback loop.  We're not like
19        Frankenstein's monster.  We choose our
20        psychology to some degree.
21             THADDEUS RUSSELL:  Okay.
22             STEPHEN KERSHNAR:  And we're not
23        like Patty Hearst in that our choices do
24        flow from our psychology and not a
25        psychology that someone externally
```



Page 131

    1        Episode 142: Stephen Kershnar
    2        imposed on us, at least to that greater
    3        degree.  But the idea is, if you ask
    4        yourself what it is that is the
    5        foundation of responsibility, what it is
    6        that's the basic thing that makes you
    7        responsible, it seems there's two
    8        options in those.  Neither one is
    9        sufficient to make you responsible.
   10            THADDEUS RUSSELL:  So if you
   11        choose your own psychology and then you
   12        make a choice to do something bad -- I'm
   13        still not getting the argument.  Why are
   14        you not then responsible?
   15            STEPHEN KERSHNAR:  Well, because
   16        ask yourself, what is it that would make
   17        you responsible.  Was it the fact that
   18        you chose your psychology, or was it the
   19        fact that your choice flowed from your
   20        psychology?
   21            THADDEUS RUSSELL:  Okay.
   22            STEPHEN KERSHNAR:  So if it's not
   23        the first choice, and by hypothesis,
   24        it's not right, because that seems to
   25        flow from psychology you didn't choose,



Page 132

1        Episode 142: Stephen Kershnar
2        let's just assume it's your first
3        choice.
4             THADDEUS RUSSELL:  Okay.
5             STEPHEN KERSHNAR:  So you're not
6        responsible for that.  If you're not
7        responsible for the choice, why would
8        you be responsible for the psychology
9        that flowed from it?
10            THADDEUS RUSSELL:  Okay.
11            STEPHEN KERSHNAR:  Right.
12       Because, of course, that psychology
13       is -- and you're responsible for the
14       choice.  So how is it -- a choice for
15       which you're not responsible can lead
16       you to be responsible for psychology?
17            THADDEUS RUSSELL:  Okay.  I guess
18       okay --
19            STEPHEN KERSHNAR:  But if you're
20       not responsible for the psychology, why
21       would you be responsible for the choice
22       that flowed from it.
23            THADDEUS RUSSELL:  Okay.
24            STEPHEN KERSHNAR:  So the idea is
25       that we never sort of break into the



Page 133

```
 1        Episode 142: Stephen Kershnar
 2     system.  We never get something that
 3     makes you responsible.
 4          So let me give you a related
 5     argument.  It's not my argument, but
 6     this is a related argument.  It's from a
 7     professor at was at Oxford now.  I think
 8     he's at CUNY, Galen Strawson.  And his
 9     argument, again, similar to mine, but
10     different, has two basic premises.  One
11     premise is you're responsible for what
12     you do -- sorry, what you do depends on
13     who you are.  What you do depends on who
14     you are.  Seems to be correct, right?
15     The choices that you make depend on your
16     psychology.
17          And the second claim is no one is
18     responsible for who he is.  And the
19     reason for that, Strawson claims is that
20     you're not self created.  But -- and
21     again, another way to see it is you
22     didn't choose your psychology.  If you
23     did, that's just going to kick the
24     problem back one step.
25          THADDEUS RUSSELL:  Right.
```



 1        Episode 142: Stephen Kershnar
 2            STEPHEN KERSHNAR:  So Strawson's
 3        view rests on two premises.  What you do
 4        depends on who you are and no one's
 5        responsible for who you are.  My account
 6        is more direct.  It just says, look,
 7        what is it that makes you responsible?
 8        I think there are two plausible
 9        candidates a choice and a psychology.
10        Neither one by itself is sufficient.
11        And if we stack them together in various
12        combinations, you know, combinations of
13        choice, psychology or psychology choice
14        or vast sequences of them, it's kind of
15        like the old slogan, I'm losing money on
16        each sale, but I'm making up in volume.
17            THADDEUS RUSSELL:  Okay.
18            STEPHEN KERSHNAR:  Well, if we
19        don't add responsibility into the
20        system, then long sequences of events or
21        states are not going to be not going to
22        allow an individual to be responsible.
23            THADDEUS RUSSELL:  So are you're
24        attacking the concept of free will.  Am
25        I right?



Page 135

```
 1        Episode 142: Stephen Kershnar
 2            STEPHEN KERSHNAR:  Yes.  I
 3      actually don't -- I think it's a
 4      separate issue.  I don't think we really
 5      care about free will.  I think we care
 6      about moral responsibility.  So free
 7      will matters, I think only to the degree
 8      that makes us morally responsible.  I
 9      don't know whether we have free will or
10      not.  I suspect not.  But whether we do
11      or not, if we have free will, if it
12      doesn't make us morally responsible, why
13      should we care?  It could be that lions
14      and jaguars have free will.  I mean, how
15      is that relevant?
16            THADDEUS RUSSELL:  So it's funny
17      that you were expressing concern about
18      my renegades taking over society, yet
19      you make a whole book argument against
20      social responsibility, don't you?  Isn't
21      that what this is?
22            STEPHEN KERSHNAR:  Yeah, I guess
23      any responsibility.
24            THADDEUS RUSSELL:  Yeah.  Right.
25            STEPHEN KERSHNAR:  And then the
```



```
 1        Episode 142: Stephen Kershnar
 2        case against morality then is even more
 3        damaging, right?
 4             So the idea against morality is
 5        that there's only kind of a couple of
 6        bases for what makes things right or
 7        wrong.  Most standard account are
 8        rights.  So we think, okay, people have
 9        rights and this is just and usually
10        there's two justifications of rights,
11        right?  People have rights because
12        either they're morally responsible and
13        rights protect give us space, elbow room
14        to exercise their responsibility.
15        Obviously a problem for not responsible
16        or they protect people's interests.
17             THADDEUS RUSSELL:  Okay.
18             STEPHEN KERSHNAR:  The problem
19        with both theories is that rights are
20        not going to do the work that we want
21        them to do if they protect autonomy or
22        interest.  And the way you can see that
23        is that certain activities are in our
24        interest or not in our interest and are
25        in our interest and not they sort of
```



```
 1        Episode 142: Stephen Kershnar
 2     turn on, turn off.  We don't think
 3     rights work that way.  It might be the
 4     case that if I don't smoke -- but if I
 5     smoked a cigarette at this time, I would
 6     enjoy it, so I get net benefit, but if I
 7     did it later, the possibility for
 8     addiction would be worse than my
 9     enjoyment.  So that's not my interest,
10     but it is my interest.  We don't think
11     rights turn on and off like that.
12          THADDEUS RUSSELL:  Right.
13          STEPHEN KERSHNAR:  We also don't
14     think when people have conflicting
15     interests, that whoever's stronger
16     interests wins out.  So if someone has a
17     greater interest in my stereo than I do,
18     and they come at the house to take my
19     stereo, we don't think they have a right
20     to it just because they have a greater
21     interest.  And yet, if interest justify
22     rights, it's hard to see why that would
23     not be true.  Some people say, well,
24     it's not the individual interest, it's
25     the collection's interests.  Well, one,
```



Page 138

```
 1        Episode 142: Stephen Kershnar
 2       there's all sorts of bizarre results on
 3       that, right?  It tells us that if enough
 4       people are interested in something, then
 5       they have a right to it, regardless of
 6       how just obviously unjust it is.  So if
 7       enough people get their kicks out of
 8       watching subgroup victimized by some
 9       horrendous violence, they have a right
10       to it because it would maximize overall
11       interest and the same thing at the same
12       game we play with autonomy.
13            THADDEUS RUSSELL:  Yeah.  Rights
14       are religious thinking.  These are
15       religious beliefs.  If you go to Thomas
16       Jefferson and it's like, well, where do
17       these rights come from?  Oh, well, they
18       come from the Creator.  Oh, end of
19       discussion.  Oh, well.  And they get a
20       little more sophisticated in the 19th
21       century, they say, oh, well, they
22       actually come from nature.  Oh, really?
23       Which blade of grass or cloud in the sky
24       does it say that we have a right to free
25       speech or whatever?
```



Page 139

```
 1        Episode 142: Stephen Kershnar
 2          STEPHEN KERSHNAR:  Right.
 3          THADDEUS RUSSELL:  These are
 4     inventions.  They're social constructs,
 5     obviously.  Some of them I like, and
 6     some of them I don't.  But it's so
 7     hilarious to me when people talk about
 8     them as if they're God given.  People
 9     who are secular people, secular thinkers
10     who then they talk as if it's either
11     derived from nature or God, as if, yeah,
12     show me that.  Where's the theorem?
13     Where's the proof of this?  You can't
14     even begin to prove that.
15          STEPHEN KERSHNAR:  Yeah.  And even
16     like I said, I agree with what you're
17     saying.  And it's hard to see how this
18     justificational element works.  People
19     think you can waive rights, but if
20     rights were really fundamental, say,
21     protected choice or autonomy, then how
22     could the same thing both protect the
23     right and protect your ability to waive
24     it?
25          But again, it's hard to see how
```



Page 140

```
 1        Episode 142: Stephen Kershnar
 2        whether you focus on individual cases,
 3        my interest at this time, or a
 4        population's interest over time, the
 5        population's interest over time has
 6        problems, really bizarre.  One
 7        problem -- the objection wasn't tied to
 8        this, but I think you can use it for
 9        it -- use it for it.  So if the
10        interests of humanity are sort of
11        promoted or -- promoted or set back by
12        individuals having this right, then
13        whether I should have a right now
14        depends on what's true about the ancient
15        Egyptians, right?  Whether this would
16        have benefited or harmed them.
17             THADDEUS RUSSELL:  It's eternal.
18             STEPHEN KERSHNAR:  But it's kind
19        of odd to say, like whether or not I
20        have this right depends on facts about
21        ancient Egyptians.
22             THADDEUS RUSSELL:  Right.  These
23        are eternal truth claims, right?  It's
24        eternal.  Rights are rights everywhere
25        and always forever.
```



```
 1        Episode 142: Stephen Kershnar
 2            STEPHEN KERSHNAR:  Right.  That's
 3    right.  And if they're going to do the
 4    work that we want them to, they're going
 5    to have to function like that.
 6            THADDEUS RUSSELL:  Of course.
 7            STEPHEN KERSHNAR:  And they have
 8    to be true across all time --
 9            THADDEUS RUSSELL:  Space and time.
10    Space --
11            STEPHEN KERSHNAR:  Across all
12    possible worlds.
13            THADDEUS RUSSELL:  Exactly.
14            STEPHEN KERSHNAR:  But the other
15    justifications don't seem to work any
16    better.  If consequentialism is true --
17    first of all, if you're not morally
18    responsible, it's unclear why anything
19    is right or wrong.
20            THADDEUS RUSSELL:  Explain
21    consequentialism.
22            STEPHEN KERSHNAR:  So
23    consequentialism just says that -- so
24    people often have heard this
25    utilitarianism.  It just says that the
```



1         Episode 142: Stephen Kershnar

2       ends justify the means.  That is,

3       whether or not your action is right

4       depends on whether or not it brings

5       about the best results.  If it does --

6            THADDEUS RUSSELL:  It's amoral.

7            STEPHEN KERSHNAR:  What is that?

8            THADDEUS RUSSELL:  It's amoral,

9       right?

10            STEPHEN KERSHNAR:  Well, it says

11       that the rightness depends on whether or

12       not you're making the world a better

13       place or a worse place.

14            THADDEUS RUSSELL:  Right.  Okay.

15       I guess -- okay.  In that case -- in

16       that sense it is moralistic.  That's

17       true.  Right?

18            STEPHEN KERSHNAR:  Right.  So it

19       is a theory of morality.  So there's a

20       number of problems with it.  One problem

21       with it is that, look, if we're not

22       morally responsible, then we're not the

23       sort of things that do right or wrong

24       actions.  I mean, no one says that -- so

25       if a gecko eats a praying mantis, we



Page 143

```
 1       Episode 142: Stephen Kershnar
 2       don't say, well, that gecko did the
 3       right thing or wrong thing.  They're not
 4       the sort of things that do right or
 5       wrong actions.
 6            THADDEUS RUSSELL:  Right.
 7            STEPHEN KERSHNAR:  But if we're
 8       not morally responsible in some sense
 9       we're similar to a gecko despite our
10       sophisticated thinking, we're not moral
11       agents because moral agents have
12       responsibility.  What's more, if
13       determinism is true, we don't know
14       whether or not it's true, but if it is
15       true so that given what came before us
16       and given the laws of nature, we
17       couldn't have acted differently.  It's a
18       little hard to say, well, you could have
19       made the world a better place when, in
20       fact, you could not have given that
21       everything's determined.
22            And then lastly -- and this
23       objection doesn't come from me, it comes
24       from a philosopher named Steven Bolter.
25       It's a little hard to see when you
```



1       Episode 142: Stephen Kershnar

2       perform an action at one time, let's say

3       it's 2010, how that can be right or

4       wrong based on what happens in 2020.  I

5       mean, the action no longer exists in

6       2020, so how could that --

7            THADDEUS RUSSELL:  That's the

8       problem --

9            STEPHEN KERSHNAR:  -- backtrack in

10      time to make that action right or wrong?

11           THADDEUS RUSSELL:  Yeah.

12           STEPHEN KERSHNAR:  So the idea is

13      that it doesn't seem that an action is

14      right in virtue of its respecting rights

15      or infringing on rights.  It doesn't

16      seem that an action is right or wrong

17      depending on whether it achieves best

18      results or not.  And then sort of more

19      specific ideas which are central to

20      morality, we can't really defend notion

21      of proportionality; you can use only so

22      much force in punishing someone for self

23      defense.  It's very hard to come out

24      with equation with this.  I claim you

25      can't do it, but at the very least it's



```
 1        Episode 142: Stephen Kershnar
 2     very difficult.
 3          So I just think, look, I mean, we
 4     end up with these two horrendous
 5     results, right?  One -- and they're
 6     strong.  I mean, I think things go
 7     haywire and they're completely
 8     inconsistent with everything I said
 9     early in the interview.  So if you're
10     saying, well, haven't you just
11     contradicted everything you said?  The
12     answer is yes.  And to my eternal
13     discredit.  So it seems that people are
14     not morally responsible because we can't
15     identify what makes them morally
16     responsible.
17          THADDEUS RUSSELL:  Okay.
18          STEPHEN KERSHNAR:  It seems that
19     actions are not right or wrong because
20     there's no thing which makes them right
21     or wrong.
22          THADDEUS RUSSELL:  Right.  No
23     basis for that.
24          STEPHEN KERSHNAR:  Yeah.  Or
25     achieving good or bad consequences.
```



Page 146

1        Episode 142: Stephen Kershnar

2            And so we're left with this very

3        counterintuitive result that there's no

4        morality and that there's no moral

5        responsibility.

6            THADDEUS RUSSELL:  Right.

7            STEPHEN KERSHNAR:  And yet if we

8        believe those things, we lose most of

9        our reasons for action.  I mean, our

10       daily worldview is filled with what are

11       called reactive attitudes.  Attitudes

12       which presuppose responsibility.  We get

13       angry at people, we're grateful, we're

14       proud, we're disappointed, we feel

15       ashamed of ourselves.  All these

16       attitudes presuppose responsibility in

17       saying that we support this policy but

18       not that we support an isolationist

19       rather than an interventionist foreign

20       policy.  We support more freedom rather

21       than less freedom in terms of social

22       regulation of our lives.  We're making

23       morally moral claims, particularly

24       claims about rightness or wrongness.

25       Once we lose rightness or wrongness,



1      Episode 142: Stephen Kershnar
2      those sorts of claims are not just -- I
3      mean, they're flat out false.  We don't
4      just reinterpret them in a way which
5      makes them true.  Because when we say,
6      for example, we should have an
7      isolationist rather than intervention of
8      foreign policy, what we're saying is
9      there are right and wrong actions and
10     this is one of the wrong actions.
11         THADDEUS RUSSELL:  Not me.  So
12     what I say is interventionist foreign
13     policies, as I said earlier, makes the
14     world worse for me and often it makes it
15     less safe for me and the people I care
16     about.  And that's why I oppose
17     interventions abroad.  That's a politics
18     of self interest.  I'm not making a
19     moral claim there at all.
20         STEPHEN KERSHNAR:  But you don't
21     normally -- if something were in your
22     interest, you still might be opposed to,
23     right?  You still might be opposed to
24     let's -- let's say that you were allowed
25     to, for whatever reason, you had some



Page 148

```
1          Episode 142: Stephen Kershnar
2      exemption, you're allowed to, you know,
3      steal or batter whoever you want.
4              THADDEUS RUSSELL:  Okay.
5              STEPHEN KERSHNAR:  You were given,
6      like, a license to behave -- the Sun
7      King in France.
8              THADDEUS RUSSELL:  Yeah.
9              STEPHEN KERSHNAR:  My guess is you
10     would think, look, I really ought not to
11     do that or I desire not to do that.
12     Well, why would you desire not to do
13     something which would make your life
14     feel better?
15             THADDEUS RUSSELL:  Well, I mean,
16     if it involves hurting someone, then I
17     risk blowback from them.  So it's a cost
18     benefit analysis for me.  Again, it's
19     not a moral claim.  I wouldn't choose to
20     not hurt someone based on morality.  I
21     would choose to not hurt someone based
22     on the kind of relationship I want to
23     have with them, right.  So if I go
24     around hitting my neighbors and this
25     goes for people I don't even know, this
```



```
 1        Episode 142: Stephen Kershnar
 2     goes for strangers too if I go around
 3     hitting people who I don't know, my life
 4     is definitely going to take a turn for
 5     the worse, even if I don't go to jail
 6     for it.  I mean, people will hate me.
 7     And that's not a good place to live in,
 8     right?
 9          STEPHEN KERSHNAR:  Right.
10          THADDEUS RUSSELL:  So that's why.
11     That's a politics of self interest.
12          STEPHEN KERSHNAR:  But note that
13     your language might be a little bit
14     misleading because if you were to
15     translate your statements into desires,
16     it would seem to lose the kind of
17     conversational force that it normally
18     has.  If you say, I desire that we have
19     an isolation of foreign policy, or I
20     desire that you not --
21          THADDEUS RUSSELL:  Sorry --
22          STEPHEN KERSHNAR:  Steal my
23     things --
24          THADDEUS RUSSELL:  I mean, I think
25     it's actually been pretty effective.  I
```



Page 150

```
 1        Episode 142: Stephen Kershnar
 2     mean --
 3          STEPHEN KERSHNAR:  Imagine someone
 4     who had really atrocious desires.
 5     Imagine someone said, look, I desire to
 6     take your things.  Would you say, the
 7     person is wrong or mistaken?  Or would
 8     you say, look, their desire does not
 9     align with your desire?
10          THADDEUS RUSSELL:  Correct.  The
11     latter.  And I would say, good luck
12     trying to steal my stuff because I have
13     guns.
14          STEPHEN KERSHNAR:  Fair enough.
15     As a resident of New York City, I'm sure
16     you're pretty well protected.
17          THADDEUS RUSSELL:  But this is the
18     world.  There's conflict in the world,
19     and people do want to do stuff to me.
20     Individuals, governments, organizations
21     want to do stuff, take stuff from me,
22     and then it's just a fight.  I just want
23     to be clear about what they want, right?
24     Once I know what they want, then I erect
25     the defenses instead of moralizing
```



```
 1        Episode 142: Stephen Kershnar
 2     against them.
 3          STEPHEN KERSHNAR:  Excellent.  So
 4     your idea is that you could translate --
 5     either you could translate or at least
 6     you should think just in terms of
 7     desires, that people don't actually
 8     disagree on morality -- they either
 9     don't disagree on morality, or if they
10     do, they're just all saying false
11     things, so there's not a meaningful
12     disagreement.  They're both disagreeing
13     false things.  That's kind of an
14     interesting take on things.  I wonder if
15     it undercuts our reasons for action in
16     the sense that imagine something's in
17     your interest and you desire it.  It's
18     unclear if that provides a reason for
19     action.  Just because something makes
20     your life go better.  Unless you
21     presuppose that you should do those
22     things which make your life go better,
23     it's unclear why you have a reason to
24     act on it.
25          THADDEUS RUSSELL:  Oh, because
```



Page 152

```
 1        Episode 142: Stephen Kershnar
 2      they feel good?  I don't know.  There's
 3      multiple reasons.  They make me feel
 4      good.
 5          STEPHEN KERSHNAR:  I guess I
 6      wonder if that's a reason or if that's
 7      just an empirical statement.  Why is it
 8      better that you feel good?  It's better
 9      for you, but why is it better?
10          THADDEUS RUSSELL:  Again, these
11      are all socially constructed rationales.
12      This is all like, socially constructed
13      desires.  Everything I'm saying is
14      social construction.  Everything I'm
15      saying is an invention and a fiction.
16      It's just that they're ones I prefer,
17      that's all.  I just prefer them over
18      others.
19          STEPHEN KERSHNAR:  I hear what
20      you're saying.  It sounds like your
21      system is consistent.  I'm not sure it
22      captures a lot of what we want to say,
23      but it seems to be perfectly consistent.
24          THADDEUS RUSSELL:  Good.
25          STEPHEN KERSHNAR:  Again, I'm a
```



Page 153

