*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 10

Page 1

----------------------------------------

IN RE: PODCAST TRANSCRIPT

----------------------------------------


AUDIO TRANSCRIPTION
LENGTH OF AUDIO FILE: 58:11
BRAIN IN A VAT
SEXUAL TABOOS STEPHEN KERSHNAR

MAGNA LEGAL SERVICES
320 West 37th Street, 12th Floor
New York, New York 10018
(866)624-6221


Reported by:  Marissa Mignano
Job Number:   974466



```
1       Sexual Taboos Stephen Kershnar
2           MARK OPPENHEIMER:  Welcome to
3       Brain in a Vat.  Today we are delighted
4       to be joined by Stephen Kershnar from
5       Fredonia State University in New York.
6       And we're going to be talking about
7       sexual taboos.  Stephen, would you like
8       to start with a thought experiment?
9           STEPHEN KERSHNAR:  Imagine that an
10      adult male wants to have sex with a
11      twelve year old girl.  Imagine that
12      she's a willing participant.  A very
13      standard, very widely held view that
14      there's something deeply wrong about
15      this, and it's wrong independent of it
16      being criminalized.  It's not obvious to
17      me that is, in fact, wrong.  I think
18      this is a mistake, and I think that
19      exploring why it's a mistake will tell
20      us not only things about adult child sex
21      and statutory rape, but also about
22      fundamental principles of morality.
23          JASON WERBELOFF:  So I'm assuming
24      that some people think it's
25      fundamentally wrong because they would
```



1      Sexual Taboos Stephen Kershnar
2      disagree with that initial statement,
3      which is, there's a twelve year old
4      who's willing.  It seems to me like
5      there are clear cases where twelve year
6      olds would be unwilling, but they might
7      argue that there's no cases where a
8      twelve year old is willing.  So they
9      might say that a twelve year old just
10     can't be willing in that situation.
11     They don't understand what sex is.  They
12     don't have the requisite knowledge, they
13     don't understand the consequences.  And
14     so they're not really willing to engage
15     in that act because they don't
16     understand what they're willing to
17     engage in.
18          STEPHEN KERSHNAR:  Sure.  So there
19     could be two ways someone could
20     structure this objection.  They might
21     think that children can't be willing
22     things in general.  It's an odd view in
23     that they seem to will things all the
24     time.  They will participation in
25     kickball, they will showing up,



1      Sexual Taboos Stephen Kershnar

2      participating in the bar mitzvah

3      lessons, bat mitzvah lessons.  So

4      there's all sorts of things that they

5      will.  You might think, well, maybe

6      there's something distinct about sex

7      that they can't really understand it.

8      It's not clear to me that what they're

9      not getting at is consent.  I suspect

10      what they want to say is, okay, they're

11      willing participants to voluntary

12      participants, they have some

13      understanding what's going on.  Not

14      understanding we do, but some

15      understanding.  But they haven't

16      consented.  Perhaps that's so, but

17      that's a different claim from they're

18      being unwilling.  There's just lots of

19      activities that children engage in that

20      they don't understand all that well.

21      For example, when you first show up to

22      participate in a judo tournament or you

23      prepare for your bat mitzvah, you have a

24      rough idea, but it's not clear how much

25      you fully understand it.



1    Sexual Taboos Stephen Kershnar

2       MARK OPPENHEIMER: Yeah, it seems

3    to be the case that the view is that

4    there must be a high level of informed

5    consent to engage in sex. And people

6    tend to think that there's some

7    threshold at which you are deemed to

8    have it. So governments have things

9    like statutory rape laws and those

10   change depending on which district

11   you're in. In America, for example,

12   from a few hundred miles, you can cross

13   different states and they have very

14   different rules in some places it might

15   be 16 and some it might be 18. So

16   there's some level of arbitrators about

17   it. But what it's been trying to

18   capture is this notion that even if it

19   seems like you're giving consent, the

20   consent should be set aside. So why do

21   you think the consent ought not to be

22   set aside?

23      STEPHEN KERSHNAR: So the problem

24   with the consent aside is if consent

25   were set aside, then it's unclear why we



Page 6

```
 1     Sexual Taboos Stephen Kershnar
 2     could do anything with children.  Why is
 3     it that we're able to make them to go to
 4     the sister's ballet recital?  Or why is
 5     it that we have them run cross country
 6     or take certain classes or have certain
 7     medical treatment?  So if consent were
 8     really necessary, it's not clear that we
 9     could do anything with children, and
10     especially those things that are not in
11     the child's interest, like go to the
12     family Thanksgiving ceremony.  So that's
13     kind of a high bar would rule out most
14     of what we do with children.  And with
15     regard to American statutory rape law, I
16     think you're being way too kind.
17     American statutory rape law is just all
18     over the map.  Depending on the state,
19     the age of consent is 18, 17 or 16.
20     Some states have Romeo and Juliet laws,
21     which mean if you're in a three-year or
22     four-year window, you're protected, some
23     don't.  It's just all the map.  Some
24     punish it harshly, some punishment not
25     at all.  On one estimate, there are 7.5
```



1      Sexual Taboos Stephen Kershnar

2      million instances of statutory rape that

3      occur every year in the US.  And only

4      0.2%, a tiny fraction come to the

5      attention of the law enforcement.  So

6      follow the map -- and then you have all

7      these bizarro paradoxes.  You have cases

8      where two people can both be convicted

9      of statutory rape for having sex with

10     each other, or a man has sex with his

11     legal wife, takes a video of him having

12     sex with his wife, and he's now

13     convicted of federal child pornography

14     statutes.  So these statutes just all

15     over the map.  They're inconsistent.

16     They're pursued at a very uneven manner

17     and they're sentenced in a very uneven

18     manner.  So while I think you make a

19     good point that American statutory rape

20     law is vague, it's worse than vague,

21     it's just all over the map inconsistent,

22     arguably.

23          JASON WERBELOFF:  I want to

24     suggest some kind of limiting case

25     argument to try and get to the twelve



1      Sexual Taboos Stephen Kershnar

2      year old being in a position where she

3      can't give consent.  So let's start with

4      a one year old.  So would you agree that

5      having sex with a one year old, the one

6      year old could never give consent and it

7      would always be impermissible?  Would

8      you agree with that to start?  And then

9      my goal will be to move you up right, is

10     to say, well, if one it's not okay, at

11     two it's not okay, three it's not okay.

12     At what point does it become okay?

13     There's some point at which it's not

14     okay, and some point where it does

15     become okay, but just below that it's

16     not okay.  And then at that point I want

17     to stick there and say, okay, well,

18     that's where our law should stick.

19              STEPHEN KERSHNAR:  Right.  So

20     there's a couple of things to say here.

21     One is, even if you are looking for a

22     threshold, let's say there's a

23     threshold, I'm making this number up,

24     but let's say it's at age eight still,

25     that tells you that some adult child sex



1      Sexual Taboos Stephen Kershnar

2      is permissible.  Second, the notion that

3      it's wrong even with a one year old is

4      not quite obvious to me.  There are

5      reports in some cultures of grandmothers

6      fellating the baby boys, to calm them

7      down when a colicky.

8              Now, I don't know if it's true,

9      but this is sort of why they report it

10     as occurring in at least one culture and

11     it working that the grandmothers believe

12     this actually works.  If this were to be

13     true, and again, I don't know it to be

14     true.  If it were to be true, it's hard

15     to see what would be wrong with it.  So

16     yeah, I guess I think no, I don't think

17     there's a blanket period beyond which

18     this is permissible.  If we're

19     interested in willing participation,

20     which is the way I structured it, then

21     yeah, there's a point below which people

22     aren't willing participants in anything

23     because they don't have intentions or

24     they don't have the sort of mental

25     states that allow for willing



Page 10

```
 1      Sexual Taboos Stephen Kershnar
 2      participation.  But no, I don't think
 3      it's blanket wrong at any age.
 4           MARK OPPENHEIMER:  So David
 5      Benatar wrote this piece on two
 6      different views of sexual ethics and he
 7      says the one view is the casual sex
 8      view, which is that sex is like any
 9      other pleasure, it's like eating
10      chocolate and therefore there's nothing
11      wrong with engaging in premarital sex.
12      And the other view is the significance
13      view, which is that in order to for any
14      sex to be moral, it has to be of a
15      certain level of significance.  It must
16      be meaningful.  It might be that you
17      think that the sufficient level of
18      meaning is that you're married, might be
19      that you're in a committed relationship,
20      but it is a significant activity in and
21      of itself.  And one of the implications
22      he thinks of the casual sex view is that
23      it becomes quite hard to explain the
24      wrongness of pedophilia.  So if, as you
25      mentioned, there are all sorts of things
```



1        Sexual Taboos Stephen Kershnar
2        that we make children do against their
3        will.  So you have to brush your teeth,
4        you have to go to bed by a certain hour,
5        you have to go to school, you have to go
6        to Thanksgiving and endure kisses from
7        your grandma and we're doing it because
8        we think it's good for you and maybe
9        you'll learn to like it.  The argument
10       is, well, if sex is like any other
11       pleasure and maybe you can even have a
12       situation where there's some level of
13       enjoyment from the child.  In other
14       words, at a superficial level, there's a
15       physicality and as you said, the baby is
16       sedated after the activity and you might
17       argue that it's more like a medicalized
18       thing there as opposed to a sex act with
19       the grandmother.  The grandmother is not
20       doing it for her own titillation, it's
21       to coddle the child.  But there is
22       sexual activity that's going on, I
23       suppose.  So, it seems that if those
24       that are uncomfortable with the adult
25       child sex but also want to hold on to a



Page 12

1      Sexual Taboos Stephen Kershnar
2      casual sex view because that's the
3      general view that they might have about
4      ordinary sex, they've got a tension and
5      maybe they have to pick between these
6      two positions or they've got to live
7      with this difficult contradiction.
8           STEPHEN KERSHNAR:  Yeah, I think
9      that's a great point and David Benatar's
10     work is always worth hearing and
11     interesting.  That said, I do not agree
12     with the significance view, and I think
13     there's several ways you can see it's
14     false.  Here's one way to see it.
15     Imagine you try to pick out what's the
16     wrong maker when someone has casual sex?
17     It doesn't seem that there's a right
18     infringement, right?  Both people waive
19     their right.  If they waive their right
20     against a claim for noninterference,
21     it's hard to see what's wrong if there's
22     no right infringement.  And maybe a
23     little more formal about the argument.
24     If something's wrong, then it seems to
25     wrong someone.  To wrong someone



1      Sexual Taboos Stephen Kershnar

2      infringes a duty that you owe them a

3      duty you owe someone is just a claim.

4      On a whole feldian taxonomy, a claim is

5      just a right.  So if it's wrong, then

6      you infringe on someone's right.

7      There's no right infringement.  But even

8      if you thought there was some other

9      function, like it's degrading or it's

10     exploitative or it's objectifying, it's

11     a little hard to see how any of these

12     are present that are not present in

13     other activities.  There's not really a

14     transaction here, so it's not really

15     exploitative.  As far as objectifying, I

16     fail to see how it's different than a

17     wrestling match or a judo match and

18     you're participating with someone for

19     some activity.  What else would

20     distinguish the two?  So it's hard to

21     see what the wrong maker is.

22             Now, perhaps someone said, okay,

23     well, maybe not -- it's not wrong, it's

24     bad.  But again, the same sort of use,

25     parallel arguments.  It's hard to see



1      Sexual Taboos Stephen Kershnar

2      that it sets back the well being of

3      either individual.  So it doesn't seem

4      to be a bad maker, it doesn't seem to

5      disrupt what people deserve.  It doesn't

6      lessen deserted just well being.  It

7      doesn't lessen the objective goods we

8      have in life; love, autonomy, virtue,

9      knowledge.  So it's hard to see why it's

10     bad.  Perhaps someone says, well, okay,

11     it's not wrong, it's not bad, but it's

12     meaningless.  Well, I actually doubt

13     that there is such a feature of

14     meaningless independent of what's good

15     or simplicity or what's good for you.

16     But even if I'm wrong about that,

17     usually what's meaningful is the idea

18     that you take pleasure in those things

19     that are worthy of pleasure.  Well, this

20     begs the issue, right?  It begs the

21     question.  Why isn't this worthy of

22     pleasure.  So I guess I think it's not

23     wrong, it's not bad.  I don't think

24     meaninglessness is a real category, but

25     if it were, it's probably satisfied.  So



1    Sexual Taboos Stephen Kershnar

2    I just don't think that Benatar's

3    approach is correct.

4         MARK OPPENHEIMER: So I just want

5    to give a couple of further cases that

6    if you commit yourself to a casual sex

7    view, you might have to bite other

8    bullets. Benatar, by the way, it just

9    says these are the two views and these

10   are the implications for both views. It

11   doesn't actually put you in favor of one

12   or the other.

13        STEPHEN KERSHNAR: Right.

14        MARK OPPENHEIMER: So here's the

15   other problem, is that if you have a

16   casual sex view, you might think that

17   rape is wrong, but it's hard to explain

18   the extent of the wrong. So if I can

19   force you to do other things against

20   your will, like go to sports practice

21   some of the other things I mentioned

22   earlier, we think it's wrong to violate

23   your consent. But what's special about

24   sex? If sex is like any other pleasure,

25   well, is it that bad? So most people



Page 16

```
 1      Sexual Taboos Stephen Kershnar
 2      take the view that rape is a very bad
 3      wrong and it seems like a casual sex
 4      view or the kind of view you're
 5      articulating means that maybe it's a
 6      mild wrong.  The other kinds of cases
 7      would be where you don't have the
 8      experience of a harm.  So you can
 9      imagine someone who's in a coma and you
10      have sex with them and they never find
11      out about it.  You might say, well, this
12      is a perfectly moral activity.  The one
13      person's having a jolly good time that
14      might be a particular fetish that they
15      have.  They really enjoy having sex with
16      people with comas maybe to the extent
17      they don't want to have sex with anyone
18      else and the coma patient never finds
19      out.  Assume that they're incapable of
20      falling pregnant, there'll be no
21      consequences for them.  They're not
22      going to pick up an STD.  The ordinary
23      moral intuition is that this person has
24      been raped and that's something
25      extremely wrong.
```



Page 17

1       Sexual Taboos Stephen Kershnar

2            STEPHEN KERSHNAR:  Right.  So two

3       excellent points.  So the first issue is

4       how do you account for the wrongness of

5       rape?  I don't think this is distinct to

6       rape.  There's an issue here.  How do we

7       in generally, why is it worse to commit

8       a murder than a rape?  Worse to commit a

9       rape than an aggravated battery, worse

10      to commit an aggravated battery than a

11      burglary, and worse burglary than a

12      petty theft.  On the best accounts of

13      non-consequentialism, I think there's

14      two ways you can fill it out.  One is on

15      the identity of the right that's

16      infringed, or second is the extent to

17      which the right is infringed.  And so

18      whatever mechanism you use there to

19      explain why battery is worse than

20      burglary, I think you can use it here.

21      Either it's a more fundamental right,

22      the right to your body versus the right

23      to your property, or it's set back to a

24      much greater degree.  And it's set back

25      in the sense that the interference with



1       Sexual Taboos Stephen Kershnar

2       your either interest or autonomy is that

3       much greater.  And as such, that's why

4       we think that rape is such a severe

5       wrong.  So I'm not sure that there's

6       anything distinctive in the context of

7       rape that prevents us from explaining

8       the wrongfulness of the activity.

9           As far as the coma case, there's a

10      real issue as to how rights operate in

11      the context of comas, and the reason for

12      that is the person does not have a

13      setback to an interest or autonomy.  And

14      so we say, okay, well, they have their

15      rights anyway, but it's actually a

16      little hard to see why that's the case.

