*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 11



# Thread

**Mythinformed** ✓
@MythinformedMKE

SUNY Fredonia Professor questions the widely held sociteal belief that it's deeply wrong for an adult man to want to have sex year with a 12 year old girl.



0:28   1.1M views

7:40 PM · Feb 1, 2022

**257** Retweets   **319** Quotes   **502** Likes   **91** Bookmarks

Tweet your reply!   Reply

**Mythinformed** ✓ @MythinformedMKE · Feb 1, 2022
This gets worse.
💬 3   ↻ 7   ♥ 147

**Mythinformed** ✓ @MythinformedMKE · Feb 1, 2022
It gets worse.  Much worse:

1:07   15.6K views

💬 138   ↻ 150   ♥ 205

**Mythinformed** ✓ @MythinformedMKE · Feb 1, 2022
Fire and jail.
💬 16   ↻ 17   ♥ 273

**OUTL4W** ✓ @PoliticalOUTL4W · Feb 1, 2022

## Relevant people

**Mythinformed** ✓   Follow
@MythinformedMKE

3 guys from Milwaukee that oppose authoritarian ideology. Our live event #BetterDiscourse Send us a Supermind on @Minds
minds.com/mythinformedmk...

## What's happening

NHL · Last night
**Kraken at Stars**

Music · Trending
**Janelle Monáe**
54.4K Tweets

Gaming · Trending
**Etika**

Messages

