*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 12









**Dr. Stephen Kershnar**
Distinguished Teaching Professor
Fenton Hall 2110
716-673-3839

View email

Stephen Kershnar is a distinguished teaching professor in the philosophy department at the State University of New York at Fredonia and an attorney. He focuses on applied ethics and political philosophy. Kershnar has written one hundred articles and book chapters on such diverse topics as abortion, adult-child sex, hell, most valuable player, pornography, punishment, sexual fantasies,

💬 29    🔁 170    ♡ 838

**Libs of TikTok** @libsoftiktok · Feb 2, 2022
Oops! Must've been a typo!

💬 1    🔁 6    ♡ 226

**Wild Geerters** @steinkobbe · Feb 3, 2022
I don't really care but it's funny to me that right wing cancel culture is coming for libertarian anarcho capitalists now. Get this right wing guy fired there's not a single lib that likes him lol

**Christina Pushaw** 🫡🇺🇸 @ChristinaPushaw · Feb 1, 2022
Where is this guy when you need him

[GIF: "TAKE A SEAT"]

💬 4    🔁 21    ♡ 431

**siraj hashmi** @SirajAHashmi · Feb 1, 2022

[Image with caption "Woodchipper" — ABIBI BROS]

💬 25    🔁 32    ♡ 1,409

Show replies

**John E Deaton** @JohnEDeaton1 · Feb 2, 2022
Somebody tell this f'g moron that a 12 year cannot be a "willing participant" b/c SHE'S ONLY TWELVE! My God.

💬 5    🔁 2    ♡ 54

**Lewd_Cannon_Fodder** @FutaOnMale_Ver3 · Feb 1, 2022

