*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 13

screenshot-twitter.com-2023.05.12-10_12_29
https://twitter.com/FredoniaU/status/1488726120338006017
12.05.2023



Twitter

- 🏠 Home
- #️⃣ Explore
- 🔔 ① Notifications
- ✉️ Messages
- 📋 Lists

← **Tweet**



**SUNY Fredonia**
@FredoniaU                                    ...

A message from SUNY Fredonia President Stephen H. Kolison

> SUNY Fredonia is aware of a video posted online involving one of its professors.  The views expressed by the professor are reprehensible and do not represent the values of SUNY Fredonia in any way, shape or form. They are solely the professor's views. The matter is being reviewed.

11:09 PM · Feb 1, 2022

**83** Retweets   **505** Quotes   **416** Likes   **15** Bookmarks

💬        🔁        ♡        🔖        ⬆️

@ **Who can reply?**
People @FredoniaU mentioned can reply

🔍 Search Twitter

**Relevant people**



**SUNY Fredonia**          Following
@FredoniaU
Come see what Fredonia is all about. Take a virtual tour, sign up for a visit, and more: fredonia.edu/visit

**What's happening**

Business and finance · Trending          ...
**Musk**
783K Tweets

Technology · Trending          ...
**#databreach**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.