*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 15

_____

Brent S. Isaacson

Chief of Police

New York State University Police

State University of New York at Fredonia

280 Central Avenue

Fredonia, NY 14063

Tel (716) 673-3333


---------- Forwarded message ---------
From: **Alexandra R Best-Kelm** <kelm@fredonia.edu>
Date: Tue, Feb 1, 2022 at 9:56 PM
Subject: 2022-0315 Information
To: Brent S Isaacson <brent.isaacson@fredonia.edu>


Hello Chief,

On 2/1/2022 at approximately 21:04 HRS, University Police received a phone call from a man named William Garrity. Garrity stated he was a private journalist located in Texas, and asked if the University was made aware of a video that was posted by a professor Stephen Kershnar. Garrity stated that this video contained Kershnar making statements on adult sexual relationships with minors, and stated that Kershnar stated his opposing beliefs that this was "wrong". Garrity reported there were several videos posted regarding Kershnar, and wanted to make this matter known. Garrity requested an email address to send a copy of the video. At this time, I, Dispatcher Best-Kelm, went into the UPD general email and noticed we received a copy of the link for Kershnar's video on Twitter from another man named Jason Verdi. I, Dispatcher Best-Kelm, thanked Garrity for his time, confirmed his call back number and name, and stated that we received a copy of the videos. Garrity stated his thanks and call was terminated. I, Dispatcher Best-Kelm, then notified the Chief of University Police, Brent Isaacson, of the situation, to which he requested the videos/link be forwarded to his email.

At approximately 21:25 HRS, UPD received another call from a woman named Elizabeth. Elizabeth stated she had watched the video of professor Stephen Kershnar, and wanted to see if we were made aware of the situation. I, Dispatcher Best-Kelm, advised Elizabeth that the we have been made aware of the situation and an investigation is occurring. Elizabeth stated her thanks, and call was terminated.

On 2/1/2022, at approximately 21:52 HRS, I, Dispatcher Best-Kelm, received a phone call from a woman in California, stating her concerns regarding the video of Professor Stephen Kershnar that she saw posted on Twitter and Facebook. The woman repeated several things that were said on the video, as well as stated that this professor needs to be "dealt with". I, Dispatcher Best-Kelm, advised the woman that the Chief of University Police has been made aware of the situation and that we will be investigating this matter. The woman stated her concerns regarding this professor again and this writer advised again that this would be investigated. Call was then terminated.


--
Alexandra Best-Kelm
University Police Communications and Security Specialist

State University of New York at Fredonia

280 Central Avenue

Fredonia, NY 14063

P: 716-673-3333
F: 716-673-3462