*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 16

██████████████████████████████████

█

On Wed, Feb 2, 2022 at 10:08 PM Brent S Isaacson <brent.isaacson@fredonia.edu> wrote:

Yes. The President indicated he would be asking you to contact students, and he was unequivocal that classes tomorrow will be canceled.

Brent

_____

Brent S. Isaacson

Chief of Police

New York State University Police

State University of New York at Fredonia

280 Central Avenue

Fredonia, NY 14063

Tel (716) 673-3333

On Wed, Feb 2, 2022 at 10:04 PM David A Starrett <starrett@fredonia.edu> wrote:

████████████████████████████████

█

On Wed, Feb 2, 2022 at 9:49 PM Brent S Isaacson <brent.isaacson@fredonia.edu> wrote:

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

_____

Brent S. Isaacson

Chief of Police

New York State University Police

State University of New York at Fredonia

280 Central Avenue

Fredonia, NY 14063

Tel (716) 673-3333

On Wed, Feb 2, 2022 at 8:49 PM Michael Metzger <Michael.Metzger@fredonia.edu> wrote:

On Wed, Feb 2, 2022 at 8:46 PM Maria E Carroll <carroll@fredonia.edu> wrote:

Maria Carroll
*Pronouns: She/Her*
Director of Human Resources
State University of New York at Fredonia
Email: maria.carroll@fredonia.edu
Phone: (716) 673-4147

*I may send messages outside of normal business hours, but please note that I do not expect a response outside of your normal working hours unless the email message specifically requests it.*

On Wed, Feb 2, 2022 at 8:43 PM Michael Metzger <Michael.Metzger@fredonia.edu> wrote:

<carroll@fredonia.edu> wrote:

Maria Carroll
*Pronouns: She/Her*
Director of Human Resources
State University of New York at Fredonia
Email: maria.carroll@fredonia.edu
Phone: (716) 673-4147

*I may send messages outside of normal business hours, but please note that I do not expect a response outside of your normal working hours unless the email message specifically requests it.*

On Wed, Feb 2, 2022 at 6:42 PM Brent S Isaacson <brent.isaacson@fredonia.edu> wrote:

███████████████████████

_____

Brent S. Isaacson

Chief of Police

New York State University Police

State University of New York at Fredonia

280 Central Avenue

Fredonia, NY 14063

Tel (716) 673-3333

--
Best regards // Saludos // Viele Grüße,
Mike

Michael D Metzger
VP Finance & Administration
501 Maytum Hall Fredonia, New York 14063



--
Best regards // Saludos // Viele Grüße,

Mike

Michael D Metzger
VP Finance & Administration
501 Maytum Hall Fredonia, New York 14063



--
Dr. David Starrett
Executive Vice President and Provost
801 Maytum Hall
State University of New York at Fredonia
Fredonia, NY 14063
David.Starrett@Fredonia.edu
(716) 673-3335


--
Dr. David Starrett
Executive Vice President and Provost
801 Maytum Hall
State University of New York at Fredonia
Fredonia, NY 14063
David.Starrett@Fredonia.edu
(716) 673-3335