*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 17

Gentlemen,

I spoke with President Kolison this evening, and he approved seizing the state-owned computers in Stephen Kershnar's office.  Let's plan on getting the computer in the morning, preferably around 9 am.  UPD will take custody of the computer(s).  I'll brief you both

Thanks,
Brent

_____

Brent S. Isaacson

Chief of Police

New York State University Police

State University of New York at Fredonia

280 Central Avenue

Fredonia, NY 14063

Tel (716) 673-3333