*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 18

## CONFIDENTIAL: S. Kershnar (█████████) - Report
Communications/Kershnar



**Benjamin Hartung <Benjamin.Hartung@fredonia.edu>**   Feb 3, 2022, 11:53 AM (7 days ago)

████████████████████████

Your message, protected by Virtru

No expiration date
Chief Issacson,

For our reporting requirements, please find the below details. Please let me know if you need any further assistance with the matter.

Regards,
Ben

**Incident Description**
At approximately 0930 this morning on 2/3/2022, Tylor Cardone, Ben Hartung, Lt. Scott Martin, and Chief Isaacson met over at Dr. Stephen Kershnar's Office located in Fenton Hall Room 2110 to assist with the retrieval of his desktop computer (see below for details) and replace it with a new computer. At this time, the below noted computer was taken into custody by Lt. Martin pursuant to a pending analysis of his computer by a 3rd party. This action was performed under the written authority of President Kolision that was provided to Chief Isaacson.

**Computer Asset Information:**
Local Admin UserName: ████████
Password: ████████████

████████████.ad.fredonia.edu - Windows 10 Education (64 bit)
141.238.33.72 - ad

| Summary | Config | Software | Performance | Uptime | Location | Event log | Report | History | Docs | Comments(2) | Scan time |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **Asset type:** | Windows | **Scan status:** |
| **Last user:** | Stephen P Kershnar | |
| **OS:** | Windows 10 Education (64 bit) | **Scan server:** ████████ |
| **Build:** | ████████████ | |

| | | | |
|---|---|---|---|
| **Version:** | 2009 | **State:** | Active |
| **Domain:** | ad | **IP location:** | ▮ |
| **Manufacturer:** | Dell Inc. | | |
| **Model:** | OptiPlex 9030 AIO | **Asset location:** | Undefined |
| **SKU:** | 0625 | | |
| **Memory:** | 8 GB DDR3 | **Serial:** | ▮ |
| **Processor:** | Intel Core i5-4590S CPU @ 3.00GHz | **Express Code:** | ▮ |
| **Motherboard:** | Dell Inc. 0VNGWR | **Uptime:** | 10 day(s) 17 h 59 m |
| **Graphics:** | Intel(R) HD Graphics 4600 1.0 GB | | |
| **Audio:** | Intel(R) Display Audio / Realtek High Definition Audio | **First seen:** | 07/09/2015 09:50:58 |
| **Optical:** | D: PLDS DVD+-RW DU-8A5LH | **Last seen:** | 02/01/2022 09:07:55 |
| **Antivirus:** | ▮ | **Purchased:** | 06/18/2015 |
| | | **Warranty:** | 06/19/2018 |
| **Network:** | ▮ | | |
| **Harddisk:** | C:  326.5 GB free of 446 GB | | |
| **OU:** | OU=Staff_Desktops, OU=Staff_Computers, OU=FSU_Computers, DC=ad, DC=fredonia, DC=edu | | |
| **Enabled in AD:** | Enabled | | |

**User Profile and University Computers Last Accessed:**
Windows computers logged onto - 4 items found (only last 50 displayed)

| Computer | OS | SP | Domain | Logon | Description |
|---|---|---|---|---|---|
| ▮ | Win 10 | 0 | AD | 02/01/2022 11:02:51 | |
| ▮ | Win 10 | 0 | ad | 01/27/2022 08:47:50 | |
| ▮ | Win 10 | 0 | AD | 12/09/2021 11:02:09 | |
| ▮ | Win 10 | 0 | AD | 12/07/2021 16:19:50 | |

**Initial Analysis of User Access Control List**

- The user does <u>not</u> have card access to campus buildings according to our records.
- Google Workspace (email, drive)
- Banner
- COS
- Duo
- VPN
- U-Drive
- No University-owned laptop was issued to the user on record

**Also, as I mentioned and if it becomes relevant, here is noted policy that we discussed:**

Acceptable Use Policy -
https://fredonia-edu.atlassian.net/wiki/spaces/POL/pages/63143980/Acceptable+Use+Policy

