*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 19

Good morning.

I just got off the phone with Kershnar. ███████████████████████████████ he is directed by the President to stay off campus today and until further notice. I advised Kershner that his classes today are being cancelled by the Provost and his team.

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

Thanks,
Brent

_____

Brent S. Isaacson

Chief of Police

New York State University Police

State University of New York at Fredonia

280 Central Avenue

Fredonia, NY 14063

Tel (716) 673-3333