*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 21



**The State University of New York**

**Office of General Counsel**

State University Plaza
Albany, New York  12246

www.suny.edu

March 3, 2022

Adam Steinbaugh
Director, Individual Rights Defense Program
Foundation for Individual Rights in Education
510 Walnut Street, Suite 1250
Philadelphia, PA  19106

Re:    SUNY Fredonia – Stephen Kershnar

Dear Mr. Steinbaugh:

I am in receipt of your February 3, 2022 letter to President Stephen Kolison of the State University of New York at Fredonia.  I am one of the members of SUNY's Office of General Counsel who represents SUNY Fredonia.  Please accept this as our response to your letter.

We appreciate your thoughtful analysis and suggestions regarding the College's handling of the public attention on Dr. Kershnar's views on the morality of pedophilia and other provocative topics.  Our office is working with the College to manage the situation.  The College understands that Dr. Kershnar enjoys protection under the First Amendment and will not violate his rights.

The College will direct further communications related to this matter to its employee and his counsel.

Sincerely,

Seth F. Gilbertson
Senior Counsel
716/645-4089

copy:  K. McCutcheon
       S. Kolison
       A. Cisse-Green
       B. Covert

To Learn
To Search
To Serve

the Power of SUNY

