*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 24



Adam Steinbaugh <adam@thefire.org>

## FOIL Request Confirmation from Open FOIL NY
1 message

**noreply@its.ny.gov** <noreply@its.ny.gov>  Sun, Jan 8, 2023 at 10:33 PM
To: adam@thefire.org

Thank you for submitting your FOIL request through Open FOIL NY.

Here is your Open FOIL NY confirmation information for future reference:

STEINBAUGH_NYSP_20230108223354566

INFORMATION SUBMITTED:

| | |
|---|---|
| Records Requested From | New York State Police |
| Short Title | Records concerning SUNY Fredonia Prof. Stephen Kershnar |
| Description | 1. Any incident report, activity log, narrative report, or other report mentioning or concerning Stephen Kershnar. 2. Any communications (including emails, text messages, letters, or memoranda) with SUNY Fredonia (including, but not limited to, the SUNY Fredonia University Police or Brent Isaacson), any other SUNY institution, or the Fredonia Village Police mentioning or concerning Stephen Kershnar. These requests are limited to records generated on or after January 30, 2022. |
| Uploaded Files | |
| FOIL Response Format | Email |
| If fees apply, please contact me if costs will be greater than | $50 |

Your FOIL request has been forwarded to the organization(s) you selected, and the respective Records Access Officer will contact you directly for further processing of your request. Please allow up to five business days for such communication(s). For your convenience, here is additional contact information:

New York State Police
1220 Washington Avenue
Bldg 22
Albany, NY 12226-2252