*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 25



**KATHY HOCHUL**
Governor

**STEVEN A. NIGRELLI**
Acting Superintendent

January 09, 2023

Adam Steinbaugh
Foundation for Individual Rights and Expression
510 Walnut StreetSuite 1250
Philadelphia, Pennsylvania 19106

Re: FOIL Number NYSP-23-01-549

Dear Adam Steinbaugh:

This letter responds to your request for records under the Freedom of Information Law received by New York State Police on January 09, 2023.

A diligent search of our files failed to locate any records responsive to your request. Please be advised that this agency maintains only those records associated with New York State Police arrests and investigations; we do not maintain records of other police agencies in New York State. You may wish to submit your request to the Fredonia Village Police or SUNY Fredonia University Police for any information they may have concerning the above.

Pursuant to Public Officers Law § 89(4)(a), any person denied access to a record may appeal that determination within thirty days. Any appeals must be in writing and mailed to the Records Appeal Officer, Administration, at the below address or sent via e-mail to: Foilunit@troopers.ny.gov.

Sincerely,

Staff Inspector William H. Gorman
Records Access Officer
Central Records Bureau

1220 Washington Avenue, Bldg 22, Albany, New York 12226-2252