*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 26



# Fredonia Village Police: Stephen Kershnar

**Share**



Adam Steinbaugh filed this request with the Fredonia Village Police Department of Fredonia, NY.

| | |
|---|---|
| Submitted | Jan. 8, 2023 |
| Est. Completion | None   Edit |

**STATUS**                                                Edit
No Responsive Documents

**EMBARGO**                                               Edit
This request is permanently embargoed.

**TAGS**                                                  Edit
No tags. Add some!

---

⚠ This request is permanently embargoed.

[Clone] [Download as Zip] [Get Help]

**2** Communications    **1** File    **0** Notes    Sharing

[Filter communications]                           [Collapse All]

**From: Adam Steinbaugh**                         01/08/2023

Subject: New York Freedom of Information Law Request: Fredonia Village Police: Stephen Kershnar                           Fax

To Whom It May Concern:

Pursuant to the New York Freedom of Information Law, I hereby request the following records:

1. Any police incident report, activity log, narrative report, or other report mentioning or concerning Stephen Kershnar.

2. Any communications (including emails, text messages, letters, or memoranda) between the Fredonia Police and SUNY Fredonia (including, but not limited to, the SUNY Fredonia University Police or Brent Isaacson) or any other SUNY institution concerning Stephen Kershnar.

3. Any complaints, reports, or 911 recordings mentioning or concerning Stephen Kershnar.

These requests are limited to records generated on or after January 30, 2022.

Fee waiver request: This request is made on behalf of the Foundation for Individual Rights and Expression, a nonprofit and nonpartisan organization that aims to defend and sustain the individual rights of all Americans to free speech and free thought. We request a waiver of any fees or costs associated with this request.

This request concerns a matter of public interest, namely SUNY Fredonia's response to complaints about an academic philosopher's participation in a public discussion about the moral issues involved in child sexual abuse. The records are not sought for a commercial or personal interest, but rather for the purpose of providing the public with information concerning civil liberties in higher education.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 5 business days, as the statute requires.

Sincerely,

Adam Steinbaugh

**From: Fredonia Village Police Department**                  01/09/2023

Subject: foil request                                                Email

Good Afternoon,

We have nothing on the FOIL that you requested. Also please note the email that you used pmaslak@fredoniapolice.org is 2 chiefs ago and he is no longer chief. The new chief is David Price, and his email is (mailto:pmaslak@fredoniapolice.org) dprice@fredoniapolice.org (mailto:dprice@fredoniapolice.org)

Thank you

Terra Grupa

📄 20230109141708985
⬇ Download

[Say Thanks] [Follow Up] [Appeal] [Get Help]

You may **follow up** manually with the agency or **appeal** their decision. If you appeal, MuckRock staff can review the rejection and help write

Newsletter
Want the latest investigative and FOIA news?

adam@thefire.org

Subscribe

MuckRock is a non-profit collaborative news site that gives you the tools to keep our government transparent and accountable.

Make a Donation

© 2010–2023 Muckrock

SECTIONS
News
Projects
Requests
Agencies
Jurisdictions
Newsletters

ABOUT
About Us
Staff
FAQ
Editorial Policy
API
Privacy Policy
Terms of Service
Financials

FEEDS
Latest Reporting
Latest Questions
Recently Filed Requests
Recently Completed Requests