*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 27



April 14, 2023

**<u>Sent *via* Certified U.S. Mail</u>**

Chautauqua County Sheriff
Records Division
15 E. Chautauqua Street
Mayville, NY 14757

    ***Re:***    ***FOIL Request***

To Whom It May Concern:

    This is a request for the following records pursuant to the New York Freedom of Information Law (N.Y. Pub. Off. Law § 84 *et seq.*)

**Records requested:**

1. Any incident report, activity log, narrative report, or other report mentioning or concerning Stephen Kershnar.

2. Any communications (including emails, text messages, letters, or memoranda) with SUNY Fredonia (including, but not limited to, the SUNY Fredonia University Police or Brent Isaacson), any other SUNY institution, the Fredonia Village Police, the New York State Police, or the Federal Bureau of Investigation mentioning or concerning Stephen Kershnar.

    These requests are limited to records generated on or after January 30, 2022.

    New York law requires a response to a public records request within five business days of receipt of the request. (N.Y. Pub. Off. Law § 89(3)). Please note that a copy of this request was also sent via electronic mail and via web form.

510 Walnut Street, Suite 1250  Philadelphia, PA 19106
phone: 215-717-3473  Fax: 215-717-3440
thefire.org

Chautauqua County Sheriff, Records Division
April 14, 2023
Page 2 of 2

    Please provide any responsive records via both email (adam@thefire.org) and U.S. Mail:

>Adam Steinbaugh
>Foundation for Individual Rights and Expression
>510 Walnut Street, Suite 1250
>Philadelphia, PA 19106

    If I can be of assistance in interpreting or narrowing this request, please don't hesitate to ask.

Sincerely,

Adam Steinbaugh*
Attorney
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473, ext. 213
adam@thefire.org

*This attorney is a member of the Pennsylvania and California bars*