*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 28

**Subject**: RE: Kershnar Foil Request
**From**: "GLEASON, SAMANTHA" <GLEASON@sheriff.us>
**To**: Adam Steinbaugh <adam@thefire.org>
**Date Sent**: Thursday, April 27, 2023 1:37:30 PM GMT-04:00
**Date Received**: Thursday, April 27, 2023 1:37:33 PM GMT-04:00

Unless there was an incident that was called in, we do not have any documents regarding the communication between our department and SUNY Fredonia.



Samantha Gleason
Records Department

**CHAUTAUQUA COUNTY SHERIFF'S OFFICE**

Office: (716) 753-4920
Fax:    (716) 753-9776

Email: GLEASON@sheriff.us

15 E. Chautauqua Street * Mayville, NY 14757

**From:** Adam Steinbaugh [mailto:adam@thefire.org]
**Sent:** Thursday, April 27, 2023 1:28 PM
**To:** GLEASON, SAMANTHA <GLEASON@sheriff.us>
**Subject:** Re: Kershnar Foil Request

Thank you -- I understand that the SUNY Fredonia police would have their own records that the Sheriff's Office won't, but is it possible to search for communications the Sheriff's Office had with them? My understanding is that the SUNY Fredonia police asked the Sheriff's Office to increase patrols around SUNY Fredonia in February 2022, so I'm looking for communications between the Sheriff's Office and SUNY Fredonia or its police.

Thanks again,

**Adam B. Steinbaugh**
Attorney*
Foundation for Individual Rights and Expression
510 Walnut Street
Suite 1250
Philadelphia, PA 19106
(215) 717-3473
adam@thefire.org

*This communication may contain information that is confidential or privileged. Unless you are the addressee (or authorized to receive this message by the addressee), you may not use, copy, or disclose the contents of this message or information contained in this message to anyone. If you believe that you have received this message in error, please advise the sender and delete this message.*

*\* Admitted in California and Pennsylvania*

On Thu, Apr 27, 2023 at 1:24 PM GLEASON, SAMANTHA <GLEASON@sheriff.us> wrote:

> You would have to contact the Fredonia Police Department and the Campus Police for those records since it is their jurisdiction.



**Samantha Gleason**
Records Department

**CHAUTAUQUA COUNTY SHERIFF'S OFFICE**

Office: (716) 753-4920
Fax:    (716) 753-9776

Email: GLEASON@sheriff.us

15 E. Chautauqua Street * Mayville, NY 14757

**From:** Adam Steinbaugh [mailto:adam@thefire.org]
**Sent:** Thursday, April 27, 2023 12:37 PM
**To:** GLEASON, SAMANTHA <GLEASON@sheriff.us>
**Subject:** Re: Kershnar Foil Request

Thank you. Could you search for the following records?:

(1) Any incident reports at SUNY Fredonia since January 30, 2022;
(2) Any communications to or from Chief Brent Isaacson since January 30, 2022; and
(3) Any communications to or from an email address at @fredonia.edu since January 30, 2022.

Thank you!

**Adam B. Steinbaugh**
Attorney*
Foundation for Individual Rights and Expression
510 Walnut Street
Suite 1250
Philadelphia, PA 19106
(215) 717-3473
adam@thefire.org

*This communication may contain information that is confidential or privileged. Unless you are the addressee (or authorized to receive this message by the addressee), you may not use, copy, or disclose the contents of this message or information contained in this message to anyone.  If you believe that you have received this message in error, please advise the sender and delete this message.*

*\* Admitted in California and Pennsylvania*


On Thu, Apr 27, 2023 at 12:25 PM GLEASON, SAMANTHA <GLEASON@sheriff.us> wrote:

> Good afternoon,
>
> With having just the name, I did not find any criminal records from the time frame and incident mentioned in the letter.
>
> Thank you,



**Samantha Gleason**
Records Department

**CHAUTAUQUA COUNTY SHERIFF'S OFFICE**

Office: (716) 753-4920
Fax:    (716) 753-9776

Email: GLEASON@sheriff.us

15 E. Chautauqua Street * Mayville, NY 14757