*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 29



**FREDONIA**
STATE UNIVERSITY OF NEW YORK

INFO FOR ▼     MY.FRED     NEWS     EVENTS     ALUMNI     GIVING

About     Academics     Admissions & Aid     Student Life     Athletics

Learn About Fredonia ▸ Offices ▸ University Police Department (UPD) ▸ Police Blotter

# Police Blotter

Home

Learn about safety on campus

Accreditation

Campus safety features ＋

File a report ＋

Parking issues/bicycles ＋

Department reports and policies －

**Police Reports/Blotter**

Campus Safety Report

Feedback Form

| Incident | Date | Details | Status |
|----------|------|---------|--------|
| **Harassment** | 3/21/23 | Female student harassed by a group of female students. | Turned over to Student Conduct |
| **Harassment** | 3/20/23 | Female student harassed by a male non-student | Victim declined charges |
| **Larceny** | 3/13/23 | A pair of Crocs stolen from Steele Hall | On-going investigation |
| **Larceny** | 3/4/23 | Exit sign stolen from Nixon Hall | Arrest completed |
| **Harassment** | 3/2/23 | Two Female students harassed by a male student in Chautauqua | On-going investigation |

## Who to contact

University Police Department

Gregory Hall, 2nd Floor
State University of New
York at Fredonia
Fredonia, NY 14063

716-673-3333 phone

716-673-3462 fax

upd@fredonia.edu

| | | | |
|---|---|---|---|
| **Criminal Mischief** | 3/1/23 | Door damaged in Nixon | On-going investigation |
| **Criminal Mischief** | 2/28/23 | Damage to bulletin boards in Nixon | On-going investigation |
| **Larceny** | 2/26/23 | Items stolen from locker room in Dods | Closed by Investigation |
| **Violation of Village Sewer Ordinance** | 2/26/23 | Subject observed urinating in Lot 13 | Arrest completed |
| **Criminal Mischief** | 2/25/23 | Taillight removed while vehicle parked in Lot 9A | On-going investigation |
| **Leaving the Scene** | 2/23/23 | Vehicle struck while parked in Lot 14 | Arrest completed |
| **Leaving the Scene** | 2/15/23 | Vehicle struck while parked in Lot 2 | On-going investigation |
| **Leaving the Scene** | 2/15/23 | Vehicle struck while parked in Lot 13 | On-going investigation |
| **Leaving the Scene** | 2/14/23 | Vehicle struck while parked in Lot 16 | On-going investigation |
| **Sex Offense** | 2/8/23 | Sex offense reported | Victim declines prosecution |
| **Extortion** | 2/7/23 | Victim receiving unwanted text messages | Closed by investigation |
| **Leaving the Scene** | 2/6/23 | Vehicle struck while parked in Lot 19A | Closed by investigation |
| **Leaving the Scene** | 2/3/23 | Vehicle struck while parked in Lot 16 | Arrest completed |

| | | Victim receiving unwanted text messages | referred for prosecution | |
|---|---|---|---|---|
| **Harassment** | 02/01/23 | Victim receiving unwanted text messages | On-going investigation | |
| **Leaving the Scene** | 01/25/23 | Vehicle struck while parked in Lot 13 | On-going investigation | |
| **Criminal Mischief** | 01/13/23 | Vandalism in Lot 9c | On-going investigation | |
| **Criminal Mischief** | 12/14/22 | Vandalism in Hemingway Hall reported | Closed by investigation | |
| **Leaving the Scene** | 12/06/22 | Vehicle struck while parked in Lot 16 | Closed by investigation | |
| **Leaving the Scene** | 12/05/22 | Vehicle struck while parked in Lot 9d | On-going investigation | |
| **Sex offense** | 12/03/22 | Sex offense reported | Charges declined by victim. | |
| **Leaving the Scene** | 11/28/22 | Vehicle struck while parked in Lot 26 | On-going investigation | |
| **Leaving the Scene** | 11/09/22 | College van involved in an accident | Closed by investigation | |
| **Criminal Mischief** | 11/08/22 | Sign hit by car in Lot 19 | Closed by investigation | |
| **Terroristic Threats** | 11/02/22 | Subject making threats over Social Media | Arrest | |
| **Larceny** | 11/1/22 | Items stolen from a wallet in the | On-going investigation | |

