*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 30



MARK C. WALCZYK
Assemblyman 116th District

THE ASSEMBLY
STATE OF NEW YORK
ALBANY

❏ ALBANY OFFICE
Room 940
Legislative Office Building
Albany, New York 12248
518-455-5545

❏ DISTRICT OFFICE
Dulles State Office Building
317 Washington Street, Suite 210
Watertown, New York 13601
315-786-0284

❏ SATELLITE OFFICE
3 Remington Avenue, Suite 1
Canton, New York 13617
315-386-2037

EMAIL:
walczykm@nyassembly.gov

February 7, 2022

Chancellor Deborah Stanley
SUNY
State University Plaza
353 Broadway
Albany, NY 12246

Dear Chancellor Stanley:

We write to request the immediate removal of Stephen Kershnar, Professor of libertarian philosophy and applied ethics at SUNY Fredonia.

Simply put, his moral endorsement of pedophilia is disgusting and should be a disqualifier from employment in any of our State Universities. The fact that SUNY Fredonia lists him as a "Distinguished Teaching Professor" makes his recent remarks even more jarring.

While the Minority members of the Higher Education Committee hold free speech in high esteem, we'd note your Universities have rejected lectures from free market economists and disallowed College Republicans an opportunity to express political views on campus.

But Professor Kershnar's speech isn't political; it's appalling.

Kershnar was recently videotaped giving affirmation to adults who have sex with children as young as 1 year old. "... the notion that (adult sex is) wrong even with a 1-year-old is not quite obvious to me," he said after talking about adults having "consensual" sex with 8 and 12 year old's.

It should not take but a few minutes of your time to review the matter and see this man should have no platform at all, let alone one that's funded by the State University of New York. We invite you to respond to the undersigned if your decision involves anything less than immediate removal of Kershnar and the reporting of your former employee to the New York State Police unit for Crimes Against Children.

If you have any questions, please know we are only a phone call away.

Sincerely,

*[signature]*

Mark C. Walczyk
Assemblyman
Front Yard of America

*[signature]*

Jarett Gandolfo
7th Assembly District

*[signature]*

Doug Smith
5th Assembly District

*[signature]*

Joh Salka
121st Assembly District

*[signature]*

Mike Fitzpatrick
8th Assembly District

*[signature]*

Mike Reilly
62nd Assembly District