*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Adam Steinbaugh

# EXHIBIT 33

# DISPLAY COURSE SEARCH RESULTS

Fall 2023
Jun 12, 2023

Icon Key

 Catalog    Textbook Information    Attributes    Corequisites    Departmental Approval required    Fee information    Notes    Prerequisites    Restrictions   Reserved Seats   Instruction Mode

## Sections Found

Return to Previous

| CRN | Subj | Crse | Sec | Cred | Title | Instructor | Cap | Act | Seats |
|-----|------|------|-----|------|-------|------------|-----|-----|-------|
| 34968 | PHIL | 115 | 01 | 3.0 | Introduction to Philosophy | Pacyga, Christopher M | 35 | 35 | 0 |

**Time**: 9:00 am - 9:50 am  **Day**: MWF  **Place**: Thompson Hall W394  **Dates**: Aug 21, 2023 - Dec 15, 2023

| CRN | Subj | Crse | Sec | Cred | Title | Instructor | Cap | Act | Seats |
|-----|------|------|-----|------|-------|------------|-----|-----|-------|
| 34969 | PHIL | 115 | 02 | 3.0 | Introduction to Philosophy | Jacuzzo, Leonard Francis | 35 | 7 | 28 |

**Time**: 11:00 am - 11:50 am  **Day**: MWF  **Place**: Thompson Hall E327  **Dates**: Aug 21, 2023 - Dec 15, 2023

| CRN | Subj | Crse | Sec | Cred | Title | Instructor | Cap | Act | Seats |
|-----|------|------|-----|------|-------|------------|-----|-----|-------|
| 34970 | PHIL | 115 | 03 | 3.0 | Introduction to Philosophy | Jacuzzo, Leonard Francis | 35 | 11 | 24 |

**Time**: 12:00 pm - 12:50 pm  **Day**: MWF  **Place**: Thompson Hall E327  **Dates**: Aug 21, 2023 - Dec 15, 2023

| CRN | Subj | Crse | Sec | Cred | Title | Instructor | Cap | Act | Seats |
|-----|------|------|-----|------|-------|------------|-----|-----|-------|
| 34971 | PHIL | 115 | 04 | 3.0 | Introduction to Philosophy | | 35 | 4 | 31 |

**Time**: 2:00 pm - 3:20 pm  **Day**: TR  **Place**: Thompson Hall E363  **Dates**: Aug 21, 2023 - Dec 15, 2023

| CRN | Subj | Crse | Sec | Cred | Title | Instructor | Cap | Act | Seats |
|-----|------|------|-----|------|-------|------------|-----|-----|-------|
| 34815 | PHIL | 218 | 01 | 3.0 | Introduction to Ethics | Feit, Neil P | 35 | 25 | 10 |

**Time**: 1:00 pm - 1:50 pm  **Day**: MWF  **Place**: Fenton Hall 158  **Dates**: Aug 21, 2023 - Dec 15, 2023

| CRN | Subj | Crse | Sec | Cred | Title | Instructor | Cap | Act | Seats |
|-----|------|------|-----|------|-------|------------|-----|-----|-------|
| 33504 | PHIL | 222 | 01 | 3.0 | The Greek Way | Jacuzzo, Leonard Francis | 35 | 9 | 26 |

**Time**: 9:00 am - 9:50 am  **Day**: MWF  **Place**: Fenton Hall 158  **Dates**: Aug 21, 2023 - Dec 15, 2023

| CRN | Subj | Crse | Sec | Cred | Title | Instructor | Cap | Act | Seats |
|-----|------|------|-----|------|-------|------------|-----|-----|-------|
| 35263 | PHIL | 258 | 01 | 3.0 | Life and Death | Feit, Neil P | 35 | 13 | 22 |

**Time**: 2:00 pm - 2:50 pm  **Day**: MWF  **Place**: Fenton Hall 158  **Dates**: Aug 21, 2023 - Dec 15, 2023

| CRN | Subj | Crse | Sec | Cred | Title | Instructor | Cap | Act | Seats |
|-----|------|------|-----|------|-------|------------|-----|-----|-------|
| 34592 | PHIL | 270 | 01 | 3.0 | Philosophy of the Arts | Pacyga, Christopher M | 35 | 19 | 16 |

**Time**: 10:00 am - 10:50 am  **Day**: MWF  **Place**: Thompson Hall W394  **Dates**: Aug 21, 2023 - Dec 15, 2023

| CRN | Subj | Crse | Sec | Cred | Title | Instructor | Cap | Act | Seats |
|-----|------|------|-----|------|-------|------------|-----|-----|-------|
| 35526 | PHIL | 312 | 01 | 3.0 | Current Moral Iss/Principles | Feit, Neil P | 20 | 9 | 11 |

**Time**: 12:30 pm - 1:50 pm  **Day**: TR  **Place**: Fenton Hall 105  **Dates**: Aug 21, 2023 - Dec 15, 2023

| CRN | Subj | Crse | Sec | Cred | Title | Instructor | Cap | Act | Seats |
|-----|------|------|-----|------|-------|------------|-----|-----|-------|
| 35528 | PHIL | 317 | 01 | 3.0 | Philosophy of Science | Pacyga, Christopher M | 20 | 6 | 14 |

**Time**: 12:00 pm - 12:50 pm  **Day**: MWF  **Place**: Fenton Hall 166  **Dates**: Aug 21, 2023 - Dec 15, 2023

| CRN | Subj | Crse | Sec | Cred | Title | Instructor | Cap | Act | Seats |
|-----|------|------|-----|------|-------|------------|-----|-----|-------|
| 35529 | PHIL | 364 | 01 | 3.0 | Justice, Law, and Economics | | 20 | 3 | 17 |

**Time**: 9:30 am - 10:50 am  **Day**: TR  **Place**: Fenton Hall 105  **Dates**: Aug 21, 2023 - Dec 15, 2023

| CRN | Subj | Crse | Sec | Cred | Title | Instructor | Cap | Act | Seats |
|-----|------|------|-----|------|-------|------------|-----|-----|-------|
| 35530 | PHIL | 446 | 01 | 3.0 | SpTp: People: Key Issues | | 10 | 2 | 8 |

**Time**: 11:00 am - 12:20 pm  **Day**: TR  **Place**: Fenton Hall 164  **Dates**: Aug 21, 2023 - Dec 15, 2023

| CRN | Subj | Crse | Sec | Cred | Title | Instructor | Cap | Act | Seats |
|-----|------|------|-----|------|-------|------------|-----|-----|-------|
| 35531 | PHIL | 477 | 01 | 3.0 | Capstone Seminar | | 5 | 0 | 5 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Time**: 11:00 am - 12:20 pm | **Day**: TR | **Place**: TBA | | **Dates**: Aug 21, 2023 - Dec 15, 2023 |  | | |
| 30215  PHIL  485  01 | 1.0 TO 3.0 | Independent Study | | | 5 | 0 | 5 |
| **Time**: TBA | **Day**: | **Place**: TBA | | **Dates**: Aug 21, 2023 - Dec 15, 2023 | | | |

**All results displayed: 14 courses total**

Return to Previous             New Search

**RELEASE: 20230328**

© 2023 Ellucian Company L.P. and its affiliates.