UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN KERSHNAR,<br><br>*Plaintiff,*<br><br>v.<br><br>STEPHEN H. KOLISON, JR, in his individual capacity and his official capacity as the President of the State University of New York at Fredonia, *et al.*,<br><br>*Defendants*. | Case No.: 1:23-cv-00525<br><br>**DECLARATION OF STEPHEN KERSHNAR IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

Under 28 U.S.C. § 1746, I, Stephen Kershnar, declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts in this declaration.

2. I am the Plaintiff in this action.

3. The sole purpose of this declaration is to offer documentary evidence in support of Plaintiff's motion for a preliminary injunction.

4. A true and correct copy of my article *The Moral Status of Harmless Adult-Child Sex* is attached as **Exhibit 34**.

5. A true and correct copy of an email I sent to Chief Isaacson on February 1, 2022, is attached as **Exhibit 35**.

6. A true and correct copy of a letter I received from Maria Carroll on February 3, 2022, is attached as **Exhibit 36**.

1

7. A true and correct copy of an email I received from Maria Carroll on February 3, 2022, is attached as **Exhibit 37**.

8. A true and correct copy of a letter I received from Provost David Starrett on August 24, 2022, is attached as **Exhibit 38**.

9. A true and correct copy of a letter I received from Provost Starrett on September 9, 2022, is attached as **Exhibit 39**.

10. A true and correct copy of a letter I received from Provost Starrett on November 1, 2022, is attached as **Exhibit 40**.

11. A true and correct copy of an email I received from Chad Artrip of the Federal Bureau of Investigation on January 5, 2023, is attached as **Exhibit 41**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Dated: June 9, 2023

_____
Stephen Kershnar