*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Stephen Kershnar

# EXHIBIT 35

Request for Explicit Order
Inbox

**Stephen Kershnar** <Stephen.Kershnar@fredonia.edu>  8:19 AM (18 minutes ago)

to Brent, Stephen

Dear Chief Isaacson:

Thank you for speaking to me this morning. I hereby respectfully request the following.

1. **Order**. An email explicitly ordering me to stay off campus today.

2. **Protest**. An acknowledgement that I strongly and explicitly objected to this order.

3. **Duration**. A specification of how long I am ordered to stay off campus.

4. **Rationale**. A rationale for the order.

5. **Specific Threats**. A list - preferably specific - of any threats the campus has received regarding me or my students.

6. **Contact**. If the letter could please address whether the campus has been in touch with other law enforcement agencies.

7. **Zoom**. I wish to teach today's classes and any future classes that are canceled via Zoom. If this is an instance of a heckler's veto, I hereby request the campus use the least restrictive alternative.

Thank you for considering my request.

Sincerely yours,
Stephen Kershnar