*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Stephen Kershnar

# EXHIBIT 36



*Via campus email & U.S. Mail (certified/regular)*

Stephen Kershnar
3344 Brainard Rd
Fredonia, New York 14063-9752

February 3, 2022

    RE:    Alternative assignment

Dear Stephen:

Effective immediately and until further notice, pursuant to Article 19.11(c) of the Agreement between the United University Professions and the State of New York, you are to perform an alternate work assignment from an alternate location.

During your alternate assignment, you are directed not to be on college property, or have contact with the campus community, except for the following: Human Resources, Dean Karafa, Provost Starrett, University Police, and your union representative.  If you need to interact with other members of the campus community, you must first contact the Director of Human Resources, in writing, with your request and wait for approval to proceed.

Your Dean, Andrew Karafa, will be in contact with you regarding your alternate work assignment. If you have questions relative to this alternate work assignment you may contact either your Dean or the Director of Human Resources.

Sincerely,

*Maria Carroll*

Maria Carroll
Director, Human Resources

CC:    Dr. Stephen H. Kolison, Jr., President
          Dr. David Starrett, Executive Vice President and Provost