*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Stephen Kershnar

# EXHIBIT 37

Response to Isaacson email
Inbox

**Maria E Carroll**  Thu, Feb 3, 8:25 PM (13 hours ago)

to Stephen

Dear Stephen,
In response to your message to Chief Isaacson, please be advised that a notice of alternate assignment, including an order to remain off campus, has been provided to you via email and regular mail as of this writing. We note your objection to this directive.
We are not able to compile the list of specific threats at this time due to the volume involved, but we remain concerned for your safety and that of the campus community.
At this time, the duration of the directive and alternate assignment is unknown, because the safety concerns Chief Isaacson discussed with you, for now, remain ongoing.
The Chautauqua County Sheriff's Office has been contacted by University Police to request their increased patrols.
Thank you.

Maria Carroll
*Pronouns: She/Her*
Director of Human Resources
State University of New York at Fredonia
Email: maria.carroll@fredonia.edu
Phone: (716) 673-4147

*I may send messages outside of normal business hours, but please note that I do not expect a response outside of your normal working hours unless the email message specifically requests it.*