*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Stephen Kershnar

# EXHIBIT 38



**FREDONIA**
STATE UNIVERSITY OF NEW YORK

**OFFICE OF THE PROVOST**

August 24, 2022

Dr. Stephen Kershnar
3344 Brainard Rd
Fredonia, NY 14063

Dear Stephen:

As the designee of President Stephen H. Kolison, Jr., I am hereby providing you this assignment of duties for the Fall 2022 semester in accordance with SUNY System Board of Trustees Policy (Art. IX, Title H.2.) and the College's Faculty Professional Obligation Policy. The Faculty Professional Obligation Policy states: "The President (or designee), based on individual review has the right to redefine an employee's balance of teaching, research, and service in order to maintain a full professional obligation."

Accordingly, due to ongoing concerns regarding your safety and the safety of others on campus should you return to the campus, you do not have any teaching or service obligations for the Fall 2022 semester. You are directed to dedicate your time to your research duties. In addition, you may be assigned off-campus service duties in the coming weeks, in which case you will receive additional instructions directly from me. You are instructed to work remotely during the Fall 2022 semester, since you will not have any teaching assignments or service obligations requiring your presence on campus. If you need access to your office to perform your assigned duties, please contact my office or the office of Dean J. Andy Karafa, and we will arrange to retrieve any materials or resources you may need.

Please let me know if you have any questions.

Sincerely,

Dave Starrett
Executive Vice President and Provost

DAS/snt

c:  Dr. J. Andy Karafa, Dean
    Dr. Stephen H. Kolison, Jr., President
    Official Personnel File, Human Resources
    AA File