*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Stephen Kershnar

# EXHIBIT 39



**OFFICE OF THE PROVOST**

September 9, 2022

Dr. Stephen Kershnar
3344 Brainard Rd.
Fredonia, NY 14063

Dear Stephen:

I write to provide you information regarding your assignment of duties for the Spring 2023 semester. September is traditionally the time when the University begins the class scheduling process for the Spring semester, which includes department chairs discussing class schedules and assignments with faculty members. However, due to ongoing concerns regarding your safety and the safety of others on campus should you return to the campus, the University has not made a final decision as to whether you will be assigned to teach classes for the Spring semester.

Accordingly, the classes that you would otherwise be expected to teach in the Spring semester will have a TBD indication for the teaching assignment pending a final decision. The University expects to make a decision regarding your Spring teaching assignment prior to the opening of enrollment for the Spring semester, which is scheduled for October 31, 2022. Thus, you should expect to receive additional information regarding your teaching assignments for the Spring semester prior to October 31.

Finally, the University reserves the right to modify assigned teaching obligations in accordance with SUNY System Board of Trustees Policy (Art. IX, Title H.2.) and the College's Faculty Professional Obligation Policy.

Please let me know if you have any questions.

Sincerely,

Dave Starrett
Executive Vice President and Provost

DAS/snt

c:  Dr. David Rankin, Department Chair
    Dr. J. Andy Karafa, Dean
    Dr. Stephen H. Kolison, Jr., President
    Official Personnel File, Human Resources
    AA file