*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Stephen Kershnar

# EXHIBIT 41

**Duty to Warn call 1/4/2022**
External
Inbox



**Chad Artrip** <‎‎‎‎‎‎‎@fbi.gov>　　　　　　　　　　　　　　　　　　　Thu, Jan 5, 1:18 PM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(20 hours ago)
to stephen kershnar@fredonia.edu

Dr Kershnar,

Special Agent Chad Artrip. We spoke on the phone early evening yesterday. I'm sending you an email from my FBI.gov address to ensure your confidence that yesterday's contact was legitimate.

Just to reiterate, The FBI is aware of information which identified you as a potential target of criminal activity, to include the possibility of violence. At this time, FBI is not aware of any specific credible threat to you, nor does FBI have any information related to the validity or the nature of the threat. FBI is advising you of this information for you safety and awareness.

My office number is (716) ▮▮▮▮▮▮▮ .

https://irp fas.org/dni/icd/icd-191.pdf

