*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Neil Feit

# EXHIBIT 42



# UNIVERSITY SENATE

## Minutes (Approved)

**Monday, August 29, 2022 | 4:00 - 6:00 P.M. | Science Center 105**

**Attendance (Senators):** Anthony Alterio, Christian Bernhard, Tylor Cardone, Mary Carney, Jonathan Chausovsky, Lan Cheng, Justin Conroy, Adam Cook, Derrick Decker, Lisa Denton, Neil Feit, Jessica Finkeldey, Kerry Fischer, Tim Frerichs, Laura Geraci, Jah-Quail Griffin, Nancy Hagedorn, Syed Ali Haider, James Harrington, Jennifer Hildebrand, David Kaplin, Khristian King, Ted Lee, Amy Marshall, Jill Marshall, Justin Mindzak, Jill Reese, Peter Reinelt, Scott Richmond, Ignacio Sarmiento, Diane Secru, Erica Simoson, Andrew Martin Smith, Paul Starcher, Guangyu Tan, Peter Tucker, Andrea Wasiura, Julie L. Williams.

**Attendance (Standing Committees):** *Academic Affairs* - Amy Marshall; *Gen Ed* - Barb Nolan, Scott Richmond; *FPAC* - Anthony Alterio, Barb Nolan, Paula Peters, Paul Starcher, Andrea Wasiura; *Grad Council* - Rob Deemer, Laura Geraci; *Planning & Budget* - Lisa Denton, Ted Lee, Scott Richmond.

**Attendance (Guests):** Naomi Baldwin, Cory Bezek, Kevin Hahn, Judy Horowitz, Chris LaGrow, Mike Metzger, Barb Nolan, Todd Proffitt, Kerrie Wilkes, Jennifer Wilkins, Jeff Woodard

**Attendance (Ex Officio):** Betty Gossett, Andy Karafa, Erin McTigue Mroczka, Janeil Rey, Vicki Sapp, Scott Saunders, David Starrett

Meeting **called to order** at 4:05 PM by Chairperson Simon.
[August 2022 Agenda](#) approved by unanimous consent.
[May 2022 Minutes](#) approved by unanimous consent.

### Chairperson Bruce Simon

### Welcome
- **Vice Chairperson**—Liz Lee volunteered to fill the position that Todd Proffitt had to leave due to his new position as Senior Assistant Dean in CLAS; as per our Bylaws, Executive Committee appointed Liz to complete the term of the vacated seat (until June 30, 2023).

---

| **Senate Executive Committee** | **Standing Committee Leaders** |
|---|---|
| Chairperson: Bruce Simon | Academic Affairs: Reneta Barneva |
| Vice Chairperson: Liz Lee | General Education: Barbara Nolan |
| Secretary: Karen Lillie | Planning and Budget: Lisa Denton / Kevin Hahn |
| Governance Officer: Rob Deemer | Faculty and Professional Affairs: Anthony Alterio |
| University Faculty Senator: Paula Peters | Graduate Council: Rob Deemer / Laura Geraci |
| Parliamentarian: Pending | Contingent Faculty Affairs: Rodney Garrison |

*Senate meetings are open to all members of the campus community, space permitting.*

- **Parliamentarian appointment**—will be postponed. Liz Lee has offered to serve, but we are awaiting confirmation.

- **Leadership searches**—the President, Provost, and Executive Committee worked together to assemble the four search committee slates—thanks for their hard work and late hours involved in doing this. As required by our Bylaws, you will vote on these slates because these searches are for Deans and higher.

- **Strategic Planning / Academic Master Planning**—is being reset. COVID hurt us in so many ways, so the Provost and Executive Committee (outgoing and incoming) designed a new approach, with new, overlapping teams. We have had robust discussions over the summer about how the consultation process should be handled. We agreed that the Provost will be bringing a strategic plan proposal based on the work of these teams to Senate sometime early in Spring 2023. Technically, they're administrative committees, so consultation won't formally start until after the Provost has digested their report and recommendations. The key is that they're a great group of people with an efficient organizational structure, who will work well together and reach out to every corner of the campus this semester.

- **JTFoiL**—The Joint Task Force on Instructional Load has completed and submitted their work and Senate gave input on it last spring, so Executive Committee's position is that the ball is now in administration hands. We are discussing two main options: one is for the administration to bring a proposal to Senate (which would then make recommendations to both administrative and UUP chapter leadership, as per our Bylaws); the other is for the administration to work directly with UUP chapter leadership (as the union has exclusive bargaining rights on terms and conditions). There are pros and cons to each approach, so stay tuned for a decision.