```
 1        Episode 142: Stephen Kershnar
 2       little bit worried that it presupposes
 3       reasons, but maybe not because I'm a
 4       little bit worried that what you're
 5       presupposing there are reasons to do
 6       things which make your life go better or
 7       make you happier, and that there aren't
 8       such reasons.  But in addition, I'm not
 9       actually sure that's socially
10       constructed because it seems to be like,
11       quasi moral sense in chimpanzees.  So
12       I'm not sure to agree, to which -- I
13       don't think that matters.  But that's
14       not, at least in part, genetic.
15            THADDEUS RUSSELL:  Yeah.
16            STEPHEN KERSHNAR:  So what you're
17       saying would make sense to what I'm
18       saying.  But it would lose a lot of what
19       you and I do for a living.  We argue for
20       things, right?  We argue for things in
21       history, we argue things for philosophy,
22       and we'd have to think we're watching or
23       listening to arguments.  We think, well,
24       A's argument is better than B's
25       argument.  But why think that we're
```



1        Episode 142: Stephen Kershnar
2        presupposing things like consistency and
3        support by evidence are good, but why
4        are they good unless you desire them,
5        right?  You might not desire
6        consistency.  You might not desire that
7        summon statement be supported by
8        evidence.
9            So unless it's going to be desire
10       all the way down, which it might well
11       be --
12           THADDEUS RUSSELL:  Yes, it is.
13           STEPHEN KERSHNAR:  -- it doesn't
14       seem to capture a lot of what we want to
15       do, what we do professionally.
16           THADDEUS RUSSELL:  I want it to be
17       desire all the way down.  I want my
18       decisions to be made based on my desire,
19       my individual desire, not on morality,
20       not on the dictates of the culture at
21       large.
22           STEPHEN KERSHNAR:  Right.
23           THADDEUS RUSSELL:  Right.
24           STEPHEN KERSHNAR:  So on your
25       view, which I'm not screaming on, but on



```
 1      Episode 142: Stephen Kershnar
 2      your view, there's nothing wrong with
 3      victimizing others.  Nothing wrong
 4      whatsoever.  But it's an empirical fact
 5      that some people desire is going to be
 6      frustrated if you do that.
 7           THADDEUS RUSSELL:  I mean, just
 8      moral claims in general, I just find
 9      farcical.  I just think they're silly
10      because they're based on nothing.  I
11      mean, they're just fiction.  So I mean,
12      they hold no more weight than me
13      desiring a glass of beer at night.  I
14      mean, these are desires.  They're
15      fictions.  There's no problem with it.
16      I mean, the politics of desire and the
17      politics of self interest are actually
18      really popular, I have found.  I don't
19      think it hurts your cause at all.
20           In fact, I am not -- let me say
21      this really clearly.  I've never read
22      Ayn Rand, and a lot of what I have read
23      I don't like.  But I do think this is
24      very similar.  This piece of my idea,
25      this piece of my worldview, I think is
```



Page 156

```
 1        Episode 142: Stephen Kershnar
 2     similar to hers, which is, I think she
 3     preached the politics of self interest
 4     as well, is what --
 5          STEPHEN KERSHNAR:  Right.
 6          THADDEUS RUSSELL:  So in other
 7     words, it's not that unusual a position.
 8     And Ayn Rand has been awfully popular.
 9          STEPHEN KERSHNAR:  She was a big
10     influence of me when I was --
11          THADDEUS RUSSELL:  Okay.  But I'm
12     not a Randy, and I just --
13          STEPHEN KERSHNAR:  No, I hear what
14     you're saying.  But, I mean, she
15     definitely has a moral structure to her
16     which you and I are rejecting.
17          THADDEUS RUSSELL:  Oh, definitely.
18     Much of Rand I don't like.  But that
19     piece of it, the self interested piece,
20     is --
21          STEPHEN KERSHNAR:  That's right.
22          THADDEUS RUSSELL:  Makes perfect
23     sense, and it's been very popular.
24          STEPHEN KERSHNAR:  But one other
25     thing, and that is your desire need not
```



```
 1      Episode 142: Stephen Kershnar
 2      be tied to your self interest.  You
 3      could desire that your interest be
 4      frustrated.  You could desire your life
 5      go poorly, and that would be kind of a
 6      relevant feature.
 7            THADDEUS RUSSELL:  But why are you
 8      worried about that?  Why are you worried
 9      about what I choose?  Why is that an
10      issue for you?  What's the concern?
11            STEPHEN KERSHNAR:  Well, the
12      concern is just to understand whether or
13      not the way -- in which we look at the
14      world is consistent with the sort of
15      skepticism that you and I are putting
16      forth.
17            THADDEUS RUSSELL:  Okay.  Whether
18      my worldviews --
19            STEPHEN KERSHNAR:  So my concern
20      is the concern is that you and I
21      presuppose reasons not just on a daily
22      basis, which we certainly do, but even
23      in the way in which we think about
24      things that simply are inconsistent with
25      our view about the theory of morality,
```



```
 1        Episode 142: Stephen Kershnar
 2    the fundamental theory of morality.
 3         THADDEUS RUSSELL:  Interesting.
 4         STEPHEN KERSHNAR:  So an example
 5    is on the view that everything's desire
 6    based, you might have various
 7    contradictions come into place that you
 8    desire your life go poorly, and it's
 9    unclear what you do with that, right?
10    So if you desire life go poorly, then if
11    it goes poorly, it goes well because the
12    desire is satisfied.  If it goes well,
13    it goes poorly because the desire is
14    frustrated.  And these sorts of
15    paradoxes, I think, present real
16    problems for the desire based views in
17    terms of what satisfies the desires.
18         Now, someone might say, well,
19    these are just these self referential
20    paradoxes.  It's not a special problem.
21    It's just instant the liar paradox.
22    This sentence is a lie applied to my
23    desires.  I tend to think the problem
24    goes deeper than that, but at least it's
25    a concern that paradoxes result.
```



```
 1        Episode 142: Stephen Kershnar
 2           THADDEUS RUSSELL:  Okay.
 3           STEPHEN KERSHNAR:  Again, the
 4      other concern is just that I just think
 5      a lot of what we think and how we talk,
 6      particularly in our professional roles,
 7      probably can't be translated desires,
 8      but perhaps I'm wrong.
 9           THADDEUS RUSSELL:  Oh, I'm pretty
10      sure it can be.  But this is something
11      I'm definitely going to think about.
12      You've made me think about this more
13      than anyone ever has, and I would
14      definitely chew on this, and we will
15      talk about it the next time.
16           I got another question for you
17      that's just totally off topic here.
18           STEPHEN KERSHNAR:  Sure.  No, I'm
19      really enjoying this.  Absolutely.
20           THADDEUS RUSSELL:  Or at least
21      it's not directly so.
22           I'm curious about you.  Hey, man,
23      you and I both have chosen to say
24      basically the most controversial things
25      you can say in our world.  I mean, for
```



Page 160

```
 1        Episode 142: Stephen Kershnar
 2     God's sake, defending adult child, sex
 3     and trouncing veterans and saying that
 4     no one has responsibility.
 5           STEPHEN KERSHNAR:  Right.
 6           THADDEUS RUSSELL:  Do you have any
 7     theories as to why you've been attracted
 8     to making arguments like that?
 9           STEPHEN KERSHNAR:  Yes.  So I've
10     thought about that a bit.  I didn't
11     actually start out with these sorts of
12     views.  I kind of started out with
13     fairly conventional views.  In my
14     dissertation, I argued for
15     retributivism.
16           THADDEUS RUSSELL:  What's that?
17           STEPHEN KERSHNAR:  The idea that
18     we should punish people because only
19     because they deserve it.
20           THADDEUS RUSSELL:  Oh.
21           STEPHEN KERSHNAR:  That is, we
22     should give people their just desserts
23     when we punish them.
24           THADDEUS RUSSELL:  Okay.
25           STEPHEN KERSHNAR:  And in fact, my
```



Page 161

```
1          Episode 142: Stephen Kershnar
2      brother and I ran a marathon, and in the
3      back, it said, just desserts because I'd
4      written my dissertation on it.
5           On the other hand, look, I mean,
6      it seems to me that if you have this
7      many views which sort of go across the
8      grain, there's got to be some sort of
9      you're just fighting the current.
10          THADDEUS RUSSELL:  What is it in
11     you?  Why you?
12          STEPHEN KERSHNAR:  Well, part of
13     it, I think if you do applied ethics, I
14     mean, it's just part of the field,
15     right?  You got to follow the logic
16     where it is.
17          THADDEUS RUSSELL:  Okay.
18          STEPHEN KERSHNAR:  But two, I just
19     think that I guess I'm not sure what it
20     is.  I don't see myself as an especially
21     oppositional person, so I kind of
22     thought of myself as a fairly good
23     teammate.
24          THADDEUS RUSSELL:  Oh, I'm a great
25     teammate.
```



Page 162

```
 1         Episode 142: Stephen Kershnar
 2            STEPHEN KERSHNAR:  I mean, I'm
 3     divorced, so I guess I'm partially
 4     opposition.
 5            THADDEUS RUSSELL:  I'm divorced,
 6     too.
 7            STEPHEN KERSHNAR:  But, yeah, I
 8     don't see myself as the oppositional.  I
 9     guess I just think, look, certain
10     things, the arguments, it's almost
11     aesthetic.  They just rub me the wrong
12     way.
13            Take the abortion case, right?
14     You look at those religious views about
15     the afterlife, and you look at their
16     views about not killing fetuses to
17     guarantee their trip to heaven, and it
18     bothers me.  It just says, well, why
19     wouldn't you guarantee their trip to
20     heaven?  And I called my brother I'm
21     pretty close to my brother, and I say,
22     well, what do you think?  And he says,
23     yeah, it bothers me, too.  I'm like, all
24     right, well, at least two of us think
25     this.
```



Page 163

```
 1        Episode 142: Stephen Kershnar
 2          THADDEUS RUSSELL:  Logical
 3     inconsistency in people who are
 4     sanctimonious about it.  That's what
 5     bothers me.
 6          STEPHEN KERSHNAR:  That's an
 7     excellent point.
 8          THADDEUS RUSSELL:  That's it.
 9          STEPHEN KERSHNAR:  That could well
10     be just the aesthetic displeasure of it.
11     Absolutely.
12          THADDEUS RUSSELL:  It's the
13     sanctimony of people who are illogical,
14     and they're thinking, it drives me
15     bananas.  That's it.
16          STEPHEN KERSHNAR:  That might be
17     it.  Again, I don't particularly think
18     I'm especially irritable, but when you
19     go to events and they say we all should
20     take the time to thank veterans, I'm
21     thinking, well, lots of people
22     sacrificed this audience in all sorts of
23     ways, including all the mothers and
24     including the farmers.  Why are we
25     singling these individuals out?
```



Page 164

1          Episode 142: Stephen Kershnar
2              I guess it just rubs me the wrong
3     way.  And then some of the things like
4     responsibility there I'm kind of just
5     drag, kicking and screaming, right.  I
6     desperately want to believe in
7     responsibility.  In fact, like I said,
8     whatever, 70% of what we discussed today
9     becomes utterly false and meaningless
10    once you lose responsibility and
11    morality.  So I don't want to lose
12    either one.  But the argument seem to
13    work.  I take them on the road.  I go to
14    conferences.  I have really smart
15    friends who benefit me enormously.  I
16    run it by them, see what they have to
17    say.  And if it survives the conference,
18    it survives my friends and my brother, I
19    think, well --
20         THADDEUS RUSSELL:  Keep going.
21         STEPHEN KERSHNAR:  Runs my
22    brother, my sister.  I'm like, look, I
23    mean, the argument looks good to me.
24    What can I do?  Again, the fact that I
25    don't want it to be true is beside the


MAGNA
LEGAL SERVICES

Page 165

```
1        Episode 142: Stephen Kershnar
2     point.  Best I can determine it is true,
3     I'm guessing.
4          So What about you?  How did you
5     arrive at so many unpopular views?
6          THADDEUS RUSSELL:  Like, I was
7     just thinking this the other day.  I
8     have basically gone through about a
9     two-decade period of just radical
10    disillusionment with everything I was
11    raised to believe.  I mean, my whole
12    worldview, my attitude about things,
13    everything from my parents to Christmas
14    to socialism has all turned upside down
15    in the last 20 years.  And of course, in
16    politics, I've just gone through this
17    whole revolution, which again, it's
18    disillusionment.  I was born into a
19    church and I'm an apostate now.  It's
20    exactly the same kind of thing, right,
21    where all of these things were just
22    premises that were never questioned,
23    basic premises, right.  And I'm talking
24    about sort of the left liberal world.
25          STEPHEN KERSHNAR:  Yes.
```



1        Episode 142: Stephen Kershnar

2            THADDEUS RUSSELL:  And hardcore

3        left in particular in my case.  And I

4        just started to see one after the other

5        after the other not make sense.  Either

6        being internally contradictory or

7        contradictory in other ways or being the

8        opposite of what they claim to be

9        purport to be.  Like often left wing

10       politics often claims to be -- and

11       that's true for conservative politics

12       too, for freedom and liberty, when in

13       fact they're not at all.  They're for

14       conformity and control and social

15       engineering and making people not get

16       abortions and all the rest of it.

17           STEPHEN KERSHNAR:  Right.

18           THADDEUS RUSSELL:  I do have an

19       eye for contradictions in arguments.

20       Yes.  It's very annoying.  I mean, I'm

21       sure to deal with me, I'm always looking

22       for the contradictions in arguments.

23           STEPHEN KERSHNAR:  But is it worth

24       the price, or you find that just that's

25       how your mind works, you can't avoid it?



1        Episode 142: Stephen Kershnar

2            THADDEUS RUSSELL:  Well --

3            STEPHEN KERSHNAR:  In some sense,

4        swimming against the current makes

5        things harder than it has to be.

6            THADDEUS RUSSELL:  I've received

7        quite a bit of punishment and tremendous

8        rewards for it.  Both.  Definitely a lot

9        of both.  So I don't know.

10            STEPHEN KERSHNAR:  I guess I'm

11        somebody exactly true for me as well.

12            THADDEUS RUSSELL:  Right.

13            STEPHEN KERSHNAR:  I don't think

14        it's helped my career.  On the other

15        hand, that's how my mind thinks.  I've

16        had enormous amounts of very pleasing

17        conversations and friendships which

18        involve these discussion of these ideas.

19        So there's been definitely definite

20        benefits but definite costs as well.

21        But overall, I just think, look, that's

22        the way I kind of enjoy thinking, and I

23        don't -- I'm not sure I'd want to cut

24        deals to swim with the current.

25            THADDEUS RUSSELL:  Steve, I run a



Page 168

```
 1        Episode 142: Stephen Kershnar
 2      university, it's called Renegade
 3      University and we actually pay people
 4      better than adjuncts are paid at most
 5      universities.  All you have to do to
 6      make that kind of money is be a good
 7      teacher and say interesting things.  I
 8      would love for you to teach something
 9      for us.  You would be amazing and people
10      would love it.
11           STEPHEN KERSHNAR:  No, I would
12      definitely consider it.  In addition,
13      I'll be more than glad to give lectures
14      for free.  Like I said, I really enjoy
15      this and it's been my pleasure to do.
16           THADDEUS RUSSELL:  Awesome.  Now
17      we'll get you paid.  We'll get you paid.
18      You're worth it.  You are amazing.  This
19      has been --
20           STEPHEN KERSHNAR:  You as well.
21           THADDEUS RUSSELL:  This is the
22      most fun I've ever had talking to a
23      philosophy professor by far.
24           STEPHEN KERSHNAR:  I've really
25      enjoyed as well.  It was fantastic
```



Page 169