17      It is true that other people who are

18      similarly situated have interest and

19      autonomy but it's not clear why the

20      comatose person does.  But imagine,

21      okay, look, they still have rights even

22      though they're no longer justified by

23      interest or autonomy -- not to agree

24      with that, but let's say someone thought

25      that, okay, well if that were the case



1      Sexual Taboos Stephen Kershnar

2      then that would explain why it's wrong

3      to have sex with someone in a comatose

4      state.  But again, I don't think there's

5      any distinctive here.  Is it wrong to

6      take a comatose person's property?  Is

7      it wrong to paint them with funny

8      mustache or to dress them up in ways

9      that they would find truly offensive?

10     If you have rights independent of

11     interest or autonomy then all these

12     things can be wrong and whatever

13     justifies the right at this point in

14     time is going to justify why it's more

15     wrong to have sex with a comatose person

16     than to take their thing.  But again,

17     it's a little hard to see what exactly

18     is the wrong maker there.  So pretty

19     much everyone has the view that there's

20     something really wrong and bad going on

21     in Kill Bill with a bride but when

22     actually try to fill it out it's

23     actually surprisingly difficult.

24          JASON WERBELOFF:  So far we've

25     focused on the wrong maker being consent



Page 20

```
 1      Sexual Taboos Stephen Kershnar
 2      based or being rights based.  So it's
 3      down to logical but as the resident
 4      utilitarian I want to push for
 5      consequences, right?  So I want to say,
 6      well, the reason it's wrong to have sex
 7      with the twelve year old is it's going
 8      to have negative consequences.  Now I
 9      know your obvious response to that is
10      going to be but sometimes it won't.  So
11      you're going to say something like
12      sometimes the twelve year old enjoys it,
13      learns something from it, has a good
14      time and it doesn't have a negative
15      consequence in their life.
16              And there's two ways one can
17      respond to that.  So the one is by
18      saying well actually it's negative
19      consequences but the child misreports
20      them.  So that's to deny the empirical
21      claim.  But the other route which I want
22      to take is to say when the consequences
23      are negative, they're dark.  And so
24      because there is a significant
25      probability of those consequences
```



Page 21

```
 1    Sexual Taboos Stephen Kershnar
 2    happening, you shouldn't engage in the
 3    act, because if that child has a bad
 4    time, it could scar them for life.  And
 5    that is enough of a risk that it would
 6    explain the wrongness of the adult child
 7    sex interaction.
 8         STEPHEN KERSHNAR:  Great.  So let
 9    me take the first one, the empirical
10    claim first.  Here, it's actually quite
11    murky.  There's a pair of studies by
12    Bruce Rynd and some others that kind of
13    looked at the long term consequences of
14    adult child sex and what they discovered
15    is something like -- and again these
16    studies are highly controversial,
17    there's enormous debate over how they're
18    put together.  But -- so roughly about
19    74% of males reported they had kind of a
20    positive or neutral view after, and I
21    think 45% of females this is well after
22    reported like a positive or neutral
23    view.  And then anecdotally things are
24    all over the map on this.  And same
25    thing with the people who engaged in
```


MAGNA
LEGAL SERVICES

```
 1     Sexual Taboos Stephen Kershnar
 2     statutory rape during their teenage
 3     years; probably involved something like
 4     hebephilia rather than pedophilia.  So
 5     it's just not clear that these things do
 6     have negative consequences in general
 7     and it's even worse because you might
 8     think the negative consequences are in
 9     part affected by the negative view
10     society has for these things, right?  In
11     the same way that society has very
12     negative views towards interracial
13     relationships there might be a certain
14     amount of suffering or pain because of
15     disapproval.  And in addition, you're
16     right, I am going to say well out of
17     most shows that it's wrong in some
18     cases, not in others.  And yeah, so
19     that's not going to produce a blanket
20     ban.  In addition, on a utilitarian
21     balance you have to look at the positive
22     and the negatives.  But let me take the
23     risk case.  You're saying, look, we
24     could look at the expected utility or
25     perhaps another way to put it is to look
```



```
 1     Sexual Taboos Stephen Kershnar
 2    at the risk.
 3         A couple of things I want to say
 4    here.  One is that I don't think risk is
 5    itself a wrong maker.  I think risk is a
 6    risk that you perform a wrong action.
 7    That is probabilities themselves don't
 8    make our lives go better or worse.  So I
 9    don't think that probability themselves
10    directly play into the rightness or
11    wrongness of an action.
12         I actually think what they go
13    toward is blameworthiness, right?  Are
14    you blameworthy for doing this?  And
15    yeah, it might be the case that if the
16    risk is large enough you're blame worthy
17    for doing.  So, perhaps someone is
18    blameworthy but it doesn't show that
19    it's wrong.
20         And again here the numbers matter,
21    right?  If in fact take the case of
22    statutory rape.  So we're talking about
23    teenagers here rather than children
24    here.  The number of males who report
25    sort of a positive relation is
```



Page 24

```
 1      Sexual Taboos Stephen Kershnar
 2      extraordinarily high and even the notion
 3      of women who report are really high.  So
 4      yeah, I guess even on a risk analysis
 5      it's not obviously that risky.
 6             So for example, for teenagers,
 7      roughly 50% of teenagers who are 16 or
 8      younger in the US have had sex.  So
 9      yeah, it just doesn't seem that big a
10      risk, at least for teenagers.  So I
11      guess I think, look, the risk is not a
12      wrong maker.  It does go towards
13      blameworthiness.  Maybe people are
14      blameworthy.  That's not obvious to me.
15      And also even if they are blameworthy,
16      it goes to what they're thinking.  Blame
17      to me is an internalist feature.  So we
18      have to look inside the person's head.
19      It just might not be the case that these
20      people have blameworthy mental states.
21      Maybe they -- maybe they should have
22      thought of this.  But that doesn't make
23      you blameworthy.
24             JASON WERBELOFF:  I like that
25      response because it's bold and I like it
```



Page 25

1        Sexual Taboos Stephen Kershnar
2        because it kind of denies probabilistic
3        utilitarianism, right?  So it says,
4        well, if you're going to be a
5        utilitarian you've got to evaluate the
6        rightness or the wrongness of your
7        action on the actual consequences of
8        that action, not on the probabilities of
9        negative consequences or positive
10       consequences resulting.
11            I'm a probabilistic utilitarian
12       for various reasons like this that push
13       me that way.  But if I've gotten you to
14       a point where you say, well, the only
15       way I can justify my position is by
16       denying that type of utilitarianism,
17       then we reach an impasse.  But I say,
18       well that's a stalemate and it's a
19       stalemate I'm willing to live with
20       because it makes your position a little
21       bit less plausible, right, that you have
22       to push that way.
23            The second point I want to make is
24       even if it is the case that 74% of male
25       teenagers who engage in sex with an



Page 26

1        Sexual Taboos Stephen Kershnar

2        adult report a positive experience, even

3        if you might say from that data that

4        there's a low probability that they'll

5        have a negative experience, and I agree

6        with that.  But the question is those

7        other 26%, perhaps some of those had a

8        horrendous experience.  So it wasn't

9        just little bad, it could have been

10       very, very, very, very bad.  And even

11       though there's only a low probability of

12       that very bad thing happening say 24%,

13       it might be enough to justify saying,

14       well, hold on, that isn't something that

15       I should do.

16              STEPHEN KERSHNAR:  Okay.  So an

17       excellent point.  I'm highly

18       sympathetic.  Let me address

19       probabilistic utilitarianism.  So I am

20       not a fan of probabilistic

21       utilitarianism and here's my argument.

22       Generally we say things like pleasure is

23       good or well being is intrinsically

24       good.  And the sort of consequentialism

25       then says, look, the right is a function



    1     Sexual Taboos Stephen Kershnar
    2     of and only of the good.
    3         I think if you go to probabilistic
    4     utilitarianism you have to sever one of
    5     those two claims.  I think that's a huge
    6     price to pay.  It's not as huge as it is
    7     for ruling utilitarianism, but it is
    8     quite huge.  So that's one reason to
    9     reject it.  A second issue is the
   10     framing of the probabilities.  You have
   11     to say, okay, is the probabilities for
   12     Alice in the situation, for 13 year old
   13     girls in the situation, for girls ages 7
   14     to 16.  And there's no way to set the
   15     reference class by which to make it
   16     correct or incorrect.  So second is the
   17     issue of setting the reference class.
   18         The third issue is a variant of
   19     Derek Harvard's Egyptology.  For looking
   20     at the reference class with the
   21     probabilities then how well the sex went
   22     in ancient Egypt affects whether or not
   23     Jones can have sex with a 13 year old
   24     girl today.  Strikes me highly
   25     implausible that whether or not Jones



MAGNA
LEGAL SERVICES

Page 28

```
 1    Sexual Taboos Stephen Kershnar
 2    should have sex with this girl today
 3    depends on facts o ancient Egypt.
 4         So three quick objections
 5    probabilistic it severs the notion being
 6    the right and the good, the reference
 7    class problems are severe and introduces
 8    Egyptology.
 9         But let's say I'm wrong about all
10    that.  Let's say that -- do we think
11    this about other issues?  We say, look,
12    before I have my son get bar mitzvahed
13    or engaged in -- join wrestling, I
14    really have to decide, is this really
15    the best thing for him as compared to
16    other activities?  Just in common sense
17    terms?  I don't think we approach it
18    like this.  So if we're using intuitions
19    rather than being strict
20    consequentialists, I think, look, do we
21    really do this calculation?  Do we
22    really say absolutely the best use of
23    his time is preparing for his bar
24    mitzvah rather than, for example,
25    studying extra math classes?
```



Page 29

1        Sexual Taboos Stephen Kershnar

2                So yeah, I guess I just don't

3        think we approach it in those common

4        sense terms.  There's no escaping this.

5        If you're a probabilistic utilitarianism

6        and the risk here is huge, I don't think

7        that we know that the risk is huge in

8        the way in which you're putting.  The

9        risk, I think, is with regard to

10       unwilling sex with underage individuals

11       like out and out rape.  And I agree with

12       you, that's horrendous.  That's a

13       terrible thing to do.  It's severe wrong

14       and should be severely punished.  But

15       you're saying sort of willing sex that

16       people didn't enjoy that that has a risk

17       of severe harm.  I don't think we know

18       that empirically.  In fact, we don't

19       know that empirically.  But again, we

20       would depend on the actual what do the

21       studies show and what can be best

22       determined.

23               JASON WERBELOFF:  I think it's a

24       good answer and yeah, I still stick with

25       my probabilistic utilitarianism, but I



Page 30

```
 1     Sexual Taboos Stephen Kershnar
 2     find it very interesting that if you
 3     remove probabilistic utilitarianism, you
 4     would find it very hard to defend the
 5     view that adult child sex is in
 6     principle wrong.
 7          STEPHEN KERSHNAR:  Right.  If
 8     we're in the area of legislation rather
 9     than morality, here's a rule of thumb:
10     If you don't know whether something has
11     expected good or expected bad
12     consequences, the thumb on the scale
13     should go to liberty.  So if we don't
14     know whether willing sex with 15 year
15     olds is going to have net good or bad
16     consequences, it's like, say, oh well,
17     go ahead and ban it.  The idea is that
18     people trying to criminalize something
19     bear the burden and even having harsh
20     opinions on this.  Before we condemn
21     people for engaging these on the basis
22     of probabilistic utilitarianism, we
23     should know that it does pose a risk for
24     those and only those willing
25     participants.  I don't think we know
```



1     Sexual Taboos Stephen Kershnar

2     that.

3         MARK OPPENHEIMER:  I think also to

4     not let Jason off the hook, esotericism

5     by nature is always going to be

6     contingent on the particular facts that

7     you find yourself in, and the

8     probabilities are going to be contingent

9     on that particular place.  So you can

10    imagine if you're in a highly neurotic

11    society where anyone who, let's say,

12    engaged in willing sex below a certain

13    age, there's a high likelihood that

14    they're going to go see their analyst.

15    And the analyst is going to say you

16    think you're consented to this, but you

17    are wrong and deluded and the worst

18    possible thing ever happened to you.

19    And you need to be in therapy for the

20    next 40 years going through this deep

21    trauma.  That's the kind of society you

22    live in.  Well, I expect the probability

23    that this was a bad thing to have

24    happened.  If you live in, like, a

25    hippie commune where people are having



```
 1      Sexual Taboos Stephen Kershnar
 2      sex at a young age all the time, and
 3      everyone says, a celebration of our
 4      body, and there's no neuroscience
 5      whatsoever, and no one in that society
 6      has ever felt any kind of trauma about
 7      having sex under the age of 18, well,
 8      then there are probabilities, right?
 9      And so Jason can't, in principle, rule
10      it out.  It's going to very much depend
11      on the facts of the case.
12            I suppose people that are going to
13      have an in-principle objection are going
14      to have to look at things beyond
15      consequences.  So they're going to have
16      to say it's wrong in and of itself.  And
17      maybe one of those kinds of cases to
18      say, well, you have this obligation to
19      yourself to not do that to your body,
20      that it's somehow sacred, and that if
21      you willingly engage in this, you are a
22      co-wrongdoer as the child, and the other
23      person has exploited you because you
24      couldn't have freely given your consent
25      or something like that, and they've used
```



```
 1      Sexual Taboos Stephen Kershnar
 2      you as a means only.  And regardless of
 3      the consequences, the thing is wrong in
 4      and of itself.
 5           Again, you might have to start
 6      biting other bullets.  So in our
 7      discussion with Raja Hawani, he thinks
 8      that all sex is using someone as a means
 9      only.  It's being driven by passion.
10      It's by seeing them as this body that
11      you want to take advantage of for
12      pleasure.  And maybe it's not so simple
13      when you want to draw these lines.
14           STEPHEN KERSHNAR:  So I think it's
15      three excellent points.  So let me
16      address them per points.  So one is,
17      yeah, I think framing issues and
18      societal attitudes are both relevant and
19      in place here.  I suspect that being gay
20      in parts of the Middle East is very
21      different than being gay in Ithaca, New
22      York.  So that's going to have -- bound
23      to have some impact on the way in which
24      people looked at it, and particularly
25      whether at the end of the day, they see
```



1    Sexual Taboos Stephen Kershnar

2    it as harmful and perhaps even whether

3    it is harmful based on the disapproval

4    of family, friends, peers and so on.

5         As far as the notion that sex

6    wrongs yourself, again, I think this is

7    to misidentify the wrong maker.  Even if

8    you had claims against yourself, I'm not

9    sure that you do, it's not clear why you

10   can't waive them.  We waive rights in

11   general.  We waive rights all the time.

12   You allow people to touch you, you allow

13   your spouse to touch you.  You allow

14   your judo partners to touch you.  Why

15   can't you waive rights?  We do this

16   standardly.  If you can waive rights

17   against others, why can't you waive

18   rights against yourself?

19        As far as the notion that sex --

20   not directly relevant here, but that sex

21   always uses someone merely as a means, I

22   guess I don't think that's right.  I

23   think that sort of not a correct account

24   of Kant.  What I think Kant would say

25   is, well, you treat someone as an end



```
 1      Sexual Taboos Stephen Kershnar
 2     when you treat someone as a free and
 3     rational being, and you treat someone as
 4     a free and rational being when you
 5     respect that individual's rights.
 6           So again, since you've waived the
 7     relevant rights, it's hard to see why
 8     you haven't respected that person as a
 9     free and rational being, and as such,
10     you've treated that person as an end.
11     Now, I know there's a lot of Kantian
12     theories, you typically see this in the
13     philosophy of sport, where people say,
14     well, treating someone's end is not
15     solely a function of rights.  You say,
16     okay, well, what is the additional
17     determinant?  And that actually gives us
18     some sort of criterion rather than some
19     vague appeal to degradation or
20     exploitation or objectification.  Again,
21     I don't see it.  And even if there were
22     such a claim based on degradation or
23     exploitation or objectification or
24     something along the lines, it's not
25     clear that I can't waive it.
```



Page 36

1        Sexual Taboos Stephen Kershnar

2                It's an odd view that you have

3        claims that you don't own, and it's a

4        particularly odd view if you're

5        emphasizing the notion that people are

6        free and rational beings, that they

7        don't own their own claims.  So I think,

8        one, in sex, we treat someone as an end

9        all the time, at least you've got the

10       full consent.  But two, yeah, I think

11       it's just a misunderstanding to say that

12       you treat someone merely as a means.