*Laws and Fredonia Policies*

*Users must employ technology resources consistent with local, state, and federal laws and Fredonia policies. Examples include but are not limited to:*

- 
- *Users shall not upload, download, distribute or possess pornography unless written approval has been granted by the Vice President of Academic Affairs / Provost office to accommodate academic research. Research of this nature shall be conducted in an isolated environment approved by the Associate Vice President of Information Technology/ Chief Information Officer.*

I have also notified my staff that of the following in the event the employee contacts the ITS department for technical support or otherwise:

"Per Vice President Metzger, if Dr. Stephen Kershnar contacts the IT department for IT support or otherwise please refer him directly to Maria Carroll, Director of Human Resource at x3434 until further notice."

_____
Benjamin D. Hartung
Interim Chief Information Officer
Chief Information Security Officer
Information Technology Services
The State University of New York at Fredonia

o (716) 673-4725

w [fredonia.edu/its](fredonia.edu/its)

117 Maytum Hall
280 Central Avenue
Fredonia, NY 14063

IMPORTANT NOTICE : This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be, legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this e-mail and any attachments.

_____

Benjamin D. Hartung
Interim Chief Information Officer
Chief Information Security Officer
Information Technology Services
The State University of New York at Fredonia

o [(716) 673-4725](tel:7166734725)
w [fredonia.edu/its](fredonia.edu/its)

117 Maytum Hall
280 Central Avenue
Fredonia, NY 14063

IMPORTANT NOTICE : This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be, legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this e-mail and any attachments.


[Secured by Virtru](#)

---

**3 SECURED ATTACHMENTS**

**image.png**.tdf 85.4 KB

Decrypting

**image.png**.tdf 68.4 KB

Decrypting

**image.png**.tdf 74.0 KB

Decrypting

**Michael Metzger**                                              Feb 3, 2022, 12:18 PM (7 days ago)

to Benjamin, Brent, Scott, Maria

**Images are not displayed.** Display images below - Always display images from Michael.Metzger@fredonia.edu

You are reading a secure message, protected by Virtru

No expiration date
Received, thank you.

On Thu, Feb 3, 2022 at 11:53 AM Benjamin Hartung <Benjamin.Hartung@fredonia.edu> wrote:

Show last secure message


--
Best regards // Saludos // Viele Grüße,
Mike

Michael D Metzger
VP Finance & Administration
501 Maytum Hall Fredonia, New York 14063


Secured by Virtru



**Benjamin Hartung <Benjamin.Hartung@fredonia.edu>**  Feb 3, 2022, 6:08 PM (7 days ago)

to Michael, Brent, Scott, Maria

Your message, protected by Virtru

No expiration date
Mike,

Per your request this evening, we have placed a hold on this employee's Google Workspace account. We will address the campus network drives in the morning.

Thank you,
Ben
_____

Benjamin D. Hartung,  CISSP | CISM | PMP
Interim Chief Information Officer
Chief Information Security Officer
Information Technology Services
The State University of New York at Fredonia

o (716) 673-4725
w fredonia.edu/its

117 Maytum Hall
280 Central Avenue
Fredonia, NY 14063

IMPORTANT NOTICE : This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be, legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this e-mail and any attachments.

On Thu, Feb 3, 2022 at 12:18 PM Michael Metzger <Michael.Metzger@fredonia.edu>  wrote:

Show last secure message

Secured by Virtru



**Michael   Metzger**

to Benjamin,  Brent,  Scott, Maria

Feb 3, 2022, 7:01 PM (7 days ago)

**Images  are not displayed.** Display images below - Always display images from Michael.Metzger@fredonia.edu

You are reading a secure message, protected by Virtru

No expiration date
Received, thank you.

On Thu, Feb 3, 2022 at 6:09 PM Benjamin Hartung <Benjamin.Hartung@fredonia.edu>  wrote:

Show last secure message

--
Best regards // Saludos // Viele Grüße,
Mike

Michael D Metzger
VP Finance & Administration
501 Maytum Hall Fredonia, New York 14063

Secured by Virtru