| | | Science Center | investigation | |
|---|---|---|---|---|
| **Larceny** | 10/31/22 | Bike stolen outside Eisenhower Hall | On-going investigation | |
| **Criminal Mischief** | 10/31/22 | Graffiti in Lot 22 | Closed by investigation | |
| **Criminal Mischief** | 10/31/22 | Vending machine damaged in Steele Hall | Closed by investigation | |
| **Criminal Mischief** | 10/29/22 | Tires slashed in Lot 9 | Vic. refused to prosecute | |
| **Criminal Mischief** | 10/29/22 | Property damaged in Nixon Hall | Closed by investigation | |
| **Criminal Mischief** | 10/29/22 | Exit sign damaged in Nixon Hall | On-going investigation | |
| **ABC** | 10/27/22 | Subject found in possession of alcohol while underage. | Turned over to Student Conduct | |
| **Littering** | 10/27/22 | Littering in Lot 4 | Closed by investigation | |
| **Criminal Mischief** | 10/26/22 | Railing damaged a the Townhouses | Closed by investigation | |
| **Larceny** | 10/23/22 | Name plate stolen from a door in Mason Hall | Turned over to Student Conduct | |
| **Criminal Mischief** | 10/22/22 | Exit sign damaged in Nixon Hall | On-going investigation | |
| **Littering** | 10/19/22 | Littering in Lot 1 | Closed by investigation | |
| **Leaving the Scene** | 10/19/22 | Vehicle struck in Lot 16 | On-going investigation | |

| | | | |
|---|---|---|---|
| **Criminal Mischief** | 10/17/22 | Graffiti found in Lot 22 | Closed by investigation |
| **Larceny** | 10/15/22 | Exit sign stolen in Nixon | On-going investigation |
| **Domestic Dispute** | 10/13/22 | Domestic | Closed by investigation |
| **Disorderly Conduct** | 10/13/22 | Fight at Starbucks | Closed by investigation |
| **Leaving the Scene** | 10/12/22 | Vehicle struck in Lot 11 | Closed by investigation |
| **Criminal Mischief** | 10/06/22 | Kitchen damaged in Schulz | On-going investigation |
| **Trespass** | 10/04/22 | PNG subject found on campus | Charges pending |
| **Leaving the Scene** | 10/02/22 | Vehicle struck while parked in Lot 9A | On-going investigation |
| **AUO 3rd** | 09/30/22 | Traffic stop.  Driver had a suspended license. | Suspect arrested |
| **Criminal Mischief** | 09/29/22 | Ceiling damaged in Nixon Lobby | Turned over to Student Conduct |
| **Harassment** | 09/28/22 | Victim receiving unwanted text messages. | Victim declined charges |
| **Harassment** | 09/27/22 | Multiple signs posted in RAC | Closed by investigation |
| **Trespass** | 09/22/22 | Unwanted subject entered room without permission. | Victim declined charges |

| | | Vehicle struck in Lot 16 | Closed by investigation | |
|---|---|---|---|---|
| **Criminal Mischief** | 09/21/22 | Exit sign damaged in Nixon Hall. | On-going investigation | |
| **Fraud** | 09/19/22 | Subject attempted to pass counterfeit money. | On-going investigation | |
| **Fraud** | 09/18/22 | Subject receiving emails demanding money | Closed by investigation | |
| **Criminal Mischief** | 09/18/22 | Property damaged in multiple areas on campus | Two suspects arrested | |
| **Leaving the Scene** | 09/12/22 | Vehicle struck while parked in Lot 16. | Closed by investigation | |
| **Criminal Mischief** | 09/10/22 | Exit sign damaged in Nixon Hall | On-going investigation | |
| **Burglary 2nd** | 09/06/22 | Five suspects entered Erie Dining Hall, and stole items while inside. | Five suspects arrested. | |
| **Criminal Trespass** | 09/06/22 | Suspects entered Erie Dining Hall. | Charges pending | |
| **Larceny** | 09/06/22 | Catalytic converter stolen in Lot 28 | On-going investigation | |
| **Criminal Mischief** | 09/04/22 | Exit Sign damaged in Nixon Hall | On-going investigation | |
| **Larceny** | 09/04/00 | Catalytic converter stolen from a vehicle in Lot 26 | On-going investigation | |
| **Larceny** | 09/02/22 | Catalytic converter stolen from a | On-going |