- **Fredonia Foundations Revision and Assessment Planning**—overview has gone out several times.  There's basically one heavy lift—SUNY's new diversity, equity, inclusion, social justice category.  We have formed a team that will facilitate this (which will be voted on later in the agenda). Everything else we think will be an easier lift.  There were very few responses to an email that went out to Chairs on August 10th seeking to form other teams (e.g., "H" for history and "O" for oral), so unless we hear different Executive Committee will take that as a message to move forward with our coordination/facilitation role in these areas, as well.

**Governance Officer Rob Deemer**

**University Senate 101 (SLIDES)**
- **Shared governance**—how are we communicating? "We" meaning "everyone"? Or Senate versus everyone else? How are we sharing responsibilities, etc., depending on what we are talking about.  Every issue is different, so some may be dealt with differently.

- Five different ways to deal with institutional decision-making at a university:
    - Determination is when Senate and faculty have final say on a matter (e.g., curriculum belongs to faculty).
    - Joint action is much of what we do here at Fredonia (e.g., joint task forces).
    - Consultation is where faculty and Senate provide recommendations to the administration (note that our definition of consultation in Bylaws I and II is a variation on this model).
    - Discussion is where we get the chance to discuss issues, when brought from administration (e.g., feedback, input).
    - None is when the action is purely administrative.
- Three different levels of institutional communication:
    - Info seeking
    - Info sharing
    - Announcements

- **Roles**
    - You have a constituency as a Senator
        - Ways to connect and get their input on any decision that needs to be made.
            - Qs and concerns are brought to Senate for when we open up for discussion.

- **Speaking in Senate**
    - If you want to bring things up, there are times to do so.
    - Raise hand, and identify self so that the secretary can get it into the minutes and direct the questions to Bruce.
    - If dealing w/ one particular issue, we try to keep it to speaking only 2x on that one issue.

- **Agendas**
    - Draft agenda will come out first (typically the Wednesday of the week before Senate meets the following Monday), then proposed agenda (further revised version of draft agenda) is seen the day of the Senate meeting. Senate then approves or amends/ approves at start of meeting.

- **Motions**
    - You'll be speaking for/against one, or asking for one to be considered or dealt with in some manner.
    - Everyone who is Senator (voting or not) has full parliamentary privileges (*ex officio* just can't vote on motions).

- **Point of Order**
    - Any time there are Qs about parliamentary procedure, you just point it out and ask for clarification.

- **Voting**
    - No more clickers.
    - During meeting, we'll start by asking any objections to and determining how we are voting.
        - Will often go to voice vote
        - Can also go to hands raised or QR codes, which takes email but will not share that out.
    - Purpose of voting is to make sure we have majority votes or the criteria needed for passing if different than majority of those attending.
    - If something is really important and we need time to consult with constituents, we'll do that with the Condorcet electronic voting option.
    - Senators have, from the Bylaws, the ability to say which way they are comfortable with voting and specify which form (it's up to Senate to approve modifications in voting method from what Executive Committee proposes; we'll make those proposals in future draft/proposed agendas).

**President's Report: Dr. Stephen Kolison ([SLIDES](#))**

Opened with greeting and his happiness at being in person for the first time face-to-face Senate meeting.

Party on Friday, Sept. 2 - please be sure to come.

Next Friday, Sept. 9th, is investiture.  Looking forward to seeing many of us present, as well as students.

*(Turning to points on agenda:)*

I. **FY 2022-2023 Budget**
    A. We are a long way from where we need to be.
    B. Shared slides of what we need now in order to operate
        1. About $55 million is needed for salaries, contractual agreements, and monies not paid in salaries.  That's for this year alone and is reduced because of our current realities.
        2. If we were not constrained, then we would need $65 million
    C. It looks as though we are on track to receive about $1.5 million from NYS that Governor announced recently
    D. When you do the subtraction, you get about $17 million in deficit and then we have to figure out what to do about that.
        1. If you go by rows, you can see where money is going to come from to cover that $17 million
            a) E.g., there are some positions that will not be filled right now; some institutional resources; one-time cash infusion
            b) We kept about $10 million of fed stimulus and will use that -- but we won't have it next year.
                (1) This means between now and June 30th, we'll have to find this $10 million somewhere else

4

      2. Still need to find about $2 million accounting for all mentioned so far.
- E. What is challenging is where we spend our money
    1. Most is spent on salary (see pie graph slide)
    2. This issue is more complicated and difficult to solve because now we're talking about people and how that impacts people.
    3. About $44 million is spent on salary, and we get $38 million in revenue.
        a) What needs to happen is to move this so there's more balance between the two.
    4. So he's asking for our help in what to do here. He is open to our suggestions.
        a) Even if we get rid of all the OTPS, still need help.
        b) We have reached a place where we have no more reserves. We will be depleted by the end of this year.
        c) This is all based on the enrollment right now.