```
 1        Episode 142: Stephen Kershnar
 2     interview and I've enjoyed it from
 3     beginning to the end.
 4             THADDEUS RUSSELL:  Awesome, man.
 5             STEPHEN KERSHNAR:  And it's
 6     interesting how similar we are.  I mean,
 7     there are not a lot of people on these
 8     issues who are not like either outraged
 9     or just want to let --
10             THADDEUS RUSSELL:  And we came at
11     it from very different places.  It's
12     wild that we ended up with the same
13     conclusions on a lot of these things.
14     But all right, man, I'm going to let you
15     go.  This has been incredible.  Thank
16     you so much.  And you will hear from me
17     again because we're going to do stuff.
18             STEPHEN KERSHNAR:  Like I said,
19     I've enjoyed this incredibly.  If you
20     want me to do another interview, I'll be
21     more than glad to do so.  Enjoy this
22     anytime.
23             THADDEUS RUSSELL:  I got ideas for
24     you.  Cool, man.
25             STEPHEN KERSHNAR:  Thank you,
```



Page 170

1

2      Steve.  Thank you.

3           THADDEUS RUSSELL:  Bye.  Bye.

4           This is the Unregistered podcast.

5      And I'm Thaddeus Russell.  To join the

6      new Renegade University, go to

7      renegadeuniversity.com.  To join the new

8      Unregistered Underground, the supporting

9      listeners group for the podcast, go to

10     unregisteredunderground.com.  Thanks for

11     listening.

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 171

1

2                   C E R T I F I C A T E

3    STATE OF NEW YORK )

4                    :  SS

5    COUNTY OF NEW YORK)

6

7              I, Marissa Mignano, a Notary

8    Public within and for the State of New York,

9    do hereby certify the within is a

10   a true and accurate transcription of the

11   audiotapes recorded.

12             I further certify that I am

13   not related to any of the parties to this

14   action by blood or marriage, and that I am

15   in no way interested in the outcome of this

16   matter.

17             IN WITNESS WHEREOF, I have

18   hereunto set my hand this 12TH day of MAY

19   2023.

20

21        _____
              *Marissa Mignano*

22             MARISSA MIGNANO

23

24

25



**A**

**A's**
153:24
**abiding**
119:19
**ability**
87:2 139:23
**able**
15:23 32:22
**aborted**
13:3
**abortion**
7:24,25 9:17,21,23
10:7,15,16 11:6
14:8,19,25 16:14
17:17 19:8,16 22:4
26:17 28:23 29:13
30:22 162:13
**abortions**
16:8 18:11 166:16
**abroad**
147:17
**absolute**
100:8
**absolutely**
17:22 20:8 84:3
108:8 129:20
159:19 163:11
**absolve**
100:14
**Abuilar**
34:16
**abuse**
53:23
**academic**
8:24 64:20 76:25
77:14 117:12
**accident**
12:3
**accompany**
20:4
**account**
13:7 15:14,15 58:16
58:24 59:3 78:8
90:15 125:12 126:6

134:5 136:7
**accounts**
34:19 52:4 105:10
**accurate**
171:10
**achieves**
144:17
**achieving**
145:25
**acknowledged**
13:20
**act**
38:14 68:12 75:14
126:20,23 127:14
151:24
**acted**
82:8 143:17
**acting**
115:3 117:2
**action**
21:24 22:3,14 23:16
73:24 109:5 142:3
144:2,5,10,13,16
146:9 151:15,19
171:14
**actions**
142:24 143:5 145:19
147:9,10
**activate**
10:24
**activities**
60:22 125:14 136:23
**activity**
65:22
**actors**
70:10
**acts**
31:3
**actual**
40:22 53:14 100:20
**add**
134:19
**addiction**
137:8
**addition**
15:9 42:9 49:6 52:7

67:23 153:8 168:12
**additional**
35:21 60:19
**addressing**
16:19
**adds**
27:12
**adequate**
12:12 64:17 97:16
**adjuncts**
168:4
**admire**
29:11
**Adolf**
107:14
**adult**
7:5 8:5 37:8,17 38:2
38:21 39:15 45:16
45:23 67:15 88:12
93:24 160:2
**adult's**
41:23
**adults**
41:22 47:3,12 56:13
60:4 61:4 63:7
**advanced**
50:21
**adventure**
74:10
**aesthetic**
75:7 162:11 163:10
**affect**
79:11
**afford**
97:8,9,9
**Afghanistan**
93:10
**African**
3:23
**afterlife**
162:15
**age**
37:21 42:20,20 47:21
47:23 50:19,22
64:25 69:5
**agenda**

14:7
**agents**
143:11,11
**ages**
50:24 51:21 65:19
**aggravating**
36:17
**aggregate**
52:21 60:11,16,18
76:10,20 77:24
**agnostic**
18:22
**ago**
7:13 31:11 33:16
46:16
**agree**
17:15 30:25 87:9
100:4 101:21 108:8
108:14 139:16
153:12
**agreed**
23:24 121:5
**agrees**
24:25
**aim**
111:22
**aimed**
52:5
**Airborne**
106:16
**airman**
89:11
**align**
150:9
**alike**
46:22
**allow**
11:19 49:25 66:19
87:5 98:20 134:22
**allowed**
57:21 147:24 148:2
**alternatives**
87:23
**amazing**
3:24 168:9,18
**America**



64:24 107:12
**American**
2:25 3:23 4:16 19:11
  26:21 87:23 98:23
  106:8 119:23
**Americans**
8:8,12 50:17
**amoral**
142:6,8
**amount**
12:8 54:5 62:14 75:2
  77:9 83:10
**amounts**
61:9 167:16
**analysis**
53:5 148:18
**ancient**
140:14,21
**and/or**
4:5
**Anderson**
78:6
**anecdote**
58:13,14
**anecdotes**
58:11,16
**anger**
113:7
**angry**
113:5 146:13
**animalist**
15:15
**announce**
2:3
**announcement**
5:5
**announcements**
2:15
**annoyed**
116:24
**annoying**
166:20
**Annual**
5:9
**answer**
12:12 19:15 56:23

86:22 95:15 109:7
  145:12
**anti-woman**
14:7
**Antonio**
34:15 35:4
**anxiety**
31:12 32:18,25 33:9
**anybody**
69:5
**anybody's**
67:11
**anyone's**
30:8
**anytime**
169:22
**apartment**
22:7
**apes**
79:5,6
**Apocalypse**
75:2
**apostate**
165:19
**app**
31:16
**appear**
70:10
**applied**
158:22 161:15
**apply**
127:15
**appreciate**
110:15
**approach**
63:10
**appropriate**
115:18
**area**
5:7 68:23
**argue**
10:14 38:4 46:6
  153:19,20,21
**argued**
6:23 7:3 160:14
**arguing**

106:6
**argument**
8:3 9:20,22 13:24
  14:5,23 19:19,23
  20:15 22:2 27:18
  28:8 30:16 37:19
  38:10 39:11,13
  40:22 41:2 42:8
  46:8,11 49:8 53:9
  57:5 78:23 88:20,24
  122:8 131:13 133:5
  133:5,6,9 135:19
  153:24,25 164:12
  164:23
**arguments**
8:16,21,24 9:2 37:16
  37:23 40:18 46:23
  48:20 153:23 160:8
  162:10 166:19,22
**arises**
21:23
**arms**
92:22
**Armstrong**
107:13
**army**
100:17 119:14
  124:23 125:20
  129:12
**Arnold**
74:18
**arousing**
74:3 75:20
**arrive**
165:5
**art**
77:21
**article**
69:22
**articles**
39:2 69:25
**artist**
111:3
**ashamed**
146:15
**aside**

19:17,22 25:13 75:25
  105:14 126:7
  127:24
**asked**
18:25 26:13,14,15
  33:19
**asking**
70:20
**assassinate**
10:14 11:6
**assassinating**
17:25
**assess**
101:13
**associated**
98:24
**association**
113:16
**assume**
132:2
**assuming**
107:24
**assumption**
21:5
**assumptions**
21:4 53:11
**atrocious**
64:14 96:10 150:4
**attached**
98:17
**attack**
45:25 46:23
**attacked**
106:19
**attacking**
134:24
**attempt**
80:22,24
**attend**
94:13
**attitude**
58:10 165:12
**attitudes**
13:12,13 112:3,6
  146:11,11,16
**attracted**



160:7

**audience**
9:4,12 57:6 122:13
163:22

**AUDIO**
1:7,8

**audiotapes**
171:11

**Auschwitz**
10:21

**author**
6:20

**authored**
37:20

**authoritarian**
106:12 116:17

**authority**
22:21 85:5

**autonomy**
136:21 138:12
139:21

**average**
19:7 89:19,21

**avoid**
166:25

**awareness**
75:7

**awesome**
88:16 168:16 169:4

**awfully**
156:8

**Ayn**
155:22 156:8

————————
**B**

**B**
10:23 94:22 113:9,10
130:13

**B's**
153:24

**B-52s**
107:25 108:4,5,10

**back**
59:16 62:6 63:8
78:11 92:13 133:24
140:11 161:3

**background**
64:9

**backtrack**
144:9

**bad**
6:5 26:19 28:4 49:24
53:23 71:22 72:8
73:17,19,21 95:24
112:12 131:12
145:25

**ballet**
41:10

**ban**
77:17

**bananas**
163:15

**band**
92:11,14

**bangs**
123:3

**bank**
125:17

**banks**
34:18 125:15

**bar**
4:15

**bargaining**
43:11

**baseball**
116:23

**based**
29:9 41:2 42:8 79:23
120:12 124:11
130:4,6 144:4
148:20,21 154:18
155:10 158:6,16

**bases**
136:6

**basic**
131:6 133:10 165:23

**basically**
53:23 99:6 114:3
118:7 123:14
159:24 165:8

**basis**
53:19 91:10 113:2

128:3,20,23 145:23
157:22

**basketball**
116:23

**batter**
148:3

**bear**
37:23 52:23 97:17

**Beast**
37:20 46:16

**beat**
125:10

**becoming**
28:22

**beer**
80:2 155:13

**began**
61:22

**beginning**
4:8 169:3

**begins**
25:8

**behalf**
113:10

**behave**
148:6

**behaving**
117:2

**behavior**
111:12

**behaviors**
5:17

**beings**
55:19 79:6

**beliefs**
138:15

**believe**
10:6 12:5 13:25 16:2
16:22 17:8 18:20
19:4 20:10 30:17
39:18 76:17 114:11
117:16,18 146:8
164:6 165:11

**beneficial**
43:21 76:10

**benefit**

43:9,14 53:5 85:24
91:21,23 92:4,23
93:7 94:3,21,22
109:6,7,11,17,18
110:5,6 111:23,23
112:22 114:10,13
137:6 148:18
164:15

**benefited**
91:22,25 93:2,5 94:2
109:20 115:10
140:16

**benefits**
44:8,12 90:20 92:5
94:7,8,14,18,20
95:10 113:9 167:20

**Benson**
58:4

**beret**
125:18

**Berkeley**
124:25

**Berlin**
107:4

**berserk**
38:25

**best**
27:22 29:21 35:13
36:7 49:11 73:12
86:25 122:7,17
142:5 144:17 165:2

**bet**
64:4

**better**
31:15 32:3,4 34:6,7
36:25 48:22 51:15
54:13 98:9 110:14
141:16 142:12
143:19 148:14
151:20,22 152:8,8,9
153:6,24 168:4

**beyond**
5:19 33:18 63:20
91:20,24 94:5

**Biden**
121:17



big
11:23 37:8 65:7
121:22 156:9
Bills
113:18 116:10
biological
15:14
bit
8:5 42:8,22 149:13
153:2,4 160:10
167:7
bizarre
43:7 50:14 138:2
140:6
blade
138:23
blah
103:7,7,7
blame
30:13 97:25,25 99:11
100:12,15 103:3,8
123:2
blamed
122:25 123:6
blameworthiness
123:21
blameworthy
101:3,4,15,16 102:11
123:19 124:2
blanche
118:8
blatant
19:25
blood
171:14
blowback
148:17
blues
107:2
bodily
22:9,11 23:11,18
27:10,11 28:20
body
19:20 21:19 24:14
31:22 32:16 34:10
36:24

Bolter
143:24
bomb
98:11
bombed
108:13
bombing
108:19
bombs
98:23 99:2 103:21
bonobos
79:6
book
8:10 9:14,17,21,23
37:3,13 69:22 93:20
106:7 115:16
121:23,24 122:7
135:19
books
6:21 7:20,21,22,22
67:25 68:11 70:2
booze
83:20
born
165:18
borne
104:22
bothered
81:2
bothers
81:7 162:18,23 163:5
bottom
33:13 54:20,20,20
bounds
5:19
boy
64:3
boys
47:6
brain
15:21 25:9,10 47:9
brainwashed
124:13 126:6,8,9
128:8 129:15
brainwashing
126:8

branches
89:24
brand
35:5
break
6:13 132:25
breakers
102:5,16,24
breaking
6:11
breaks
23:20 65:13
brick
35:6
bridge
12:4
bringing
120:22
brings
142:4
broad
29:9
brother
161:2 162:20,21
164:18,22
brothers
92:11,15,22
brought
37:22 100:10 124:9
brow
106:9
brutalized
12:2
Buddhist
110:12
buddy
92:18 103:3
Buffalo
27:6 113:18 116:10
built
19:25
bumper
121:10
burden
48:25 49:5 52:23
59:2,6

burglar
23:19
business
34:21 72:20 104:25
businesses
35:3
businessman
5:22
buy
35:9,11,15 89:15
Bye
170:3,3

_____
**C**
_____
C
171:2,2
cabinet
123:3
call
28:2 46:9 82:23
91:24 94:5 96:15
121:12,15
called
2:24 8:10 31:17 36:4
37:21 53:22 80:6
122:2 124:22
146:11 162:20
168:2
calling
14:16
Cambodia
104:12 105:20
108:13,19
camera
125:18
camp
10:21 11:3,4 22:24
camps
22:21
candidates
121:5,6 123:13,15
134:9
candy
36:9
Canisius
27:7



cap
3:3
capital
14:17,24
capture
154:14
captured
125:17
captures
152:22
car
12:3
care
6:10 41:11 45:24
102:18 135:5,5,13
147:15
career
38:5 167:14
careful
49:7
cares
64:11
Carlos
34:16,25 35:15
carpet
108:13
carry
22:25 23:3,6 49:5
carte
118:8
case
7:23 10:19 17:2
19:21 21:8,10,11
24:24 38:18 40:7
43:20,24 48:24 49:3
50:16 60:3 62:24
63:12,15 64:17
65:20 71:16 73:2,9
76:7,8 96:11 100:17
105:14,15 109:14
110:4 115:7 122:2
127:15 129:14,17
136:2 137:4 142:15
162:13 166:3
cases
12:13 13:13 29:7

38:20 42:10,19,24
45:15,17 48:7 49:23
55:10 56:18 58:3
68:10 81:20 90:13
98:4 99:13 113:4
140:2
cash
95:9
Catholic
11:13
cause
155:19
causes
47:9 53:10,12
causing
56:4 57:2
CBD
34:14,24 35:10,11,14
35:15 36:11
central
85:4,5 144:19
century
83:7 106:11 138:21
certain
52:20,25 86:7 136:23
162:9
certainly
12:10 42:10 51:20
66:11 71:16 76:9
90:2,12 93:8 105:19
157:22
certify
171:9,12
chance
11:20,21 33:11
change
31:22 33:12 34:5
36:24,25 50:11
130:3,4,7
changed
2:5 23:25 25:3 31:23
33:3 81:24
changes
24:23
chaotic
80:17 83:14

character
123:23
charge
16:12
check
2:17
chemistry
31:22
chew
159:14
child
7:5 8:6 10:18 12:2
37:8,17 38:2 39:15
41:22 44:3 45:4,16
45:23 53:23 88:12
93:24 127:18 160:2
child's
41:19
children
23:2 41:2 44:24
46:25 47:12 60:5
61:5,15 63:7 103:10
chimpanzees
79:7 153:11
China
104:11 106:2
choice
123:16,17,22 124:6,7
124:11 126:10,13
126:24 127:10,22
128:4,21,25 129:2
129:24 130:3
131:12,19,23 132:3
132:7,14,14,21
134:9,13,13 139:21
choices
130:5,6,23 133:15
choose
95:3,5 98:20 127:22
128:5,11,18 130:19
131:11,25 133:22
148:19,21 157:9
chose
91:7,8 94:21 102:22
126:22 131:18
chosen

159:23
Christian
25:22
Christmas
165:13
chronic
34:23
church
11:14 41:7 165:19
cigarette
137:5
circumstances
2:8
citizen
6:3 98:21
city
87:17 150:15
civilian
98:11
civilians
103:21
civilization
65:9,10,15,22,25
80:5,8,12,14,15,21
civilized
82:13
claim
12:15,16 13:12
133:17 144:24
147:19 148:19
166:8
claims
122:15 133:19
140:23 146:23,24
147:2 155:8 166:10
class
37:24
classic
74:23
classrooms
37:18
clauses
48:8
clear
10:25 39:16,22 43:18
43:24 45:15 49:18



49:23 52:16,23
73:20 75:13,18
76:19 78:7 89:23
90:2 92:16 94:2,4
95:7,11 97:14,18
113:8,9 128:9
150:23
**clearly**
94:3 155:21
**clinic**
10:16
**close**
19:13 162:21
**closely**
14:12
**closet**
125:9
**cloud**
138:23
**co-taught**
3:22
**co-teaching**
2:23
**code**
35:20 36:24
**coerced**
46:25 47:6
**coercing**
47:12
**coercion**
41:19,21 47:14
110:17
**Collapse**
121:23 122:2
**colleague**
26:15
**collect**
112:23
**collection**
89:3,8
**collection's**
137:25
**collective**
110:10,16
**college**
3:18 5:21

**combat**
92:7,10,15
**combination**
130:15
**combinations**
128:25 129:2 134:12
134:12
**combine**
20:2
**Combo**
36:5
**come**
4:17 19:12 36:12
46:24 85:14 137:18
138:17,18,22
143:23 144:23
158:7
**comes**
11:9 39:14 73:13
143:23
**comfortable**
57:23
**coming**
2:19 4:21 107:3
**commitment**
30:18
**committed**
31:9
**committing**
30:6
**common**
57:14 71:4
**commune**
86:17
**communes**
87:8,9
**communism**
106:14 116:18
**communist**
87:16 99:22 100:9
106:13
**Communists**
105:18
**communities**
86:10,13 87:3
**community**

88:4 90:11 94:16
**company**
2:4 34:14
**compare**
88:24 90:3
**comparing**
23:19
**compensation**
90:19,23 95:25
**competent**
30:10
**complete**
127:11
**completely**
8:9 9:10 17:16 52:19
63:20 67:12 80:10
100:14 127:13
145:7
**complicated**
8:20 122:8
**concept**
134:24
**conception**
15:12,17 25:15
**conceptually**
118:2
**concern**
50:5 100:3,7 102:20
102:21 104:22
111:5 135:17
157:10,12,19,20
158:25 159:4
**concerned**
102:17
**conclusion**
17:15 85:14
**conclusions**
169:13
**condition**
112:7
**conditions**
30:13 112:13
**conference**
164:17
**conferences**
164:14

**conflict**
150:18
**conflicting**
137:14
**conformity**
166:14
**Congress**
101:19
**connection**
79:10
**consciousness**
15:21
**conscripts**
95:19,23 99:3
**consensual**
67:12
**consensus**
25:25 51:22
**consent**
21:15,16,17,18 25:3
37:22 40:8 42:20
44:25 45:5 47:21,23
50:19,22 64:25
67:21
**consequences**
48:21 49:8,21,24
52:18,21 145:25
**consequentialism**
141:16,21,23
**conservative**
6:2 166:11
**consider**
14:24 32:12 168:12
**considerably**
51:6 102:7
**considered**
5:18 69:6,7 83:13
**consistency**
154:2,6
**consistent**
7:2 8:18 9:25 15:2
29:15 152:21,23
157:14
**constitutes**
107:7
**Constitution**



101:24 102:3,13,18
104:16 119:24
**constructed**
152:11,12 153:10
**construction**
152:14