13       And again, Roger is great, I benefit

14       enormous amount from his work.  But on

15       this one, I disagree.

16               JASON WERBELOFF:  So there is, and

17       you've mentioned this, an enormous

18       antipathy towards pedophiles and towards

19       pedophilia.  So there's just an

20       incredibly strong gut reaction.

21               Now, on the one hand, we might try

22       to explain that by citing the wrong

23       maker of the action, right?  So you've

24       done a very good job of explaining how

25       deontology specifically rights and



```
 1       Sexual Taboos Stephen Kershnar
 2       consent and using people as a means to
 3       an end.  Those issues aren't clear wrong
 4       makers in pedophilia, and then we
 5       discuss utilitarianism and consequences.
 6       But there's a third route that people
 7       could take, which is to say, well, the
 8       pedophile is vicious, they have a poor
 9       character.  So even if everything goes
10       well, so even if the twelve year old has
11       a good time and doesn't report
12       negatively about the experience, and
13       even if you want to keep probabilities
14       in the mix and say, well, there's a high
15       probability that will go well, and even
16       if there's no rights that are set aside,
17       and even if consent isn't an issue here
18       and there is willingness, there's still
19       a viciousness on the part of the
20       pedophile.  Viciousness meaning that
21       there is a vice that they're enacting
22       through the act.  So how would one
23       respond to that?  And as a corollary
24       question, it seems like part of the
25       issue that people have with pedophilia
```



1     Sexual Taboos Stephen Kershnar

2     is not just the act, but even the

3     imagination, even the thought of it.

4     And that points at the viciousness

5     issue, right?  So it points at this idea

6     that if someone even just has the

7     thought of it, that is morally

8     abominable because there's something

9     wrong with their character, even if it

10    never eventuates in an act.

11         STEPHEN KERSHNAR:  Superb.  Yeah,

12    so I think this gets at exactly how a

13    lot of people think of it.  They think,

14    look, I just find this disgusting.  I

15    don't know why I find disgusting or what

16    I mean by it being disgusting, but it's

17    just disgusting.  And then they say,

18    look, there's something really wrong

19    with you if you're having these

20    fantasies or if you're watching cartoon

21    adult child pornography.  Like that is

22    also outrageous.  Although why it's

23    outrageous, you're right, it's probably

24    going to be vice.  So a couple of things

25    to say here.  One, even if it were



Page 39

```
 1      Sexual Taboos Stephen Kershnar
 2      vicious, being vicious is not itself a
 3      wrong maker.  And when we do the right
 4      thing for the wrong reason and a wrong
 5      thing for the right reason, so it really
 6      doesn't affect whether or not the acts
 7      are right or wrong.  I'm not sure
 8      viciousness is a major component of the
 9      good and the bad.  So even if it was
10      vicious, it's not clear that even is
11      enough to make it bad.  It's got to
12      compete against pleasure.  And so which
13      one wins out is not obvious to me.  But
14      let's take on the directly.  Let's
15      consider directly a notation that it's
16      vicious.  I just don't think it's
17      vicious, and here's why.
18              So here's what I take vice to be.
19      I take vice to be a property of an
20      attitude.  So I'm using Thomas Hark's
21      account here.  And so involves either
22      loving evil or hating the good, or
23      involves an appropriately aligned
24      attitude like loving the good or hating
25      evil.  But that's so disproportionate in
```



1      Sexual Taboos Stephen Kershnar
2      its intensity that it becomes a vice.
3      Let's take the former case that vice
4      includes loving evil or hating the good.
5      Well, it doesn't really involve hatred
6      when you're watching these things.  So
7      it involved would involve loving evil.
8           Okay.  So does it involve loving
9      evil?  Well, there's two ways we can
10     look at this.  It could be that you're
11     vicious if you love something that's
12     absolutely evil.  So it's got to
13     correspond in a certain way with the
14     world.  Or the way I prefer it, which is
15     that you love evil in the sense that you
16     believe it to be evil.  So that's an
17     internalist account of vice, since I
18     think virtue and vice are purely
19     internalist, think the internalism is
20     the way to go.  But let's look, the
21     externalist account for having a sexual
22     fantasy or desiring prepubescent
23     children or young teens is wrong because
24     your desire is directed at something
25     which is evil.



1    Sexual Taboos Stephen Kershnar

2         Well, that just begs the question,

3    right?  We have to know what makes it

4    evil, right?  You still need to

5    establish that's evil to show that your

6    desire directing toward it is directed

7    towards an evil.  So I don't think we've

8    gotten very far.  In addition, I'm

9    highly skeptical of these externalist

10   accounts of vice, right?  Because,

11   again, they make it depend on something

12   outside your head.  But let's take

13   clearly what's inside of your head.  So

14   imagine that are you desiring something

15   that you believe to be evil or bad?  I

16   guess, I don't think people have that

17   course, a desire.  I think it's more

18   fine grained.  Were this to occur, it

19   would be sexy.  Not that it's good that

20   it would occur, but were it to occur.

21   So, for example, on some accounts, over

22   half of women have forced sex fantasies.

23   There's at least some reason to believe

24   these are rape fantasies.  So some

25   enormous percentage of women, probably



1      Sexual Taboos Stephen Kershnar

2      over half, have rape fantasies.  Do they

3      really think it would be good if they or

4      someone else were raped?  Absolutely

5      not.  They have fine grained fantasies.

6      They say, were this to occur, it would

7      be sexy.  It would not be, all things

8      considered, good.  It'd be atrocious.

9      But there would be a sexiness to it.

10     And this is true.  We watch all sorts of

11     violent movies that we think are

12     excellent.

13          I'll just give a few examples,

14     right?  We watch Shane.  We're glad to

15     see the bad guy cut down.  We watch Full

16     Metal Jacket.  We like the artistry of

17     that.  We watch the brutality of the

18     Deer Hunter.  We say, well, that's a

19     fascinating movie; I'm glad I watched

20     that.  Even though I watched all sorts

21     of horrendous violence and cruelty.  So

22     I think we have very fine grained

23     attitudes towards scenarios.  One of

24     those fine grained attitudes is that

25     that scenario is sexy.  So I would claim


MAGNA
LEGAL SERVICES

Page 43

1      Sexual Taboos Stephen Kershnar
2      that it's not vicious.  And again, you
3      could see it on the two interpretations
4      of what it means to be vicious.
5           MARK OPPENHEIMER:  So I'd like to
6      pause a bit on this realm of fantasy
7      where people kind of conjure up an
8      image, but they never act on it and
9      whether that could be wrong.  So you can
10     imagine the abstract case where someone
11     imagines raping -- raping an abstract
12     person.  And then there's a case where
13     they imagine raping a very particular
14     person.  So they imagine raping your
15     mother.  And your mother has a very
16     strongly held interest in being well
17     regarded.  She would be horrified to
18     know that someone is imagining raping
19     her, but she never finds out.  So in
20     other words, she holds an interest.
21     She's unaware of the interest being set
22     aside, but it is in fact, being set
23     aside through the fantasy process.  If
24     she had a pick between worlds where
25     everybody treated her well and regarded



Page 44

1        Sexual Taboos Stephen Kershnar
2        her well versus a world where everyone
3        treated her well and regarded her
4        poorly, she's going to pick the first
5        world.  She thinks that, in other words,
6        the way people think of you matters some
7        way.  Unclear how much on the scales,
8        but I think most people have that kind
9        of an interest.  So is it wrong then, to
10       have these kinds of violent sexual
11       fantasies about particular individuals
12       if you think that they would be
13       horrified that you had the fantasy?
14            STEPHEN KERSHNAR:  So no, and let
15       me handle it in two different ways.  One
16       is, do you have an interest in whether
17       or not a person thinks?  I think the
18       answer to that is no.  If I have a claim
19       against what someone -- what Mark thinks
20       about me, then Mark owes me a duty with
21       regard to what he does with his body or
22       his labor.  But if he owes me a duty if
23       I have a claim against Mark with regard
24       to his body or labor, it seems that in
25       some sense I own his body or labor, but



Page 45

1      Sexual Taboos Stephen Kershnar

2      I don't.  So if it were to be the case

3      that someone would have a right not to

4      have the person think about them, it

5      would seem that the thinker would in

6      some sense own the person's body or

7      labor.  So that's why I don't think

8      there's that wrong maker present.

9            But let's leave that aside.  Let's

10     assume the issue is, does a person have

11     an interest in this?  It's a little hard

12     to see how they have an interest in

13     this.  So let's go to kind of the

14     standard accounts of interest.  I think

15     the best accounts.

16           Does it set back Alice's pleasure?

17     Well, she doesn't know about it doesn't

18     set back a pleasure.

19           Does it set back one of her

20     objective list goods?  Doesn't set back

21     her autonomy, the amount of love in her

22     life, her virtue or knowledge, things

23     like that.

24           Okay.  So it doesn't set -- I

25     think, the primary determinants actually



Page 46

1        Sexual Taboos Stephen Kershnar

2        it's only pleasure, but it might maybe

3        it's two of those.  It does set back her

4        desire fulfillment theory.  But I think

5        desire fulfillment theory is clearly

6        false.  And you can see this in a couple

7        of ways.  It's very hard to see how the

8        mere fulfillment of your desire,

9        independent of you knowing about it,

10       makes your life go better or better or

11       worse.

12              Second, this paradox case is what

13       happens if I desire my life go poorly.

14       I don't think desire for fulfillment can

15       answer that.  And then there's the time

16       of the badness for me.  If I desire

17       something ten years from now and it

18       happens, is it bad for me when the

19       desire occurs?  When it happens, does it

20       backtrack?  So I think desire

21       fulfillment theory is a particularly bad

22       theory of self interest.  And because of

23       that, I just don't think it sets back an

24       interest of the person that's fantasized

25       about.



1      Sexual Taboos Stephen Kershnar

2          JASON WERBELOFF:  So we might want

3      to think about not just a particular

4      person that you have a desire for, or a

5      desire to harm.  We might want to think

6      about a class of persons.  So one

7      particularly thorny issue which has been

8      around for decades but which has

9      suddenly come to prominence is this idea

10     of having preferences for or against

11     certain racial groups.  And enormous

12     political, academic, philosophical

13     discussion on this recently, and you've

14     written on this as well, on a preference

15     towards, for example, Asians.  And that

16     is seen by some as morally repugnant to

17     fetishize a certain racial group,

18     they'll say.  Here, I'm not sure exactly

19     what the reason is that they would say

20     it's morally abominable.  I'm guessing

21     it's that they would say it's vicious.

22     And so some of your responses will

23     pertain here as well.  But how do you

24     grapple with that?

25          STEPHEN KERSHNAR:  So I'm glad you



Page 48

```
 1      Sexual Taboos Stephen Kershnar
 2      mentioned it.  Actually it's quite an
 3      important debate.  It's only recently
 4      got a lot of attention, particularly in
 5      the context of racial, ethnic, sexual
 6      preferences, I should say put the
 7      preference more generally.  So take
 8      Asian romantic preference.  Here are the
 9      preferences either for sex, dating or
10      marriage.  So it need not be sexual and
11      also can be intra or intergroup and it
12      can be intrinsic or extrinsic.
13            So for example, it could be that
14      young Korean men prefer young Korean
15      women, okay?  So that's intragroup.
16      There people's intuitions seem to
17      disappear and you think, okay, so young
18      Jewish men in Israel have a real taste
19      for young Jewish women.  Okay.  Well,
20      people don't seem to get that upset with
21      that.  Same thing with regard to
22      intragroup.  And then the preferences
23      might be extrinsic, right?  It might be
24      that the Korean man thinks, look, it's
25      going to keep my sister, my mom and my
```


MAGNA
LEGAL SERVICES

Page 49

1        Sexual Taboos Stephen Kershnar
2        grandmother happy if I'm dating a Korean
3        woman.  So I prefer a Korean woman to
4        keep everyone off my back.  But let's
5        have the kind of fetishist account that
6        people find most offensive, right?
7        White men desiring Asian women, east
8        Asian women more particularly, okay?
9        And I should note that these preferences
10       apparently are all over the place.
11       They're not only those and apparently
12       I've been told that they're quite strong
13       preferences in the gay community.  And
14       so these things are not linked to sort
15       of white men going after East Asian
16       women.  I should also mention that the
17       studies here are not clear, but there's
18       at least one study which suggests that
19       white men don't have this preference.
20       It's actually East Asian women's
21       indifference between white men and East
22       Asian men that's producing these
23       effects.
24            But again, let's assume that this
25       fetish is there and it's strong, right?



Page 50

1      Sexual Taboos Stephen Kershnar

2      In the Ivy League, it certainly seemed

3      to be a very common pattern to see, for

4      example, Jewish men with East Asian

5      women.  Again, it's hard to see what the

6      wrong maker is for the reasons I

7      mentioned earlier.  It's hard to see

8      whose right is infringed.

9           Okay, but that's straight.

10     Imagine no, but it's degrading or it's

11     exploitative, it's oppressive, it hurts

12     someone's dignity.  But it's a little

13     hard to see why that's more true here

14     than in general.  Imagine that

15     heterosexual men show a real preference

16     for women with thin, tight bodies, perky

17     breasts, pretty faces, things like that.

18     Is that more dignified or less

19     degrading, or you had to articulate it

20     publicly.  None of it sounds

21     particularly good.  So given that people

22     have these preferences and the

23     preferences don't themselves seem

24     justified or unjustified, right.  Why?

25     What would justify a heterosexual rather



```
 1      Sexual Taboos Stephen Kershnar
 2     than a homosexual preference?  Or what
 3     would justify a preference for a thin
 4     type runner female runner bodies rather
 5     than curvy Marilyn Monroe bodies?  It's
 6     hard to see what would justify in these
 7     preferences.
 8          So there just doesn't seem to be a
 9     wrong maker here.  Or if it is, it's not
10     distinctive to Asian romantic
11     preference.  But let's consider
12     consequentialism, because Jason's a
13     consequentialist, and I'm highly
14     sympathetic to consequentialism.  It's a
15     real notion -- it's a really bizarre
16     notion this harms East Asian women.
17     Here's an analogy.  Imagine in the Ivy
18     League, the women have something that --
19     I made this up -- Hebrew fever, right?
20     And they really find Jewish men sexy,
21     right?  Particularly Ivy League Jewish
22     men.  Now, if you ask Jewish men if we
23     could get rid of this preference or this
24     desire among Ivy League undergraduate
25     women, would you want this -- would you
```



1      Sexual Taboos Stephen Kershnar
2      want to be getting rid of they'd be
3      like, Absolutely not.  Are you kidding?
4      I want to ratchet it up and be more
5      intense.  Right.  Because it gives you a
6      competitive advantage.
7             So you think, okay, well, then are
8      East Asian women irrational?  They don't
9      like the strong dating advantage of
10     being fetishized?  I very much doubt it,
11     right.  If you said, okay, now you're
12     going to have the competitiveness of
13     women who are found unattractive for
14     various reasons, they think, well, no,
15     thank you.  I think I'll go back to the
16     attractiveness category.
17            It might, in fact, be sort of
18     harmful to some non East Asian women,
19     that is their competitors.  That might
20     be the person who is harmed on a general
21     or particularly our worry on a
22     consequential scale.  And there we have
23     to okay, how do we balance out the harms
24     versus the benefits?  But at least we're
25     being honest that we have to do a cost



Page 53

1      Sexual Taboos Stephen Kershnar

2      benefit analysis.

3           So there's no wrong maker on a

4      consequentialist, at least no obvious

5      one.  And in fact, I don't think it

6      harms East Asian women, I think it

7      probably benefits them.  And for the

8      same reason, it's not bad.  It has none

9      of the distinguishing features of an

10     intrinsically bad attitude.  It's not

11     false when you say, I find this type of

12     woman attractive.  That's a true

13     statement of fact.  You do.  It doesn't

14     involve some sort of lack of dessert

15     satisfaction.  So I think you're right.