| | | | |
|---|---|---|---|
| **Larceny** | 09/03/22 | stolen from a vehicle in Lot 9A | investigation |
| **Criminal Mischief** | 09/02/22 | Vehicle damaged in Lot 10 | On-going investigation |
| **Larceny** | 09/01/22 | Package stolen from Alumni Hall | Prosecution declined |
| **Leaving the Scene** | 09/01/22 | Vehicle damaged in Lot 11 | Closed by investigation |
| **Leaving the Scene** | 08/31/22 | Vehicle damaged while parked in 9A | On-going investigation |
| **Agg. Unlicensed Operation 3rd** | 08/31/22 | Traffic stop on Ring Rd.  Driver found to have a suspended license. | Arrest completed |
| **Criminal Mischief** | 08/29/22 | Exit sign in Nixon damaged | On-going investigation |
| **Larceny** | 08/26/22 | Phone reported stolen. | Victim refused to cooperate |
| **Resisting Arrest** | 08/26/22 | Suspect arrested on a warrant, resisted arrest | Arrest- Transported for CAP Arraignment |
| **Public Lewdness** | 08/26/22 | Subject exposed in Dods Hall | Closed by investigation |
| **Criminal Mischief** | 08/23/22 | Vehicle reported to be damaged in lot 2. | Closed by investigation |
| **Harassment** | 08/23/22 | Roommate dispute | Closed by investigation |
| **Criminal Mischief** | 08/22/22 | Air Hockey table damaged in the Williams Center | Closed by investigation |

| | | Victim receiving unwanted communication | Closed by investigation | |
|---|---|---|---|---|
| **Harassment** | 08/17/22 | Offensive drawing found on an office door | On-going investigation | |
| **Trespass** | 08/13/22 | PNG subject found on campus | Charges Pending | |
| **Criminal Mischief** | 08/12/22 | New concrete damaged outside Maytum Hall | On-going investigation | |
| **Leaving the Scene** | 08/01/22 | Vehicle struck while parked in Lot 30 | On-going investigation | |
| **Leaving the Scene** | 06/22/22 | Wall damaged near Houghton loading dock | Closed by investigation | |
| **Harassment** | 06/10/22 | Employee receiving unwanted phone calls | Suspect advised. | |
| **ABC Violation** | 06/09/22 | Subjects found in possession of open containers of alcohol. | Warnings issued | |
| **Larceny** | 06/09/22 | Items stolen from RAC | Items recovered | |
| **Criminal Mischief** | 06/03/22 | Window broken in the Greenhouse | On-going investigation | |
| **Harassment** | 05/19/22 | Subject harassed by another on campus. | Charges declined by the victim | |
| **Larceny** | 05/12/22 | Items stolen from a vehicle in Lot 9A | On-going investigation | |

| Offense | Date | Description | Status | |
|---|---|---|---|---|
| Larceny | 05/12/22 | Money stolen from a vehicle in Lot 9A | On-going investigation | |
| Harassment | 05/12/22 | Subject receiving unwanted phone calls. | Closed by investigation | |
| Criminal Mischief | 05/10/22 | Vehicle damaged in Lot 19A | Closed by investigation | |
| Open Container | 05/09/22 | Subject found in possession of an open container of alcohol | Arrest completed | |
| DWI | 05/09/22 | DWI, Science Dr | Arrest completed | |
| Trespass | 05/08/22 | PNG suspect found on campus. | Arrest completed | |
| Larceny | 05/06/22 | Item stolen from eSports Lounge | Item returned, owner declined charges. | |
| Leaving the Scene | 05/06/22 | Vehicle struck while parked in Lot 19A | Closed by investigation | |
| Leaving the Scene | 05/05/22 | Vehicle struck while parked in Lot 26 | Closed by investigation | |
| Larceny | 04/30/22 | Items stolen from Eisenhower Hall | On-going investigation | |
| Criminal Trespass | 04/30/22 | Suspect entered rooms in Eisenhower Hall. | On-going investigation | |
| Larceny | 04/29/22 | Items stolen from Eisenhower Hall | On-going investigation | |
| Burglary | 04/28/22 | Item stolen from the Math Dept. | On-going investigation | |

| | | | | |
|---|---|---|---|---|
| **Trespass** | 04/25/22 | No subject found on campus | Arrest Completed | |
| **AUO 3rd** | 04/24/22 | Driver found to have a suspended license during a traffic stop. | Arrest completed | |
| **Harassment** | 04/23/22 | Victim harassed by suspect on campus | Charges declined by victim | |
| **Larceny** | 04/20/22 | Victim had clothing stolen from the laundry | Charges declined by victim | |
| **Larceny** | 04/18/22 | Parking sign stolen | Suspects identified. Turned over to Student Conduct | |
| **Harassment** | 04/13/22 | Suspects striking victims with Air Soft pellets | Charges declined by victim | |
| **Fraud** | 04/11/22 | Student victim of email scam | Closed by investigation | |
| **ABC Violation** | 04/10/22 | Suspect found in possession of alcohol, underage | Warning issued | |
| **Criminal Mischief** | 04/02/22 | Vehicle damaged while in Lot 9b | Ongoing investigation | |
| **Leaving the Scene** | 04/01/22 | Vehicle damaged in Lot11 | Closed by investigation | |
| **Leaving the Scene** | 03/21/22 | Vehicle damaged while parked in Lot 28 | On-going investigation | |