II. **VP Searches**
- A. Announcement of the retirements of VP of Advancement Betty Gossett and VP of Finance & Administration Michael Metzger.
- B. Three searches
    1. CIO
        a) We have done this search 2x now and it hasn't worked, so now we're using a search firm. This will also be used for the VP Business/Finance position.
    2. VP for Business and Finance
    3. VP for University Advancement and Ed FCF
        a) We will try to do this search on our own.
        b) If we receive no or limited applications, then we may turn to search firm.
    4. These are all decisions being made by Cabinet
- C. Search committees announced ([Link](Link))
    1. The CIO is presented for informational purposes; no vote on this.

III. **Bicentennial Fund/Investiture**
- A. We have to think about who we educate here. If we are going to continue to support students, we need money to do so.
- B. This Fund will increase our ability to provide assets and assistance to students, including helping with retention after year 1.
    1. The idea re: retention is important, not just for students, but morally - if they leave after year 1 they've likely accrued debt and that's not right.
- C. This summer, the Bridge Program was successful. We need more of this type of thing.

These are the three things I was asked to talk about, and I am happy to answer any questions.

5

***Qs to President Kolison:***

- ➢ Neil Feit, Senator - Question about Kershnar controversy. (Described background.) It was announced in February that an investigation was starting. Has the investigation finished and what are the results?
    - ○ Response: I cannot talk about this in this public forum; I have to respectfully not answer because of both university policy and the law.

- ➢ Neil Feit, Senator - Q:  Have you let Professor Kershnar know the results?
    - ○ Response: I don't want to be dragged into that; it's inappropriate for me to talk about this here in this forum.  There is due process and that has to be respected.

- ➢ Ted Lee, at large senator, Q:  Given the budget issues you say we need to be addressing and our enrollment is at an historic low, should we be hiring two new deans right now?
    - ○ Response:  I would argue that leadership matters. We can't get out of this without an infusion of ideas and leadership. So, this is strategic.  Looking at the Schools of Business and Music, these are important programs. You can't run them on an interim basis only.  That sends the message of instability to others and hurts in attracting students. Need new, bold, courageous leadership that can get us out of this today. Interim can only get us so far.

President Kolison closed by thanking us and reminding us he hopes to see us Friday at the party.


**Provost's Report: Dr. Dave Starrett (SLIDES)**

Opening remarks about being happy to be face-to-face again.

*(Turning to points on agenda:)*

      A. **Strategic Planning/Academic Master Planning/Program Health Initiative**
        1. This was worked on, set aside for a while, bringing it back up to continue on the work that was done already
        2. An academic master plan is something this university has not yet done and is important to do; it looks at what programs we have and what ones we want, including resources then required.
        3. There are committees formed for this and for strategic planning.
        4. We have engaged the Society for College and University Planning (SCUP) to help the strategic planning process.
        5. Will also look at enrollment trends, costs, etc., to see the health of every program on campus and ask the hard Qs about how they're doing and what changes are needed to make them healthier or even

asking the tough question of whether they are still serving students' wants and needs.

B. **Recruitment/Retention Activities/Plans**
   1. Enrollment as of this morning: see slides for current numbers.
   2. Grad numbers are up significantly, and they pay more tuition.
        a) Continue w/ online growth
   3. Recruitment fairs are up 70%.
   4. Need to keep thinking about not just local reach but beyond, particularly to nearby states (and those that have increased demographics, such as high school grads).  The North East is, in general, not well for that.
   5. Need to grow transfers.
   6. BOLD initiative with JCC: student takes 2 years on JCC, gets associate's, and then stay there on that campus but get the 4 year degree from us. We have started this and will scale up over time.
   7. Update our articulation agreements, including being deliberate about keeping students informed about them.
   8. Retention: we've created new position, with Erin Mroczka; see slides for what has been done.
   9. Focus on unregistered students; this really helps if we can track them down.
   10. Motimatic is something that was also tried, used on social media to track students when they've shown some sort of interest in us. There was some success w/ this which we started last summer.