**constructs**
139:4
**contact**
60:7
**contacted**
63:24
**contempt**
102:6
**content**
73:22
**continued**
24:15
**continues**
24:16
**contraception**
21:11
**contradict**
17:5
**contradicted**
145:11
**contradictions**
17:9,12 158:7 166:19
166:22
**contradictory**
166:6,7
**control**
82:3,16 89:5 127:21
128:18 166:14
**controlled**
126:22
**controls**
106:25
**controversial**
8:23 37:5 93:12,16
93:18 159:24
**controversy**
40:5,23 44:17 56:21
93:6
**conventional**
6:14 160:13

**conversation**
5:4
**conversational**
149:17
**conversations**
167:17
**convicted**
10:7
**convince**
40:19
**convinced**
39:13 40:2 119:3
**Cool**
9:19 88:9 169:24
**cop**
28:6
**cops**
84:2 85:9 119:13
**Corporation**
90:18
**correct**
29:22 80:10 99:14
122:25 124:6
133:14 150:10
**correctly**
123:5
**corrupt**
105:3
**cost**
53:3,5 97:17 148:17
**costs**
97:10,11,13,14
167:20
**counsel**
3:2
**counterintuitive**
146:3
**countless**
67:9,10
**countries**
50:21 51:2,4 65:2
99:22
**country**
7:12 61:10 89:5 97:5
97:7 98:15,16 103:6
106:21,23 120:13

**County**
5:9 171:5
**couple**
2:14 27:5 64:20
69:24 136:5
**couple's**
22:25
**course**
2:23 3:5 8:5 14:14
18:4 27:3 47:21
69:5,14 99:3 109:4
132:12 141:6
165:15
**courses**
3:17,20
**Court's**
96:11
**cousins**
79:6
**crack**
66:4
**cracked**
65:25
**crazy**
36:12 37:12 38:9
**create**
126:15,18
**created**
127:10 128:14
133:20
**creating**
129:11,13
**creation**
127:18 128:16
**Creator**
138:18
**Creature**
41:16
**credit**
103:5
**crime**
85:8
**criminal**
48:18
**criminalization**
49:22 59:12

**criminalize**
49:2,19 50:2 52:22
59:3,8 60:14,21,24
60:25 66:14
**crippled**
100:25
**critical**
2:24 119:22,23,24
**critique**
113:2
**crude**
90:15
**cruder**
95:15
**culpability**
99:16
**cult**
117:7
**cultural**
53:11 62:7,11
**culturally**
79:23
**culture**
3:24 4:16 53:10 65:4
82:13 83:24 85:6
106:8,10 154:20
**cultures**
79:4
**CUNY**
133:8
**curious**
71:21 73:2 82:5
104:7,8 107:18
159:22
**currency**
95:9
**current**
161:9 167:4,24
**cut**
107:10 167:23
**cycling**
130:9

---
**D**
---

**da**
84:5,6,6



**Dachau**
18:2
**dads**
47:7
**daily**
37:20 46:16 146:10
157:21
**Dale**
26:15
**damage**
12:24 13:6 47:9
64:16
**damaging**
136:3
**danger**
89:21 116:15
**dangerous**
47:4 60:12 90:3
**dark**
81:10
**data**
76:12,16,18
**dated**
61:23
**dating**
94:15
**daughter**
66:7
**David**
27:5
**dawned**
14:13
**day**
7:3 32:3,4,20 33:17
36:16 46:15,25,25
107:6 119:14 165:7
171:18
**days**
125:10
**dead**
16:4 103:11,11
**deal**
35:13 63:3 166:21
**dealer**
6:8
**dealers**

84:10,11
**deals**
167:24
**death**
10:20 20:8 22:20
46:13 77:10 89:8
100:9
**deaths**
77:7 98:18
**December**
5:7
**decentralization**
87:13
**decide**
38:23 77:12
**decided**
4:3
**decision**
114:24
**decisions**
154:18
**declaration**
101:20 104:15
107:24 119:25
**declared**
104:25
**deep**
30:19 81:10
**deeper**
158:24
**deeply**
16:22
**Deer**
76:22 77:21
**default**
59:11,12
**defend**
9:15 102:2 144:20
**defender**
118:23,25
**defending**
160:2
**defense**
7:5 8:6 37:17 73:7
82:6 85:18 144:23
**defenses**

150:25
**defensive**
85:19
**definite**
167:19,20
**definitely**
149:4 156:15,17
159:11,14 167:8,19
168:12
**definition**
69:9 80:15
**degree**
10:8 12:18 18:13
130:20 131:3 135:7
**democracies**
50:22
**denied**
34:19
**dentist**
41:9
**deny**
53:17
**department**
63:24
**depend**
133:15
**depending**
36:16 52:12 144:17
**depends**
44:19 92:24 133:12
133:13 134:4
140:14,20 142:4,11
**depictions**
71:19
**deposition**
25:14
**depression**
33:10
**deprived**
125:11
**depth**
88:21
**derived**
139:11
**described**
57:17

**deserve**
34:7 160:19
**designed**
39:18,20 73:11
**desire**
78:15,18,19,24 80:7
80:23 148:11,12
149:18,20 150:5,8,9
151:17 154:4,5,6,9
154:17,18,19 155:5
155:16 156:25
157:3,4 158:5,8,10
158:12,13,16
**desires**
80:16,17,20 81:14
82:8 85:23 149:15
150:4 151:7 152:13
155:14 158:17,23
159:7
**desiring**
155:13
**desperately**
164:6
**despite**
35:2 143:9
**desserts**
160:22 161:3
**destruction**
100:9
**determine**
29:22 126:14 165:2
**determined**
19:2 143:21
**determinism**
143:13
**detest**
106:4
**devastating**
30:16 50:16
**develop**
11:19,22
**developed**
82:12 83:9
**development**
51:16
**dictate**



126:14
**dictated**
127:24
**dictates**
154:20
**dictators**
106:22
**different**
39:25 44:16 78:12
85:15 86:18 97:15
97:23 99:4 133:10
169:11
**differently**
143:17
**difficult**
118:3 145:2
**diffuse**
46:10
**diffusion**
106:8
**Dig**
13:17
**dinner**
38:7
**direct**
12:9 60:17 107:22
134:6
**directly**
46:2 159:21
**disabled**
101:2
**disagree**
19:14 87:10 104:13
151:8,9
**disagreeing**
104:8 120:23 151:12
**disagreement**
151:12
**disappointed**
146:14
**disapproval**
57:3 68:12
**disapproves**
55:17
**discount**
31:20 35:20 36:23

**discourse**
51:25
**discover**
57:22
**discovered**
7:13 55:11
**discredit**
145:13
**discuss**
63:16,17,19
**discussed**
164:8
**discussing**
64:6
**discussion**
81:5,6 138:19 167:18
**disentangle**
55:2,23
**disillusionment**
165:10,18
**dismantle**
119:4
**disorder**
31:12
**displeasure**
163:10
**disprove**
18:23
**dissertation**
160:14 161:4
**diverge**
99:21
**divergence**
73:3
**divorced**
162:3,5
**doctor**
19:8
**doctors**
7:25 10:15 11:6
14:19 16:15 17:17
20:7 26:17 29:13
30:22
**dog**
123:3
**doing**

30:7,10,11 43:4
64:10,16,17 69:16
73:10 88:5 101:13
103:20
**dominant**
40:18 82:24 83:16
**Dominos**
100:3,7
**door**
123:3
**doubt**
99:25
**dozens**
57:9,10
**Dr**
129:10
**draft**
96:10
**drag**
164:5
**dragging**
43:3
**dream**
33:17
**drinking**
12:21,22 83:20
**drive**
100:19,22
**driven**
58:25 83:14
**driver**
100:21
**drives**
163:14
**drop**
10:24 98:22 117:21
**dropping**
49:16 103:21
**drops**
10:23 36:21
**drug**
6:7 49:16 84:9,10,11
**drugs**
84:12
**due**
38:24 55:16

**dumbest**
38:3
**dump**
117:20
**duress**
29:6
**duty**
91:20,24 94:5
**dying**
12:3

---
**E**

**E**
171:2,2
**earlier**
147:13
**early**
16:7 107:5 124:19
145:9
**earned**
102:6
**earth**
38:9
**easily**
66:21
**East**
98:6
**Eastern**
3:8 4:11
**eat**
36:11
**eating**
49:15
**eats**
142:25
**economic**
83:10
**edged**
58:10
**effective**
149:25
**effects**
55:3,23
**efficient**
118:25
**egoist**



127:13
**Egyptians**
140:15,21
**either**
22:23 39:23 59:9
    70:9 71:5 76:6
    81:21 89:18 114:9
    118:20 136:12
    139:10 151:5,8
    164:12 166:5 169:8
**elbow**
136:13
**election**
116:6
**element**
27:11,11 28:18
    139:18
**Email**
33:23
**embedded**
75:5
**emotional**
52:15
**emotionally**
39:23
**emphasis**
66:22 67:2
**empirical**
39:5 40:4,22 44:17
    50:16 57:5 152:7
    155:4
**empirically**
40:5 58:25 118:2
**enable**
5:3
**ended**
169:12
**ends**
53:13 80:11 142:2
**enemies**
86:5
**enforced**
51:20
**engage**
45:22 100:21
**engineering**

166:15
**enjoy**
32:22,23 74:21 75:7
    77:20 137:6 167:22
    168:14 169:21
**enjoyed**
53:24 54:6 168:25
    169:2,19
**enjoying**
71:25 73:15,18 75:4
    75:19 159:19
**enjoyment**
73:20,21 114:7 137:9
**enormous**
64:16 167:16
**enormously**
70:16,17,18 164:15
**entails**
94:6
**enter**
70:5
**entertainment**
107:11
**entire**
27:12
**entirely**
48:24 56:11,14 89:23
    99:4 120:10
**environments**
13:22
**Episode**
1:9 2:1 3:1 4:1 5:1
    6:1 7:1 8:1 9:1 10:1
    11:1 12:1 13:1 14:1
    15:1 16:1 17:1 18:1
    19:1 20:1 21:1 22:1
    23:1 24:1 25:1 26:1
    27:1 28:1 29:1 30:1
    31:1 32:1 33:1 34:1
    35:1 36:1 37:1 38:1
    39:1 40:1 41:1 42:1
    43:1 44:1 45:1 46:1
    47:1 48:1 49:1 50:1
    51:1 52:1 53:1 54:1
    55:1 56:1 57:1 58:1
    59:1 60:1 61:1 62:1

63:1 64:1 65:1 66:1
    67:1 68:1 69:1 70:1
    71:1 72:1 73:1 74:1
    75:1 76:1 77:1 78:1
    79:1 80:1 81:1 82:1
    83:1 84:1 85:1 86:1
    87:1 88:1 89:1 90:1
    91:1 92:1 93:1 94:1
    95:1 96:1 97:1 98:1
    99:1 100:1 101:1
    102:1 103:1 104:1
    105:1 106:1 107:1
    108:1 109:1 110:1
    111:1 112:1 113:1
    114:1 115:1 116:1
    117:1 118:1 119:1
    120:1 121:1 122:1
    123:1 124:1 125:1
    126:1 127:1 128:1
    129:1 130:1 131:1
    132:1 133:1 134:1
    135:1 136:1 137:1
    138:1 139:1 140:1
    141:1 142:1 143:1
    144:1 145:1 146:1
    147:1 148:1 149:1
    150:1 151:1 152:1
    153:1 154:1 155:1
    156:1 157:1 158:1
    159:1 160:1 161:1
    162:1 163:1 164:1
    165:1 166:1 167:1
    168:1 169:1
**equation**
144:24
**equivalent**
10:17 23:7 94:17
**era**
52:2 65:23
**erect**
150:24
**escape**
125:24
**escaping**
13:15
**especially**

20:2 44:4 45:2 57:13
    74:20 75:6 80:17
    106:9 107:11 116:4
    116:5 161:20
    163:18
**essential**
32:13
**essentially**
117:6
**esteem**
94:16
**eternal**
140:17,23,24 145:12
**ethics**
161:13
**Europe**
50:24 81:17 82:18
    83:25
**European**
50:20
**event**
75:14,15
**events**
134:20 163:19
**eventually**
3:11 11:23
**everybody**
2:14
**everybody's**
65:12
**everything's**
143:21 158:5
**evidence**
67:3,4,7 154:3,8
**evil**
73:19,21 74:4 75:12
    75:13,17
**evolution**
39:19,21
**ex-professor**
62:5
**ex-wife**
62:4
**exactly**
29:16 41:14,25 43:22
    45:9,11 55:13 64:8



92:20 93:4 95:16
110:7 141:13
165:20 167:11
**example**
10:8,20 11:13 12:19
21:10 22:16,19
49:15 66:15 68:3
76:21 94:9,12 95:16
100:15 101:17
124:12 147:6 158:4
**examples**
10:3 129:10
**excellence**
114:12
**excellent**
26:12 27:24 63:12
77:20 78:22 151:3
163:7
**exceptions**
52:6,9
**excited**
3:16
**excuse**
27:14 28:15,25 29:2
29:9 101:4 106:23
**execute**
11:2,3,3
**executed**
20:6
**executing**
16:14
**executioners**
10:22 18:2
**exemption**
148:2
**exercise**
130:3 136:14
**exist**
25:9 67:20 114:3
**existed**
111:19,20
**existence**
110:11
**existing**
111:3
**exists**

15:19,19,22 110:13
115:9,24 144:5
**expand**
6:14
**expect**
58:9
**expected**
109:5
**experience**
57:15
**experiences**
57:17
**experiments**
71:11
**explain**
13:11 16:7 141:20
**explanation**
8:11 65:7 122:18
124:5
**explanations**
39:25 44:16
**exploitation**
40:14 43:6,7,18 45:7
45:8
**exploitative**
40:11
**exploited**
45:10
**express**
90:9 113:24
**expressing**
68:11 135:17
**expression**
78:15,18
**expressions**
78:19
**extent**
30:8 58:14 65:24
112:6 117:19
**externally**
130:25
**eye**
166:19

———————  **F**  ———————
**F**

171:2
**face**
17:4 121:9
**facing**
101:6
**fact**
13:19 16:4 17:4
33:14 38:25 50:23
53:24 55:16 71:17
74:21 75:6 76:14
78:5 81:2 91:22,25
92:23 94:2 105:9
106:20 107:15
112:9 120:14
126:10 131:17,19
143:20 155:4,20
160:25 164:7,24
166:13
**factors**
82:3
**facts**
100:20 140:20
**failed**
21:11
**fair**
44:13 108:6 150:14
**fairly**
17:11 51:16 63:2
71:18 90:18 160:13
161:22
**false**
112:7 147:3 151:10
151:13 164:9
**fame**
114:9
**familial**
113:16
**families**
65:18
**family**
47:15,16 65:12,16
66:6 125:7
**famous**
108:18 111:16
**famously**
125:17

**fans**
113:14 114:13
**fantasies**
70:19,21,23 71:15,17
73:5 81:4
**fantastic**
57:18 58:6 111:15
168:25
**far**
12:6 168:23
**farcical**
155:9
**farmer**
89:21 95:17
**farmers**
88:24 89:6,7,18
91:12 163:24
**fascinating**
9:10 68:24
**fascism**
106:13 116:18
**fast**
3:9 49:16
**father**
66:5
**fathers**
34:22
**favorite**
36:2,3,18 58:18
**fear**
32:18,25
**feature**
29:2 41:16 48:13
68:9 72:10 75:24
76:23 114:24 157:6
**February**
4:9,10
**feedback**
130:2,8,18
**feel**
31:15 32:3 34:7
36:24 53:12 58:19
95:23 146:14
148:14 152:2,3,8
**feeling**
36:22 53:13 113:15



**fellow**
114:10
**felony**
28:13 48:3,19 52:11
**felt**
31:22,23 45:21 53:23
**feminist**
13:21
**feminists**
14:3
**fetus**
10:9,17 11:15,16,17
  11:19,21 12:24 13:3
  13:6,7 18:24,25
  19:21 20:19 21:6,9
  21:12,20,22 22:2
  23:3,6,12,19 24:13
  24:22
**fetuses**
162:16
**fiction**
152:15 155:11
**fictions**
155:15
**field**
113:20 161:14
**fields**
108:18,19
**fiery**
12:3
**fight**
102:23 150:22
**fighting**
92:11,12,13,14,18,21
  161:9
**figures**
117:3
**FILE**
1:8
**filled**
146:10
**filling**
3:9
**films**
74:10,23
**find**

13:2 63:19 65:8
  76:24 77:14 94:10
  120:5 155:8 166:24
**fine**
74:13 75:19 120:17
  129:16
**finish**
85:3
**first**
2:16,22 3:6 4:5 9:15
  10:7 12:18 21:5
  33:15 35:23,25
  44:17 57:14 58:23
  59:21 66:2,2,3 73:8
  95:18 107:9 114:20
  121:13,15 122:21
  127:10 131:23
  132:2 141:17
**fishermen**
90:4,10
**fit**
10:11 66:21 86:12
  91:7
**five**
10:4 62:3
**flagrantly**
111:12
**flags**
98:23
**flat**
147:3
**flavors**
36:13
**fledged**
28:22 67:15
**Floor**
1:11
**flow**
130:24 131:25
**flowed**
127:23 131:19 132:9
  132:22
**flush**
122:12
**focus**
140:2

**follow**
15:24 42:9 84:21
  161:15
**followed**
83:19
**following**
11:12 26:2 73:23
**follows**
23:13
**food**
49:16 79:15
**foot**
113:19
**football**
47:5,7 113:20 116:23
**force**
22:5,7,10,12,13,15
  22:17 23:8,10,13,15
  24:3 85:21 144:22
  149:17
**forces**
10:5
**foreign**
118:13 146:19 147:8
  147:12 149:19
**forever**
61:12 140:25
**form**
86:11 88:3
**formal**
9:6 116:6
**formed**
126:21
**former**
26:14 76:17
**forms**
60:7
**forth**
59:16 63:9 120:25
  157:16
**Fortune**
125:7
**forward**
87:22
**Foucault**
65:24

**found**
155:18
**foundation**
131:5
**foundational**
65:5
**four**
7:21,23 10:3 13:12
  62:3
**four-year**
47:24 48:10
**foxhole**
92:19
**framework**
20:3
**France**
148:7
**Frank**
109:20,24 110:7,11
  112:9 115:8,9,10,12
  115:24
**Frankenstein**
129:10
**Frankenstein's**
127:17,19 128:14
  130:19
**freak**
6:22 49:12
**Fredonia**
6:20 7:9
**free**
2:11 31:18 33:21,21
  34:3 45:21 46:7
  58:19 86:17 87:9
  89:4,12 97:2,5
  122:10 134:24
  135:5,6,9,11,14
  138:24 168:14
**freedom**
14:10 32:21 47:16
  85:20 146:20,21
  166:12
**freedoms**
103:6
**Freud**
65:7,23 66:3 80:4



**friend**
31:15
**friends**
26:12 27:23 32:10
   37:12 61:22 164:15
   164:18
**friendships**
167:17
**front**
14:5 125:19
**fruit**
36:13
**frustrated**
155:6 157:4 158:14
**full**
28:22 67:15 74:25
**fully**
16:22 30:7 101:4,7
   101:15 126:20
**fun**
83:21 121:21 168:22
**function**
141:5
**functioning**
25:10
**fund**
101:19,21
**fundamental**
91:16 139:20 158:2
**funeral**
42:3
**funny**
38:11 93:25 135:16
**further**
130:5,7 171:12

_____
**G**
**gain**
44:6 114:9
**gaining**
44:4,12
**Galen**
133:8
**game**
138:12
**gang**

**12:3**
**garbage**
85:7
**Gary**
19:12
**gay**
57:13,13,16,19 66:19
   67:4
**gays**
107:4
**gecko**
142:25 143:2,9
**gel**
36:14
**gels**
36:14
**general**
10:5 25:25 30:25
   58:22 91:15 155:8
**Generally**
82:21
**genetic**
78:25 79:9,14,16,25
   153:14
**Germans**
107:12
**Germany**
106:14 107:4
**getting**
14:18 70:3 85:7
   87:14 97:15 131:13
**giant**
93:6
**gigantic**
50:10
**girlfriend**
61:18
**give**
10:2 12:19 22:16,22
   31:17 33:21 40:7
   44:24 76:21 88:19
   88:20 101:16 133:4
   136:13 160:22
   168:13
**given**
10:16 25:13 49:3

58:8 79:8 104:9
   105:6 114:8 139:8
   143:15,16,20 148:5
**gives**
32:20 106:19,22
**giving**
5:7 35:12 118:7,8
**glad**
83:3,11 103:23 104:2
   111:20 168:13
   169:21
**glass**
155:13
**go**
3:4,11 4:20 5:4,10
   9:13 11:17,18,23
   20:21 33:20 35:19
   36:22 41:6,7,8,9,10
   42:2,4 47:10 59:16
   60:12 63:8 78:22
   82:24 83:12 92:6
   94:9 98:11 114:19
   138:15 145:6
   148:23 149:2,5
   151:20,22 153:6
   157:5 158:8,10