16     It probably has to break down to vice.

17          So what would be the vice here?

18     Is this a case of loving something

19     that's evil or hating something that's

20     good?  Well, it doesn't involve hatred,

21     so it's got to be loving something

22     that's evil.  It's hard to see what's

23     evil about it.  And even if it were like

24     if you had some objective, it's hard to

25     see what's different than this other



 1      Sexual Taboos Stephen Kershnar

 2      than liking thin women who have thin

 3      runner like bodies.

 4           So the reason I think this matters

 5      is not just because you have this real

 6      disconnect between everyday people who

 7      think there's nothing wrong with this

 8      and academics who get bent out of shape

 9      finds incredibly offensive, what they

10      explain as disconnect.

11           But there are two implications of

12      these racial and sexual preferences.

13      One is it shows that discrimination is

14      not wrong.  If it's okay discriminate in

15      the case of sex or dating a marriage,

16      it's a little hard to see why it's wrong

17      to discriminate in other areas such as

18      employment or friendship.

19           Second, this shows you a using

20      kind of a Robert Nozick approach, a

21      justice in transfer way that you get to

22      very unequal wealth or income in a way

23      which doesn't infringe on rights.

24      Marriage is a huge economic benefit for

25      a lot of people.  Being attractive is



Page 55

 1       Sexual Taboos Stephen Kershnar
 2       something that people pay a lot of money
 3       for.  It's something they value quite
 4       strongly.  So if you were to convert
 5       this into economic terms, people might
 6       gain quite a benefit from being
 7       fetishized.  So what this shows is this
 8       kind of strong argument for a perfectly
 9       just way to get the very unequal
10       results.
11            JASON WERBELOFF:  Maybe the
12       response is going to be something like
13       I, as an Asian woman, feel very hurt and
14       offended and that counts.
15            So in other words, it's not that I
16       don't have sexual partners available to
17       me.  So it's not that kind of harm and
18       it's not the harm that I'm going to
19       suffer negative consequences in my life
20       other than my emotional hurt.  Maybe
21       it's something like that.
22            STEPHEN KERSHNAR:  Yeah, you might
23       think that the world of dating is
24       bouncing off emotional hurts, right?  If
25       people want you for the wrong reasons,



1      Sexual Taboos Stephen Kershnar

2      that hurtful.  It's hurtful.  If they

3      don't want you at all, that's even more

4      hurtful.  You want to get that sweet

5      balance so they want you for and only

6      for the right reasons.  Well, being a

7      heterosexual male and talking to

8      heterosexual males, I could say that

9      males plenty of times, especially even

10     with their wives when they were first

11     dating, did not want them for the purest

12     of reasons.  So we're not in the land of

13     like, virtuous desires here.  Nor is it

14     clear to me that emotional hurt is

15     relevant here.  You may be emotionally

16     hurt by other people's attitudes, but

17     that seems to be a statement about your

18     psychology, not about any sort of moral

19     feature.  Take women who are

20     discrimination against the obese is

21     quite strong in our society in all sorts

22     of levels.  We can track it economically

23     in terms of dating a marriage.  We can

24     track it in terms of economics, career

25     advancement, things like that.  And we



Page 57

1      Sexual Taboos Stephen Kershnar

2      can track in terms of attitudes like the

3      halo effect.

4           So you can imagine an obese woman

5      being very offended about her social

6      invisibility, and I kind of sympathize

7      with her, but it's hard to know what to

8      do with that.  Yeah, it's kind of sad

9      that she's emotionally hurt, that she's

10     socially invisible and that people don't

11     desire her and they don't ask her out,

12     and that they don't discuss her in

13     filthy ways in between, like wrestling

14     practice.

15          It's hard to see what to make of

16     that.  Okay, that happens.  It's

17     unfortunate.  So what.

18          As far as Asian women saying

19     they're emotionally hurt, I'm just

20     highly skeptical of this claim in that

21     if you said, okay, look, imagine God

22     came down and said, I'll tell you what,

23     tell you what, East Asian Women, you

24     secretly vote on this, and I'll

25     eliminate any preference that white men



Page 58

1    Sexual Taboos Stephen Kershnar

2    have for you.  And actually, I'm not

3    even sure it's confined to white men,

4    but we'll eliminate any preference,

5    right?  Any ordering that you have.  Is

6    that what you want?  I suspect I say,

7    Well, I'm hurt, but not that hurt.  And

8    by analogy, if you asked Jewish men in

9    the Ivy League if God said the same

10   thing, would you like me to get rid of

11   Hebrew Fever?  They'd say, Well, I'm not

12   that hurt.  Let's keep the competitive

13   advantage going strong.

14        So I guess two things.  One, I'm

15   not sure what to make of the emotional

16   hurt.  And two, that emotional hurt

17   strikes me as irrational.

18        MARK OPPENHEIMER:  So it seems

19   like the complaint could be to say

20   you're treating me as a token for a

21   type.  So imagine you're lying in bed

22   with your spouse and you're sort of

23   whispering I love you to each other.

24   And she says to you, Why do you love me?

25   And you say, Well, it's because you're



1      Sexual Taboos Stephen Kershnar
2      Asian.  She says, but is it not because
3      of the way I look after the kids and
4      I've got all these other wonderful
5      attributes that are unique to me?
6      You're like, no, pretty much any other
7      Asian woman could do.  The thing that I
8      only care about is the fact that you're
9      from Southeast Asia and you're an Asian.
10     And if some other woman popped into bed
11     who met their criteria, that would be
12     great for me and I would love them.  All
13     the other underlying stuff I don't care
14     about at all.  You might think that she
15     then feet like, well, there's something
16     dishonest in the nature of this
17     relationship.  I want to be valued not
18     for this arbitrary attribute of where I
19     was born, but for these other things
20     that matter.  I agree that you might
21     have a weighting of preferences.  In
22     other words, if someone is to pick
23     between a life of solitude or a life of
24     being fetishized, maybe they pick being
25     fetishized, but they might still think



Page 60

```
 1      Sexual Taboos Stephen Kershnar
 2      that they're worse off.
 3          STEPHEN KERSHNAR:  This is just
 4      not kind of an accurate account of
 5      people's psychology, man.  Take people
 6      who've been married for a long time,
 7      happily married, and you say, okay.
 8      When you were a 21 year old and walking
 9      around the cold and snowy campus of
10      Cornell and you met this Jewish woman,
11      was your goal was it to explore her
12      intellect?  Or was it your goal to take
13      her to bed immediately and as thoroughly
14      as you could?  And you might think,
15      well, these relationships start out
16      sexual, not all them, but some of them
17      do.  It's hard to get around that.  And
18      so, yeah, I think it would be really
19      unfortunate if your partner in life
20      thought you as a replaceable cog.  But I
21      don't think that's an accurate
22      psychology of what's going on here.
23          By analogy with Hebrew fever, it's
24      not like that would be the only
25      consideration that the Ivy League women
```



Page 61

```
 1      Sexual Taboos Stephen Kershnar
 2      would have, but it would be a
 3      consideration.  And I think that's
 4      what's going on there.  It's actually
 5      even stronger, I think, some of the
 6      Asian fetishing, my guess is -- this is
 7      just a guess, I don't have any data
 8      support of this, but that's not actually
 9      solely based on sexuality.  It's also
10      based on something they're having better
11      values than others, being more
12      academically oriented than others, being
13      more family oriented than others.  I
14      don't know if any of these things are
15      true.  Lots of our stereotypes are sort
16      of inaccurate or even if they're
17      accurate.  There's plenty of exceptions
18      both ways.  But it's not even clear to
19      me that these stereotypes of fetishizing
20      is purely sexual.
21           So I just don't think this track
22      sort of has any sort of relation to the
23      real world psychology of people
24      considering sex, dating, and marriage.
25      But there's a more theoretical issue
```



```
1      Sexual Taboos Stephen Kershnar
2      here which is separate from this, which
3      is to what degree do you love the person
4      as opposed to the properties the person
5      has?  That is, would you love your
6      wife's doppelganger as much as her?
7      Well, most of us say, well, no, we would
8      not.  You love your wife.  You would not
9      love your wife's doppelganger.  And that
10     is an intrinsic self for self.  And you
11     think, okay, well, what would justify
12     your loving A rather than B?  It's very
13     hard to fill that out in terms of
14     theories of love.  Some people say
15     something like, well, it's your shared
16     history, but of course you can get
17     hypotheticals, which sort of equalize
18     the shared history.  So you'll have as
19     much shared history with a doppelganger
20     as your current wife, so that will even
21     out.  So it's kind of a theoretical
22     issue.  Do you love the person or do you
23     love the collection of properties of the
24     person bears?  And if it's the latter,
25     what's wrong with duplicate replacement?
```



Page 63

```
 1     Sexual Taboos Stephen Kershnar
 2     There's a deep problem in love theory,
 3     but it's not a problem with East Asian
 4     fetishizing, our preferences for that.
 5          So, yeah, I find this one of these
 6     issues that there's just nothing there.
 7     There's no there.  There's no wrong
 8     maker.  There's no bad maker.  There's
 9     no vice maker.  And yet people get
10     really upset over it.  And it also
11     strong implications for both
12     discrimination and inequality.
13          JASON WERBELOFF:  I find this
14     discussion fascinating because exactly
15     this contrast between such strong
16     intuitions, such deep seated emotional
17     responses to these issues.  But when you
18     probe, it's really not clear what the
19     wrong maker is.  And so it seems strange
20     to have such strong emotional responses
21     to such intellectually unclear
22     positions.  Perhaps one way of looking
23     at it is not that the strong emotional
24     response is linked to a false belief.
25     Perhaps one way of thinking about it is
```



Page 64

```
 1    Sexual Taboos Stephen Kershnar
 2   that the strong emotional response is an
 3   evolutionary response.  So perhaps
 4   certain activities today are okay, but
 5   weren't in our evolutionary past.  When
 6   I say okay, I don't mean morally okay,
 7   don't have the kind of negative
 8   consequences that perhaps we thought
 9   they would waive had in the past.
10        By the way, I share some of your
11   conclusions, but not other conclusions,
12   but I share most of your premises.  So
13   it's very interesting to me to play this
14   game in my own head of where my
15   intuition is coming from.  But I like
16   this evolutionary explaining away of
17   intuitions generally in philosophy as an
18   approach.
19        STEPHEN KERSHNAR:  So I think
20   that's an excellent point and I actually
21   think what's going on we look at this is
22   kind of a study of speed dating where
23   sort of women have in group preferences.
24   Men didn't seem to, but the women seem
25   to have in group preferences.  And you
```



Page 65

1    Sexual Taboos Stephen Kershnar
2    could imagine why that is, right?  Sort
3    of an intact marriage and intact
4    community probably is better off in
5    terms of providing the resources.  And
6    we can tell these sort of evolutionary
7    stories that explain these preferences.
8    One of the problems with these
9    explanations is it doesn't get it, I
10   think a lot of the outrage that we see
11   today.
12        So I'll just give you a few
13   examples.  People are pretty outraged at
14   the notion that people would be
15   attracted to teenage girls, teenage
16   women.
17        In evolutionary terms, that makes
18   no sense.  In evolutionary terms, that's
19   precisely who you want to be attracted
20   to because they have high degree of
21   fertility, many more years of fertility.
22   So it only explains that outrage.
23   People are outraged when you're opposed
24   to affirmative action.  It's a little
25   hard to see why that would be



Page 66

1       Sexual Taboos Stephen Kershnar
2       evolutionarily valuable because what
3       you're doing is you're benefiting
4       individuals to affirmative action that
5       are genetically distant from the people
6       who are providing the benefits, or at
7       least a good deal of the people who are
8       providing the benefits.  And even in
9       terms of the fetishizing of East Asian
10      women, it's hard to see what the
11      evolutionary explanation there is as a
12      woman, or as a man for that matter.  The
13      great of the great to which you're
14      desired, the more likely that you're
15      going to reproduce and the more likely
16      that you can get a better partner.  The
17      more demand there is for your supply,
18      the better the price you're going to
19      get.
20              So in evolutionary terms, it's
21      hard to see why any of these things
22      would generate the sort of intuitions we
23      have.  Either the attraction to
24      teenagers, affirmative action, Asian
25      romantic preference, pretty much any of



Page  67

```
 1      Sexual Taboos Stephen Kershnar
 2      the other things we've discussed.
 3           JASON WERBELOFF:  The thought came
 4      to me when I was thinking about adult
 5      child sex rather than teenagers.
 6           STEPHEN KERSHNAR:  Sure.
 7           JASON WERBELOFF:  There isn't an
 8      evolutionary advantage to having that
 9      sexual contact.  There might be an
10      evolutionary disadvantage.  So maybe
11      that's where my thought was.  But as you
12      start to apply to these other cases,
13      it's not as clear.
14           STEPHEN KERSHNAR:  Well, let me
15      address the evolution and adult child
16      sex.  And again, I'm speculating here,
17      but it's not obvious to me there aren't
18      evolutionary advantages.  And here's the
19      reasons to think there are evolutionary
20      advantages.  One is when you test
21      college age males surprisingly number
22      surprising numbers, like over one fifth
23      show attraction to prepubescent
24      individuals.  I assume that's mostly
25      girls.  And that's true not only when
```



Page 68

```
1      Sexual Taboos Stephen Kershnar
2      you ask them, they self report it, which
3      people have got to be hasn't self
4      reported, but when you use the penile
5      responses, which are the kind of true
6      test.  So it's fairly widespread among
7      young men, particularly young men in our
8      society.  Second, you see in the hunter
9      gatherers, you see it in all sorts of
10     cultures that are quite different than
11     our own in places like New Guinea and
12     things like that, Melanesia.  And third,
13     you see it historically right?  It was
14     true in adult child sex true in ancient
15     Japan, ancient China, India, Egypt, even
16     Great Britain.  And you see in our
17     closest cousins of bonobos.  Bonobos are
18     the closest to us genetically.
19          So if you see this same preference
20     for adult child sex in young males
21     today, in hunter gatherer societies
22     today, in history, and our closest
23     genetic cousins, there's excellent
24     reason to believe -- not excellent, but
25     there is good reason to believe that
```



1    Sexual Taboos Stephen Kershnar
2    there's actually a strong benefit to
3    adult child sex.
4         Now, what is that benefit?  I'm
5    not entirely sure.  It might be that
6    people getting acclimated to sexuality
7    or they're getting prepared for a long
8    term bond, or it might be something
9    else.  It might be that you're bonding
10   families together.  I don't know exactly
11   what the explanation is.  But I would
12   claim that in evolutionary terms, as
13   best we can determine, it's more likely
14   than not there's a strong evolutionary
15   case for adult child sex and for the
16   attraction that brings it about.
17        MARK OPPENHEIMER:  So I've got a
18   general question, which is assume that
19   you have consent and of the sufficient
20   level between people, are there any sex
21   acts that you think are wrong?
22        STEPHEN KERSHNAR:  No.  And here's
23   why.  The idea is that -- leaving aside
24   catastrophic consequential overrides if
25   having sexism causes vast amounts of



1     Sexual Taboos Stephen Kershnar

2     civil war, okay, that overrides the

3     deontological considerations.  But the

4     idea is that if A acts wrongly, then A

5     wrongs B, right.  So you wrong, you

6     wrong someone.  If you wrong someone,

7     you fail to satisfy duty, you owe that

8     person.  You fail to satisfy duty, owe

9     that person, you infringe on a claim of

10    that person.  A right is just a claim.

11    So if you act wrong, then you've

12    infringed on someone's rights.  So if

13    you haven't infringed on someone's

14    rights, there's no wrong act, again,

15    without the consequential override.  So

16    no, I think -- and if you have valid

17    consent, there's no right infringement.

18         MARK OPPENHEIMER:  So some people

19    have concerns about certain kinds of

20    sexual behavior because they think it's

21    deviant.  So BDSM, scat play,

22    homosexuality, group sex, all these

23    things which where you've got consent

24    and you don't have a rights violation,

25    people nonetheless feel that something



Page 71

1      Sexual Taboos Stephen Kershnar

2      immoral has occurred.  Are they just

3      mistaken?