| | | | Charges |
|---|---|---|---|
| **Sex Offense** | 03/31/22 | Sex offense | declined by victim |
| **Domestic Dispute** | 03/22/22 | Domestic disturbance | DIR Completed |
| **Disorderly Conduct** | 03/21/22 | Items burned in an open field | Charges declined by victim |
| **Criminal Mischief** | 03/20/22 | Items damaged in a break room in RAC | Closed by investigation |
| **Public Lewdness** | 03/18/22 | Suspects engaged in lewd conduct in a vehicle in Lot 8A | Closed by investigation |
| **Trespass** | 03/18/22 | Suspect using a student's FredCard to enter Alumni Hall | Closed by investigation |
| **Criminal Mischief** | 03/10/22 | Property damaged in Mason Hall | On-going investigation |
| **Forgery** | 03/10/22 | Suspect found in possession of forged ID | Arrest completed |
| **Sex Offense** | 03/07/22 | Sex offense reported | On-going investigation |
| **Criminal Mischief** | 03/06/22 | Sticker found on college sign. | On-going investigation |
| **Criminal Mischief** | 03/05/22 | Sticker found placed on a stop sign | On-going investigation |
| **Leaving the Scene** | 03/04/22 | College property damaged by a | Closed by investigation. Suspect |

| | | | | |
|---|---|---|---|---|
| | | damaged by a vehicle. | referred to Student Conduct | |
| **Underage Poss. Alcohol** | 02/25/22 | Suspect found in possession of alcohol underage | Arrest completed | |
| **Underage Poss. Alcohol** | 02/24/22 | Suspect found to be in possession of alcohol underage | Arrest completed | |
| **AUO 3rd** | 02/24/22 | Suspect found operating a motor vehicle with a suspended license | Arrest completed | |
| **Trespass** | 02/16/22 | PNG subject found on campus | Arrest completed | |
| **Criminal Mischief** | 02/16/22 | Vehicle damaged in Lot 9D | On-going investigation | |
| **Criminal Mischief** | 02/08/22 | Vehicle damaged in Lot 16 | Closed by investigation | |
| **Harassment** | 02/08/22 | Victim being harassed on campus. | Closed by investigation | |
| **Harassment** | 02/02/22 | Harassing letter left on a door in Fenton | Closed by investigation | |
| **Larceny** | 01/30/22 | Letters stolen from the front of Mason Hall | Letter recovered. Suspects referred to Student Conduct | |
| **Fraud** | 01/24/22 | COVID relief scam reported | Victim advised of options | |
| | | Job scam received | Victim advised | |

| | | | |
|---|---|---|---|
| **Fraud** | 01/24/22 | ...received...  via email | ...of options |
| **Harassment** | 12/14/21 | Victim threatened verbally at a hockey game. | Victim declined charges |
| **Criminal Mischief** | 12/09/21 | Further damage found in Nixon Hall. | Suspect turned over to Student Conduct |
| **Criminal Mischief** | 12/07/21 | Ceiling tiles damaged in Nixon Hall | Suspect turned over to Student Conduct |
| **Criminal Mischief** | 11/24/21 | Graffiti found on electrical box neat the campus entrance | On-going investigation |
| **Criminal Mischief** | 11/24/21 | Graffiti found on campus signs. | On-going investigation |
| **Larceny** | 11/17/21 | Bicycle stolen from the Townhouses. | On-going investigation |
| **Larceny** | 11/08/21 | Items stolen from the Ticket Office | Closed by Investigation |
| **Aggravated Harassment** | 11/08/21 | Harassing emails received by various subjects. | Charges Pending |
| **Larceny** | 11/08/21 | Items stolen from RAC | On-going investigation |
| **Larceny** | 11/07/21 | Bicycle stolen from Kasling Hall. | Recovered by FPD.  Charges pending |
| **DWI** | 11/07/21 | Suspect operating a MV while... | Arrest completed |