C. **JTFoiL**
   1. Will bring forward our response sometime this fall.

D. **Reorganization**
   1. CDO is now under Academic Affairs, reporting under Erin
   2. We worked w/ CLAS about some reorg there, continuing to meet w/ chairs.
        a) Two-step process where we will reduce the number of chairs this year and next.

E. **Dean Searches**
   1. School of Music
   2. School of Business

F. **Faculty Searches**
   1. 7 faculty searches were successful of the 11.
   2. Of the 4 unsuccessful searches, going back to Cabinet to get approval.
   3. Did run the searches a little later than desired, so hope to start sooner this time around.

***Qs to Provost Starrett:***

- ➢ David Kaplin, English, Senator. Q: Is the program health task force/committee formed already? And if a faculty member is interested, to whom do they apply or talk to about that?
    - ○ Response: We have a volunteer to do the chair already. Need heavy faculty involvement. Talk to either him or Bruce Simon.

- ➢ Neil Feit, Philosophy, Senator. Q: I have a Q about the three philosophy courses that were canceled and the way the whole cancellation affected the students. Just don't know why and want to know what can be told about it? Went through the process (e.g., contacting Chair/Dean) about needing to staff the classes, which were filled with students. First day of class came, and the Dean's office put up a note about class being canceled—by end of the first week, class was totally canceled.
    - ○ Response: As the President mentioned, w/ personnel issues that cannot be mentioned, it was Wednesday of this week that we finally knew what would happen. Reached out to contingent to see if could be filled, reached out to UB and Buff State to see if any faculty would have been available and that didn't work. Immediately reached out to students on Thursday afternoon through Friday, advisors stayed late w/ them to find them another class. As of now, 30 of the 35 had been moved successfully and about half of those in the upper division classes are successfully moved. We've had last minute instances of faculty not being able to teach, such as through health, and it happens. Not the approach we want to take, but it happens.

- ➢ Neil Feit, Senator. Q: Are you saying it wasn't until Wednesday morning that you knew whether or not Kershnar would be teaching or not?
    - ○ Response: Yes.

- ➢ Neil Feit, Senator. Q: I thought there were safety concerns? So as of Wednesday morning there were not safety concerns?
    - ○ Response: Cannot talk about that.

- ➢ Q: Syed Haider, Computer Science, new senator. Q: Last year, searches were closed. You did mention that four searches that didn't go through would be requested, is there any plan for other depts to request search?
    - ○ Response: Yes, we did them based on accreditation needs or where programs were healthy. Need to see rules on money coming in from the Governor, but, yes, we will take consideration of additional lines and moving them forward.

- ➢ Q: Rob Deemer, Music. Q: Can you speak to the timeline as to how many and when we'll be able to hire recruiting staff in Admissions?

8

- ○ Response: Dana Bearer's last day is today or tomorrow (Wednesday). We have a consultant coming in from EAB. Cabinet approved two positions for recruiters today.

## University Faculty Senator Paula Peters

- Fall Planning Meeting coming up at Saratoga Springs on Sept. 8 & 9 to talk about goals for this year.  She's on the equity/inclusion/diversity committee, so you can reach out to her for anything related to that, or anything generally for her to bring forward to our university colleges sector or the UFS as a whole.

- Fall Plenary is Oct. 20-22 so look for information from her to be forthcoming along with your input.  Please talk to constituents and then talk to her so she can bring forward what the concerns really are and we can be well-represented.

- Visit www.sunyufs.us if you want to see what's happening with system-wide governance.

## Chairperson Bruce Simon

Will take questions rather than report, as my welcome doubled as a report, and if none, move on to Action Items.

## Action Items

I. **Planning and Budget Committee Membership:**
   A. **Scott Richmonds** approved as new member by unanimous consent.

II. **Distinguished Faculty Personnel Committee Membership**
   A. Dr. Horowitz is the President's designee on the group and this is the proposal we are bringing to the floor.  You can see the continuing members, appointed members, and the proposed members, which we'll be voting on today.
   B. **Questions?**
      1. Kerrie Wilkes, Library, guest, Q: For clarification, the Library faculty don't have anyone at full professor rank, so if there were to be someone at that rank, would it go back to being a library seat rather than an at-large?
         a) Response: Yes, this is why it's a two-year appointment. We're thinking that maybe someone would be a full professor in that time, and a two-year term helps stagger committee membership. We are not stealing that seat from the library beyond those two years!
   C. **Proposed members** approved via voice vote.