   161:7 163:19
   164:13 169:15
   170:6,9
**God**
126:15,17 127:10
   139:8,11
**God's**
38:8 160:2
**goes**
24:2 34:12 38:25
   103:8 148:25 149:2
   158:11,11,12,13,24
**going**
2:12,17 3:15 9:8,12
   12:23 22:18,22
   26:21 28:19 35:9,11
   35:13,14,24 37:24
   42:2 48:3 49:21
   58:23 59:6,10 60:10
   62:14,22 69:9 74:12

77:12 82:22 84:4
   85:8 97:11,17
   100:18,21,24 104:3
   104:23 105:23
   123:18 133:23
   134:21,21 136:20
   141:3,4 149:4 154:9
   155:5 159:11
   164:20 169:14,17
**good**
6:2,2,3 32:13 36:9,9
   36:22 37:12 49:7
   62:20 63:6 72:18
   73:16,19 74:2 75:7
   79:13 82:2,4 83:23
   84:16 86:3 87:2
   94:24 96:18 97:19
   99:10 100:12
   108:20 114:2
   118:16,21 120:9
   145:25 149:7
   150:11 152:2,4,8,24
   154:3,4 161:22
   164:23 168:6
**goodness**
23:18
**gorgeous**
35:5
**gosh**
14:14 61:7
**gotten**
46:13 63:21
**government**
35:2 119:22
**governments**
150:20
**grain**
161:8
**grained**
75:19
**grandmother**
6:22
**grant**
20:18,20 21:12
**granted**
21:9 24:7



**graphic**
71:18
**grass**
138:23
**grateful**
6:23 8:12 88:18 90:7
91:8,11,17,18 94:23
94:25 95:4,5,14
96:5 109:2,19,24
110:11,13,19,21
111:3,11,14,21
113:10 114:7 115:7
115:12,15,19
146:13
**gratification**
47:4
**gratitude**
8:10 90:9 95:8 97:25
109:14 110:10
111:5 112:13 113:8
113:11,25 114:6
**grave**
16:5
**gravitate**
85:22
**great**
26:23 27:9,24 42:3
50:7 60:20 79:5
86:19 88:7,22
106:23,23 108:23
111:3 120:2,2
161:24
**greater**
12:6 131:2 137:17,20
**greatest**
4:15
**green**
38:8
**grew**
13:20
**gritty**
70:4
**grounds**
99:24
**group**
107:20 118:18,19

124:22 170:9
**growing**
125:2
**guarantee**
34:5 162:17,19
**guardians**
82:15
**guess**
53:9 82:5 85:17
92:24 97:22 102:9
102:15,23,24
114:21 120:8
132:17 135:22
142:15 148:9 152:5
161:19 162:3,9
164:2 167:10
**guessing**
165:3
**guest**
6:18
**guilt**
54:5
**gummies**
36:8
**gun**
125:19
**guns**
150:13
**guy**
7:12 37:15
**guys**
29:20 84:16

—————————
**H**
—————————
**half**
106:11
**hand**
60:13 161:5 167:15
171:18
**handed**
80:24
**hang**
17:3 126:25 129:9
**hangs**
12:15
**happen**

30:24 62:13 81:2
99:12 130:6
**happens**
30:23 48:16 50:8
62:16 72:21 144:4
**happier**
34:8 153:7
**happiness**
32:13
**happy**
115:23
**harbor**
81:3
**hard**
9:3 10:11,18 11:7
13:11 18:14 24:12
28:16,17,21 29:2,8
42:8 66:2,20 67:6
76:4 80:2 92:25
93:4 123:10 124:10
137:22 139:17,25
143:18,25 144:23
**hardcore**
166:2
**harden**
106:18
**hardens**
106:17
**harder**
58:9 167:5
**harm**
38:24 39:6 40:21
52:15 53:10,14
55:16 56:4,5,8 59:9
60:18,20 61:9 78:3
78:4,6 111:8
**harmed**
53:13 56:13,20,24
140:16
**harmful**
38:15,22,23 39:4,23
39:23 40:3,12 48:11
49:15 55:12 60:11
60:16,23 76:6,9,11
76:13,20 77:23,25
**Harris**

121:17
**hate**
8:9 14:9 149:6
**hating**
73:16,19
**haunt**
32:19
**haywire**
145:7
**head**
66:5 116:11,13,21
117:8 123:4
**headed**
117:5
**Headspace**
2:4 31:17 32:3,11,14
33:2,7,18
**Headspace.com/Re…**
2:13 33:20 34:2,3,11
**hear**
2:16 33:22 63:18
100:11 121:3
152:19 156:13
169:16
**heard**
34:13,17 40:15 93:22
118:14 141:24
**Hearst**
124:12,17 125:6
126:3 128:8 129:13
130:23
**heart**
7:7 8:15 33:13 35:7
**hearts**
26:20,22
**heat**
8:5
**heaven**
11:17 15:4 16:2,3
162:17,20
**heavy**
80:24
**hebephilia**
39:14 42:10,13,14
**heiress**
125:6



**held**
78:16
**hell**
7:25 11:18,23 12:7
15:5 16:2,3
**help**
125:24
**helped**
32:7 34:24 167:14
**heretofore**
13:19
**hereunto**
171:18
**heroes**
120:2
**Hershenov**
27:6
**heterosexual**
58:2
**hey**
2:14 29:24 72:12,18
87:24 126:3 159:22
**hierarchy**
65:11,13
**high**
36:19 49:17 61:25
64:25 90:23 94:16
**higher**
50:25 83:7 91:5,5
**highly**
82:12,13
**hilarious**
139:7
**hill**
3:21 87:17
**Hilton**
84:5
**hip**
4:6
**hire**
97:9
**hired**
4:18
**history**
3:23 4:6,16 51:12,14
99:6 104:9 116:14

153:21
**Hitler**
107:8,14
**hitting**
148:24 149:3
**hold**
17:10 99:8,15 121:25
155:12
**holds**
19:24 94:16 104:16
**Holiday**
5:9
**holidays**
90:8
**home**
92:13
**hometown**
124:24
**homicide**
28:10
**honest**
63:15 122:5
**hook**
81:16
**hop**
4:6
**hope**
5:12 84:23 95:19
**hopefully**
88:2
**horrendous**
52:20 62:17 138:9
145:4
**horrendously**
72:2
**horse**
14:6
**host**
5:24
**hot**
117:21,22
**hour**
24:2
**house**
21:18 23:20 137:18
**huge**

53:3 54:5 70:24
**human**
51:11,14 55:19 79:4
79:5
**humanity**
140:10
**hundreds**
105:8 109:22
**Hunter**
76:22 77:21
**Hurka**
73:14
**Hurst**
124:16
**hurt**
148:20,21
**hurting**
148:16
**hurts**
155:19
**hypothesis**
131:23

---

## I

**id**
80:6,12,13 82:6
83:14
**idea**
59:11 114:2 120:25
123:5 129:22 131:3
132:24 136:4
144:12 151:4
155:24 160:17
**ideas**
5:17 58:20 64:9
92:12 120:12,15,17
120:23 144:19
167:18 169:23
**identical**
48:17
**identification**
120:11,25
**identify**
117:15 118:17,19,22
120:12,21 145:15
**identifying**

119:5 120:16
**identities**
116:9,11
**identity**
116:20
**ids**
85:19
**II**
17:24 93:16
**illegal**
51:19 57:7,10 70:9
80:23 83:3
**illicit**
78:20 80:23
**illnesses**
53:16
**illogical**
163:13
**imagine**
23:22 55:11,14 84:19
100:16,20 110:23
111:10 127:10,12
150:3,5 151:16
**immediate**
32:16
**immediately**
31:25
**impaired**
29:3
**important**
5:6 64:19,23 95:21
116:4 117:13
**imports**
107:10
**impose**
87:18 106:25
**imposed**
131:2
**impossible**
117:25 126:9
**improve**
94:15
**inappropriate**
5:18 71:24
**incest**
51:18,23 65:10,19



**includes**
94:7 112:23
**including**
9:4 47:2 118:12
    125:15 163:23,24
**inconsistencies**
19:25
**inconsistency**
11:8 163:3
**inconsistent**
12:16 13:14 145:8
    157:24
**incorrect**
102:13 123:4
**increase**
114:22
**increasing**
97:20
**incredible**
169:15
**incredibly**
73:4 169:19
**Independence**
119:25
**individual**
11:20 13:9,10 25:8,9
    25:14 53:3 76:7,8
    89:10,18 95:6
    110:15 113:12
    116:19 117:17,18
    134:22 137:24
    140:2 154:19
**individual's**
126:24
**individually**
26:14 86:23,24
    110:10,19,21 111:2
**individuals**
30:9 39:18 42:25
    56:9,15,19,24 89:17
    92:9 100:19 122:22
    122:24 140:12
    150:20 163:25
**industrial**
50:21
**inevitably**

**infant**
18:14 27:9,20
**infinite**
12:7
**influence**
156:10
**information**
5:11
**infrequently**
49:3
**infringement**
39:12 40:6,9,13
    59:10 76:5
**infringing**
48:12 144:15
**initially**
23:24 24:7
**injustice**
75:21
**innocent**
105:9
**inside**
21:7,10,13,21 22:3
    34:9 80:19 81:9
**instance**
47:11,11 77:22
**instances**
77:5
**instant**
158:21
**institutions**
82:16 119:23
**instrument**
120:20,22
**instrumental**
121:2
**intellectually**
29:11,17
**intended**
94:3
**intense**
62:8
**intentionally**
21:14
**intercourse**
117:4

60:6,8
**interest**
42:5 64:6 91:10
    119:18 127:14
    136:22,24,24,25
    137:9,10,17,21,21
    137:24 138:11
    140:3,4,5 147:18,22
    149:11 151:17
    155:17 156:3 157:2
    157:3
**interested**
2:21 3:5,12 4:23 6:11
    6:13,16 38:4,5,6,12
    38:14,16 46:4 85:9
    87:22 107:13
    114:25 119:16
    138:4 156:19
    171:15
**interesting**
46:19 54:3 56:18
    85:13 92:8 93:22
    99:20 117:10 120:8
    151:14 158:3 168:7
    169:6
**interests**
136:16 137:15,16,25
    140:10
**internally**
9:25 166:6
**interpretation**
102:12
**interracial**
55:9,10
**intervention**
147:7
**interventionist**
146:19 147:12
**interventions**
106:17 147:17
**interview**
6:4 7:7 145:9 169:2
    169:20
**intuitively**
124:6
**invasion**

22:9,11 23:11,18
    27:10,11 28:20,21
**invention**
152:15
**inventions**
139:4
**invited**
38:7
**involuntary**
71:5,19 96:12 97:6
    100:13
**involve**
60:6,22 71:5,7 75:12
    167:18
**involves**
22:4 46:2 60:6 70:8
    73:18 148:16
**Iraq**
93:10
**Iraqi**
103:10
**Irish**
100:17
**irrational**
112:3
**irritable**
163:18
**isolation**
149:19
**isolationist**
146:18 147:7
**issue**
21:23 26:11 64:19
    72:9 74:6 75:23
    76:2 97:10 135:4
    157:10
**issues**
70:5 169:8
**It'll**
3:6 4:7
**Italy**
106:13
**item**
36:7
**ivory**
64:22



**J**

**Jack**
74:25
**jaguars**
135:14
**jail**
53:2 149:5
**James**
2:22
**January**
2:23 3:7 4:9,9
**Japan**
82:18
**Japanese**
103:14
**Jarvis**
19:19
**jazz**
107:2
**Jefferson**
138:16
**Jewish**
17:25
**jive**
37:25
**job**
1:25 4:18 6:9 91:2
94:6,17
**jobs**
90:3
**Joe**
121:17
**John**
98:10 103:18
**join**
35:22 88:3 170:5,7
**joined**
7:9
**Jones**
78:3,7
**journalist**
6:6
**Judith**
19:18
**Juliet**

48:8 51:10 52:7
**justice**
105:14,16
**justification**
27:13 28:15,23 101:5
101:8 111:6
**justificational**
28:18 139:18
**justifications**
136:10 141:15
**justify**
49:22 137:21 142:2

**K**

**Kamala**
121:18
**Kamasi**
3:21 4:5,7,13
**Kardashian**
84:5
**keep**
32:17 46:5 97:19
117:2 164:20
**keeping**
119:16
**kept**
125:9
**Kershnar**
1:9 2:1 3:1 4:1 5:1
6:1 7:1 8:1 9:1,16
9:22 10:1,13 11:1
12:1 13:1 14:1 15:1
15:3,7 16:1,24 17:1
17:7,18,23 18:1,5,9
19:1,9 20:1,16 21:1
21:2 22:1 23:1,21
24:1,6,10,21 25:1,7
25:12,21 26:1,10
27:1,4,16 28:1,3,11
28:25 29:1,16,19
30:1,2,24 31:1,5
32:1 33:1 34:1 35:1
36:1 37:1,7,11 38:1
38:11 39:1 40:1,17
40:21,25 41:1,6,15
41:20,25 42:1,7,14

42:18,24 43:1,16,23
44:1,22 45:1,12,19
46:1,18 47:1,18
48:1 49:1 50:1,4
51:1,5,9 52:1,3 53:1
54:1,2,10,16,22,25
55:1,5,22 56:1,2,7
56:17 57:1,19,25
58:1,8,22 59:1,15
59:20,23 60:1,2
61:1,13,19 62:1,15
62:19 63:1,5,14
64:1,5,13 65:1 66:1
66:12,18,25 67:1,18
67:23 68:1,18,22
69:1,12,24 70:1
71:1,2,10 72:1,6,16
72:25 73:1 74:1,16
75:1,10,23 76:1
77:1 78:1,21 79:1
79:19 80:1 81:1,18
82:1,20 83:1,5 84:1
84:7,14,17,25 85:1
85:10,12,17 86:1,6
86:16 87:1,7,20
88:1,7,11,17,23
89:1 90:1,6 91:1,14
92:1,7,20 93:1,13
93:17,21 94:1 95:1
95:22 96:1,3,9,16
96:23 97:1,3 98:1,7
98:13 99:1,14,17
100:1,2,24 101:1,10
101:23 102:1,10
103:1,15,24 104:1,6
104:20 105:1,5,12
105:22 106:1 107:1
107:16 108:1,6,14
108:22 109:1,10,13
109:16 110:1,3,18
110:23 111:1,4,10
111:18 112:1,2,11
112:17,21 113:1,3
113:21 114:1,4,17
115:1,14,20,23
116:1,7 117:1,9,14

117:24 118:1,15
119:1,11,20 120:1,7
120:18 121:1,24
122:1,14 123:1,9
124:1,4,17,21 125:1
125:3,8,21,23 126:1
126:5 127:1,2,8
128:1,2,13 129:1,5
129:20,22 130:1,22
131:1,15,22 132:1,5
132:11,19,24 133:1
134:1,2,18 135:1,2
135:22,25 136:1,18
137:1,13 138:1
139:1,2,15 140:1,18
141:1,2,7,11,14,22
142:1,7,10,18 143:1
143:7 144:1,9,12
145:1,18,24 146:1,7
147:1,20 148:1,5,9
149:1,9,12,22 150:1
150:3,14 151:1,3
152:1,5,19,25 153:1
153:16 154:1,13,22
154:24 155:1 156:1
156:5,9,13,21,24
157:1,11,19 158:1,4
159:1,3,18 160:1,5
160:9,17,21,25
161:1,12,18 162:1,2
162:7 163:1,6,9,16
164:1,21 165:1,25
166:1,17,23 167:1,3
167:10,13 168:1,11
168:20,24 169:1,5
169:18,25
**Kevin**
14:21
**keynote**
5:8
**Khmer**
104:12 107:18
**kick**
58:19 133:23
**kickball**
45:4,6


MAGNA
LEGAL SERVICES

**kicking**
43:3 164:5
**kicks**
78:11 138:7
**kidnapped**
124:18,25
**kill**
25:17 29:13 54:14
62:12
**killed**
11:16 19:7 30:22
107:20,21
**killers**
19:11
**killing**
7:2 18:13 26:7,17
30:5 31:6 108:18,18
162:16
**kills**
127:17
**Kim**
84:5
**kind**
9:23 10:3,4 19:18
38:12 39:8,11,24
42:15 43:8 46:22
49:12 52:8 55:18
59:16 60:8 61:3
62:13 63:8,21 70:4
76:17 79:3 81:24
83:22 85:21 88:19
90:15 91:15 93:6,25
99:19 100:16
114:18 120:24
123:23 134:14
136:5 140:18
148:22 149:16
151:13 157:5
160:12 161:21
164:4 165:20
167:22 168:6
**kinds**
65:18 84:3
**King**
5:9 148:7
**Kirschner**

7:8
**kneecap**
100:18
**knew**
103:19,20
**knock**
86:14 87:18
**know**
8:15 16:18 22:14
23:23 26:25 29:14
29:24 30:11 34:11
37:18 39:4 42:21
43:25 44:2,7 47:9
51:15 53:15 55:13
55:16,24 56:4,22
57:6,8 68:14,24
76:25 78:16 84:10
91:2 93:3 95:3
96:10 99:5 101:13
103:10,16 104:16
108:12 110:7 112:9
112:25 121:11
122:7 124:16
134:12 135:9
143:13 148:2,25
149:3 150:24 152:2
167:9
**knowing**
126:2
**known**
36:5 57:9 119:6
**knows**
100:21
**Korea**
106:20

---

**L**

**labor**
97:10
**laboratory**
76:15
**land**
118:13
**language**
149:13
**large**

89:15 154:21
**largely**
115:4 123:12
**largest**
116:14
**lastly**
143:22
**lasts**
12:10
**late**
4:9 44:3 120:2
**latest**
121:23
**law**
47:20 48:18,22 51:19
58:3,20,25 63:11
119:19
**laws**
37:22 50:19,23 51:10
51:13 52:4,7 55:7,8
61:8 64:25 143:16
**lay**
9:4 122:11,13
**layman's**
9:9
**lead**
132:15
**leader**
117:16 120:12
**leaders**
107:20
**leading**
19:11 118:23,24
**leave**
75:25 114:19,23
126:7
**leaving**
19:17,22 25:12 64:2
105:14 127:23
**lectures**
168:13
**led**
111:14 126:13 127:4
**left**
146:2 165:24 166:3,9
**legal**

1:10 50:12,13 81:15
84:12
**legality**
105:15
**legalization**
59:13
**legion**
57:9
**legitimate**
104:21
**LENGTH**
1:8
**lesser**
28:13 91:4
**let's**
5:14 9:16 20:20
21:13 22:18,19 37:7
38:8 47:23 59:5
69:21 88:10 127:16
132:2 144:2 147:24
147:24
**lethal**
18:17 22:7,9 23:8,9
23:13 24:3
**level**
100:8 123:19,20
**levels**
90:21
**liar**
158:21
**liberal**
6:2 13:21 165:24
**liberals**
14:2
**Liberation**
124:23 125:20
129:12
**Libertarian**
5:8
**liberties**
60:22
**liberty**
49:10,12 58:13 61:2
66:23 77:19 85:19
166:12
**librarian**



91:3
**Libya**
93:14
**Libyan**
101:18
**license**
148:6
**lie**
158:22
**life**
2:5,7 8:2 32:14,23
33:3,12 34:5 36:25
41:19 110:13,14
148:13 149:3
151:20,22 153:6
157:4 158:8,10
**lifetime**
34:23
**lights**
67:11
**limit**
3:10
**limits**
4:25
**Lindsay**
2:22
**line**
29:21
**link**
11:9
**linkage**
79:14,16
**lions**
135:13
**liquor**
83:2
**list**
35:23
**listen**
37:14 88:10
**listener**
35:18
**listeners**
2:20 170:9
**listening**
14:12 153:23 170:11

**literature**
44:10 123:13
**little**
10:10,18 11:7 13:11
28:16,17,21 30:3
31:6 42:8 49:6
58:11 66:20 67:6
81:19 88:21 92:25
93:4 99:18 100:5
114:14 115:6
123:10 124:10
138:20 143:18,25
149:13 153:2,4
**live**
4:14 84:24 85:3
86:11 102:8 149:7
**lived**
83:16
**lives**
2:10 29:20 64:15
146:22
**living**
88:2 153:19
**load**
74:19
**loans**
34:18
**locations**
81:25
**locked**
125:9
**locking**
26:7
**loggers**
90:10
**logging**
90:4
**logic**
161:15
**logical**
17:14 163:2
**logically**
6:25
**logo**
125:20
**long**

16:3 39:6 55:14
67:24 69:10 97:19
134:20
**longer**
12:10 144:5
**look**
4:21 12:23 17:23
19:10 22:22 23:5
27:19 39:3 44:15
48:21 49:13 50:18
50:19 51:11 55:11
56:3,20 57:21 58:5
59:4 64:9 65:18
71:3 72:2 73:15
74:17 77:16 81:8,8
82:2,7 85:18 90:20
95:2 97:7 108:25
109:3,14 114:6
115:8 117:17 134:6
142:21 145:3
148:10 150:5,8
157:13 161:5 162:9
162:14,15 164:22
167:21
**looked**
45:20 81:21
**looking**
56:8 81:24 166:21
**looks**
70:15 71:23 94:8
96:13 164:23
**loop**
130:2,8,18
**lose**
127:6 146:8,25
149:16 153:18
164:10,11
**losing**
134:15
**lot**
2:15 5:3 9:11 12:10
27:22 31:2,3 35:7
35:14 49:13 60:4
65:21 88:25 102:19
121:13 152:22
153:18 154:14

155:22 159:5 167:8
169:7,13
**lots**
7:2 49:9 60:21 74:9
79:23 82:14 109:19
163:21
**Louis**
107:13
**love**
9:12 36:12 37:4 74:3
74:4,6,8 75:12,16
75:18 86:17 87:9
121:21 168:8,10
**low**
46:5 97:10 106:9
**lower**
81:16 91:4
**lowering**
63:10
**loyalty**
113:16
**lpkingcounty.com**
5:11
**luck**
150:11

---

**M**

**Mafia**
83:2
**magical**
50:8,10
**MAGNA**
1:10
**mailing**
35:22
**maiming**
13:10
**mainstream**
93:23
**major**
76:23 82:16 116:12
122:9
**majority**
53:22 78:17
**maker**
60:18