4            STEPHEN KERSHNAR:  Yes.  So I do

5      think it's deviant because I understand

6      deviant sex to be statistically

7      abnormal.  It's hard to see -- again,

8      there's no right infringement.  So if

9      there's no right infringement, it's hard

10     to see what's wrong about it.

11           Someone might think it's wrong

12     because you're harming yourself or

13     you're harming others.  I don't think

14     that harm is a wrong maker in that we

15     wrong people all the time.  You win out

16     in economic competitions, the loser is

17     harmed.  You win Alice's hand in

18     marriage and Bob is heartbroken.  You've

19     harmed Bob.

20           So I don't think harm is a wrong

21     maker, but it's not clear to me that

22     these things are even harmful.  I don't

23     see that S&M sex or homosexual sex, or

24     group sex, or scat play.  Again, I guess

25     it depends on part of the -- problem is



Page 72

1    Sexual Taboos Stephen Kershnar
2    the counterfactual, right?  If
3    individuals were not engaging in this,
4    what else would they be doing?  Would
5    they be engaging in sex with even in
6    more intense orgasms, would they be
7    reading Aristotle?  So I guess it
8    depends on how the counterfactual works.
9    But I guess I think there's no right
10   infringement.  So there's no wrong maker
11   there.  And even though it's harmful, I
12   very much doubt that counterfactually,
13   they'd be doing something which would be
14   significantly benefiting them more if
15   they were not engaging in this.  So I'm
16   skeptical about even the harm claim.
17        MARK OPPENHEIMER:  I think if we
18   took those pleasures away from Jason,
19   it's not like they'd be doing more
20   philosophy.  He'd probably just be
21   really grumpy and be a much worse
22   philosopher.
23        JASON WERBELOFF:  I can attest to
24   that.  Not all those pleasures, not all
25   pleasures I indulge in, but when I don't


MAGNA
LEGAL SERVICES

Page 73

```
 1    Sexual Taboos Stephen Kershnar
 2    indulge in the pleasures I need to
 3    indulge in, I'm very grumpy and I can't
 4    do good philosophy.
 5         STEPHEN KERSHNAR:  With what
 6    pleasure itself counts?  People say,
 7    well, all right, so you got pleasure out
 8    of that, but what did it do to elevate
 9    your --
10         JASON WERBELOFF:  No, I think it's
11    good in and of itself.  I'm a hedonistic
12    utilitarian.  I think that hedons count.
13         STEPHEN KERSHNAR:  I 100% agree
14    with you.  Yeah.  So that's my view.  In
15    fact, my view the other things count
16    because they lead to headons, but even
17    that weren't true still, pleasure counts
18    for quite a bit.
19
20
21
22
23
24
25
```



Page 74

1        Sexual Taboos Stephen Kershnar

2              C E R T I F I C A T E

3    STATE OF NEW YORK )

4                    :  SS

5    COUNTY OF NEW YORK)

6

7            I, Marissa Mignano, a Notary

8    Public within and for the State of New York,

9    do hereby certify the within is a

10   a true and accurate transcription of the

11   audiotapes recorded.

12            I further certify that I am

13   not related to any of the parties to this

14   action by blood or marriage, and that I am

15   in no way interested in the outcome of this

16   matter.

17            IN WITNESS WHEREOF, I have

18   hereunto set my hand this 12TH day of MAY

19   2023.

20

21   _____
                *Marissa Mignano*

22            MARISSA MIGNANO

23

24

25



## A

**able**
6:3
**abnormal**
71:7
**abominable**
38:8 47:20
**absolutely**
28:22 40:12 42:4
52:3
**abstract**
43:10,11
**academic**
47:12
**academically**
61:12
**academics**
54:8
**acclimated**
69:6
**account**
17:4 34:23 39:21
40:17,21 49:5 60:4
**accounts**
17:12 41:10,21 45:14
45:15
**accurate**
60:4,21 61:17 74:10
**act**
3:15 11:18 21:3
37:22 38:2,10 43:8
70:11,14
**action**
23:6,11 25:7,8 36:23
65:24 66:4,24 74:14
**activities**
4:19 13:13 28:16
64:4
**activity**
10:20 11:16,22 13:19
16:12 18:8
**acts**
39:6 69:21 70:4
**actual**
25:7 29:20

**addition**
22:15,20 41:8
**additional**
35:16
**address**
26:18 33:16 67:15
**adult**
2:10,20 8:25 11:24
21:6,14 26:2 30:5
38:21 67:4,15 68:14
68:20 69:3,15
**advancement**
56:25
**advantage**
33:11 52:6,9 58:13
67:8
**advantages**
67:18,20
**affect**
39:6
**affirmative**
65:24 66:4,24
**age**
6:19 8:24 10:3 31:13
32:2,7 67:21
**ages**
27:13
**aggravated**
17:9,10
**agree**
8:4,8 12:11 18:23
26:5 29:11 59:20
73:13
**ahead**
30:17
**Alice**
27:12
**Alice's**
45:16 71:17
**aligned**
39:23
**allow**
9:25 34:12,12,13
**America**
5:11
**American**

6:15,17 7:19
**amount**
22:14 36:14 45:21
**amounts**
69:25
**analogy**
51:17 58:8 60:23
**analysis**
24:4 53:2
**analyst**
31:14,15
**ancient**
27:22 28:3 68:14,15
**anecdotally**
21:23
**answer**
29:24 44:18 46:15
**antipathy**
36:18
**anyway**
18:15
**apparently**
49:10,11
**appeal**
35:19
**apply**
67:12
**approach**
15:3 28:17 29:3
54:20 64:18
**appropriately**
39:23
**arbitrary**
59:18
**arbitrators**
5:16
**area**
30:8
**areas**
54:17
**arguably**
7:22
**argue**
3:7 11:17
**argument**
7:25 11:9 12:23

26:21 55:8
**arguments**
13:25
**Aristotle**
72:7
**articulate**
50:19
**articulating**
16:5
**artistry**
42:16
**Asia**
59:9
**Asian**
48:8 49:7,8,15,20,22
50:4 51:10,16 52:8
52:18 53:6 55:13
57:18,23 59:2,7,9
61:6 63:3 66:9,24
**Asians**
47:15
**aside**
5:20,22,24,25 37:16
43:22,23 45:9 69:23
**asked**
58:8
**assume**
16:19 45:10 49:24
67:24 69:18
**assuming**
2:23
**atrocious**
42:8
**attention**
7:5 48:4
**attest**
72:23
**attitude**
39:20,24 53:10
**attitudes**
33:18 42:23,24 56:16
57:2
**attracted**
65:15,19
**attraction**
66:23 67:23 69:16



**attractive**
53:12 54:25
**attractiveness**
52:16
**attribute**
59:18
**attributes**
59:5
**AUDIO**
1:7,8
**audiotapes**
74:11
**autonomy**
14:8 18:2,13,19,23
  19:11 45:21
**available**
55:16

————————
**B**
————————
**B**
62:12 70:5
**baby**
9:6 11:15
**back**
14:2 17:23,24 45:16
  45:18,19,20 46:3,23
  49:4 52:15
**backtrack**
46:20
**bad**
13:24 14:4,10,11,23
  15:25 16:2 19:20
  21:3 26:9,10,12
  30:11,15 31:23 39:9
  39:11 41:15 42:15
  46:18,21 53:8,10
  63:8
**badness**
46:16
**balance**
22:21 52:23 56:5
**ballet**
6:4
**ban**
22:20 30:17
**bar**

4:2 6:13 28:12,23
**based**
20:2,2 34:3 35:22
  61:9,10
**basis**
30:21
**bat**
4:3,23
**battery**
17:9,10,19
**BDSM**
70:21
**bear**
30:19
**bears**
62:24
**bed**
11:4 58:21 59:10
  60:13
**begs**
14:20,20 41:2
**behavior**
70:20
**beings**
36:6
**belief**
63:24
**believe**
9:11 40:16 41:15,23
  68:24,25
**Benatar**
10:5 15:8
**Benatar's**
12:9 15:2
**benefit**
36:13 53:2 54:24
  55:6 69:2,4
**benefiting**
66:3 72:14
**benefits**
52:24 53:7 66:6,8
**bent**
54:8
**best**
17:12 28:15,22 29:21
  45:15 69:13

**better**
23:8 46:10,10 61:10
  65:4 66:16,18
**beyond**
9:17 32:14
**big**
24:9
**Bill**
19:21
**bit**
25:21 43:6 73:18
**bite**
15:7
**biting**
33:6
**bizarre**
51:15
**bizarro**
7:7
**blame**
23:16 24:16
**blameworthiness**
23:13 24:13
**blameworthy**
23:14,18 24:14,15,20
  24:23
**blanket**
9:17 10:3 22:19
**blood**
74:14
**Bob**
71:18,19
**bodies**
50:16 51:4,5 54:3
**body**
17:22 32:4,19 33:10
  44:21,24,25 45:6
**bold**
24:25
**bond**
69:8
**bonding**
69:9
**bonobos**
68:17,17
**born**

59:19
**bouncing**
55:24
**bound**
33:22
**boys**
9:6
**Brain**
1:9 2:3
**break**
53:16
**breasts**
50:17
**bride**
19:21
**brings**
69:16
**Britain**
68:16
**Bruce**
21:12
**brush**
11:3
**brutality**
42:17
**bullets**
15:8 33:6
**burden**
30:19
**burglary**
17:11,11,20

————————
**C**
————————
**C**
74:2,2
**calculation**
28:21
**calm**
9:6
**campus**
60:9
**capture**
5:18
**care**
59:8,13
**career**



**56**:24
**cartoon**
38:20
**case**
5:3 7:24 18:9,16,25
22:23 23:15,21
24:19 25:24 32:11
40:3 43:10,12 45:2
46:12 53:18 54:15
69:15
**cases**
3:5,7 7:7 15:5 16:6
22:18 32:17 67:12
**casual**
10:7,22 12:2,16 15:6
15:16 16:3
**catastrophic**
69:24
**category**
14:24 52:16
**causes**
69:25
**celebration**
32:3
**ceremony**
6:12
**certain**
6:6,6 10:15 11:4
22:13 31:12 40:13
47:11,17 64:4 70:19
**certainly**
50:2
**certify**
74:9,12
**change**
5:10
**character**
37:9 38:9
**child**
2:20 7:13 8:25 11:13
11:21,25 20:19 21:3
21:6,14 30:5 32:22
38:21 67:5,15 68:14
68:20 69:3,15
**child's**
6:11

**children**
3:21 4:19 6:2,9,14
11:2 23:23 40:23
**China**
68:15
**chocolate**
10:10
**citing**
36:22
**civil**
70:2
**claim**
4:17 12:20 13:3,4
20:21 21:10 35:22
42:25 44:18,23
57:20 69:12 70:9,10
72:16
**claims**
27:5 34:8 36:3,7
**class**
27:15,17,20 28:7
47:6
**classes**
6:6 28:25
**clear**
3:5 4:8,24 6:8 18:19
22:5 34:9 35:25
37:3 39:10 49:17
56:14 61:18 63:18
67:13 71:21
**clearly**
41:13 46:5
**closest**
68:17,18,22
**co-wrongdoer**
32:22
**coddle**
11:21
**cog**
60:20
**cold**
60:9
**colicky**
9:7
**collection**
62:23

**college**
67:21
**coma**
16:9,18 18:9
**comas**
16:16 18:11
**comatose**
18:20 19:3,6,15
**come**
7:4 47:9
**coming**
64:15
**commit**
15:6 17:7,8,10
**committed**
10:19
**common**
28:16 29:3 50:3
**commune**
31:25
**community**
49:13 65:4
**compared**
28:15
**compete**
39:12
**competitions**
71:16
**competitive**
52:6 58:12
**competitiveness**
52:12
**competitors**
52:19
**complaint**
58:19
**component**
39:8
**concerns**
70:19
**conclusions**
64:11,11
**condemn**
30:20
**confined**
58:3

**conjure**
43:7
**consent**
4:9 5:5,19,20,21,24
5:24 6:7,19 8:3,6
15:23 19:25 32:24
36:10 37:2,17 69:19
70:17,23
**consented**
4:16 31:16
**consequence**
20:15
**consequences**
3:13 16:21 20:5,8,19
20:22,25 21:13 22:6
22:8 25:7,9,10
30:12,16 32:15 33:3
37:5 55:19 64:8
**consequential**
52:22 69:24 70:15
**consequentialism**
26:24 51:12,14
**consequentialist**
51:13 53:4
**consequentialists**
28:20
**consider**
39:15 51:11
**consideration**
60:25 61:3
**considerations**
70:3
**considered**
42:8
**considering**
61:24
**contact**
67:9
**context**
18:6,11 48:5
**contingent**
31:6,8
**contradiction**
12:7
**contrast**
63:15



controversial
21:16
convert
55:4
convicted
7:8,13
Cornell
60:10
corollary
37:23
correct
15:3 27:16 34:23
correspond
40:13
cost
52:25
count
73:12,15
counterfactual
72:2,8
counterfactually
72:12
country
6:5
counts
55:14 73:6,17
COUNTY
74:5
couple
8:20 15:5 23:3 38:24
    46:6
course
41:17 62:16
cousins
68:17,23
criminalize
30:18
criminalized
2:16
criteria
59:11
criterion
35:18
cross
5:12 6:5
cruelty

42:21
culture
9:10
cultures
9:5 68:10
current
62:20
curvy
51:5
cut
42:15

D

dark
20:23
data
26:3 61:7
dating
48:9 49:2 52:9 54:15
    55:23 56:11,23
    61:24 64:22
David
10:4 12:9
day
33:25 74:18
deal
66:7
debate
21:17 48:3
decades
47:8
decide
28:14
deemed
5:7
deep
31:20 63:2,16
deeply
2:14
Deer
42:18
defend
30:4
degradation
35:19,22
degrading

13:9 50:10,19
degree
17:24 62:3 65:20
delighted
2:3
deluded
31:17
demand
66:17
denies
25:2
deny
20:20
denying
25:16
deontological
70:3
deontology
36:25
depend
29:20 32:10 41:11
depending
5:10 6:18
depends
28:3 71:25 72:8
Derek
27:19
deserted
14:6
deserve
14:5
desire
40:24 41:6,17 46:4,5
    46:8,13,14,16,19,20
    47:4,5 51:24 57:11
desired
66:14
desires
56:13
desiring
40:22 41:14 49:7
dessert
53:14
determinant
35:17
determinants

45:25
determine
69:13
determined
29:22
deviant
70:21 71:5,6
different
4:17 5:13,14 10:6
    13:16 33:21 44:15
    53:25 68:10
difficult
12:7 19:23
dignified
50:18
dignity
50:12
directed
40:24 41:6
directing
41:6
directly
23:10 34:20 39:14,15
disadvantage
67:10
disagree
3:2 36:15
disappear
48:17
disapproval
22:15 34:3
disconnect
54:6,10
discovered
21:14
discriminate
54:14,17
discrimination
54:13 56:20 63:12
discuss
37:5 57:12
discussed
67:2
discussion
33:7 47:13 63:14
disgusting



38:14,15,16,17
**dishonest**
59:16
**disproportionate**
39:25
**disrupt**
14:5
**distant**
66:5
**distinct**
4:6 17:5
**distinctive**
18:6 19:5 51:10
**distinguish**
13:20
**distinguishing**
53:9
**district**
5:10
**doing**
11:7,20 23:14,17
  66:3 72:4,13,19
**doppelganger**
62:6,9,19
**doubt**
14:12 52:10 72:12
**draw**
33:13
**dress**
19:8
**driven**
33:9
**duplicate**
62:25
**duty**
13:2,3 44:20,22 70:7
  70:8

————————————
**E**
————————————
**E**
74:2,2
**earlier**
15:22 50:7
**east**
33:20 49:7,15,20,21
  50:4 51:16 52:8,18