| | | intoxicated | | |
|---|---|---|---|---|
| **Fraud** | 11/04/21 | Credit Union fraudulent checks found | On-going Investigation | |
| **Larceny** | 11/03/21 | Bicycle stolen from Disney Hall | Closed by investigation | |
| **Larceny** | 11/02/21 | Bicycle stolen from University Village | On-going investigation | |
| **Criminal Possession of a Weapon** | 11/01/21 | Suspect found in possession of an expandable baton | Arrest completed | |
| **Harassment** | 11/01/21 | Internet Fraud/Extortion | On-going investigation | |
| **Criminal Mischief** | 10/24/21 | Bus shelter damaged | Arrest completed | |
| **Unauthorized Use of a Motor Vehicle** | 10/24/21 | Suspect refused to return vehicle. | Prosecution declined by victim | |
| **Falsely Reporting an Incident** | 10/15/21 | Suspect reported a crime that did not occur. | Arrest completed | |
| **Leaving the Scene** | 10/14/21 | Vehicle damaged in Lot 5 | Arrest completed | |
| **Larceny** | 10/13/21 | Wallet stolen from Starbucks | Charges declined by victim | |
| **Fraud** | 10/13/21 | Internet scam | Prosecution declined by victim | |
| **Leaving the Scene** | 10/12/21 | Vehicle damaged in Lot 8A | Arrest Completed | |

| | | Fire extinguisher stolen from Igoe Hall | Closed by Investigation | |
|---|---|---|---|---|
| **Sex Offense** | 10/04/21 | Student accosted in Lot 9A | Arrest Completed | |
| **Harassment** | 10/04/21 | Student accosted near Igoe Hall | Closed by Investigation | |
| **Burglary** | 10/02/21 | Items stolen from a room in Nixon Hall | On-going investigation | |
| **Criminal Mischief** | 10/01/21 | Window damaged at Park Place Quarantine building | Prosecution declined by victim | |
| **Sex Offense** | 10/01/21 | Sex Offense | On going investigation | |
| **Unlawfully Dealing with a Child** | 09//28/21 | Underage student given alcohol by another | Arrest Completed | |
| **Larceny** | 09/25/21 | Camera Stolen. Recovered by UPD | Prosecution declined by victim | |
| **Aggravated Harassment** | 09/23/21 | Email extortion scam | On-going investigation | |
| **Larceny** | 09/21/21 | Items stolen from Chautauqua Hall load dock | Prosecution declined | |
| **Criminal Mischief** | 09/17/21 | Vehicle damaged in Lot 8A | On-going investigation | |
| **Fraud** | 09/16/21 | Email scam | On-going investigation | |
| **Leaving the Scene** | 09/13/21 | Vehicle struck in Lot 11 | Closed by investigation | |

| | | | |
|---|---|---|---|
| **Larceny** | 09/13/21 | Bicycle stolen from the townhouses | On-going investigation |
| **Sex Offense** | 09/13/21 | Sex Offense | On-going investigation |
| **Fraud** | 09/13/21 | Email scam | On-going investigation |
| **Leaving the Scene** | 09/10/21 | Vehicle struck on President's Dr | On-going investigation |
| **Criminal Mischief** | 09/01/21 | Vehicle damaged in Lot 27 | On-going investigation |
| **Harassment** | 09/01/21 | Vehicle damaged in Lot 19A | On-going investigation |
| **Larceny** | 08/31/21 | Items stolen from Kasling Hall | On-going investigation |
| **Larceny** | 08/31/21 | Items stolen from Kasling Hall | On-going investigation |
| **Sex Offense** | 08/31/21 | Sex offense occurred on campus | On-going investigation |
| **Sex Offense** | 08/31/21 | Sex Offense on campus | Prosecution Declined |
| **Fraud** | 08/26/21 | Email scam | On-going investigation |
| **Leaving the Scene** | 08/24/21 | Vehicle damaged in Lot 10 | On-going investigation |
| **Criminal Mischief** | 08/11/21 | Fresh concrete damaged | On-going investigation |
| **Criminal Mischief** | 08/11/21 | Graffiti found in the Mason Courtyard | Closed by investigation |
| **Criminal Mischief** | 08/09/21 | Graffiti found in Lot 7 bus shelter | Closed by investigation |