III. **Bylaws Revisions**
  A. **Substantive Revisions**
     1. **Affiliate Committees**
        a) We have one Bylaws revision that needs to go through all three steps (Senate approval, Voting Faculty ratification, President's approval), because it affects consultation, and it's the language change about affiliate committees, to make it easier to update the list of affiliate committees in the Bylaws. We've been looking all summer to figure out who is on what and which are active; this Bylaws change, once approved, would allow us to update the list via a two-thirds vote in Senate only.
        b) No discussion.
        c) **Affiliate committee** revision approved via voice vote.
     2. **How chair of graduate council will be selected**
        a) This Bylaws revision requires only two steps (Senate approval, Voting Faculty ratification) because it does not affect consultation (it's a matter of internal organization).
        b) **Discussion?**
            (1) Jennifer Hildebrand, Senator. Q: language currently says chair but we have two chairs. Makes motion to change it to say "chair or co-chairs." Seconded.
            (2) No discussion.
            (3) **Amendment** approved via voice vote.
        c) **Amended chair selection process revision** approved via voice vote.

  B. **Bylaws Cleanup** - title changes, changes to unit names, etc., plus we are replacing "his or her" to "their."  These nine bylaws require only a two-thirds vote in Senate to be approved.  Would prefer to do all of them as one big vote, rather than dividing the question.
     1. Reviewed the ones that need changing on the screen for all to see.
     2. Noting that *ex officio* numbers 18 & 19 are not technically a cleanup, but just seemed necessary to include those that are part of our body.
     3. Re: Planning and Budget Committee, since whom they consult with changes from time to time, Executive Committee decided to make the language more general so we don't have to keep changing the Bylaws every time the groups they work with change.
     4. No discussion.
     5. **Bylaws cleanups** approved via voice vote.

IV. **Program Discontinuance**
  A. These are programs that have not been offered for years (or in some cases, decades); they have been formally deactivated. Now we have to dot i's and cross t's so that they are formally discontinued with SUNY and NYSED.
  B. No discussion.

      C. **Program discontinuances** approved via voice vote.

V. [Search Committee Slates](#)
    A. Executive Committee has been working with the Provost, President, and Naomi Baldwin right up to the last second.
    B. Thought is to approve the slates as a whole, but if anyone wants it separated out, please make a motion to divide the question.
        1. **Finance and Administration**
           a) Was looking to get broad rep within administration as well as CSEA and UUP on it. Traditionally the Senate doesn't approve the student or external committee member, but we will notify Senate of TBDs in October meeting.
        2. **VP of University Advancement**
           a) Same re: broad distribution within University Advancement or units interacting a lot with University Advancement, as well as including UUP, CSEA, student, community member and notifying Senate of TBDs/designees in October meeting.
        3. **Dean of School of Business**
           a) External faculty member is TBD; in October we'll bring back that name for approval.
        4. **Dean School of Music**
           a) Student TBD will be brought to Senate in October.
    C. Open floor for discussion
        1. Neil Feit, Senator: This has nothing to do w/ the people on any slate, so yea vote doesn't really indicate search for position, but to echo Senator Ted Lee's point earlier, is this setting us up for financial problems? Why not use those already here in the interim?
           a) President Kolison responds: look at the reaffirmation document from Middle States re-accreditation. One of the points made was that our leadership was not stable, so we are expected to take some of these actions if we are to meet that.
           b) Bruce Simon responds: we made sure not to approach, invite, or involve anyone here who we thought might have an interest in applying for any of these positions.
    D. **Four slates** approved via voice vote.

VI. [Fredonia Foundations Program Revision Facilitation Teams](#)
    A. Executive Committee originally envisioned four facilitation teams, b/c we thought the history revisions and oral communication revisions might require people w/ expertise in those areas. We thank the "E" team (really the English 100 Team) for graciously agreeing to continue playing their role. They are well ahead of the game, ready to pilot some changes in the Spring so they can test their means of assessing students, rubrics, the eportfolio, so by Fall 2023, ENGL 100 will be completely ready to go.
        1. For Track 1, the "E"-Team's recommendation is already ready: to replace current SLOs w/ SUNY SLOs. So they'll be transitioning