**making**
37:16,23 48:13 68:9
  72:10 75:24 76:3,4
  114:24 123:16
  134:16 142:12
  146:22 147:18
  160:8 166:15
**male**
24:16
**males**
38:21,22
**man**
7:6 23:22 25:2 37:14
  57:15 88:9 94:9
  96:18 159:22 169:4
  169:14,24
**manner**
107:22 123:2
**mantis**
142:25
**Mao**
106:2
**Maoist**
104:11
**map**
51:2
**marathon**
161:2
**marching**
118:13
**marijuana-related**
34:20
**Marissa**
1:24 171:7,22
**marriage**
52:8,10 55:9 66:14
  66:19 67:4,5 86:18
  94:15 171:14
**married**
62:4
**Marxist**
124:21
**Mary**
111:14 112:10
  115:15
**mass**

**making**
18:7 20:9 29:23
  54:13 106:4
**massive**
61:9
**math**
61:25
**matter**
14:19 97:17 107:14
  171:16
**matters**
135:7 153:13
**maximize**
138:10
**McCain**
98:11 103:19
**mean**
10:19 11:24 12:6
  18:9,11 19:12 20:12
  20:24 26:9 28:11,17
  30:15 31:2 39:10
  46:10,24 47:10,15
  48:23 49:25 50:20
  51:12,21 52:25
  54:12 55:3 56:21
  57:9 58:2,10 60:9
  64:14,22 65:6 66:13
  67:3 71:24 74:16,18
  79:14 84:22 85:20
  86:12,20,22 94:5
  95:2 96:10 99:4,11
  99:20 102:15 105:5
  106:2 108:7,11
  109:19,24 110:4,9
  110:18 111:18,22
  116:16 117:10,23
  121:12 122:23
  123:2 135:14
  142:24 144:5 145:3
  145:6 146:9 147:3
  148:15 149:6,24
  150:2 155:7,11,11
  155:14,16 156:14
  159:25 161:5,14
  162:2 164:23
  165:11 166:20
  169:6

**meaning**
116:5
**meaningful**
151:11
**meaningless**
164:9
**means**
142:2
**meant**
35:4
**mechanism**
63:2
**meditate**
33:8
**meet**
30:12 112:12
**meeting**
4:8
**member**
101:25
**members**
90:14 95:12 97:6
  102:3 125:24
**membership**
2:12
**men**
57:13,14,16,20 71:16
  71:18 81:3 97:12,12
**mention**
15:8 105:20
**mentioned**
15:9
**merely**
49:23
**merge**
116:11
**merger**
116:19
**merging**
116:9
**messages**
63:23,25
**meta**
38:19
**Metal**
74:25

**metaphysical**
15:10
**Middle**
51:21 65:19 98:6
**middling**
59:5
**Mignano**
1:24 171:7,22
**militarize**
106:24
**military**
89:20,24 90:14,16
  91:12 95:12,17 97:6
  97:8,16,19 101:25
  102:4 106:17,22
**milligrams**
36:11,14
**million**
18:10 61:11 107:21
**millions**
20:6 109:23
**mind**
16:20 23:25 24:24
  25:3 112:16,18
  119:5 166:25
  167:15
**mindfulness**
33:8
**minds**
16:21 26:20,22 81:9
  98:25
**mine**
31:15 133:9
**minimalist**
58:24
**Minneapolis**
25:25
**minus**
15:4
**minute**
50:12,13 107:6
**misdemeanor**
28:9,13
**misleading**
149:14
**misogyny**



14:5 79:21
**mistaken**
111:7 112:4,5 150:7
**mixed**
58:11 60:8 76:11,17
  76:18 99:18 100:6
**model**
65:15
**modern**
52:2 65:23 82:17,18
**moment**
32:15 34:9 50:9
**money**
35:8 114:9 134:15
  168:6
**monopoly**
119:10
**monster**
127:17,20 128:14
  129:11 130:19
**Montana**
86:14,18
**month**
2:11 24:13 33:21
**moral**
23:7 78:23 79:11
  82:15 135:6 143:10
  143:11 146:4,23
  147:19 148:19
  153:11 155:8
  156:15
**moralistic**
142:16
**morality**
7:4,24 122:3,16,18
  136:2,4 142:19
  144:20 146:4
  148:20 151:8,9
  154:19 157:25
  158:2 164:11
**moralizing**
150:25
**morally**
10:17 54:17 122:22
  123:11,17 126:11
  135:8,12 136:12

141:17 142:22
143:8 145:14,15
146:23
**Mormons**
66:17
**morning**
41:17
**mortar**
35:6
**mother**
95:11,13 112:14
**mothers**
91:18,19 163:23
**motion**
51:12
**motivated**
109:11 110:6,7
**motivation**
91:23 92:4 114:15
  115:5
**move**
118:3
**movement**
6:25
**movie**
77:7,17
**movies**
74:18,24 78:13
**multiple**
152:3
**murder**
10:8 12:18 14:2,15
  16:13 18:21 19:3,4
  20:10 25:5,16 28:14
  29:24 74:13,15
**murderers**
18:8 20:9 54:14
**murdering**
27:9,20
**murderous**
106:4
**murky**
105:13,15
**music**
109:21,22 115:24
**mutually**

43:20

_____

**N**
_____

**name**
98:17 121:10,13
**named**
143:24
**names**
46:9 121:16
**narrow**
127:15
**nation**
116:20 118:6
**national**
14:22 77:4 107:7
**naturally**
85:22
**nature**
138:22 139:11
  143:16
**Nazi**
10:20 22:19,20,21,25
  54:12
**Nazis**
107:8
**near**
13:2
**nearly**
48:17
**need**
9:8 23:25 26:6 39:4
  46:18 47:10 56:4
  81:4,6 83:12 118:12
  156:25
**needed**
73:11
**needs**
66:5 80:25
**neighbor**
5:23
**neighbors**
148:24
**neither**
40:20 123:20 124:5
  126:21 129:5,17
  130:11 131:8

134:10
**nephew**
74:22
**net**
137:6
**network**
77:5
**networks**
77:17
**neutral**
74:5,7,9 123:19
**never**
11:25 21:8 31:14
  43:18 72:17,21
  113:19 118:14
  121:8 126:2 132:25
  133:2 155:21
  165:22
**new**
1:11,11 2:3 6:20 7:9
  22:10 35:5 51:14
  150:15 170:6,7
  171:3,5,8
**Newspaper**
125:6
**Niagara**
25:23,23
**nice**
37:4 82:25
**night**
155:13
**nine**
6:21 7:21,22 24:13
**Nixon**
108:13
**nonconsensual**
67:17
**nonissue**
52:2
**nonstarter**
44:23
**nonstop**
47:14
**norm**
50:24
**normal**



2:8 65:20
**normally**
22:5 63:17 71:25
  127:13 147:21
  149:17
**norms**
82:24 83:16 86:11
  87:4
**North**
104:23 105:7 106:20
**Northern**
83:25
**notably**
27:5
**Notary**
171:7
**note**
149:12
**noticed**
14:16 31:25 32:2
**noting**
78:24
**notion**
16:12 52:19 144:20
**novels**
71:3,4
**number**
1:25 26:11 65:5,6
  66:20 70:22,24 93:2
  114:18 142:20
**numbers**
18:5

---

**O**

**oath**
102:2,5,8,16,24
**objection**
96:21 140:7 143:23
**objectionable**
72:22
**obtain**
75:17
**obvious**
39:10 49:4 93:7
**obviously**
46:4 76:6 102:14

109:22 121:4
  136:15 138:6 139:5
**occur**
49:25 73:24
**occurred**
14:11
**occurs**
43:8 45:15
**odd**
11:11 13:4 44:18
  140:19
**oddities**
47:19
**oddly**
70:2
**offender**
61:11
**offer**
87:24
**offering**
31:19
**office**
119:4,4
**officers**
22:24
**oftentimes**
70:13 76:8
**oh**
14:14 17:6 36:9
  37:10 51:17 58:7
  62:18 63:13 64:3
  67:16 83:20 85:8
  87:15 90:5 96:2,14
  104:19 119:2 121:4
  125:3 138:17,18,19
  138:21,22 151:25
  156:17 159:9
  160:20 161:24
**okay**
9:19 10:14 11:5 13:5
  13:8,16 15:23 23:17
  24:5,19 25:11,19
  35:20 40:16 42:17
  43:17 48:2,7,11,23
  53:16 59:14,22
  79:17 88:25 89:9

91:6,13 95:22
  110:22 111:9 112:8
  113:5 115:13,21
  116:2 124:3 128:12
  129:21 130:21
  131:21 132:4,10,17
  132:18,23 134:17
  136:8,17 142:14,15
  145:17 148:4
  156:11 157:17
  159:2 160:24
  161:17
**old**
47:25 48:2,5,6,13,14
  48:16 61:17,25
  69:11,15 100:16
  134:15
**older**
62:6
**Olivia**
58:4
**once**
15:18 62:15 82:2
  108:7,9 118:6 119:3
  128:15 146:25
  150:24 164:10
**one's**
18:24 19:2 134:4
**one-month**
31:18 34:4
**ones**
15:9 103:18 152:16
**ongoing**
22:10 80:18,19
**onward**
59:6
**open**
11:14 86:17
**operated**
34:16
**oppose**
14:8 147:16
**opposed**
102:21 107:23
  147:22,23
**opposite**

76:16 166:8
**opposition**
88:13 162:4
**oppositional**
161:21 162:8
**option**
128:24
**options**
22:23 69:18 131:8
**order**
35:25 58:4 91:21
  109:18
**orderly**
119:16,19
**ordinary**
6:8,9
**organism**
15:16,18,19,20,22,25
  16:3,5,7
**organizations**
150:20
**organized**
84:2
**orgasm**
122:4
**ought**
148:10
**outcome**
44:19 171:15
**outraged**
169:8
**outside**
48:18 93:23
**outweigh**
77:10
**overall**
48:21 49:14,20 63:8
  77:7 90:22 138:10
  167:21
**owe**
88:25 95:25
**owned**
34:15
**Oxford**
133:7



**P**

**p.m**
3:7 4:10
**Pacific**
3:8 4:11
**Pack**
36:5,6,8
**package**
44:11 90:22 91:3,9,9
92:5 94:6,8,20,21
94:22 114:22
**packages**
90:19
**paid**
52:25 90:25 168:4,17
168:17
**pain**
34:23
**pale**
5:19 63:20
**Paloma**
34:14 35:16 36:3
**Palomaverderstor...**
35:19
**Palomaverdestore....**
36:23
**panic**
31:12
**paradigm**
38:18
**paradox**
158:21
**paradoxes**
158:15,20,25
**parent**
5:23
**parents**
121:16 165:13
**Paris**
84:5
**part**
78:25 86:18 94:19
103:11 120:11
127:6 153:14
161:12,14

**partial**
27:12,13 28:14,15
101:5
**partially**
162:3
**participant**
44:5 125:13
**participants**
45:3 55:13 56:10,11
56:12,19,25 70:12
101:12
**participated**
102:4
**participation**
103:12
**particular**
15:15 166:3
**particularly**
146:23 159:6 163:17
**parties**
38:7 116:13 171:13
**party**
5:8,9 72:17 117:15
117:19 120:13
**patriot**
120:5
**Patty**
124:12,16,17 126:3
128:8 129:13
130:23
**pay**
73:5 89:14 91:4,5
168:3
**peasants**
98:11
**pederasty**
51:18
**pedophile**
45:22
**pedophiles**
54:15,17
**people**
3:2 5:2,17 6:13,16
7:3 8:22 12:20,25
13:23,25 14:4,8,13
14:25 17:16 18:17

19:7 20:13,14 26:7
26:8,21 27:24 28:7
29:12,12 30:5,21
33:7 45:24 48:25
53:11,12 57:10 59:2
61:11,15,16 62:12
62:16 63:18 64:2,16
67:10 68:4 70:21
72:3 73:5 77:3,9,11
77:12,15 78:9,16,17
79:25 82:7,23,25
83:14 84:4,21 85:21
86:12,16,25 89:13
92:13 96:19 97:10
97:21 98:18 102:19
102:22 105:9 107:3
107:21 109:20,23
112:22 114:19
116:4,8,22 121:13
121:15 123:5
124:16 129:19
136:8,11 137:14,23
138:4,7 139:7,8,9
139:18 141:24
145:13 146:13
147:15 148:25
149:3,6 150:19
151:7 155:5 160:18
160:22 163:3,13,21
166:15 168:3,9
169:7
**people's**
16:20 58:12 64:15
70:19 73:4,22 79:15
81:9 117:20 136:16
**perfect**
7:18 156:22
**perfectly**
48:18 152:23
**perform**
92:9 144:2
**period**
39:20 165:9
**permissible**
18:16 19:16 44:19
**permission**

21:9,13 24:7,8,17
118:9
**persevered**
34:22
**person**
6:4,9 10:10,22,23
11:16,22 15:19,24
19:5,21 20:20 48:3
57:12 59:7 89:20
126:19 127:12,16
150:7 161:21
**person's**
15:13 42:19
**personality**
117:7
**personally**
45:25
**persuaded**
66:10
**persuasive**
65:8
**phenomenal**
4:19
**Phil**
27:7
**philosopher**
8:14 73:14 143:24
**philosophers**
25:23 26:13 27:24
**philosophical**
8:6,11,25
**philosophy**
6:19 7:11,15 9:5
153:21 168:23
**phone**
31:17 64:2
**photograph**
70:7
**physical**
53:19
**physically**
39:22
**physician**
29:5
**pick**
70:14



picked
85:7
piece
37:20 46:15,21 122:9
155:24,25 156:19
156:19
pimp
69:11
place
48:22 61:2 74:11
77:8 84:23 85:4
108:9 142:13,13
143:19 149:7 158:7
places
51:19 66:22 67:2
81:10,14 82:19
85:15 104:10
169:11
plantation
47:15
Platoon
74:25
plausible
56:14 134:8
play
45:4,6 138:12
player
114:5,8
players
114:10
playing
47:5,7
please
3:11 34:10
pleased
111:19 115:8,18
pleasing
167:16
pleasurable
76:7
pleasure
32:22 41:23 77:9
168:15
pleasures
83:18
plenty

84:2
plot
75:5
plural
66:14 67:4
podcast
1:2,9 5:15,23 170:4,9
point
15:17 19:24 30:25
39:8 62:20 63:6,23
69:3 78:22 82:5
88:8 94:10,13 99:8
100:13 108:23
114:19 116:25
118:16 120:9 163:7
165:2
Polanski
46:17
pole
107:19
police
63:25 125:25
policies
66:20 147:13
policing
62:10,14
policy
63:8 118:25 146:17
146:20 147:8
149:19
polite
6:10
political
83:11 87:13 116:12
117:3,15
politically
8:17 116:3
politician
5:22 119:6
politicians
121:15
politics
2:25 8:18 116:5,6,17
147:17 149:11
155:16,17 156:3
165:16 166:10,11

polling
71:13
poorly
157:5 158:8,10,11,13
pop
4:16
popular
4:2 70:17,18,19 73:4
106:8,9 107:11
155:18 156:8,23
population
106:24
population's
140:4,5
porn
6:7 81:13,15
pornography
68:15,20 69:21 70:8
70:18 72:21 81:23
posing
125:19
position
19:24 20:19,21,24
21:3 43:11 59:11,13
117:25 156:7
possibility
137:7
possible
6:15 141:12
possibly
7:10 38:4
postmodern
53:8
Postmodernism
2:24
postpubescent
59:19
pot
107:19
potato
117:21,22
potency
36:19
poured
35:7
power

83:11,21 119:8,9
powerful
20:11 82:15
praise
103:4 123:2
praised
122:25 123:6
praiseworthiness
123:20
praiseworthy
123:18 124:2
praying
142:25
preached
156:3
prediction
105:6
prefer
86:22,24,24 152:16
152:16
preferable
69:17
preferences
91:7
pregnancy
21:8 24:20,22 25:6
52:16
pregnant
12:22 21:14
premise
133:11
premises
133:10 134:3 165:22
165:23
prepubescent
44:3 59:18,24 60:3,4
60:5 61:5 63:7
present
9:9 15:13 29:3,8
32:15 158:15
president
121:5
presidents
120:3
presuppose
146:12,16 151:21



157:21
**presupposes**
153:2
**presupposing**
153:5 154:2
**pretty**
3:3 14:23 44:25
49:14 51:22,23
66:10 97:7 149:25
150:16 159:9
162:21
**prevalence**
79:3 81:22
**prevent**
22:10 23:8,9,10,14
28:21
**prevented**
55:7,9
**preventing**
52:5
**price**
52:25 166:24
**primary**
66:22 119:17
**prison**
14:18 19:6 20:6 48:4
69:10
**prisons**
54:14
**private**
87:4
**Pro**
8:2
**pro-choice**
14:3 19:23 20:13,24
21:3
**pro-life**
6:24 9:24 10:5 11:10
13:7,22,24 14:4,12
17:16 19:24 20:14
20:19,23 25:13
26:12 27:23 29:12
30:21
**probably**
2:9 3:14 35:24 37:4
49:14 72:8 74:8

78:17,25 79:20
94:24 122:17 159:7
**problem**
15:4,5,8,10 17:24
52:17 74:15 89:22
111:2 123:9 124:4
133:24 136:15,18
140:7 142:20 144:8
155:15 158:20,23
**problems**
16:16 19:17 20:25
140:6 142:20
158:16
**procure**
10:6
**produce**
94:18
**produced**
65:17 108:20
**producers**
33:15
**produces**
49:24
**producing**
55:24 78:3,4,6
118:21
**product**
33:14
**products**
35:18 36:3
**professional**
159:6
**professionally**
154:15
**professor**
5:22 6:6,18 7:11,15
133:7 168:23
**professors**
61:24
**profile**
46:5
**project**
35:2
**promoted**
140:11,11
**promoting**

120:14
**proof**
52:24 139:13
**proper**
111:6
**property**
87:5
**proportionality**
144:21
**prosecute**
52:12 67:24
**prosecuted**
49:4 68:4
**prospects**
94:15
**Prostitutes**
83:6
**prostitution**
69:7
**protect**
49:10 52:14 102:2
136:13,16,21
139:22,23
**protected**
139:21 150:16
**protecting**
103:5 118:21
**proud**
2:2 36:6 146:14
**prove**
18:23 99:22 139:14
**proven**
33:5
**provides**
151:18
**provocateurs**
64:21
**provocation**
29:5
**provocative**
8:23
**psyches**
81:10
**psychoanalytic**
32:9
**psychological**

55:15
**psychologically**
16:25 32:6 55:20
**psychology**
123:24,25 124:9
126:12,21 127:3,7
127:11,22,23 128:5
128:6,9,16,19,22,25
129:2,11,13,18,25
130:4,5,7,20,24,25
131:11,18,20,25
132:8,12,16,20
133:16,22 134:9,13
134:13
**psychosomatic**
53:15
**psychotherapy**
31:14 32:9
**pubescent**
59:21
**Public**
171:8
**punish**
67:9 160:18,23
**punished**
18:19 62:22 67:10
69:19,19
**punishing**
144:22
**punishment**
14:17,25 167:7
**purely**
47:3
**puritan**
86:13 87:16
**puritanism**
65:3,4 66:13 86:2,9
87:23
**puritans**
87:8
**purport**
166:9
**purposes**
70:6
**pursued**
34:25



**pursuing**
64:7 68:7
**put**
3:10,14 20:8 29:20
31:16 36:2,21 53:2
90:12,13 97:14
100:15 121:9,10
**putting**
4:25 14:17 87:22
89:20 90:24 120:24
157:15

―――――――――
**Q**

**quantify**
94:25
**quasi**
71:6 153:11
**question**
16:18 37:21 39:5,9
58:18 70:16 103:25
110:20 159:16
**questioned**
165:22
**quibble**
117:12
**quick**
88:20,23 91:11
**quite**
8:4 26:4 42:22 65:8
90:23 99:23 167:7
**quote**
26:25 34:20

―――――――――
**R**

**R**
171:2
**radical**
50:11 165:9
**raise**
63:6
**raised**
16:20 62:20 165:11
**rampant**
51:24 85:8
**ran**
161:2

**Rand**
90:18 155:22 156:8
156:18
**Randy**
156:12
**range**
51:2,5
**ranges**
61:14
**rape**
21:12 23:7,9,10,12
47:20 51:13 52:5
62:21 63:11 68:3
70:11,21,22 71:15
71:16 79:3 81:3,17
**raped**
61:16 125:12
**rare**
68:2 96:19
**rates**
81:16
**rationales**
152:11
**reactive**
146:11
**read**
42:19 46:19 73:6
155:21,22
**reading**
39:2
**real**
22:3 46:21 48:3
53:16,16 59:9 73:3
75:14 116:15
158:15
**really**
2:20 9:6 13:25 14:9
16:13 18:12 20:18
21:24 26:18 27:2
39:7 43:7 45:6
46:13,18 47:8,14
50:15 51:20 52:5,13
60:16 62:20 68:6
69:4 72:18,22 75:14
76:4 77:6 80:25
111:22 114:21

119:7 120:9 121:14
124:13 135:4
138:22 139:20
140:6 144:20
148:10 150:4
155:18,21 159:19
164:14 168:14,24
**realness**
53:18
**reason**
14:8 23:2 39:17 61:8
87:8 94:23 106:23
111:13 133:19
147:25 151:18,23
152:6
**reasonable**
23:4 100:4 105:6
**reasonably**
109:5
**reasons**
3:19 20:17 38:17
94:12 146:9 151:15
152:3 153:3,5,8
157:21