53:6 57:23 63:3
  66:9
**eating**
10:9
**economic**
54:24 55:5 71:16
**economically**
56:22
**economics**
56:24
**effect**
57:3
**effects**
49:23
**Egypt**
27:22 28:3 68:15
**Egyptology**
27:19 28:8
**eight**
8:24
**either**
14:3 17:21 18:2
  39:21 48:9 66:23
**elevate**
73:8
**eliminate**
57:25 58:4
**emotional**
55:20,24 56:14 58:15
  58:16 63:16,20,23
  64:2
**emotionally**
56:15 57:9,19
**emphasizing**
36:5
**empirical**
20:20 21:9
**empirically**
29:18,19
**employment**
54:18
**enacting**
37:21
**endure**
11:6
**enforcement**

7:5
**engage**
3:14,17 4:19 5:5 21:2
  25:25 32:21
**engaged**
21:25 28:13 31:12
**engaging**
10:11 30:21 72:3,5
  72:15
**enjoy**
16:15 29:16
**enjoyment**
11:13
**enjoys**
20:12
**enormous**
21:17 36:14,17 41:25
  47:11
**entirely**
69:5
**equalize**
62:17
**escaping**
29:4
**esotericism**
31:4
**especially**
6:10 56:9
**establish**
41:5
**estimate**
6:25
**ethics**
10:6
**ethnic**
48:5
**evaluate**
25:5
**eventuates**
38:10
**everybody**
43:25
**everyday**
54:6
**evil**
39:22,25 40:4,7,9,12

40:15,16,25 41:4,5
  41:7,15 53:19,22,23
**evolution**
67:15
**evolutionarily**
66:2
**evolutionary**
64:3,5,16 65:6,17,18
  66:11,20 67:8,10,18
  67:19 69:12,14
**exactly**
19:17 38:12 47:18
  63:14 69:10
**example**
4:21 5:11 24:6 28:24
  41:21 47:15 48:13
  50:4
**examples**
42:13 65:13
**excellent**
17:3 26:17 33:15
  42:12 64:20 68:23
  68:24
**exceptions**
61:17
**expect**
31:22
**expected**
22:24 30:11,11
**experience**
16:8 26:2,5,8 37:12
**experiment**
2:8
**explain**
10:23 15:17 17:19
  19:2 21:6 36:22
  54:10 65:7
**explaining**
18:7 36:24 64:16
**explains**
65:22
**explanation**
66:11 69:11
**explanations**
65:9
**exploitation**



35:20,23
**exploitative**
13:10,15 50:11
**exploited**
32:23
**explore**
60:11
**exploring**
2:19
**extent**
15:18 16:16 17:16
**externalist**
40:21 41:9
**extra**
28:25
**extraordinarily**
24:2
**extremely**
16:25
**extrinsic**
48:12,23

— F —

**F**
74:2
**faces**
50:17
**fact**
2:17 23:21 29:18
    43:22 52:17 53:5,13
    59:8 73:15
**facts**
28:3 31:6 32:11
**fail**
13:16 70:7,8
**fairly**
68:6
**falling**
16:20
**false**
12:14 46:6 53:11
    63:24
**families**
69:10
**family**
6:12 34:4 61:13

**fan**
26:20
**fantasies**
38:20 41:22,24 42:2
    42:5 44:11
**fantasized**
46:24
**fantasy**
40:22 43:6,23 44:13
**far**
13:15 18:9 19:24
    34:5,19 41:8 57:18
**fascinating**
42:19 63:14
**favor**
15:11
**feature**
14:13 24:17 56:19
**features**
53:9
**federal**
7:13
**feel**
55:13 70:25
**feet**
59:15
**feldian**
13:4
**fellating**
9:6
**felt**
32:6
**female**
51:4
**females**
21:21
**fertility**
65:21,21
**fetish**
16:14 49:25
**fetishing**
61:6
**fetishist**
49:5
**fetishize**
47:17

**fetishized**
52:10 55:7 59:24,25
**fetishizing**
61:19 63:4 66:9
**fever**
51:19 58:11 60:23
**fifth**
67:22
**FILE**
1:8
**fill**
17:14 19:22 62:13
**filthy**
57:13
**find**
16:10 19:9 30:2,4
    31:7 38:14,15 49:6
    51:20 53:11 63:5,13
**finds**
16:18 43:19 54:9
**fine**
41:18 42:5,22,24
**first**
4:21 17:3 21:9,10
    44:4 56:10
**Floor**
1:11
**focused**
19:25
**follow**
7:6
**force**
15:19
**forced**
41:22
**formal**
12:23
**former**
40:3
**found**
52:13
**four-year**
6:22
**fraction**
7:4
**framing**

27:10 33:17
**Fredonia**
2:5
**free**
35:2,4,9 36:6
**freely**
32:24
**friends**
34:4
**friendship**
54:18
**fulfillment**
46:4,5,8,14,21
**full**
36:10 42:15
**fully**
4:25
**function**
13:9 26:25 35:15
**fundamental**
2:22 17:21
**fundamentally**
2:25
**funny**
19:7
**further**
15:5 74:12

— G —

**gain**
55:6
**game**
64:14
**gatherer**
68:21
**gatherers**
68:9
**gay**
33:19,21 49:13
**general**
3:22 12:3 22:6 34:11
    50:14 52:20 69:18
**generally**
17:7 26:22 48:7
    64:17
**generate**



66:22
**genetic**
68:23
**genetically**
66:5 68:18
**getting**
4:9 52:2 69:6,7
**girl**
2:11 27:24 28:2
**girls**
27:13,13 65:15 67:25
**give**
8:3,6 15:5 42:13
65:12
**given**
32:24 50:21
**gives**
35:17 52:5
**giving**
5:19
**glad**
42:14,19 47:25
**go**
6:3,11 11:4,5,5 15:20
23:8,12 24:12 27:3
30:13,17 31:14
37:15 40:20 45:13
46:10,13 52:15
**goal**
8:9 60:11,12
**God**
57:21 58:9
**goes**
24:16 37:9
**going**
2:6 4:13 11:22 16:22
19:14,20 20:7,10,11
22:16,19 25:4 30:15
31:5,8,14,15,20
32:10,12,13,15
33:22 38:24 44:4
48:25 49:15 52:12
55:12,18 58:13
60:22 61:4 64:21
66:15,18
**good**

7:19 11:8 14:14,15
16:13 20:13 26:23
26:24 27:2 28:6
29:24 30:11,15
36:24 37:11 39:9,22
39:24 40:4 41:19
42:3,8 50:21 53:20
66:7 68:25 73:4,11
**goods**
14:7 45:20
**gotten**
25:13 41:8
**governments**
5:8
**grained**
41:18 42:5,22,24
**grandma**
11:7
**grandmother**
11:19,19 49:2
**grandmothers**
9:5,11
**grapple**
47:24
**great**
12:9 21:8 36:13
59:12 66:13,13
68:16
**greater**
17:24 18:3
**group**
47:17 64:23,25 70:22
71:24
**groups**
47:11
**grumpy**
72:21 73:3
**guess**
9:16 14:22 24:4,11
29:2 34:22 41:16
58:14 61:6,7 71:24
72:7,9
**guessing**
47:20
**Guinea**
68:11

**gut**
36:20
**guy**
42:15

---

### H

**half**
41:22 42:2
**halo**
57:3
**hand**
36:21 71:17 74:18
**handle**
44:15
**happened**
31:18,24
**happening**
21:2 26:12
**happens**
46:13,18,19 57:16
**happily**
60:7
**happy**
49:2
**hard**
9:14 10:23 12:21
13:11,20,25 14:9
15:17 18:16 19:17
30:4 35:7 45:11
46:7 50:5,7,13 51:6
53:22,24 54:16 57:7
57:15 60:17 62:13
65:25 66:10,21 71:7
71:9
**Hark's**
39:20
**harm**
16:8 29:17 47:5
55:17,18 71:14,20
72:16
**harmed**
52:20 71:17,19
**harmful**
34:2,3 52:18 71:22
72:11
**harming**

71:12,13
**harms**
51:16 52:23 53:6
**harsh**
30:19
**harshly**
6:24
**Harvard's**
27:19
**hating**
39:22,24 40:4 53:19
**hatred**
40:5 53:20
**Hawani**
33:7
**head**
24:18 41:12,13 64:14
**headons**
73:16
**hearing**
12:10
**heartbroken**
71:18
**hebephilia**
22:4
**Hebrew**
51:19 58:11 60:23
**hedonistic**
73:11
**hedons**
73:12
**held**
2:13 43:16
**hereunto**
74:18
**heterosexual**
50:15,25 56:7,8
**high**
5:4 6:13 24:2,3 31:13
37:14 65:20
**highly**
21:16 26:17 27:24
31:10 41:9 51:13
57:20
**hippie**
31:25



historically
68:13
history
62:16,18,19 68:22
hold
11:25 26:14
holds
43:20
homosexual
51:2 71:23
homosexuality
70:22
honest
52:25
hook
31:4
horrendous
26:8 29:12 42:21
horrified
43:17 44:13
hour
11:4
huge
27:5,6,8 29:6,7 54:24
hundred
5:12
hunter
42:18 68:8,21
hurt
55:13,20 56:14,16
    57:9,19 58:7,7,12
    58:16,16
hurtful
56:2,2,4
hurts
50:11 55:24
hypotheticals
62:17

I

idea
4:24 14:17 30:17
    38:5 47:9 69:23
    70:4
identity
17:15

image
43:8
imagination
38:3
imagine
2:9,11 12:15 16:9
    18:20 31:10 41:14
    43:10,13,14 50:10
    50:14 51:17 57:4,21
    58:21 65:2
imagines
43:11
imagining
43:18
immediately
60:13
immoral
71:2
impact
33:23
impasse
25:17
impermissible
8:7
implausible
27:25
implications
10:21 15:10 54:11
    63:11
important
48:3
in-principle
32:13
inaccurate
61:16
incapable
16:19
includes
40:4
income
54:22
inconsistent
7:15,21
incorrect
27:16
incredibly

36:20 54:9
independent
2:15 14:14 19:10
    46:9
India
68:15
indifference
49:21
individual
14:3
individual's
35:5
individuals
29:10 44:11 66:4
    67:24 72:3
indulge
72:25 73:2,3
inequality
63:12
informed
5:4
infringe
13:6 54:23 70:9
infringed
17:16,17 50:8 70:12
    70:13
infringement
12:18,22 13:7 70:17
    71:8,9 72:10
infringes
13:2
initial
3:2
inside
24:18 41:13
instances
7:2
intact
65:3,3
intellect
60:12
intellectually
63:21
intense
52:5 72:6
intensity

40:2
intentions
9:23
interaction
21:7
interest
6:11 18:2,13,18,23
    19:11 43:16,20,21
    44:9,16 45:11,12,14
    46:22,24
interested
9:19 74:15
interesting
12:11 30:2 64:13
interference
17:25
intergroup
48:11
internalism
40:19
internalist
24:17 40:17,19
interpretations
43:3
interracial
22:12
intra
48:11
intragroup
48:15,22
intrinsic
48:12 62:10
intrinsically
26:23 53:10
introduces
28:7
intuition
16:23 64:15
intuitions
28:18 48:16 63:16
    64:17 66:22
invisibility
57:6
invisible
57:10
involve



40:5,7,8 53:14,20
**involved**
22:3 40:7
**involves**
39:21,23
**irrational**
52:8 58:17
**Israel**
48:18
**issue**
14:20 17:3,6 18:10
27:9,17,18 37:17,25
38:5 45:10 47:7
61:25 62:22
**issues**
28:11 33:17 37:3
63:6,17
**It'd**
42:8
**Ithaca**
33:21
**Ivy**
50:2 51:17,21,24
58:9 60:25

**J**

**Jacket**
42:16
**Japan**
68:15
**Jason**
2:23 7:23 19:24
24:24 29:23 31:4
32:9 36:16 47:2
55:11 63:13 67:3,7
72:18,23 73:10
**Jason's**
51:12
**Jewish**
48:18,19 50:4 51:20
51:21,22 58:8 60:10
**job**
1:25 36:24
**join**
28:13
**joined**

2:4
**jolly**
16:13
**Jones**
27:23,25
**judo**
4:22 13:17 34:14
**Juliet**
6:20
**justice**
54:21
**justified**
18:22 50:24
**justifies**
19:13
**justify**
19:14 25:15 26:13
50:25 51:3,6 62:11

**K**

**Kant**
34:24,24
**Kantian**
35:11
**keep**
37:13 48:25 49:4
58:12
**Kershnar**
1:9 2:1,4,9 3:1,18 4:1
5:1,23 6:1 7:1 8:1
8:19 9:1 10:1 11:1
12:1,8 13:1 14:1
15:1,13 16:1 17:1,2
18:1 19:1 20:1 21:1
21:8 22:1 23:1 24:1
25:1 26:1,16 27:1
28:1 29:1 30:1,7
31:1 32:1 33:1,14
34:1 35:1 36:1 37:1
38:1,11 39:1 40:1
41:1 42:1 43:1 44:1
44:14 45:1 46:1
47:1,25 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1,22 56:1
57:1 58:1 59:1 60:1

60:3 61:1 62:1 63:1
64:1,19 65:1 66:1
67:1,6,14 68:1 69:1
69:22 70:1 71:1,4
72:1 73:1,5,13 74:1
**kickball**
3:25
**kidding**
52:3
**kids**
59:3
**Kill**
19:21
**kind**
6:13,16 7:24 16:4
21:12,19 25:2 31:21
32:6 43:7 44:8
45:13 49:5 54:20
55:8,17 57:6,8 60:4
62:21 64:7,22 68:5
**kinds**
16:6 32:17 44:10
70:19
**kisses**
11:6
**know**
9:8,13 20:9 29:7,17
29:19 30:10,14,23
30:25 35:11 38:15
41:3 43:18 45:17
57:7 61:14 69:10
**knowing**
46:9
**knowledge**
3:12 14:9 45:22
**Korean**
48:14,14,24 49:2,3

**L**

**labor**
44:22,24,25 45:7
**lack**
53:14
**land**
56:12
**large**

23:16
**law**
6:15,17 7:5,20 8:18
**laws**
5:9 6:20
**lead**
73:16
**League**
50:2 51:18,21,24
58:9 60:25
**learn**
11:9
**learns**
20:13
**leave**
45:9
**leaving**
69:23
**legal**
1:10 7:11
**legislation**
30:8
**LENGTH**
1:8
**lessen**
14:6,7
**lessons**
4:3,3
**let's**
8:3,22,24 18:24 28:9
28:10 31:11 39:14
39:14 40:3,20 41:12
45:9,9,13 49:4,24
51:11 58:12
**level**
5:4,16 10:15,17
11:12,14 69:20
**levels**
56:22
**liberty**
30:13
**life**
14:8 20:15 21:4
45:22 46:10,13
55:19 59:23,23
60:19



**likelihood**
31:13
**liking**
54:2
**limiting**
7:24
**lines**
33:13 35:24
**linked**
49:14 63:24
**list**
45:20
**little**
12:23 13:11 18:16
  19:17 25:20 26:9
  45:11 50:12 54:16
  65:24
**live**
12:6 25:19 31:22,24
**lives**
23:8
**logical**
20:3
**long**
21:13 60:6 69:7
**longer**
18:22
**look**
18:21 22:21,23,24,25
  24:11,18 26:25
  28:11,20 32:14
  38:14,18 40:10,20
  48:24 57:21 59:3
  64:21
**looked**
21:13 33:24
**looking**
8:21 27:19 63:22
**loser**
71:16
**lot**
35:11 38:13 48:4
  54:25 55:2 65:10
**lots**
4:18 61:15
**love**

14:8 40:11,15 45:21
  58:23,24 59:12 62:3
  62:5,8,9,14,22,23
  63:2
**loving**
39:22,24 40:4,7,8
  53:18,21 62:12
**low**
26:4,11
**lying**
58:21