| | | | |
|---|---|---|---|
| **Criminal Mischief** | 08/05/21 | Graffiti found at Townhouses | Closed by investigation |
| **Fraud** | 08/03/21 | Fraudulent checks deposited at CU | On-going investigation |
| **Criminal Mischief** | 07/30/21 | Graffiti found on Varsity Dr. | Closed by investigation |
| **Criminal Mischief** | 07/28/21 | Graffiti found at University Villages | Closed by investigation |
| **Leaving the Scene** | 07/23/21 | Bench struck by a vehicle | Closed by investigation |
| **Criminal Mischief** | 05/19/21 | Vehicle damaged in Lot 6 | On-going investigation |
| **Criminal Mischief** | 05/17/21 | Vehicle damaged while parked in Lot 6 | On-going investigation |
| **Trespass** | 05/16/21 | PNG suspect found on Campus | Arrest completed |
| **Leaving the Scene** | 05/05/21 | Vehicle struck in Lot 11 | Arrest completed |
| **Leaving the Scene** | 05/03/21 | Vehicle damaged in Lot 22 | Arrest completed |
| **Criminal Mischief** | 04/29/21 | Property stolen from a common room in Hemingway Hall | Prosecution declined |
| **Larceny** | 04/25/21 | Bicycle stolen from the Grissom rack | Prosecution declined |
| **Leaving the Scene** | 04/24/21 | Vehicle struck while parked in Lot 9A | On-going investigation |
| **Larceny** | | Bicycle stolen from | On-going |

| | | | |
|---|---|---|---|
| **Larceny** | 04/24/21 | Hemingway rack | investigation |
| **Leaving the Scene** | 04/21/21 | Vehicle struck while parked in Lot 3 | Closed by investigation |
| **Criminal Mischief** | 04/08/21 | Graffiti found on campus sign on Park Dr. | On-going investigation |
| **Fraud** | 04/08/21 | Email scam | On-going investigation |
| **Larceny** | 04/05/21 | Bicycle stolen from Hemingway rack | On-going investigation |
| **Larceny** | 03/28/21 | Bicycle stolen from rack outside Igoe Hall | On-going investigation |
| **Larceny** | 03/19/21 | Tables stolen from Cranston | On-going investigation |
| **Leaving the Scene** | 03/16/21 | Hit and run in Lot 3. | Suspect located and issued Vehicle and Traffic citation |
| **Criminal Mischief** | 03/13/21 | Bike lock found damaged at Hemingway bike rack | On-going investigation |
| **Larceny** | 03/11/21 | Bike stolen from Schulz bike rack | On-going investigation |
| **Criminal Mischief** | 03/07/21 | Vehicle damaged in Lot 26 | On-going investigation |
| **Sex Offense** | 03/05/21 | Reported sex offense | Prosecution declined |
| **Littering** | 02/02/21 | Garbage found in various places in | Closed by |

Schulz Hall

| | | | |
|---|---|---|---|
| **Drugs** | 02/15/21 | Suspect found in possession of marijuana in Disney. | Referred to Student Conduct |
| **Larceny** | 02/04/21 | Money stolen in McEwen Hall | On-going investigation |
| **Burglary** | 02/01/21 | Items stolen from a room in Alumni Hall | On-going investigation |
| **Sex Offense** | 01/29/21 | Sex offense reported. | On-going investigation |
| **Larceny** | 01/11/21 | Bicycle stolen from Disney bike rack. | On-going investigation |
| **AUO 3rd** | 12/11/20 | Suspect found to have a suspended license during a traffic stop. | Arrest completed |
| **Larceny** | 12/10/20 | Bicycle stolen from Eisenhower bike rack | On-going investigation |
| **Larceny** | 11/28/20 | Items stolen from a vehicle in Lot 19A | On-going investigation |
| **Leaving the Scene** | 11/23/20 | Vehicle damaged in Lot 19A | On-going investigation |
| **Drugs** | 11/17/20 | Suspects found in possession of marijuana in Lot 9B | Referred to Student Conduct |
| **Larceny** | 11/13/20 | Items stolen from a vehicle in Lot 9d | Closed by investigation |
| **Larceny** | 11/13/20 | Items stolen from a | Closed by |

| | | | |
|---|---|---|---|
| | | Vehicle in Lot 8A | investigation |
| **Harassment** | 11/11/20 | Subjects engaged in a dispute | Closed by investigation |
| **Criminal Mischief** | 11/05/20 | Graffiti found at William's Center bus stop | Closed by investigation |
| **Larceny** | 11/04/20 | Bicycle stolen from University Commons | On-going investigation |
| **Drugs** | 11/03/20 | Suspects found in possession of marijuana in Lot 19A | Referred to Student Conduct |
| **Leaving the Scene** | 11/03/20 | Vehicle damaged in Lot 19A | Closed by investigation |
| **Larceny** | 10/29/20 | Items stolen from a vehicle in Lot 19A | Closed by investigation |
| **Drugs** | 10/22/20 | Suspects found in possession of marijuana in Lot 19A | Arrests completed |
| **Harassment** | 10/21/20 | Student harassed by another in the William's Center | Warrant issued |
| **Larceny** | 10/20/20 | Property stolen from a vehicle in Lot 19A | Closed by investigation |
| **Larceny** | 10/20/20 | Property stolen from a vehicle in Lot 19A | Closed by investigation |
| **Larceny** | 10/19/20 | Property stolen from a vehicle in Lot 9A | Closed by investigation |