11

           toward Track 2. Next step, given the changes, do the proposal forms need to be revised in any way? They'll make a recommendation to the Gen Ed Committee after being vetted by Senate Exec and Standing Committee chairs.
       2. Once Senate has approved FF program framework revisions (by November) both the "E"-Team and the "D"-Team can start working on what it means to propose a course, supporting faculty who want to revise or develop a course, and so on.
       3. Anyone thinking of a DEISJ course please reach out to the "D"-Team and/or Executive Committee.
  B. What we need to do now, in Senate, is approve the facilitation teams so they both can get going on framework. Executive Committee is hoping for a Track 1 recommendation from the "D"-Team by next Senate meeting.
  C. If anyone would like to be added to either team, now is the time to let us know.
  **D. Discussion/Questions**
       1. Jennifer Hildebrand, INDS Senator. Q: Do we have a chair of the "D"-Team?
          a) Response: Once team is approved, it's team business but Executive Committee will reach out soon to get the ball rolling.
  E. **"D"-Team and "E"-Team membership** approved via voice vote.

**Discussion Items**

  **A. Undergraduate/Multi-Award Program Approval: Dr. Jennifer Hildebrand (for Dr. Reneta Barneva) on behalf of Academic Affairs Committee**
    a. What's really going on here w/ first five proposals are very small changes. They're changes to attract students. Because these program proposals are important enough to go to SUNY and NYSED, they are important enough to come to Senate.
    b. Because some of the programs have bachelor's and multi-award, they had to do two separate forms.
    c. The change for art history is more specific, based on recommendation of their accrediting body. Adding 12 credits means that comes to Senate, SUNY, and NYSED.
    d. Questions?
       i. Bruce Simon, procedural question on approach to voting?
          1. Response: Would request that Senate move forward on the first five unless someone has an objection b/c they are small changes. The last requires consultation with constituents.
    e. Bruce Simon agrees and asks for discussion on a motion from Academic Affairs Committee to approve the first five proposals. There was no discussion.
    f. **First five program proposals** approved via voice vote.

    g. Any discussion of art history proposal or questions you would want your colleagues to take back to their constituents? None.

**B. Graduate Council:  Dr. Rob Deemer**
    a. Graduate Council has approved a new program; now it comes to Senate: the first graduate MBA program that allows licensure as CPA.
        i. Moj Seyedian, Interim Dean of School of Business
            1. This was approved unanimously by Graduate Council because it's such a good program; we've been working on it for more than two years, in response to changes in the CPA exam.
            2. Ultimately we decide to take our 5-year program and turn it into an MBA. We did a market study and know that ⅓ of our graduates go on immediately to do grad studies after leaving here. We surveyed students and 75% said they would do the MBA if offered.  When approved, we would be the only place around us to offer an MBA.
        ii. Question, Rob Deemer: Because this is a new program, we want robust discussion, but we want to also be efficient, so how should we proceed?
            1. Response, Jennifer Hildebrand: She suggests taking this back to constituents; in the meantime, there is no reason why paperwork for state approval can't be worked on.
    b. Program Reactivation—information only
        i. Got signatures and approval to reactivate interdisciplinary studies MA/MS.

**New Business**

None.

**Good of the Order**

- Chairperson Simon: Please talk to constituents about the proposed Fredonia Foundations program framework revisions.

- Jennifer Hildebrand—clarification Q—you had mentioned an "H" team?
    - Response, Bruce Simon:  If there were no nominees for a facilitation team, Executive Committee will take the lead on coordination/facilitation, and will be happy to work with all interested departments that contribute to history categories. If there is enough interest, we could bring an "H"-Team slate to Senate for approval next meeting.

- Jennifer Hildebrand—also want to point out that History was two of three classes, now is down to one of two, so we do want some input in that.

13

- Amy Marshall—we're doing a lot with re-enrolling students, especially those who may be coming back after years, so how will they fit in #6 and evaluate that, as well as those coming in from non-SUNY schools? Just some things to consider.

- Scott Richmond, Library, Senator—in #5 it says "see outstanding issues below"?
    - A: Ah, that refers to the deep dive document. Basically, we have a complicated information literacy array in FF.  SUNY's SLOs have been changed to require ethical/political issues to be front and center, so that raises a question about whether an FF course that only aspires to address them can still be said to be meeting SUNY's SLOs. Executive Committee will reach out to you to discuss further.

Meeting **adjourned** at 5:58 PM.

> Minutes taken by Karen E. Lillie, University Senate Secretary