**received**
25:20 167:6
**recital**
41:10
**reckoned**
13:18
**recommend**
33:13
**recommended**
31:16
**recorded**
171:11
**recording**
36:20
**reduces**
76:14
**Reed**
27:7
**reenacting**
70:11
**refer**
113:18

**referential**
158:19
**reflex**
62:11
**refused**
101:19
**regard**
38:21 56:18,23 89:17
89:18 101:11
**regardless**
86:23 138:5
**regime**
105:2 106:18,19
107:19 108:2
**regiment**
106:24
**regimented**
117:5
**regimes**
100:10 106:5,12,13
**registry**
61:12 62:16
**regulation**
146:22
**reinterpret**
147:4
**reject**
16:8
**rejecting**
156:16
**related**
133:4,6 171:13
**relations**
72:19
**relationship**
31:23 57:7 62:2
148:22
**relationships**
7:6 57:11 58:5 61:22
**relative**
65:2
**relatively**
51:14 107:22
**relevant**
9:11 68:17 69:4
135:15 157:6


MAGNA
LEGAL SERVICES

**religious**
11:10 16:9 20:3
  126:16 138:14,15
  162:14
**relying**
81:20
**remarkable**
32:5
**reminding**
113:14
**Renegade**
2:18 3:19 7:11,17
  35:20 36:24 168:2
  170:6
**renegades**
82:23 84:20 135:18
**renegadeuniversit...**
3:4 4:20 170:7
**replaceable**
89:13,14
**replacements**
89:16
**report**
77:15 94:11
**reported**
1:24 76:24 77:3
**represented**
116:21
**represents**
81:13
**repress**
80:16
**repression**
80:4,5,9,25 82:14
**reproduction**
39:19,21
**Republican**
100:17
**require**
48:9
**required**
80:4
**requirement**
104:15
**requires**
65:9,11

**rescue**
125:25
**resident**
150:15
**Resistance**
17:25
**respect**
102:7
**respectability**
38:6
**respecting**
144:14
**response**
27:22 115:18 126:24
**responsibility**
7:4,24 122:3,19,20
  128:21 131:5
  134:19 135:6,20,23
  136:14 143:12
  146:5,12,16 160:4
  164:4,7,10
**responsible**
30:7,8 99:9 122:22
  123:11,17 124:7,8
  124:11 126:11,12
  127:3,7,20 128:3,7
  128:10,17 129:6,8
  129:18,23 130:11
  130:12,13,14,16
  131:7,9,14,17 132:6
  132:7,8,13,15,16,20
  132:21 133:3,11,18
  134:5,7,22 135:8,12
  136:12,15 141:18
  142:22 143:8
  145:14,16
**rest**
17:10 33:2 58:14
  83:19,23 166:16
**resting**
58:13
**restrict**
14:10
**rests**
134:3
**result**

79:21 127:16 146:3
  158:25
**results**
11:11 49:11,20 71:13
  108:20 118:21
  138:2 142:5 144:18
  145:5
**retirement**
90:22
**retires**
114:5
**retributivism**
160:15
**retrospective**
67:21
**returning**
108:24
**review**
14:22 108:21
**revolution**
165:17
**revolutionary**
124:22 125:14
**rewards**
167:8
**rich**
111:16
**Ridgeway**
19:12
**right**
2:10,18 5:14 6:22
  8:22 10:12 13:4
  14:7,15,18 15:2,12
  15:23 16:10 17:18
  18:9,23 19:10,15
  20:22 21:7,21 22:2
  22:14 24:8,9,23
  26:9 27:15,18 28:24
  29:3,14,18,25 30:2
  30:10,22 33:11
  36:10 37:3 39:12
  40:6,9,12,17 41:13
  41:20 42:2,6,19
  43:2,15,20 44:8,21
  44:23 47:9,17,18
  48:11 50:3,17 51:8

51:12 52:3 53:14
  54:7,10,13,15,16,17
  54:21,22,22,23 55:3
  55:21,25 56:6,16
  57:4,8,18,24 59:9
  59:21 61:13,19 63:4
  64:12,21 65:5 66:8
  66:16,25 67:8,18,19
  68:17,21 71:3,10
  72:5,15,24 73:25
  75:9,14 76:5,5
  78:14 79:13,18,24
  80:5,19 81:17,18
  82:19 83:4,5,15,18
  84:3,7,7,13,14,17
  84:25 85:2,9,10,20
  88:2,6 89:6,9 91:22
  92:3,21 93:20,21
  94:14 95:2,20 98:6
  98:7,12 100:23
  101:9,22 103:5,15
  104:6 105:4,21
  107:19 109:9,12
  111:17 112:17,20
  113:3,3,4,15,17,20
  113:21 114:5,12,16
  116:5,7 118:7,9
  119:7,11,15,19
  120:3,18 121:20,21
  123:8 125:4,8,21
  126:4 127:12,18,25
  129:15,19 130:2,17
  131:24 132:11
  133:14,25 134:25
  135:24 136:3,6,11
  137:12,19 138:3,5,9
  138:24 139:2,23
  140:12,13,15,20,22
  140:23 141:2,3,19
  142:3,9,14,17,18,23
  143:3,4,6 144:3,10
  144:14,16 145:5,19
  145:20,22 146:6
  147:9,23 148:23
  149:8,9 150:23
  153:20 154:5,22,23



156:5,21 158:9
160:5 161:15
162:13,24 164:5
165:20,23 166:17
167:12 169:14
**rightness**
142:11 146:24,25
**rights**
24:12 40:25 42:7
103:6 117:17,20
118:22,24 136:8,9
136:10,11,13,19
137:3,11,22 138:13
138:17 139:19,20
140:24,24 144:14
144:15
**rigid**
12:5
**rigorous**
9:2,6
**risk**
11:24,25 12:2,11
90:12,14,24 91:5,6
148:17
**risking**
12:7
**road**
60:12 164:13
**robbed**
125:16
**robbing**
125:15
**Roe**
18:11,11
**role**
118:20
**roles**
159:6
**Roman**
46:17
**romance**
71:3,4
**Romeo**
48:8 51:10 52:7
**room**
136:13

**root**
116:16,18
**rotting**
16:5
**Rouge**
104:12 107:18
**roughly**
107:21 122:23
**roulette**
76:23 77:6,13
**roundabout**
38:13 70:3
**rub**
162:11
**rubs**
164:2
**rules**
6:10,12,13 84:22
**run**
120:19 164:16
167:25
**running**
22:24
**Runs**
164:21
**rural**
86:14
**Russell**
2:2 5:16 9:19 10:12
13:16 15:6 16:17
17:6,13,22 18:3,7
18:20 20:5,22 23:17
24:5,9,19 25:4,11
25:19 26:6 27:3,15
28:2,5,24 29:10,17
29:23 30:14 31:4,7
37:10,14 40:15,20
40:24 41:5,14,18,21
42:6,12,17,23 43:15
43:22 44:21 45:11
45:18 46:12,20 50:3
50:6 51:8,17 53:7
54:4,11,19,24 55:4
55:21,25 56:6,16
57:4,24 58:7,17
59:14,17,22,25 61:7

61:14,20 62:18 63:4
63:13 64:3,12,18
66:16,24 67:8,22
68:14,21 69:2,13
70:24 71:7 72:5,15
72:24 74:12 75:9,22
78:14 79:18 80:3
82:11,21 83:6 84:9
84:15,18 85:2,11,16
85:25 86:15 87:6,12
87:21 88:9,15,22
90:5 91:13 92:6,17
93:11,15,19 95:18
96:2,7,14,18,25
97:22 98:8,14 99:15
99:25 100:23 101:9
101:22 102:9,15
103:16 104:2,19
105:4,11,17,25
108:3,11,16 109:9
109:12,15 110:2,9
110:22,25 111:9,17
111:25 112:8,15,19
112:24 113:13,23
114:16 115:13,17
115:21 116:2,8
117:11,23 118:5
119:2,12,18,21
120:16 121:3,25
123:8 124:3,15,20
124:24 125:5,16,22
126:4,25 127:5,25
128:12 129:4,9,21
130:21 131:10,21
132:4,10,17,23
133:25 134:17,23
135:16,24 136:17
137:12 138:13
139:3 140:17,22
141:6,9,13,20 142:6
142:8,14 143:6
144:7,11 145:17,22
146:6 147:11 148:4
148:8,15 149:10,21
149:24 150:10,17
151:25 152:10,24

153:15 154:12,16
154:23 155:7 156:6
156:11,17,22 157:7
157:17 158:3 159:2
159:9,20 160:6,16
160:20,24 161:10
161:17,24 162:5
163:2,8,12 164:20
165:6 166:2,18
167:2,6,12,25
168:16,21 169:4,10
169:23 170:3,5
**Russian**
76:23 77:6,13

**S**

**sacrificed**
91:19 163:22
**sadness**
32:19
**safe**
98:5 147:15
**sailor**
89:11
**sake**
160:2
**salary**
90:20
**sale**
3:15 134:16
**San**
34:15 35:3
**sanctimonious**
163:4
**sanctimony**
163:13
**satisfied**
158:12
**satisfies**
158:17
**satisfying**
85:22
**Saturday**
5:10
**savage**
65:21



savages
65:17
saw
121:7 122:3
saying
12:23 16:23 20:20,23
28:8,10,12 64:8
84:8 86:21 87:24
96:11 100:12
107:17 108:15
112:25 118:10,18
139:17 145:10
146:17 147:8
151:10 152:13,15
152:20 153:17,18
156:14 160:3
says
7:18 23:23 25:2 53:9
65:23,24 67:16
72:17 73:14 100:17
134:6 141:23,25
142:10,24 162:18
162:22
scholarly
8:25
school
5:21 41:8 49:17
61:25
Schwarzenegger
74:18
scientifically
33:5
scientists
33:7
scope
6:15
screaming
43:4 116:24 154:25
164:5
screen
32:25
screenplay
111:15
scumbag
64:10
se

52:17
Seattle
5:6
second
5:5 44:22 126:19
127:9 128:15
133:17
secondary
113:7
secretary
63:24
secular
139:9,9
see
5:13 10:4,11,18 11:7
12:17,21 13:11 16:4
17:6 18:14 24:12
27:2 28:16,17 29:2
29:8 37:24 61:8,8
66:21 67:6,20 70:20
76:4 82:2 84:8
92:25 93:4 114:17
122:12 123:10
124:10 133:21
136:22 137:22
139:17,25 143:25
161:20 162:8
164:16 166:4
seeking
83:17
seen
4:13
self
114:24 127:14
133:20 144:22
147:18 149:11
155:17 156:3,19
157:2 158:19
self-interested
115:5
sell
3:14
seller
37:9
selling
36:7

sells
69:6
send
108:10
sending
107:23
sense
8:2 11:15 21:20
32:20 45:24 46:7,8
72:8 82:7 85:13
86:20 102:6 142:16
143:8 151:16
153:11,17 156:23
166:5 167:3
sentence
158:22
separate
56:8 57:2 95:19
135:4
separately
109:6
separates
95:16
sequences
134:14,20
Serbian
93:9 101:18
serene
34:8
serial
19:11
series
4:3
serious
28:13 31:20 47:9
48:19
Seriously
35:12
SERVICES
1:10
serving
90:11
servitude
96:12
session
31:21

set
87:3,3 108:17 113:19
140:11 171:18
severe
24:11,14 28:20 31:12
63:2
severely
18:19 62:22
sex
8:6 21:16 22:23 23:6
23:7,22,24 24:16,25
37:8,17 38:2,24
39:15,15 42:11
45:16,23 47:25 48:5
48:14,15,17 49:25
50:12,13 52:10,17
53:23 55:10 60:4
61:4,11,17 62:24,25
65:12 66:6 68:16,19
69:4,6,8,15 70:10
71:5,6,19 72:18
79:3 80:7 83:22
88:12 93:24 160:2
sexual
7:5 57:15 60:7 76:14
80:16
sexuality
57:22
sexually
74:2
sexy
73:25 75:20
share
43:12,13 44:13
shift
97:11,13
shit
3:23 4:4,13 88:10
shoot
29:13
shooting
7:25 17:17 26:16
100:22
short
46:21 107:22
shot



30:21 36:10 103:22
104:3
**show**
5:14,17 7:16 14:22
22:12 30:17 33:16
49:2 53:5 59:8
60:15 71:17 77:4,18
92:8 114:5 139:12
**showed**
55:14
**showing**
77:7
**shown**
53:20
**shows**
58:3 69:25 75:3
114:23
**shutting**
35:3,5
**side**
43:10,10 80:11,13
82:22 84:4,11,19
86:4
**sides**
43:9
**sidestep**
86:8,21
**Sigmund**
65:7
**sign**
3:2,4 4:23
**significant**
11:21 114:18,23
**significantly**
115:4
**silly**
113:24 155:9
**similar**
24:24 33:12 95:11,13
107:17 112:13
133:9 143:9 155:24
156:2 169:6
**Similarly**
128:7
**simple**
26:9

**simply**
14:5 21:6 78:18
83:16 102:21
157:24
**Sinatra**
109:25 110:8 112:10
115:8,9,10,12,24
**Sinatra's**
109:21,21 110:11
**single**
19:5
**singling**
163:25
**sister**
164:22
**sister's**
41:10
**site**
76:25 77:14
**Sitting**
64:21
**six**
2:6 31:11 32:2 33:3
36:16 48:16 62:3
**skeptical**
58:12
**skepticism**
157:15
**sky**
138:23
**slaughter**
13:7 18:18,18 30:6
104:10 105:8
**slaughtered**
104:24
**slaughtering**
13:9 99:23
**slavery**
69:8 96:15,17 97:2
99:7
**slaves**
96:4,5 103:18
**sleep**
125:11
**slick**
53:8

**slightly**
97:23
**slogan**
134:15
**small**
107:20 108:2 127:18
**smart**
35:10 164:14
**Smith**
78:5
**smoke**
137:4
**smoked**
137:5
**smoking**
12:21,23
**social**
94:14 135:20 139:4
146:21 152:14
166:14
**socialism**
107:7 165:14
**socially**
152:11,12 153:9
**societal**
79:21
**society**
6:10,16 25:22 38:25
53:4 54:8 55:17
62:11 66:22 83:24
84:21 117:6 135:18
**soft**
36:13,14
**sold**
83:2
**soldier**
89:11
**solely**
114:9
**solicited**
18:17
**somebody**
167:11
**something's**
76:19 151:16
**son**

72:11
**soon**
3:3 4:24 90:21
**sophisticated**
53:8 138:20 143:10
**sorry**
7:22 20:24 59:17
85:2 96:5 103:2
124:15 125:2 127:5
133:12 149:21
**sort**
10:22 14:11 15:14
19:18 27:21 28:9
39:13,15 42:11 43:3
49:7 52:15 57:22
60:11 63:25 67:2
70:9 71:5 79:8,23
80:24 81:22 82:23
85:6 86:21 91:5
93:8 95:12 97:5
106:9 108:17
110:12,16 111:20
113:14 120:19
121:7,8,9 122:24
123:13 132:25
136:25 140:10
142:23 143:4
144:18 157:14
161:7,8 165:24
**sorts**
41:3 47:2 63:21
98:15 106:25 138:2
147:2 158:14
160:11 163:22
**soul**
35:7
**sounds**
46:19 152:20
**South**
105:2
**Soviet**
104:11 106:15
**space**
32:16,21 136:13
141:9,10
**speaking**



82:22
**speaks**
64:24 65:2,3,6
**special**
158:20
**specific**
144:19
**specifically**
123:25
**speculative**
66:9
**speech**
5:8 138:25
**spin**
4:3
**spirits**
80:2
**split**
126:19 128:15
**sponsor**
2:3 33:17
**sport**
114:12
**sports**
113:14
**spring**
35:4
**SS**
171:4
**stack**
128:24 134:11
**stacking**
129:7
**stage**
108:17
**staggering**
18:6
**Stalin**
106:2
**Stallone**
74:17
**standard**
9:24 30:12 39:11
126:5 136:7
**standardly**
13:8

**star**
6:7
**start**
5:14 9:14,16 26:7
38:8 117:19 160:11
**started**
3:19 9:8 33:15 36:20
108:4,5,7 160:12
166:4
**starts**
25:14
**starvation**
104:10
**starve**
89:8
**state**
6:19 20:7 47:22
52:12 85:5 116:12
116:20,21 117:8
118:6 119:8,9 171:3
171:8
**statement**
68:6 152:7 154:7
**statements**
149:15
**states**
42:22 47:22 51:9
82:17 83:9 98:20,22
134:21
**status**
10:10 79:11
**statutory**
42:18 47:20 51:13
63:11 68:3
**stay**
41:16
**steal**
148:3 149:22 150:12
**stealing**
79:15
**step**
133:24
**Stephen**
1:9 2:1 3:1 4:1 5:1
6:1 7:1,8 8:1 9:1,16
9:22 10:1,13 11:1

12:1 13:1 14:1 15:1
15:3,7 16:1,24 17:1
17:7,18,23 18:1,5,9
19:1,9 20:1,16 21:1
21:2 22:1 23:1,21
24:1,6,10,21 25:1,7
25:12,21 26:1,10
27:1,4,16 28:1,3,11
28:25 29:1,16,19
30:1,2,24 31:1,5
32:1 33:1 34:1 35:1
36:1 37:1,7,11 38:1
38:11 39:1 40:1,17
40:21,25 41:1,6,15
41:20,25 42:1,7,14
42:18,24 43:1,16,23
44:1,22 45:1,12,19
46:1,18 47:1,18
48:1 49:1 50:1,4
51:1,5,9 52:1,3 53:1
54:1,2,10,16,22,25
55:1,5,22 56:1,2,7
56:17 57:1,19,25
58:1,8,22 59:1,15
59:20,23 60:1,2
61:1,13,19 62:1,15
62:19 63:1,5,14
64:1,5,13 65:1 66:1
66:12,18,25 67:1,18
67:23 68:1,18,22
69:1,12,24 70:1
71:1,2,10 72:1,6,16
72:25 73:1 74:1,16
75:1,10,23 76:1
77:1 78:1,21 79:1
79:19 80:1 81:1,18
82:1,20 83:1,5 84:1
84:7,14,17,25 85:1
85:10,12,17 86:1,6
86:16 87:1,7,20
88:1,7,11,17,23
89:1 90:1,6 91:1,14
92:1,7,20 93:1,13
93:17,21 94:1 95:1
95:22 96:1,3,9,16
96:23 97:1,3 98:1,7

98:13 99:1,14,17
100:1,2,24 101:1,10
101:23 102:1,10
103:1,15,24 104:1,6
104:20 105:1,5,12
105:22 106:1 107:1
107:16 108:1,6,14
108:22 109:1,10,13
109:16 110:1,3,18
110:23 111:1,4,10
111:18 112:1,2,11
112:17,21 113:1,3
113:21 114:1,4,17
115:1,14,20,23
116:1,7 117:1,9,14
117:24 118:1,15
119:1,11,20 120:1,7
120:18 121:1,24
122:1,14 123:1,9
124:1,4,17,21 125:1
125:3,8,21,23 126:1
126:5 127:1,2,8
128:1,2,13 129:1,5
129:20,22 130:1,22
131:1,15,22 132:1,5
132:11,19,24 133:1
134:1,2,18 135:1,2
135:22,25 136:1,18
137:1,13 138:1
139:1,2,15 140:1,18
141:1,2,7,11,14,22
142:1,7,10,18 143:1
143:7 144:1,9,12
145:1,18,24 146:1,7
147:1,20 148:1,5,9
149:1,9,12,22 150:1
150:3,14 151:1,3
152:1,5,19,25 153:1
153:16 154:1,13,22
154:24 155:1 156:1
156:5,9,13,21,24
157:1,11,19 158:1,4
159:1,3,18 160:1,5
160:9,17,21,25
161:1,12,18 162:1,2
162:7 163:1,6,9,16



164:1,21 165:1,25
166:1,17,23 167:1,3
167:10,13 168:1,11
168:20,24 169:1,5
169:18,25
**stereo**
137:17,19
**Steve**
7:14 8:7 38:2 121:18
167:25 170:2
**Steven**
143:24
**sticker**
121:11
**stigma**
62:8
**stipulate**
129:16
**stipulating**
129:14
**stomach**
121:14
**stop**
24:2,4 29:25 62:23
72:12
**store**
35:6
**Stories**
62:19
**story**
34:13 99:4
**strangers**
149:2
**strategy**
26:19,24 28:4
**Strawson**
133:8,19
**Strawson's**
134:2
**Street**
1:11
**stress**
33:9
**stressful**
2:7,9
**strong**

21:25 60:9 63:15
90:19 114:14
117:16 145:6
**stronger**
43:11 137:15
**strongest**
82:8
**strongly**
87:10
**struck**
39:8
**structure**
156:15
**structured**
55:19
**struggle**
122:10
**student**
3:15
**studies**
33:6 38:19 44:20
53:20,21 76:15
81:20 90:17 92:8
**study**
55:15 94:11
**stuff**
46:4 47:2,3 49:4
60:10 70:16 72:13
80:16 150:12,19,21
150:21 169:17
**subgroup**
138:8
**subseries**
4:4
**subvert**
106:12
**subverting**
107:5
**success**
3:24
**successful**
4:2
**sudden**
127:18
**suffered**
34:23

**suffering**
12:8,9 31:11
**sufficient**
101:7 131:9 134:10
**suggest**
16:21 38:20 71:14
76:15
**suggested**
71:11
**suggests**
68:8 76:13
**suit**
83:20
**summon**
154:7
**Sun**
148:6
**super**
8:22,23 57:14 121:20
**superego**
80:20 82:6
**superpower**
116:14
**support**
66:13 146:17,18,20
154:3
**supported**
154:7
**supporting**
170:8
**supports**
53:6
**supposed**
5:20,25
**supposedly**
125:10
**Supreme**
96:11
**sure**
4:22 14:23 26:4
40:24 45:9,13 48:24
50:17 60:20 69:12
77:23,24 79:24 81:6
81:11 84:17 85:18
85:25 86:15 87:15
96:7,12 98:13 100:4

100:11 104:19
105:11 110:3,5
111:21 117:24
118:4 120:10
150:15 152:21
153:9,12 159:10,18
161:19 166:21
167:23
**surplus**
43:12 44:14
**surprising**
31:5
**surprisingly**
70:22 71:4
**surrounding**
106:21
**survives**
164:17,18
**suspect**
31:9 135:10
**suspicion**
60:10
**SVU**
58:4,9
**swim**
167:24
**swimming**
167:4
**Sylvester**
74:17