———————————
**M**
**MAGNA**
1:10
**major**
39:8
**maker**
12:16 13:21 14:4
  19:18,25 23:5 24:12
  34:7 36:23 39:3
  45:8 50:6 51:9 53:3
  63:8,8,9,19 71:14
  71:21 72:10
**makers**
37:4
**making**
8:23
**male**
2:10 25:24 56:7
**males**
21:19 23:24 56:8,9
  67:21 68:20
**man**
7:10 48:24 60:5
  66:12
**manner**
7:16,18
**map**
6:18,23 7:6,15,21
  21:24
**Marilyn**
51:5
**Marissa**
1:24 74:7,22
**Mark**

2:2 5:2 10:4 15:4,14
  31:3 43:5 44:19,20
  44:23 58:18 69:17
  70:18 72:17
**marriage**
48:10 54:15,24 56:23
  61:24 65:3 71:18
  74:14
**married**
10:18 60:6,7
**match**
13:17,17
**math**
28:25
**matter**
23:20 59:20 66:12
  74:16
**matters**
44:6 54:4
**mean**
6:21 38:16 64:6
**meaning**
10:18 37:20
**meaningful**
10:16 14:17
**meaningless**
14:12,14
**meaninglessness**
14:24
**means**
16:5 33:2,8 34:21
  36:12 37:2 43:4
**mechanism**
17:18
**medical**
6:7
**medicalized**
11:17
**Melanesia**
68:12
**men**
48:14,18 49:7,15,19
  49:21,22 50:4,15
  51:20,22,22 57:25
  58:3,8 64:24 68:7,7
**mental**

9:24 24:20
**mention**
49:16
**mentioned**
10:25 15:21 36:17
  48:2 50:7
**mere**
46:8
**merely**
34:21 36:12
**met**
59:11 60:10
**Metal**
42:16
**Middle**
33:20
**Mignano**
1:24 74:7,22
**mild**
16:6
**miles**
5:12
**million**
7:2
**misidentify**
34:7
**misreports**
20:19
**mistake**
2:18,19
**mistaken**
71:3
**misunderstanding**
36:11
**mitzvah**
4:2,3,23 28:24
**mitzvahed**
28:12
**mix**
37:14
**mom**
48:25
**money**
55:2
**Monroe**
51:5



**moral**
10:14 16:12,23 56:18
**morality**
2:22 30:9
**morally**
38:7 47:16,20 64:6
**mother**
43:15,15
**move**
8:9
**movie**
42:19
**movies**
42:11
**murder**
17:8
**murky**
21:11
**mustache**
19:8

_____
N
**nature**
31:5 59:16
**necessary**
6:8
**need**
31:19 41:4 48:10
73:2
**negative**
20:8,14,18,23 22:6,8
22:9,12 25:9 26:5
55:19 64:7
**negatively**
37:12
**negatives**
22:22
**net**
30:15
**neuroscience**
32:4
**neurotic**
31:10
**neutral**
21:20,22
**never**

8:6 16:10,18 38:10
43:8,19
**New**
1:11,11 2:5 33:21
68:11 74:3,5,8
**non**
52:18
**non-consequentiali...**
17:13
**noninterference**
12:20
**Notary**
74:7
**notation**
39:15
**note**
49:9
**notion**
5:18 9:2 24:2 28:5
34:5,19 36:5 51:15
51:16 65:14
**Nozick**
54:20
**number**
1:25 8:23 23:24
67:21
**numbers**
23:20 67:22

_____
O
**o**
28:3
**obese**
56:20 57:4
**objectification**
35:20,23
**objectifying**
13:10,15
**objection**
3:20 32:13
**objections**
28:4
**objective**
14:7 45:20 53:24
**obligation**
32:18

**obvious**
2:16 9:4 20:9 24:14
39:13 53:4 67:17
**obviously**
24:5
**occur**
7:3 41:18,20,20 42:6
**occurred**
71:2
**occurring**
9:10
**occurs**
46:19
**odd**
3:22 36:2,4
**offended**
55:14 57:5
**offensive**
19:9 49:6 54:9
**oh**
30:16
**okay**
4:10 8:10,11,11,12
8:14,15,16,17 13:22
14:10 18:14,21,25
26:16 27:11 35:16
40:8 45:24 48:15,17
48:19 49:8 50:9
52:7,11,23 54:14
57:16,21 60:7 62:11
64:4,6,6 70:2
**old**
2:11 3:3,8,9 8:2,4,5,6
9:3 20:7,12 27:12
27:23 37:10 60:8
**olds**
3:6 30:15
**operate**
18:10
**opinions**
30:20
**OPPENHEIMER**
2:2 5:2 10:4 15:4,14
31:3 43:5 58:18
69:17 70:18 72:17
**opposed**

11:18 62:4 65:23
**oppressive**
50:11
**order**
10:13
**ordering**
58:5
**ordinary**
12:4 16:22
**orgasms**
72:6
**oriented**
61:12,13
**ought**
5:21
**outcome**
74:15
**outrage**
65:10,22
**outraged**
65:13,23
**outrageous**
38:22,23
**outside**
41:12
**override**
70:15
**overrides**
69:24 70:2
**owe**
13:2,3 70:7,8
**owes**
44:20,22

_____
P
**pain**
22:14
**paint**
19:7
**pair**
21:11
**paradox**
46:12
**paradoxes**
7:7
**parallel**



13:25
**part**
22:9 37:19,24 71:25
**participant**
2:12
**participants**
4:11,12 9:22 30:25
**participate**
4:22
**participating**
4:2 13:18
**participation**
3:24 9:19 10:2
**particular**
16:14 31:6,9 43:13
44:11 47:3
**particularly**
33:24 36:4 46:21
47:7 48:4 49:8
50:21 51:21 52:21
68:7
**parties**
74:13
**partner**
60:19 66:16
**partners**
34:14 55:16
**parts**
33:20
**passion**
33:9
**patient**
16:18
**pattern**
50:3
**pause**
43:6
**pay**
27:6 55:2
**pedophile**
37:8,20
**pedophiles**
36:18
**pedophilia**
10:24 22:4 36:19
37:4,25

**peers**
34:4
**penile**
68:4
**people**
2:24 5:5 7:8 9:21
12:18 14:5 15:25
16:16 18:17 21:25
24:13,20 29:16
30:18,21 31:25
32:12 33:24 34:12
35:13 36:5 37:2,6
37:25 38:13 41:16
43:7 44:6,8 48:20
49:6 50:21 54:6,25
55:2,5,25 57:10
60:5 61:23 62:14
63:9 65:13,14,23
66:5,7 68:3 69:6,20
70:18,25 71:15 73:6
**people's**
48:16 56:16 60:5
**percentage**
41:25
**perfectly**
16:12 55:8
**perform**
23:6
**period**
9:17
**perky**
50:16
**permissible**
9:2,18
**person**
16:23 18:12,20 19:15
32:23 35:8,10 43:12
43:14 44:17 45:4,10
46:24 47:4 52:20
62:3,4,22,24 70:8,9
70:10
**person's**
16:13 19:6 24:18
45:6
**persons**
47:6

**pertain**
47:23
**petty**
17:12
**philosopher**
72:22
**philosophical**
47:12
**philosophy**
35:13 64:17 72:20
73:4
**physicality**
11:15
**pick**
12:5,15 16:22 43:24
44:4 59:22,24
**piece**
10:5
**place**
31:9 33:19 49:10
**places**
5:14 68:11
**plausible**
25:21
**play**
23:10 64:13 70:21
71:24
**pleasure**
10:9 11:11 14:18,19
14:22 15:24 26:22
33:12 39:12 45:16
45:18 46:2 73:6,7
73:17
**pleasures**
72:18,24,25 73:2
**plenty**
56:9 61:17
**PODCAST**
1:2
**point**
7:19 8:12,13,14,16
9:21 12:9 19:13
25:14,23 26:17
64:20
**points**
17:3 33:15,16 38:4,5

**political**
47:12
**poor**
37:8
**poorly**
44:4 46:13
**popped**
59:10
**pornography**
7:13 38:21
**pose**
30:23
**position**
8:2 25:15,20
**positions**
12:6 63:22
**positive**
21:20,22 22:21 23:25
25:9 26:2
**possible**
31:18
**practice**
15:20 57:14
**precisely**
65:19
**prefer**
40:14 48:14 49:3
**preference**
47:14 48:7,8 49:19
50:15 51:2,3,11,23
57:25 58:4 66:25
68:19
**preferences**
47:10 48:6,9,22 49:9
49:13 50:22,23 51:7
54:12 59:21 63:4
64:23,25 65:7
**pregnant**
16:20
**premarital**
10:11
**premises**
64:12
**prepare**
4:23
**prepared**



69:7
**preparing**
28:23
**prepubescent**
40:22 67:23
**present**
13:12,12 45:8
**pretty**
19:18 50:17 59:6
65:13 66:25
**prevents**
18:7
**price**
27:6 66:18
**primary**
45:21
**principle**
30:6 32:9
**principles**
2:22
**probabilistic**
25:2,11 26:19,20
27:3 28:5 29:5,25
30:3,22
**probabilities**
23:7 25:8 27:10,11
27:21 31:8 32:8
37:13
**probability**
20:25 23:9 26:4,11
31:22 37:15
**probably**
14:25 22:3 38:23
41:25 53:7,16 65:4
72:20
**probe**
63:18
**problem**
5:23 15:15 63:2,3
71:25
**problems**
28:7 65:8
**process**
43:23
**produce**
22:19

**producing**
49:22
**prominence**
47:9
**properties**
62:4,23
**property**
17:23 19:6 39:19
**protected**
6:22
**providing**
65:5 66:6,8
**psychology**
56:18 60:5,22 61:23
**Public**
74:8
**publicly**
50:20
**punish**
6:24
**punished**
29:14
**punishment**
6:24
**purely**
40:18 61:20
**purest**
56:11
**pursued**
7:16
**push**
20:4 25:12,22
**put**
15:11 21:18 22:25
48:6
**putting**
29:8

**Q**

**question**
14:21 26:6 37:24
41:2 69:18
**quick**
28:4
**quite**
9:4 10:23 21:10 27:8

48:2 49:12 55:3,6
56:21 68:10 73:18

**R**

**R**
74:2
**racial**
47:11,17 48:5 54:12
**Raja**
33:7
**rape**
2:21 5:9 6:15,17 7:2
7:9,19 15:17 16:2
17:5,6,8,9 18:4,7
22:2 23:22 29:11
41:24 42:2
**raped**
16:24 42:4
**raping**
43:11,11,13,14,18
**ratchet**
52:4
**rational**
35:3,4,9 36:6
**reach**
25:17
**reaction**
36:20
**reading**
72:7
**real**
14:24 18:10 48:18
50:15 51:15 54:5
61:23
**really**
3:14 4:7 6:8 13:13,14
16:15 19:20 24:3
28:14,14,21,22
38:18 39:5 40:5
42:3 51:15,20 60:18
63:10,18 72:21
**realm**
43:6
**reason**
18:11 20:6 27:8 39:4
39:5 41:23 47:19

53:8 54:4 68:24,25
**reasons**
25:12 50:6 52:14
55:25 56:6,12 67:19
**recital**
6:4
**recorded**
74:11
**reference**
27:15,17,20 28:6
**regard**
6:15 29:9 44:21,23
48:21
**regarded**
43:17,25 44:3
**regardless**
33:2
**reject**
27:9
**related**
74:13
**relation**
23:25 61:22
**relationship**
10:19 59:17
**relationships**
22:13 60:15
**relevant**
33:18 34:20 35:7
56:15
**remove**
30:3
**replaceable**
60:20
**replacement**
62:25
**report**
9:9 23:24 24:3 26:2
37:11 68:2
**reported**
1:24 21:19,22 68:4
**reports**
9:5
**reproduce**
66:15
**repugnant**
74:24



47:16
**requisite**
3:12
**resident**
20:3
**resources**
65:5
**respect**
35:5
**respected**
35:8
**respond**
20:17 37:23
**response**
20:9 24:25 55:12
63:24 64:2,3
**responses**
47:22 63:17,20 68:5
**resulting**
25:10
**results**
55:10
**rid**
51:23 52:2 58:10
**right**
8:9,19 12:17,18,19
12:19,22 13:5,6,7
14:20 15:13 17:2,15
17:17,21,22,22
19:13 20:5 22:10,16
23:13,21 25:3,21
26:25 28:6 30:7
32:8 34:22 36:23
38:5,23 39:3,5,7
41:3,4,10 42:14
45:3 48:23 49:6,25
50:8,24 51:19,21
52:5,11 53:15 55:24
56:6 58:5 65:2
68:13 70:5,10,17
71:8,9 72:2,9 73:7
**rightness**
23:10 25:6
**rights**
18:10,15,21 19:10
20:2 34:10,11,15,16

34:18 35:5,7,15
36:25 37:16 54:23
70:12,14,24
**risk**
21:5 22:23 23:2,4,5,6
23:16 24:4,10,11
29:6,7,9,16 30:23
**risky**
24:5
**Robert**
54:20
**Roger**
36:13
**romantic**
48:8 51:10 66:25
**Romeo**
6:20
**rough**
4:24
**roughly**
21:18 24:7
**route**
20:21 37:6
**rule**
6:13 30:9 32:9
**rules**
5:14
**ruling**
27:7
**run**
6:5
**runner**
51:4,4 54:3
**Rynd**
21:12

---
**S**
---
**S&M**
71:23
**sacred**
32:20
**sad**
57:8
**satisfaction**
53:15
**satisfied**

14:25
**satisfy**
70:7,8
**saying**
20:18 22:23 26:13
29:15 57:18
**says**
10:7 14:10 15:9 25:3
26:25 32:3 58:24
59:2
**scale**
30:12 52:22
**scales**
44:7
**scar**
21:4
**scat**
70:21 71:24
**scenario**
42:25
**scenarios**
42:23
**school**
11:5
**seated**
63:16
**second**
9:2 17:16 25:23 27:9
27:16 46:12 54:19
68:8
**secretly**
57:24
**sedated**
11:16
**see**
9:15 12:13,14,21
13:11,16,21,25 14:9
18:16 19:17 31:14
33:25 35:7,12,21
42:15 43:3 45:12
46:6,7 50:3,5,7,13
51:6 53:22,25 54:16
57:15 65:10,25
66:10,21 68:8,9,13
68:16,19 71:7,10,23
**seeing**

33:10
**seen**
47:16
**self**
46:22 62:10,10 68:2
68:3
**sense**
17:25 28:16 29:4
40:15 44:25 45:6
65:18
**sentenced**
7:17
**separate**
62:2
**SERVICES**
1:10
**set**
5:20,22,25 17:23,24
27:14 37:16 43:21
43:22 45:16,18,19
45:20,24 46:3 74:18
**setback**
18:13
**sets**
14:2 46:23
**setting**
27:17
**sever**
27:4
**severe**
18:4 28:7 29:13,17
**severely**
29:14
**severs**
28:5
**sex**
2:10,20 3:11 4:6 5:5
7:9,10,12 8:5,25
10:7,8,11,14,22
11:10,18,25 12:2,4
12:16 15:6,16,24,24
16:3,10,15,17 19:3
19:15 20:6 21:7,14
24:8 25:25 27:21,23
28:2 29:10,15 30:5
30:14 31:12 32:7



33:8 34:5,19,20
36:8 41:22 48:9
54:15 61:24 67:5,16
68:14,20 69:3,15,20
70:22 71:6,23,23,24
72:5
**sexiness**
42:9
**sexism**
69:25
**sexual**
1:9 2:1,7 3:1 4:1 5:1
6:1 7:1 8:1 9:1 10:1
10:6 11:1,22 12:1
13:1 14:1 15:1 16:1
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
40:21 41:1 42:1
43:1 44:1,10 45:1
46:1 47:1 48:1,5,10
49:1 50:1 51:1 52:1
53:1 54:1,12 55:1
55:16 56:1 57:1
58:1 59:1 60:1,16
61:1,20 62:1 63:1
64:1 65:1 66:1 67:1
67:9 68:1 69:1 70:1
70:20 71:1 72:1
73:1 74:1
**sexuality**
61:9 69:6
**sexy**
41:19 42:7,25 51:20
**Shane**
42:14
**shape**
54:8
**share**
64:10,12
**shared**
62:15,18,19
**show**