| | | | |
|---|---|---|---|
| **Leaving the Scene** | 10/17/20 | Vehicle damaged in Lot 9A | Closed by investigation |
| **Criminal Mischief** | 10/14/20 | Graffiti found outside Fenton Hall | Closed by investigation |
| **Drugs** | 10/08/20 | Suspects found in possession of narcotics | Warrant issued |
| **Drugs** | 10/05/20 | Suspects found in possession of marijuana in Lot 9b | Referred to Student Conduct |
| **Littering** | 10/02/20 | Trash found on victims car | On-going investigation |
| **Larceny** | 10/02/20 | Items stolen from a vehicle in Lot 26 | On-going investigation |
| **Leaving the Scene** | 10/02/20 | Vehicle struck in Lot 1 | Closed by investigation |
| **Harassment** | 09/30/20 | Victim threatened online | Prosecution declined |
| **Drugs** | 09/29/20 | Suspects found in possession of marijuana in Lot 9A | Referred to Student Conduct |
| **Harassment** | 09/28/20 | Student threatened outside Gregory Hall | Prosecution declined |
| **Larceny** | 09/28/20 | Items stolen from a vehicle in Lot 9D | Closed by investigation |
| **Larceny** | 09/28/20 | Items stolen from a vehicle in Lot 9D | Closed by investigation |
| **ABC Violation** | 09/26/20 | Underage suspects in possession of alcohol | Arrests |

| | | | |
|---|---|---|---|
| **Criminal Mischief** | 09/24/20 | Windshield broken in Lot 19A | Closed by investigation |
| **ABC Violation** | 09/19/20 | Underage possession of alcohol | Arrests |
| **Burglary** | 09/17/20 | Items stolen from a room in Grissom Hall | On-going investigation |
| **Burglary** | 09/17/20 | Items stolen from a room in Grissom Hall | On-going investigation |
| **Aggravated Harassment** | 09/16/20 | Victim receiving threatening messages | On-going investigation |
| **Criminal Mischief** | 09/14/20 | Car damaged in Lot 9B | Charges pending |
| **Larceny** | 09/14/20 | Items stolen from the laundry room in McGinnies Hall | On-going investigation |
| **Larceny** | 09/14/20 | Items stolen from the laundry room in McGinnies Hall | On-going investigation |
| **Aggravated Harassment** | 09/12/20 | Student receiving harassing messages | Prosecution declined |
| **Drugs** | 09/08/20 | Suspects found in possession of marijuana | Referred to Student Conduct |
| **Leaving the Scene** | 09/05/20 | Vehicle damaged in Lot 22 | Closed by investigation |
| **Harassment** | 09/04/20 | Student reports being harassed by another | Prosecution Declined |

| | | | |
|---|---|---|---|
| **Harassment** | 09/04/20 | Student reports being harassed by another | Prosecution Declined |
| **Larceny** | 09/04/20 | Money stolen from a wallet in Hendrix Hall | On-going investigation |
| **Sex Offense** | 08/31/20 | Sex offense reported | On-going investigation |
| **Criminal Mischief** | 08/29/20 | Stickers found on various poles/signs on campus | On-going investigation |
| **Leaving the Scene** | 08/26/20 | Vehicle damaged in the Starbucks parking area | On-going investigation |
| **Domestic Incident** | 08/25/20 | Domestic incident near Gregory Hall | Arrest |
| **Leaving the Scene** | 08/21/20 | Vehicle damaged in Lot 8A | Closed by investigation |
| **Larceny** | 08/10/20 | Items taken from a vehicle in Lot 8A | Closed by investigation |
| **Criminal Mischief** | 07/29/20 | Chalk graffiti found outside RAC | Closed by investigation |
| **Larceny** | 07/18/20 | Instrument stolen from Mason Hall | On-going investigation |
| **Domestic Incident** | 07/16/20 | Domestic incident in Lot 6. Parties advised | Closed by investigation |
| **Larceny** | 07/01/20 | Letter stolen from a Fredonia sign. | Closed by investigation |
| | | Two suspects found | |