**Symbionese**
124:23 125:20
129:12
**symbolic**
68:5
**sympathetic**
63:9
**sympathy**
86:7 102:25
**system**
95:7 133:2 134:20
152:21
**systematically**
112:4
**systems**
17:10



| | |
|---|---|
| **T** | |

**T**
171:2,2

**T-shirt**
121:9

**taboo**
62:7 65:10 66:3

**tackle**
47:5,7

**take**
11:24,25,25 12:11
17:14 43:13 47:20
47:22 58:12 61:6
69:20 86:4 90:21
97:23 101:17
107:25 108:10
115:7 119:3,8
122:20 124:6
137:18 149:4 150:6
150:21 151:14
162:13 163:20
164:13

**taken**
4:12 71:8,8

**takes**
43:11 101:25

**talk**
5:20 14:3,4 25:22
68:25 139:7,10
159:5,15

**talked**
9:7 51:24 57:16

**Talkin'**
3:22 4:4,13

**talking**
18:8,10 37:15 59:18
59:20 83:22 97:24
110:16 165:23
168:22

**taste**
79:25

**tastes**
79:24

**taught**
3:21 4:5 9:5

**taxpayer**
97:13

**teach**
168:8

**teacher**
4:15 5:21 168:7

**teachers**
61:25

**teaching**
4:7

**team**
113:17,25 114:2

**teammate**
161:23,25

**technically**
102:16,24

**teenage**
59:5 72:11

**teenager**
44:2

**teenagers**
61:23 62:25

**teens**
39:16 42:16

**tell**
7:13 8:22 16:9 34:13
34:17 41:8 57:20
77:17

**telling**
32:10 80:21,22

**tells**
52:13 54:8,8 68:4
79:20 138:3

**temple**
41:8

**ten**
32:8 36:10 62:3

**tenants**
12:6

**tend**
49:13 72:11 77:15,18
86:4,7 158:23

**tends**
106:18 108:19

**tension**
33:9

**term**
23:3 39:6 55:15 71:9

**terminated**
25:6

**terms**
8:25 9:9 63:10 92:9
95:14 105:14
146:21 151:6
158:17

**test**
60:20

**Texas**
34:15

**Thad**
36:5,8 119:18

**Thaddeus**
2:2 5:16 9:19 10:12
13:16 15:6 16:17
17:6,13,22 18:3,7
18:20 20:5,22 23:17
24:5,9,19 25:4,11
25:19 26:6 27:3,15
28:2,5,24 29:10,17
29:23 30:14 31:4,7
37:10,14 40:15,20
40:24 41:5,14,18,21
42:6,12,17,23 43:15
43:22 44:21 45:11
45:18 46:12,20 50:3
50:6 51:8,17 53:7
54:4,11,19,24 55:4
55:21,25 56:6,16
57:4,24 58:7,17
59:14,17,22,25 61:7
61:14,20 62:18 63:4
63:13 64:3,12,18
66:16,24 67:8,22
68:14,21 69:2,13
70:24 71:7 72:5,15
72:24 74:12 75:9,22
78:14 79:18 80:3
82:11,21 83:6 84:9
84:15,18 85:2,11,16
85:25 86:15 87:6,12
87:21 88:9,15,22
90:5 91:13 92:6,17

93:11,15,19 95:18
96:2,7,14,18,25
97:22 98:8,14 99:15
99:25 100:23 101:9
101:22 102:9,15
103:16 104:2,19
105:4,11,17,25
108:3,11,16 109:9
109:12,15 110:2,9
110:22,25 111:9,17
111:25 112:8,15,19
112:24 113:13,23
114:16 115:13,17
115:21 116:2,8
117:11,23 118:5
119:2,12,21 120:16
121:3,25 123:8
124:3,15,20,24
125:5,16,22 126:4
126:25 127:5,25
128:12 129:4,9,21
130:21 131:10,21
132:4,10,17,23
133:25 134:17,23
135:16,24 136:17
137:12 138:13
139:3 140:17,22
141:6,9,13,20 142:6
142:8,14 143:6
144:7,11 145:17,22
146:6 147:11 148:4
148:8,15 149:10,21
149:24 150:10,17
151:25 152:10,24
153:15 154:12,16
154:23 155:7 156:6
156:11,17,22 157:7
157:17 158:3 159:2
159:9,20 160:6,16
160:20,24 161:10
161:17,24 162:5
163:2,8,12 164:20
165:6 166:2,18
167:2,6,12,25
168:16,21 169:4,10
169:23 170:3,5



**thank**
34:12 36:25 41:5
  90:10,10 163:20
  169:15,25 170:2
**Thanks**
170:10
**theorem**
139:12
**theoretical**
38:17 70:6
**theories**
136:19 160:7
**theory**
2:24 66:9 73:12
  95:10 123:22,23
  142:19 157:25
  158:2
**they'd**
46:5
**thing**
13:25 23:11 38:3
  43:6 45:21 50:8
  51:14 54:9,12 58:2
  62:9,21 66:3 69:13
  72:14 86:10 89:6
  90:16 108:24
  116:10 126:15
  128:4,13 131:6
  138:11 139:22
  143:3,3 145:20
  156:25 165:20
**things**
5:20,24 7:19 27:8
  41:3,12 47:12 49:9
  49:14,15,17,19
  52:20 55:12 63:16
  67:11,19 71:13
  73:16,17,18 74:9,24
  75:8 79:7 88:14
  92:3 98:15 107:9
  109:4 118:9 120:20
  125:15 136:6
  142:23 143:4 145:6
  146:8 149:23 150:6
  151:11,13,14,22
  153:6,20,20,21

154:2 157:24
159:24 162:10
164:3 165:12,21
167:5 168:7 169:13
**think**
2:15,19 3:13 5:25
  6:17 7:10,14 9:12
  9:18 10:9 11:5,12
  13:20 14:14 15:16
  15:22 16:10,25 17:2
  17:7,8 18:16,16,22
  18:25 19:5,9,15,18
  20:13,17 21:2,4,20
  21:24,25 22:3,6,12
  22:17 23:15,16 24:3
  25:8,15 27:17 31:10
  41:2 43:16 44:24
  45:8 46:21 48:2,4,6
  49:9,13 51:3,22
  52:22 53:21,22 55:6
  55:8,11 56:2,20
  62:9 63:5,11,14
  64:7,13,19,23,24
  66:10 68:2,7,8
  72:11 73:22 74:20
  75:3,6,11 77:16,18
  77:21 78:9,21,24
  79:2 80:10,14 82:4
  84:12 85:18 86:3,8
  89:9 90:7,17,25
  91:6,17 93:18 94:20
  95:2,13,24 96:9,16
  98:3,8,9 99:6,7,20
  99:21 100:2 101:3
  101:11,17,23 102:3
  102:10 104:14,17
  104:21 105:12
  108:12,23 114:25
  115:10 116:3
  118:16 120:8
  122:16,21 124:13
  124:19 127:19
  133:7 134:8 135:3,4
  135:5,7 136:8 137:2
  137:10,14,19
  139:19 140:8 145:3

145:6 148:10
149:24 151:6
153:13,22,23,25
155:9,19,23,25
156:2 157:23
158:15,23 159:4,5
159:11,12 161:13
161:19 162:9,22,24
163:17 164:19
167:13,21
**thinkers**
139:9
**thinking**
29:4 30:15 73:23
  87:25 117:3 138:14
  143:10 163:14,21
  165:7 167:22
**thinks**
90:8 167:15
**third**
43:6 78:8
**Thomas**
73:14 138:15
**Thompson**
19:19
**thought**
6:14 11:15 39:9 40:3
  44:15 45:20,23 58:6
  68:23 73:12 75:15
  160:10 161:22
**thoughts**
32:18
**thousands**
105:8
**threat**
12:4 46:13
**threatening**
63:22
**threats**
63:22
**three**
3:7 4:8 33:16 36:3
  39:24 40:18 44:16
  48:9 62:3
**three-week**
3:6

**thrilled**
33:18
**throwing**
64:14
**tickets**
3:12 5:12
**tied**
61:15 113:12 140:7
  157:2
**time**
3:25 15:17 34:2
  35:23 46:12 47:10
  48:4 53:2 58:6
  63:23 67:24 69:10
  74:10 77:4 81:21
  83:14 100:3 107:22
  123:25 137:5 140:3
  140:4,5 141:8,9
  144:2,10 159:15
  163:20
**times**
4:10 36:15,19 62:21
  89:25
**tincture**
36:19
**title**
7:20
**titled**
7:23
**titles**
8:21
**today**
164:8
**told**
7:15 33:15 34:21,24
  35:8 126:16
**tolerate**
18:15
**tongue**
36:21
**tools**
121:8
**top**
35:25
**topic**
159:17



Toronto
73:13
Total
121:23 122:2
totalitarian
117:6
totalitarianism
84:22
totally
81:15 85:16 88:5
    159:17
tour
114:20
tower
64:22
town
72:19
towns
86:19
track
39:7
trade
43:21 87:11
trafficking
69:8
training
9:7
trains
32:14,17
trampling
117:20
transaction
43:9,12,14 44:14
TRANSCRIPT
1:2
transcription
1:7 171:10
transform
31:24
transformations
32:5
translate
149:15 151:4,5
translated
159:7
Treblinka

18:2
tremendous
3:25 62:14 83:10
    167:7
trespass
24:11,15
trespasser
19:22
trial
2:12 31:19 33:21
    34:4
tried
27:18,20 125:23,25
trip
72:20 162:17,19
Trojan
14:6
troublemaker
6:12
troubling
17:12
trouncing
160:3
true
21:3 31:7 40:6 43:17
    56:13,15 77:2 79:4
    79:5 83:15 89:6,12
    89:16,17,23 90:3
    109:4 128:4 137:23
    140:14 141:8,16
    142:17 143:13,14
    143:15 147:5
    164:25 165:2
    166:11 167:11
    171:10
truth
112:7 140:23
try
31:18 32:11 33:22
    77:12 111:23
    112:21 114:13
trying
49:2 52:14,14 150:12
Tuesdays
3:7
Tugfield

26:15
turn
50:9 137:2,2,11
    149:4
turned
71:18 165:14
turns
48:17 67:14 81:14
    121:14
tutor
44:9
tutoring
44:10
twelve
46:16
Twitter
36:17
two
4:21 21:4 22:22
    36:16 41:17 52:24
    65:6 86:19 90:17
    93:10 97:15 109:3
    122:15 123:12,14
    131:7 133:10 134:3
    134:8 136:10 145:4
    161:18 162:24
two-decade
165:9
Typhoid
111:14 112:10
    115:15

—————————————
U
—————————————
ultra
13:21,21
unable
23:3
uncle's
42:3
unclear
12:14 78:5 92:2,3
    96:4 109:18 115:6
    115:11 128:6 129:7
    130:9,15 141:18
    151:18,23 158:9
unconsented

62:25
unconstitutional
104:18
uncontrolled
65:22
undecided
61:3
underage
38:21 42:11 44:2
    56:15 70:12,14,15
undercuts
151:15
Underground
170:8
underlie
21:5
understand
9:3 96:21,24 97:4,4
    157:12
unfair
43:12
unfortunately
98:19,24
unified
58:15
unifying
85:6
Union
104:11 106:15
United
82:17 83:8 98:19,22
universities
168:5
university
2:18 3:20 6:19 25:24
    27:6 73:13 168:2,3
    170:6
unjust
64:11 70:9 111:12
    138:6
unnecessarily
77:11
unnecessary
77:6
unpopular
70:4 165:5



unregistered
1:9 2:4 4:14 5:15
    7:17 35:18 36:4
    170:4,8
unregisteredpodca...
33:24
unregisteredunder...
170:10
unsurprising
56:12
unsympathetic
52:19
unusual
156:7
unwanted
21:8,22 23:11,17
    24:13 52:16
unwilling
56:10,12 62:24
upset
12:20,25 13:2
upsetting
13:5
upside
165:14
use
20:15 22:7,9,18 23:8
    23:9,13 24:3 32:3
    33:7 35:19 36:15,23
    49:16 87:4 95:8
    140:8,9 144:21
usually
15:13 43:10 67:14
    84:16 97:12 136:9
utilitarianism
141:25
utterly
50:14 83:13 164:9

**V**

v
18:11
valid
40:7 44:25
value
60:25 77:19

values
77:20
Vanessa
34:16,25 35:16
variance
123:14
varies
42:21 47:21
various
60:6 63:22 89:25
    134:11 158:6
vast
134:14
Verde
34:14 35:16 36:3
version
88:21 91:11
veteran
112:10
veterans
6:24 8:10,13 88:10
    88:19,24 89:2,3
    92:2 99:8 108:24
    109:2 160:3 163:20
vice
73:17
vicious
72:7 73:10 74:8,21
    75:6,11 76:2 78:10
    78:11
victimization
12:9
victimized
138:8
victimizing
155:3
victims
53:22 98:25 99:5
video
125:18
Vietnam
93:6 98:12 99:19
    100:5 106:3
Vietnamese
103:13 104:4,23
    105:2,7

view
9:24 10:17 11:10
    12:14 13:4 15:13
    16:7 22:8 40:10
    44:18,22 58:23
    60:17,19 91:15,16
    93:22 94:19 99:18
    104:17 134:3
    154:25 155:2
    157:25 158:5
views
11:11 16:10 17:3
    60:9,13 100:6
    158:16 160:12,13
    161:7 162:14,16
    165:5
violation
70:7 72:20 101:24
violence
18:15 31:3 74:11,19
    75:3,4 76:14 80:7
    81:22 82:9 101:6
    119:9,10 138:9
violent
78:13 88:13
violin
44:11
Virginia
55:7
virtually
34:4
virtue
40:9 73:9,12,15
    101:6 118:20
    120:13 123:16
    144:14
virtuous
72:3,7 76:2
visit
98:16
volume
134:16
voluntary
30:12 71:6 101:12
volunteer
99:9

volunteered
99:13 103:9,19
volunteering
98:2
volunteers
95:20 98:2 103:2

**W**

Wade
18:12
wages
83:8 97:20
wait
129:4
waive
139:19,23
wall
50:10
want
2:16 4:25 5:2 9:14,15
    14:9 17:3,20 20:18
    26:20 37:6 41:4,12
    41:15 42:4 43:5
    45:6 46:5,6,9 47:8
    47:13 52:21 55:2,15
    56:8,22,25 59:3
    60:21 63:18,19
    68:10,25 69:16,18
    78:19 81:11 82:10
    84:24 86:12,16
    87:16,17 94:12 95:3
    95:3,8,23,24 97:5
    97:21 98:16,17
    99:21 116:25 119:8
    119:17,18 120:4
    127:9 136:20 141:4
    148:3,22 150:19,21
    150:22,23,24
    152:22 154:14,16
    154:17 164:6,11,25
    167:23 169:9,20
wanted
8:8 24:20,22 25:5
    54:6 68:5 107:10
wants
25:17 59:7



**war**
17:24 74:24 80:18,19
92:25 93:3,5,8,9,10
93:13,15 99:11,11
100:5 101:18,18,19
101:21 103:12
104:3,5,15,25
118:13
**warrant**
123:6
**wars**
93:3,3,9,10 98:2,5
99:9,10 102:22
104:18 107:25
**wasn't**
39:12 43:24 51:20
101:20 107:25
121:16 140:7
**watch**
41:16 71:22 72:20
73:6 74:10,24 76:22
78:8 81:13
**watches**
78:4
**watching**
72:12,13 74:14,22
77:10 78:6,12 138:8
153:22
**way**
9:5 10:15,25 11:4,12
13:14 14:2 18:21
19:3 30:6,20 33:12
38:13 53:18 54:7
55:18 57:7,13 62:23
70:3,19 81:11 82:2
85:23 87:24,25 88:2
102:19 107:12
110:12 117:2,2,4
120:22 122:15
133:21 136:22
137:3 147:4 154:10
154:17 157:13,23
162:12 164:3
167:22 171:15
**ways**
8:15 9:11 10:4 67:5

97:15 163:23 166:7
**we'll**
8:3 88:3 89:11
122:12 168:17,17
**we're**
18:8,10 22:22 26:3
26:21 31:19 50:17
52:13,14 56:24
109:2 116:15
130:18,22 142:21
142:22 143:7,9,10
146:2,13,13,14,22
147:8 153:22,25
169:17
**we've**
96:6 121:22
**weak**
28:5 85:4,6
**wealthy**
97:7
**wearing**
125:18
**webinar**
3:6
**webinars**
2:19 4:21
**week**
6:4,18
**weeks**
4:8
**weight**
155:12
**went**
34:18 62:5 91:20,24
94:4
**weren't**
14:16
**West**
1:11 94:10,13 114:19
**Westerns**
74:23
**whatsoever**
64:7 68:13 73:8
96:22 155:4
**WHEREOF**
171:17

**Whoa**
13:16
**whoever's**
137:15
**widespread**
79:8 82:9
**wife**
72:18
**wild**
7:18 65:17,21 81:15
169:12
**Williamson**
14:21
**willing**
42:25 44:5 45:3 56:9
56:18,25 125:13
**win**
26:20,22
**window**
47:24 48:10
**wing**
166:9
**wins**
137:16
**wish**
3:16
**withdraw**
21:15,16,17,18 24:8
25:3
**withdrawn**
24:18
**WITNESS**
171:17
**woman**
12:22 21:7,21 22:3
22:20 23:23 24:23
24:25 25:16 29:4
48:13 67:14,14
70:13 124:18
**woman's**
19:20 24:14
**women**
10:6 14:9,10,17
16:12 20:6 23:5
70:22 71:8,14,20
81:3 83:8,21 97:12

**won**
104:5 121:17,18
**wonder**
118:16 151:14 152:6
**wonderful**
57:18
**wondering**
120:19 121:19
**word**
42:13,13
**words**
118:5 156:7
**work**
10:25 68:16,19 69:4
122:17 136:20
137:3 141:4,15
164:13
**workers**
69:15
**works**
27:17 122:16 139:18
166:25
**world**
7:12 17:24 19:6
31:24 32:23 33:2
50:18,20 51:3 77:8
93:3,5,8,15 98:3,9
98:10 106:10
116:15 142:12
143:19 147:14
150:18,18 157:14
159:25 165:24
**worlds**
141:12
**worldview**
8:2 146:10 155:25
165:12
**worldviews**
157:18
**worried**
81:19 153:2,4 157:8
157:8
**worse**
13:9 23:12 49:20
67:5 77:8 93:24
98:4,10 137:8



142:13 147:14
149:5
**worst**
54:9,12 62:9 99:5
105:20
**worth**
68:7 78:24 166:23
168:18
**worthiness**
30:13
**wouldn't**
18:15 44:11 46:6
89:4 99:12 114:22
119:5 121:10,11,12
148:19 162:19
**WPIX**
41:17
**write**
37:13 45:21 111:15
**writer**
14:21
**writing**
93:19 106:7 115:16
**written**
7:21 46:14 68:15,16
68:19,19 69:22
161:4
**wrong**
11:2 16:8,14 17:20
26:3,5,8,16,19 27:2
27:9,19 38:15 39:3
40:8 43:19 48:12
60:17 68:9 71:22
72:2,10,10,13 75:16
75:24 76:3,4,20
78:10 101:14
102:14 103:8 115:2
136:7 141:19
142:23 143:3,5
144:4,10,16 145:19
145:21 147:9,10
150:7 155:2,3 159:8
162:11 164:2
**wrongful**
45:8,13,14 78:2
**wrongness**

18:13 146:24,25
**wrote**
8:9 46:15

---
## X

**X**
120:13

---
## Y

**Y**
120:13
**yeah**
9:20 16:10,17 17:13
18:3,12 26:23 28:7
28:11 29:19 31:4,7
31:8,8 37:10 40:24
42:2 46:20,24 48:5
50:6 51:17 54:24
55:4 57:25 58:7
59:22 62:18 63:13
64:5,18 66:16,24
67:8,19,22 68:14
69:3,20 71:9 74:13
74:16 78:14 80:3
82:4,20 83:20 85:12
85:25 87:12,15,20
88:5 90:5 92:21
93:13,17 96:2,8,14
96:16 97:3,22 99:7
99:17 100:11
102:23 105:17,22
105:25 106:3
108:22 109:15
110:2 111:25
112:15,19 113:13
113:22 115:22
117:10 119:2 120:6
120:8 121:4 122:14
125:2,5,5,22 127:5
135:22,24 138:13
139:11,15 144:11
145:24 148:8
153:15 162:7,23
**year**
2:9 47:25,25 48:5,6
48:13,14,15 61:17

61:24 69:11,15
**years**
2:6 31:11,13 32:2,8
33:4,16 37:15 46:16
48:16 53:2 59:5
62:3,6 165:15
**York**
1:11,11 6:20 7:10
150:15 171:3,5,8
**young**
22:20 39:16 42:15
44:2 70:14 94:9
97:12,12
**younger**
42:15

---
## Z

**Z**
120:13
**zero**
123:20
**Zyklon**
10:23

---
## 0

---
## 1

**10%**
35:22
**100%**
87:6,15
**10018**
1:11
**101st**
106:15
**12**
51:4,4
**12th**
1:11 171:18
**13**
50:23
**14**
50:23 59:5
**142**
2:1 3:1 4:1 5:1 6:1
7:1 8:1 9:1 10:1

11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1



**143**
1:9
**15**
50:23 57:11
**16**
47:25 48:5,6,13 51:7
 57:11 67:13 69:14
**17**
47:23 48:15 61:17
 67:13 69:11,15
**18**
47:23 50:9,10,11
 51:7 67:14 69:6
**19**
55:8 61:16 67:15
**1920s**
83:2 107:4
**1960s**
98:12
**1967**
55:8
**19th**
83:7 138:20

---
**2**
---

**2**
4:9 107:21
**2:13:39**
1:8
**20**
62:6 67:15 165:15
**2010**
144:3
**2020**
2:8 144:4,6
**2023**
171:19
**20s**
57:12
**23**
47:25 48:14
**24**
51:4
**24/7**
54:8
**25**

36:14 37:15
**25%**
35:12,17,20
**26**
4:9

---
**3**
---

**30**
61:24
**30s**
107:5
**320**
1:11
**35%**
35:24
**37th**
1:11

---
**4**
---

**40**
18:10

---
**5**
---

**5**
5:7
**5:30**
3:7 4:11
**51**
125:9

---
**6**
---

**6:00**
5:10

---
**7**
---

**70%**
164:8
**70s**
68:2 124:19

---
**8**
---

**8:30**
3:8 4:10
**866)624-6221**
1:12

---
**9**
---

**9**
4:10
**974466**
1:25