4:21 23:18 29:21
41:5 50:15 67:23
**showing**
3:25
**shows**
22:17 54:13,19 55:7
**significance**
10:12,15 12:12
**significant**
10:20 20:24
**significantly**
72:14
**similarly**
18:18
**simple**
33:12
**simplicity**
14:15
**sister**
48:25
**sister's**
6:4
**situated**
18:18
**situation**
3:10 11:12 27:12,13
**skeptical**
41:9 57:20 72:16
**snowy**
60:9
**social**
57:5
**socially**
57:10
**societal**
33:18
**societies**
68:21
**society**
22:10,11 31:11,21
32:5 56:21 68:8
**solely**
35:15 61:9
**solitude**
59:23
**someone's**

13:6 35:14 50:12
70:12,13
**something's**
12:24
**son**
28:12
**sort**
9:9,24 13:24 23:25
26:24 29:15 34:23
35:18 49:14 52:17
53:14 56:18 58:22
61:15,22,22 62:17
64:23 65:2,6 66:22
**sorts**
4:4 10:25 42:10,20
56:21 68:9
**sounds**
50:20
**Southeast**
59:9
**special**
15:23
**specifically**
36:25
**speculating**
67:16
**speed**
64:22
**sport**
35:13
**sports**
15:20
**spouse**
34:13 58:22
**SS**
74:4
**stalemate**
25:18,19
**standard**
2:13 45:14
**standardly**
34:16
**start**
2:8 8:3,8 33:5 60:15
67:12
**state**

2:5 6:18 19:4 74:3,8
**statement**
3:2 53:13 56:17
**states**
5:13 6:20 9:25 24:20
**statistically**
71:6
**statutes**
7:14,14
**statutory**
2:21 5:9 6:15,17 7:2
7:9,19 22:2 23:22
**STD**
16:22
**Stephen**
1:9 2:1,4,7,9 3:1,18
4:1 5:1,23 6:1 7:1
8:1,19 9:1 10:1 11:1
12:1,8 13:1 14:1
15:1,13 16:1 17:1,2
18:1 19:1 20:1 21:1
21:8 22:1 23:1 24:1
25:1 26:1,16 27:1
28:1 29:1 30:1,7
31:1 32:1 33:1,14
34:1 35:1 36:1 37:1
38:1,11 39:1 40:1
41:1 42:1 43:1 44:1
44:14 45:1 46:1
47:1,25 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1,22 56:1
57:1 58:1 59:1 60:1
60:3 61:1 62:1 63:1
64:1,19 65:1 66:1
67:1,6,14 68:1 69:1
69:22 70:1 71:1,4
72:1 73:1,5,13 74:1
**stereotypes**
61:15,19
**stick**
8:17,18 29:24
**stories**
65:7
**straight**
50:9



strange
63:19
**Street**
1:11
strict
28:19
strikes
27:24 58:17
strong
36:20 49:12,25 52:9
 55:8 56:21 58:13
 63:11,15,20,23 64:2
 69:2,14
stronger
61:5
strongly
43:16 55:4
structure
3:20
structured
9:20
studies
21:11,16 29:21 49:17
study
49:18 64:22
studying
28:25
stuff
59:13
suddenly
47:9
suffer
55:19
suffering
22:14
sufficient
10:17 69:19
suggest
7:24
suggests
49:18
**Superb**
38:11
superficial
11:14
supply

66:17
**support**
61:8
suppose
11:23 32:12
sure
3:18 18:5 34:9 39:7
 47:18 58:3,15 67:6
 69:5
surprising
67:22
surprisingly
19:23 67:21
suspect
4:9 33:19 58:6
sweet
56:4
sympathetic
26:18 51:14
sympathize
57:6

---

**T**

**T**
74:2,2
taboos
1:9 2:1,7 3:1 4:1 5:1
 6:1 7:1 8:1 9:1 10:1
 11:1 12:1 13:1 14:1
 15:1 16:1 17:1 18:1
 19:1 20:1 21:1 22:1
 23:1 24:1 25:1 26:1
 27:1 28:1 29:1 30:1
 31:1 32:1 33:1 34:1
 35:1 36:1 37:1 38:1
 39:1 40:1 41:1 42:1
 43:1 44:1 45:1 46:1
 47:1 48:1 49:1 50:1
 51:1 52:1 53:1 54:1
 55:1 56:1 57:1 58:1
 59:1 60:1 61:1 62:1
 63:1 64:1 65:1 66:1
 67:1 68:1 69:1 70:1
 71:1 72:1 73:1 74:1
take
6:6 14:18 16:2 19:6

19:16 20:22 21:9
 22:22 23:21 33:11
 37:7 39:14,18,19
 40:3 41:12 48:7
 56:19 60:5,12
takes
7:11
talking
2:6 23:22 56:7
taste
48:18
taxonomy
13:4
teenage
22:2 65:15,15
teenagers
23:23 24:6,7,10
 25:25 66:24 67:5
teens
40:23
teeth
11:3
tell
2:19 57:22,23 65:6
tells
8:25
ten
46:17
tend
5:6
tension
12:4
term
21:13 69:8
terms
28:17 29:4 55:5
 56:23,24 57:2 62:13
 65:5,17,18 66:9,20
 69:12
terrible
29:13
test
67:20 68:6
thank
52:15
**Thanksgiving**

6:12 11:6
**theft**
17:12
theoretical
61:25 62:21
theories
35:12 62:14
theory
46:4,5,21,22 63:2
therapy
31:19
they'd
52:2 58:11 72:13,19
thin
50:16 51:3 54:2,2
thing
11:18 19:16 21:25
 26:12 28:15 29:13
 31:18,23 33:3 39:4
 39:5 48:21 58:10
 59:7
things
2:20 3:22,23 4:4 5:8
 6:10 8:20 10:25
 14:18 15:19,21
 19:12 21:23 22:5,10
 23:3 26:22 32:14
 38:24 40:6 42:7
 45:22 49:14 50:17
 56:25 58:14 59:19
 61:14 66:21 67:2
 68:12 70:23 71:22
 73:15
think
2:17,18,24 3:21 4:5
 5:6,21 6:16 7:18
 9:16,16 10:2,17
 11:8 12:8,12 14:22
 14:23 15:2,16,22
 17:5,13,20 18:4
 19:4 21:21 22:8
 23:4,5,9,12 24:11
 27:3,5 28:10,17,20
 29:3,6,9,17,23
 30:25 31:3,16 33:14
 33:17 34:6,22,23,24



36:7,10 38:12,13,13
39:16 40:18,19 41:7
41:16,17 42:3,11,22
44:6,8,12,17 45:4,7
45:14,25 46:4,14,20
46:23 47:3,5 48:17
52:7,14,15 53:5,6
53:15 54:4,7 55:23
59:14,25 60:14,18
60:21 61:3,5,21
62:11 64:19,21
65:10 67:19 69:21
70:16,20 71:5,11,13
71:20 72:9,17 73:10
73:12
**thinker**
45:5
**thinking**
24:16 63:25 67:4
**thinks**
10:22 33:7 44:5,17
44:19 48:24
**third**
27:18 37:6 68:12
**Thomas**
39:20
**thorny**
47:7
**thoroughly**
60:13
**thought**
2:8 13:8 18:24 24:22
38:3,7 60:20 64:8
67:3,11
**three**
8:11 28:4 33:15
**three-year**
6:21
**threshold**
5:7 8:22,23
**thumb**
30:9,12
**tight**
50:16
**time**
3:24 16:13 19:14

20:14 21:4 28:23
32:2 34:11 36:9
37:11 46:15 60:6
71:15
**times**
56:9
**tiny**
7:4
**titillation**
11:20
**today**
2:3 27:24 28:2 64:4
65:11 68:21,22
**token**
58:20
**told**
49:12
**touch**
34:12,13,14
**tournament**
4:22
**track**
56:22,24 57:2 61:21
**transaction**
13:14
**TRANSCRIPT**
1:2
**transcription**
1:7 74:10
**transfer**
54:21
**trauma**
31:21 32:6
**treat**
34:25 35:2,3 36:8,12
**treated**
35:10 43:25 44:3
**treating**
35:14 58:20
**treatment**
6:7
**true**
9:8,13,14,14 18:17
42:10 50:13 53:12
61:15 67:25 68:5,14
68:14 73:17 74:10

**truly**
19:9
**try**
7:25 12:15 19:22
36:21
**trying**
5:17 30:18
**twelve**
2:11 3:3,5,8,9 7:25
20:7,12 37:10
**two**
3:19 7:8 8:11 10:5
12:6 13:20 15:9
17:2,14 20:16 27:5
36:10 40:9 43:3
44:15 46:3 54:11
58:14,16
**type**
25:16 51:4 53:11
58:21
**typically**
35:12

—————————
         U
—————————
**unattractive**
52:13
**unaware**
43:21
**unclear**
5:25 44:7 63:21
**uncomfortable**
11:24
**underage**
29:10
**undergraduate**
51:24
**underlying**
59:13
**understand**
3:11,13,16 4:7,20,25
71:5
**understanding**
4:13,14,15
**unequal**
54:22 55:9
**uneven**

7:16,17
**unfortunate**
57:17 60:19
**unique**
59:5
**University**
2:5
**unjustified**
50:24
**unwilling**
3:6 4:18 29:10
**upset**
48:20 63:10
**use**
13:24 17:18,20 28:22
68:4
**uses**
34:21
**usually**
14:17
**utilitarian**
20:4 22:20 25:5,11
73:12
**utilitarianism**
25:3,16 26:19,21
27:4,7 29:5,25 30:3
30:22 37:5
**utility**
22:24

—————————
         V
—————————
**vague**
7:20,20 35:19
**valid**
70:16
**valuable**
66:2
**value**
55:3
**valued**
59:17
**values**
61:11
**variant**
27:18
**various**



25:12 52:14
**vast**
69:25
**Vat**
1:9 2:3
**versus**
17:22 44:2 52:24
**vice**
37:21 38:24 39:18,19
40:2,3,17,18 41:10
53:16,17 63:9
**vicious**
37:8 39:2,2,10,16,17
40:11 43:2,4 47:21
**viciousness**
37:19,20 38:4 39:8
**video**
7:11
**view**
2:13 3:22 5:3 10:7,8
10:12,13,22 12:2,3
12:12 15:7,16 16:2
16:4,4 19:19 21:20
21:23 22:9 30:5
36:2,4 73:14,15
**views**
10:6 15:9,10 22:12
**violate**
15:22
**violation**
70:24
**violence**
42:21
**violent**
42:11 44:10
**virtue**
14:8 40:18 45:22
**virtuous**
56:13
**voluntary**
4:11
**vote**
57:24

——————
**W**
——————
**waive**

12:18,19 34:10,10,11
34:15,16,17 35:25
64:9
**waived**
35:6
**walking**
60:8
**want**
4:10 7:23 8:16 11:25
15:4 16:17 20:4,5
20:21 23:3 25:23
33:11,13 37:13 47:2
47:5 51:25 52:2,4
55:25 56:3,4,5,11
58:6 59:17 65:19
**wants**
2:10
**war**
70:2
**wasn't**
26:8
**watch**
42:10,14,15,17
**watched**
42:19,20
**watching**
38:20 40:6
**way**
6:16 9:20 12:14 15:8
22:11,25 25:13,15
25:22 27:14 29:8
33:23 40:13,14,20
44:6,7 54:21,22
55:9 59:3 63:22,25
64:10 74:15
**ways**
3:19 12:13 17:14
19:8 20:16 40:9
44:15 46:7 57:13
61:18
**we'll**
58:4
**we're**
2:6 6:3 9:18 11:7
23:22 28:18 30:8
42:14 52:24 56:12

**we've**
19:24 41:7 67:2
**wealth**
54:22
**weighting**
59:21
**Welcome**
2:2
**went**
27:21
**WERBELOFF**
2:23 7:23 19:24
24:24 29:23 36:16
47:2 55:11 63:13
67:3,7 72:23 73:10
**weren't**
64:5 73:17
**West**
1:11
**whatsoever**
32:5
**WHEREOF**
74:17
**whispering**
58:23
**white**
49:7,15,19,21 57:25
58:3
**who've**
60:6
**widely**
2:13
**widespread**
68:6
**wife**
7:11,12 62:8,20
**wife's**
62:6,9
**willing**
2:12 3:4,8,10,14,16
3:21 4:11 9:19,22
9:25 25:19 29:15
30:14,24 31:12
**willingly**
32:21
**willingness**

37:18
**win**
71:15,17
**window**
6:22
**wins**
39:13
**WITNESS**
74:17
**wives**
56:10
**woman**
49:3,3 53:12 55:13
57:4 59:7,10 60:10
66:12
**women**
24:3 41:22,25 48:15
48:19 49:7,8,16
50:5,16 51:16,18,25
52:8,13,18 53:6
54:2 56:19 57:18,23
60:25 64:23,24
65:16 66:10
**women's**
49:20
**wonderful**
59:4
**words**
11:14 43:20 44:5
55:15 59:22
**work**
12:10 36:14
**working**
9:11
**works**
9:12 72:8
**world**
40:14 44:2,5 55:23
61:23
**worlds**
43:24
**worry**
52:21
**worse**
7:20 17:7,8,9,11,19
22:7 23:8 46:11



60:2 72:21

**worst**
31:17
**worth**
12:10
**worthy**
14:19,21 23:16
**wrestling**
13:17 28:13 57:13
**written**
47:14
**wrong**
2:14,15,17,25 9:3,15
  10:3,11 12:16,21,24
  12:25,25 13:5,21,23
  14:11,16,23 15:17
  15:18,22 16:3,6,25
  18:5 19:2,5,7,12,15
  19:18,20,25 20:6
  22:17 23:5,6,19
  24:12 28:9 29:13
  30:6 31:17 32:16
  33:3 34:7 36:22
  37:3 38:9,18 39:3,4
  39:4,7 40:23 43:9
  44:9 45:8 50:6 51:9
  53:3 54:7,14,16
  55:25 62:25 63:7,19
  69:21 70:5,6,6,11
  70:14 71:10,11,14
  71:15,20 72:10
**wrongfulness**
18:8
**wrongly**
70:4
**wrongness**
10:24 17:4 21:6
  23:11 25:6
**wrongs**
34:6 70:5
**wrote**
10:5

---
**X**
---
---
**Y**
---

**yeah**
5:2 9:16,21 12:8
  22:18 23:15 24:4,9
  29:2,24 33:17 36:10
  38:11 55:22 57:8
  60:18 63:5 73:14
**year**
2:11 3:3,5,8,9 7:3 8:2
  8:4,5,6 9:3 20:7,12
  27:12,23 30:14
  37:10 60:8
**years**
22:3 31:20 46:17
  65:21
**York**
1:11,11 2:5 33:22
  74:3,5,8
**young**
32:2 40:23 48:14,14
  48:17,19 68:7,7,20
**younger**
24:8

---
**Z**
---
---
**0**
---
**0.2**
7:4

---
**1**
---
**100%**
73:13
**10018**
1:11
**12th**
1:11 74:18
**13**
27:12,23
**15**
30:14
**16**
5:15 6:19 24:7 27:14
**17**
6:19
**18**
5:15 6:19 32:7

---
**2**
---
**2023**
74:19
**21**
60:8
**24%**
26:12
**26%**
26:7

---
**3**
---
**320**
1:11
**37th**
1:11

---
**4**
---
**40**
31:20
**45%**
21:21

---
**5**
---
**50%**
24:7
**58:11**
1:8

---
**6**
---

---
**7**
---
**7**
27:13
**7.5**
6:25
**74%**
21:19 25:24

---
**8**
---
**866)624-6221**
1:12

---
**9**
---
**974466**
1:25