| | | | |
|---|---|---|---|
| **Drugs** | 03/07/20 | In possession of marijuana during a traffic stop. | Two arrests completed |
| **Harassment** | 03/07/20 | On-going harassment of a student by ex-boyfriend | On-going investigation |
| **Larceny** | 03/07/20 | Letter stolen from Fredonia sign | On-going investigation |
| **Criminal Mischief** | 03/06/20 | Graffiti found in RAC | On-going investigation |
| **Criminal Mischief** | 03/05/20 | Vehicle damaged while parked in Lot 5 | On-going investigation |
| **Harassment** | 03/04/20 | Student receiving unwanted texts, and other messages. | Suspect advised/Closed by investigation |
| **Larceny** | 03/04/20 | Items stolen from Reed Library | On-going investigation |
| **Drugs** | 03/03/20 | Suspect found in possession of marijuana in Igoe Hall | Arrest completed |
| **Criminal Tampering** | 02/28/20 | Suspect tampered with a fire alarm, and was in possession of marijuana. | Arrest completed |
| **Menacing** | 02/28/20 | Victim being harassed/threatened at the Marche | Charges pending |
| **Drugs** | 02/26/20 | Suspect found in possession of | Turned over to Student |

| | | marijuana | Conduct | |
|---|---|---|---|---|
| **Leaving the Scene** | 02/26/20 | Vehicle struck while parked in Lot 19 | On-going investigation | |
| **Drugs** | 02/21/20 | Suspects found in possession of marijuana in Chautauqua Hall. | 2 arrests completed | |
| **Criminal Mischief** | 02/21/20 | Vehicle damaged in Lot 9B | On-going investigation | |
| **Harassment** | 02/16/20 | Altercation between roommates | Victim declined charges | |
| **Drugs** | 02/15/20 | Suspect found in possession of marijuana in Alumni Hall | Arrest completed | |
| **Larceny** | 02/12/20 | Property stolen from the William's Center food court | On-going investigation | |
| **Harassment** | 02/11/20 | Subject harassed via social media | On-going investigation | |
| **Criminal Mischief** | 02/10/20 | Items damaged in Schulz Hall | On-going investigation | |
| **Harassment** | 02/10/20 | Subject harassed via social media | On-going investigation | |
| **Drugs** | 02/08/20 | Suspect found in possession of marijuana, and tampered with a fire alarm. | Arrest completed | |
| **Leaving the Scene** | 02/05/20 | Vehicle struck while parked in Lot 9A | On-going investigation | |

| | | | |
|---|---|---|---|
| **Larceny** | 01/28/20 | Items stolen from a locker in Mason Hall | On-going investigation |
| **Larceny** | 01/27/20 | Items stolen from a student in Nixon Hall | On-going investigation |
| **Drugs** | 01/24/20 | Suspects found in possession of marijuana in McGinnies Hall | Referred to Judicial Affairs |
| **Drugs** | 01/24/20 | Suspects found in possession of marijuana in Disney Hall | Referred to Judicial Affairs |
| **Reckless Endangerment** | 01/24/20 | Suspects throwing firecrackers out of a window in Disney Hall. | On-going investigation |
| **Leaving the Scene** | 01/21/20 | Vehicle struck while parked in Lot 19A | On-going investigation |
| **Larceny** | 01/21/20 | Items stolen from a vehicle in 19A | Charges pending |
| **Larceny** | 01/20/20 | Items stolen from a vehicle in 9A | Charges pending |
| **Larceny** | 01/20/20 | Items stolen from a vehicle in Lot 9A | Items recovered by Fredonia Police. Charges pending |
| **Larceny** | 01/13/20 | Letter stolen from the Brigham Rd. Sign | On-going investigation |

| | | | |
|---|---|---|---|
| **Drugs** | 12/18/19 | UPM in Alumni Hall | Closed by investigation |
| **Drugs** | 12/16/19 | Suspect found in possession of marijuana in Eisenhower Hall. | Arrest completed |
| **Larceny** | 12/15/19 | Property stolen from a locker in Mason Hall. | On-going investigation |
| **Sewer Ordinance** | 12/14/19 | Suspect observed urinating on Old Main Dr. | Arrest completed |
| **Criminal Tampering** | 12/14/19 | Smoke detector tampered with in a residence hall. | Arrest completed |
| **Larceny** | 12/13/19 | Vehicles entered in Lot 9A | On-going investigation |
| **Criminal Mischief** | 12/06/19 | Graffiti found in RAC | Ongoing investigation |
| **Larceny** | 12/06/19 | Items stolen from a classroom in Dods Hall | Ongoing investigation |
| **Underage Possession of Alcohol** | 12/02/19 | Underage subject found in possession of alcohol | Referred to Judicial |
| **Drugs** | 12/01/19 | Suspects found in possession of marijuana. | 4 arrests completed |
| **Burglary** | 11/26/19 | Items stolen from a dorm room in Grissom | On-going investigation |
| | | Bicycle stolen from | Property located and |