*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Neil Feit

# EXHIBIT 43



# UNIVERSITY SENATE

## Minutes (Approved)

**Monday, October 3, 2022 | 4:00 - 6:00 P.M. | Science Center 105**

**Attendance (Senators):** Anthony Alterio, Todd Backes, Christian Bernhard, Mary Carney, Jonathan Chausovsky, Lan Cheng, Adam Cook, Christopher Dahlie, Derrik Decker, Lisa Denton, Neil Feit, Kerry Fischer, Tim Frerichs, Nancy Hagedorn, Syed Ali Haider, James Harrington, Jennifer Hildebrand, Khristian King, Ted Lee, Jill Marshall, Susan McGee, Justin Mindzak, Jill Reese, Peter Reinelt, Scott Richmond, Ignacio Sarmiento, Diane Secru, Paul Starcher, Guangyu Tan, Peter Tucker, Andrea Wasiura, Kim Weborg-Benson, Julie L. Williams.

**Attendance (Standing Committees):** *Academic Affairs* - none; *Gen Ed* - Barb Nolan, Scott Richmond; *FPAC* - Anthony Alterio, Barb Nolan, Paula Peters, Paul Starcher, Andrea Wasiura; *Grad Council* - Rob Deemer; *Planning & Budget* - Lisa Denton, Kevin Hahn, Ted Lee, Scott Richmond.

**Attendance (Guests):** Ann Aldrich, Naomi Baldwin, Michelle Bernatz, Kevin Hahn, Todd Proffitt, Kerrie Fergen Wilkes

**Attendance (Ex Officio):** Rob Deemer, Judy Horowitz, Andy Karafa, Laura Koepke, Stephen Kolison, Liz Lee, Barbara Nolan, Paula Peters, Vicki Sapp, Scott Saunders, Bruce Simon, David Starrett

Meeting **called to order** at 4:04 PM by Chairperson Simon.
**October 2022 Agenda** approved by unanimous consent.
**August 2022 Minutes** approved by unanimous consent, after adding Judy Horowitz's name to attendance.

### President's Report: Dr. Stephen Kolison (SLIDES)
*(Turning to points on agenda:)*

I. Announcements
   A. Houghton Hall opening ceremony on October 14, 2022.
   B. There were many donors who assisted with this and will be present for it.
   C. Andy Karafa was chair of this committee and was very instrumental in this.

| **Senate Executive Committee** | **Standing Committee Leaders** |
|---|---|
| Chairperson: Bruce Simon | Academic Affairs: Reneta Barneva |
| Vice Chairperson: Liz Lee | General Education: Barbara Nolan |
| Secretary: Karen Lillie | Planning and Budget: Lisa Denton / Kevin Hahn |
| Governance Officer: Rob Deemer | Faculty and Professional Affairs: Anthony Alterio |
| University Faculty Senator: Paula Peters | Graduate Council: Rob Deemer / Laura Geraci |
| Parliamentarian: Liz Lee | Contingent Faculty Affairs: Rodney Garrison |

*Senate meetings are open to all members of the campus community, space permitting.*

II. Searches
   A. CIO and VIP for Finance and Administration are being handled by the search firm Academic Search, to help us meet the challenge of finding strong candidates.
   B. We are first going to try the VP for University Advancement on our own, and see how it goes.
   C. Deans of SOM and SOB are also being handled by the search firm Academic Search.

III. External Engagements
   A. WNY Consortium of Higher Ed
   B. Comprehensive Sector Presidents Group
      1. When you get a system this big you can be sure there are various interests across the types of institutions (e.g., comprehensive, university centers, etc.), so it is useful to meet with other presidents in similar institutions to see what would benefit the comprehensive sector.
   C. Member of various organizations and initiatives:
      1. Amtrak Station in Dunkirk
         a) Easy to see the benefits
         b) Last meeting he attended, all the key players were there (Mayors, Chautauqua Co. Executive, etc.)
      2. Brooks Hospital
      3. Central Connections initiative
      4. Established COVID clinic, which helped build relationship between county and campus
      5. Member on SUNY search committee for the SUNY Provost
      6. EAB Presidential Experience Lab: get together to talk about national issues and how this impacts each institution
      7. Local community involvement, e.g., Chamber of Commerce
   D. There needs to be a balance between these things he is involved with externally, and on the campus itself, especially when dealing with fiscal/enrollment challenges. Hopefully, in future, he can do more of the above when the rest is taken care of internally.

IV. Investiture
   A. Very successful, very enjoyable event. He enjoyed it and feels that those who attended did, as well
   B. Introduced the Bicentennial Fund
   C. Family, relatives were here so for him personally it was a good weekend. His family is very happy he is at Fredonia and it was the first time many came to this campus/area.
   D. How was it paid for?
      1. They raised money - can see list of fund partners and donors at https://www.fredonia.edu/about/offices/president/inauguration-kolison

       2. $10,000 was donated to pay for the event
       3. Received a grant from FSA
       4. A total of about $18,000 was raised for that event.
   E. Music was great, composed by Dr. Robert Deemer. Loved the jazz. Very moved by this and wants to thank Dr. Deemer for this.
   F. Thanked people involved in planning and operations.

**V. Strategic Positions to Transition from Interim Appointments / Arrangements to Regular Appointments**
   A. We have hired some people for the vacancies listed in the slide
   B. CIO was tried twice, couldn't find anyone, so now have Academic Search
   C. Did search for EVP and Provost, and he's here now
   D. Dean searches
       1. One interim w/ Dr. Janeil Rey for COE
       2. Dean, School of Business
       3. Dean, School of Music
   E. Chief Diversity, Equity, and Inclusion Officer - Vicki Sapp is now here
   F. When it comes to Dean position, we don't save much money between an interim and a full hire
       1. With interim, you increase their salary by going to 12 month position, then you have to fill the courses and position they are leaving behind
       2. The difference with cost is very little
       3. What do you forgo, what do you lose in the process, by doing this?
          a) For interim, they're sharing their time, versus someone who is doing it long-term (the more permanent position hire)
   G. Reaffirmation of Supplemental Report (discussed on Dec 7, 2020)
       1. Want to focus on #5 - "A clearly document administrative structure with members who possess the skills, time, assistance, technology, and expertise to perform their duties"
       2. If we decide we will not do the Dean positions, then it will be even more difficult for us to overcome our deficit
       3. There are some things we must do to keep this university functional and put us on track for future growth
       4. The Provost will talk about discussions he had earlier today so will save that for him to talk about

***Qs to President Kolison:*** None.

**Provost's Report: Dr. Dave Starrett**
*(Turning to points on agenda:)*

**I. Strategic Planning/Academic Master Planning Updates**
   A. Strategic Planning and Academic Master Planning groups have been meeting several times. A draft of the Strategic Plan will be ready by the end of the fall semester and a draft of the Academic Master Plan will be ready by the end of the spring semester.

II. **Dean Searches**
   A. As mentioned, Business and Music have been advertised, as well as CIO
   B. We will be talking about the COE Dean and looking at the slate of search committee members later today
   C. Music and Business Deans will be in place hopefully by this summer

III. **JTFoil Update**
   A. Another meeting tomorrow; will bring to Senate this semester

IV. **53/60 Fund Update (Dollars from SUNY)**
   A. $60M pot: one-time monies to support students and enrollment initiatives
      1. We applied for $769K with backup projects demonstrating over $1M in needs
      2. We were given two weeks to respond by the time the criteria came out, so Provost Council put together requests
      3. Should be hearing back from them soon and hope to get that money, so cross fingers
   B. $53M: permanent faculty positions
      1. We can apply for $693K, but it includes benefits (.635 of salary). So each position costs 1.635, which comes to ~$425K in actual salaries, or six positions discussed at Cabinet.
      2. We have a year to use these funds.
      3. We expect them to be recurring.

*Qs to Provost Starrett:*

➢ Q: Neil Feit, Senator, Philosophy - You wrote to Prof. Kershnar that the courses that were assigned to him for Spring 2023 have been changed to TBD (and quoted email). Surely you recognize there's a possibility he can teach by zoom, and there's a new Live Digital Instruction modality that he can use, so I'm wondering why, if the ongoing rationale is ongoing safety concerns, his name isn't kept there, since he could simply be warned that he might need to teach remotely instead of in person.
   ○ Response: Understands question, personnel issue, will not respond to it.

➢ Q: Jonathan Chausovsky, Senator, Political Science - How was the Live Digital Instruction modality approved? Did it go to Academic Affairs Committee?
   ○ Response, by Judy Horowitz: COOL came up with the modalities, and it did come to Senate in May. Happy to talk to you afterwards.

➢ Q: Lisa Denton, Senator, Psychology, Co-Chair, Planning and Budget Committee - Are the faculty positions you discussed one-time funds?
   ○ Response: We're going into it thinking we're funding these positions for the long-term because we see them as critical. Everyone we're talking to is telling us it's permanent funding, but we understand it needs to remain in the state budget each year for that to happen.

- Q: Michelle Bernatz, guest - When will you announce the six positions?
  - Response: Soon.

- Q: (MISSED) - Study abroad
  - Response: (missed)

- Q: Guangyu Tan, Senator, Education - The COE Dean position is not advertised yet; if we don't hire by summer 2023, what is the plan?
  - Response: We would need another interim.  The idea is to do the search this fall, and if needed, do it again in the spring.
    - Follow-up Q: Is this position approved already?
      - Response: We will be advertising like we always do and the committee member slate is on agenda today.

- Q: Paul Starcher, Senator, Professional Staff at Large - Who is the interim for study abroad?
  - Response: Richard Freeman

- Q: Anthony Alterio, Senator, Theatre & Dance, Chair, Faculty and Professional Affairs Committee - Thinking about funding from last meeting - if we don't get a portion of the $60 million, and I remember we had $10 million in reserves that won't be replenished, what happens?
  - Response: If we don't get the initiatives, some are critical based on enrollment factors
  - President response re: $10 million: We would be in a precarious position, and remember the numbers I gave last time.  We need about $2 million plus the $10 million in federal funds.  This picture has changed and improved a bit. So next time I come to the meeting I'll have new numbers. We now need to worry about $9 million for next year. Most positions we're talking about are calculated into it. So the outlook is changing constantly, because we have to consider resignations, retirements, and other things that may put us in a better financial position. The positions we are going for now we need.  Our plan was that we have one year from 2023 to 2024 so if the state says they wouldn't give us money, we have time.

## [University Faculty Senator](#) - **Prof. Paula Peters**

- Had a good meeting in Saratoga Springs where committees met and we talked about what we want to work on for the year; please see the copious notes she took and bring forward any Qs.
- Also on the Equity, Inclusion, and Diversity committee so any concerns regarding that can also go to her.
- Keith Landa, the UFS President, was talking about budget and advocacy at the Fall Planning Meeting. With Gov. Hochul, a WNYer, running for a full term, now is the time for us to bring forward advocacy for SUNY in the state budget. This is the time to strike while the iron is hot.

- - Listen to Gov. Hochul's 2022 State of the State Address, which included a prominent commitment to revitalize SUNY.
  - This is the time for SUNY comprehensive universities to make their budget issues known, let her know what we do.
- Plenary is coming up in a couple weeks, so let her know if there are things she should do or talk about.
- (had to plug in computer so missed a little here about first big theme)

**Chairperson Bruce Simon**

I. **Updates**
    A. Will attempt to get future messages to Senators out earlier than the October one that went out.
    B. Happy to announce that Liz Lee confirmed she will take on the role of Senate Parliamentarian.

II. **Fredonia Foundations**
    A. Liz Lee will also be his designee coordinating our Fredonia Foundations revision process from here on out, plus she'll come up as *ex officio* when we get to the FF revision facilitation teams vote, as she's serving as liaison to each.
    B. General Education Committee has been consulting intensely with Senate Executive Committee in the last 72 hours, clarifying roles. Proposals are now going to and coming from Gen Ed Committee. We're very close to making decisions on the remaining outstanding issues.
    C. Today, you'll be approving a new facilitation team, "H"-Team. Like the other facilitation teams, their role is to make proposals to Gen Ed Committee. Gen Ed will bring recommendations to Senate for discussion/vote in November.
    D. Pauses for updates from the facilitation teams.
        1. "D"-Team Report - Dr. Jennifer Hildebrand
            a) Our slate was approved by Senate in August, but not with Jennifer as chair or Bruce and Liz as *ex officio*, so we are seeking approval for these updates.
            b) As we met we found quickly we had questions about the continuation of the GPD theme and the history-focused SUNY GE categories that we felt it wasn't in our realm to answer, so we advocated really strongly for "H"-Team to get built.
            c) Our heavy lift comes later (i.e., approving curriculum in Track 2). Right now in Track 1, we're in a light-lift stage, so our proposals are simple (cf. items #1-3).
            d) Questions?
                (1) Q: Syed Ali Haider, Senator - On the SUNY GE website we have a set of SLOs that we follow for Fredonia Foundations and I was struggling to find

6

that SUNY had actually put on Computer Science in there. Do we know how GPD and GP are different and how can that happen?
- (a) Response: Remember that our themes are local, not SUNY's. At first we thought that our entire GPD theme might be redundant in light of SUNY GE categories and SLOs, but we ended up supporting "H"-Team's suggestion of keeping the Global Perspectives theme while focusing on Diversity in SUNY's DEISJ category. Recall that back when we were shifting from CCC to FF, the students had spearheaded a campaign to get diversity added to that theme. Ultimately, diversity was added, but we've been treating the theme as Global Perspectives *or* Diversity. So now we agree with "H"-Team that instead of keeping it as "or," we're recommending we move "D" up to the SUNY GE category and adopt their SLOs for it. For the GP theme, we don't have any SLOs yet set. If you have ideas for how you'd like those categories to look, go ahead and send her an email.
  - (i) Follow-up Q: So my comment about computing doesn't hold. My follow-up, do we have to do what SUNY basically says are the SLOs or can we add to that, locally, do we have that flexibility?
    - (a) Response: We absolutely do. One thing that's important is if we make significant changes that aren't mandated or absolutely necessary by SUNY mandate, we need to do so by data analysis and based on our process here, we're just beginning all of that.
    - (b) Response, Barb Nolan, Chair of Gen Ed: We know that first and foremost, the first bullet is to the fullest extent possible, maintain the implementation integrity of our Fredonia Foundations program. We're in year 4 of 5 in the assessment cycle. So any significant changes need to be data driven, and in my role for Gen Ed, I've appreciated Dr.

7

        Simon's time and attention to that. Gen Ed is working very hard; thanks Dr. Lee for coming on board and helping out. November 7th, at our next Senate meeting, there will be lots of info presented and recommendations made, in response to charges given to us from Dr. Simon.

  2. "H"-Team Report - Dr. Nancy Hagedorn
   a) We are strongly in support of keeping global perspectives as a theme and keeping diversity as a category.
   b) We also want to use SUNY GE SLOs as they are for US History and Civic Engagement and World History and Global Awareness, without any changes.
   c) In looking at our courses, we don't see great difficulty in moving world history or US history courses as they exist into the new SLOs; they're not that much different.
   d) We anticipate that some of our Western Civ courses can fit into the World History and Global Awareness category - it doesn't exclude Western, just says other, so should be able to move some of those courses into it.
   e) We strongly recommend continuing to require both World and US History courses in FF. We did a survey of comparable SUNY schools, and many are above 30 credits. We disagree with the argument that more credits would prevent students from coming here, and we think it's very important that students learn World and US history in today's society.
   f) Questions? None.

E. The key thing to emphasize in closing is that unlike past changes to our general education programs, such as GCP to CCC in the late 1990s, or CCC to FF in the 2010s, we are not replacing an old program with a new one. We are simply revising Fredonia Foundations this time.

F. Thanks to the General Education Committee for helping clarify that we don't need to complete every aspect of Track 1 before starting Track 2. As soon as we approve SLOs in Track 1, we can start on Track 2 course proposals in areas that will need to propose new courses or substantive revisions. Getting courses ready for Fall 2023 is different than clarifying the requirements students who enter Fredonia in Fall 2023 and beyond have to meet to complete FF. We're looking into deadlines for us and the President to approve the program framework and requirements portions of Track 1; we'll follow up with the Registrar's Office and Academic Advising.

III. **State Budget Advocacy**
  A. In the interest of time, please see his message to Senators.

- B. SUNY UFS is going from a quiet phase of working with SUNY System Administration on their budget request to the Governor, to crafting a resolution that is going to be voted on at Fall Plenary after he turns in an initial draft and it goes through multiple layers of peer review.
- C. For our next meeting, look for a resolution endorsing UFS's, as well as a Fredonia-specific one building on the things he is going to be talking to College Council about on Wednesday.

IV. **Joint Task Force on Academic Program Health**
- A. Call went out in Academic Affairs bulletin, already heard from some volunteers; deadline is Wednesday, Oct. 12.
- B. We want to bring the memberships, the charge, the functions of this program health joint task force to Senate for a vote next meeting in November.
- C. The idea of this group is to look at potential metrics and criteria for how to measure the health of degree programs. Think of taking your temperature or blood pressure; this group will identify equivalents for degree programs. The idea is to figure out a formula, with weighted components, that help us assess all degree programs.
- D. The charge of the group will be to bring a proposal regarding the data, metrics, criteria, formula forward to the Provost and Executive Committee, for us to put our heads together and make a recommendation to Senate.
- E. The goal following Senate/Presidential approval is to actually get the system up and running ASAP so hopefully by May 2023, we can begin piloting it and see how well it's working (accuracy/correspondence with reality, validity, fairness, usefulness).
- F. The joint task force will have representation from all traditional academic areas as defined in the Senate Bylaws.
- G. Volunteering does not mean you'll be selected for the group, but certainly if you happen not to be selected, you would get first consideration for consultation, focus group participation, etc. The idea is to keep the actual task force small (about a dozen members) so that it can be nimble and work efficiently.
- H. Questions?
    1. Q: Guangyu Tan, Senator, Education - Will this group not only talk about how to define a healthy program, but will they also talk about solutions? Diagnosis/Prognosis/Prescription model?
        a) Response: This is just a policy recommendation group, not an implementation team or a decision-making team. Their job is not to actually run numbers or use the formula to start conversations about next steps—those are administrative tasks/responsibilities. This joint task force's focus will solely be on identifying the factors needed to fairly and accurately take a snapshot of a degree program's health.

**Action Items**

9

I. **Dean Search Resolution** - **Dr. Ted Lee**
   A. Ted Lee, Senator, At Large Academics - Since 2020, there have been changes in budget and in responsibility, while also spending on search firms, consultants, etc.  This is not about the need for effective leadership.
   B. Chairperson Simon - using Robert's Rules for discussion, people should raise hand and say whether for or against before making comment; he'll try to alternate between for and against, although if there's a thread on one side we'll pursue it before shifting to the other. This vote today is advisory to the President; rationales and arguments offered are just as important as the result of the vote. Before we start, are there any clarifying questions for Dr. Lee? None.
   C. This doesn't need a second; Executive Committee put it on the agenda as it had more than enough signatures. Does anyone want to speak for or against the resolution?
      1. President Kolison, opposed: We all mean well for this university, so don't view his comments during his report as questioning anyone's motivations. We all want our university to do well so there is respect for the resolution and those supporting it. But as President, he doesn't think there's anyone in this county that worries about this institution more, as his job is on the line.  He knows if we stay where we are and do not take action, including not hiring because of the deficit, he can assure us that we're never going to get out of the deficit. Leadership matters. We need people who can do those roles with creativity and innovation to move us into another, better place.  We have a great School of Music, but where we do we want it to be in five years? Same for School of Business facing accreditation.  We are going to lose Janeil Rey for COE Dean. We can't say that for another three years we are just going to keep things the way they are. Don't want to discuss salaries here, but the difference between what we have to pay the interim folks and the new hires is not that significant to prevent us from moving forward in the new hire. He would not have brought this to Cabinet if he didn't think this was one way to get us out of the fiscal mess.
      2. Neil Feit, Senator, Philosophy, in favor: Perhaps the President is right that hiring a new permanent dean is not that much savings over an interim, but that point is arguable. On the other hand, having a department chairperson position disappear is not that much savings either, and yet we're doing it to save money.  I'm now a member of a unit where we have one chairperson for four departments, and it's not saving that much money.  It saves some money, so this would, too.  One final point: arguably the School of Music is the jewel of the campus, despite never having had a Dean before.
      3. Peter Tucker, Senator, Arts at Large, in favor: President Kolison at last month's meeting said that not filling Dean positions hurts the students. But Senator Tucker would argue not filling faculty lines

      hurts the students more. Parents don't ask about Deans, but they do ask about the faculty. The priority of an institution, pointing out the line in the resolution, is that we are small. We don't need layers and layers of bureaucracy.
4. Chairperson Simon, point of information: Not everyone has read his message to Senators, so can we display this chart based on the most recent data from Human Resources that our Governance Officer received? The left side is where we were in 2014 re: admin; the right side, 2022. Also in his message to Senators were links to previous inquiries into the size, structure, and cost of administration, both by Planning and Budget Committee here and the UFS Operations Committee.  What is the proper ratio of administrators to students? Administrators to faculty? The UFS Operations Committee explored questions like these in 2016, and last year it decided—and our own Professor Chausovsky played a key role in this—to draft a resolution that UFS approved calling on SUNY System Administration to do a fuller study and provide baselines for comparison so we can approach questions of "administrative bloat" bloat objectively. Unfortunately, there's been no response yet from System last he heard, so we have to make a decision without the most recent comparative data.
5. Anyone else with arguments in favor of or in opposition to the resolution? None.
6. **Vote: Resolution passes. 20 in favor, 9 opposed, 4 abstentions.**
   a) Next step is for University Senate Secretary to convey these results to the President. The Bylaws require a response between 10 and 14 instructional days of receipt of this notice. (Cf. I.m, II.3.b.2)

## II.   [Search Committee Slates](#)

    A. The highlighted areas refer to two kinds of updates. For previously approved slates, they are purely informational. For the search committee slate for the next Dean of the College of Education, Executive Committee generated names to fill slots according to a template from previous Dean searches over the years and discussed them with the Provost; he then approached the people we agreed on; those listed here agreed to serve. As with the other slates, we will inform Senate of the student and community member at the next meeting. So the question before us is whether to approve or not approve the COE Dean search committee slate. Any clarifying questions before we proceed to for/against statements and a vote?
1. Q: Why was option for student rep removed from VP of Finance Administration
   a) Response from Naomi Baldwin: It was not removed, it was just not filled.
      (1) Follow-up: So that's what the crossed-out means?

      (a) Response from Chairperson Simon: We're still working on filling it; if it's filled, we'll inform Senate in November. But since the committee is getting started, we want to represent its current membership accurately.
    2. Q: Paul Starcher, Senator, Professional Staff at Large - For Dean of COE, there's no one from admissions or UUP or CSEA. Would be nice to see that.
      a) Response: Looking at other Dean positions, we don't have those there either. VP positions affect entire divisions, whereas Dean positions affect a smaller portion of people. Provost would leave it as it. You've heard from us. Would you care to make a motion to add members to the slate? (No.)
    3. Q: Andy Karafa, CLAS Dean - Really happy to see Keary Howard on the list, but considering CLAS works very closely with COE on adolescence education, it would seem we need more people on the search committee.
      a) Response: We selected Professor Howard because of his adolescence ed position; the idea is he would communicate with and seek input from others in adolescence education. Ultimately, we decided that since CLAS members are not supervised by the Dean of COE, and to keep the committee a manageable size, we should to stick with one representative from CLAS.
  **B. Vote: Resolution passes. 26 in favor, 5 opposed, 3 abstentions.**
    1. Next step is for Senate Secretary to convey results to the President.

III. **Undergraduate Program Revision Approval:  Dr. Jennifer Hildebrand and Dr. Reneta Barneva**
  A. B.A. in [Art History](#)
    1. This was brought up last time.
    2. This was driven by assessment process.
    3. If anyone has clarifying questions or concerns, can take those - none.
    4. Speaking now in favor of or against this motion - no speakers.
  **B. Vote: Resolution passes. 28 in favor, 0 opposed, 2 abstention**
    1. Jennifer Hildebrand, Senator, Interdisciplinary Studies, point of information: For new programs, the process is that if it's voted on here, it gets signed by the Senate Chair, but there are discussions as to whether or not President Kolison would sign off on it and if so when in the workflow. Trying to streamline things. Stay tuned.

IV. **Graduate New Program Approval: Dr. Rob Deemer & Dr. Laura Geraci on behalf of Graduate Council**
  A. M.B.A. in [Accounting](#)
    1. Moj Seyedian: We are the only College around here that has no graduate programs in business.  Enrollment and bringing money to

12

       campus was not the main reason for bringing this.  They are changing the course requirements for CPA license, which include accounting, which means students must have this by 2024 to sit for the CPA exam.
     2. No clarifying questions or speakers for yes/no on motion
- **B. Vote: Motion passes. 29 in favor, 0 opposed, 1 abstention**

V. **Updated [Fredonia Foundations Program Revision Facilitation Teams](#): Dr. Bruce Simon**
- A. This is a voice vote. Many were approached, and these are the people that said yes.
  1. Q: Jill Reese, Senator, Music at Large - Is music represented?
     a) Response: No. Do you want it to be?
        (1) Yes, that would be nice  (Jill Reese name added)
  2. Clarifying Questions?  None.
  3. Speakers for/against motion?  None.
- **B. Voice Vote: All in favor, no oppositions or abstentions.**


## Discussion Items

I. **[Fredonia Foundations Revision](#): Dr. Bruce Simon**
- A. Mission and Vision statements
  1. Dr. Simon's goal was to address concerns that students might have about general education, addressing those who might wonder whether it would just block them from doing what they want in college more quickly or who don't understand the purpose and value of Fredonia Foundations.
  2. Q: Jennifer Hildebrand, Senator, Interdisciplinary Studies - Where can we find old language?
     a) Response: Should be on the poster on the [Fredonia Foundations webpage](#).  The mission/vision statements were reduced/simplified and made more direct/vivid.
  3. Can vote on this now if we want to do so, but not essential.  Would be nice if we could.  If you want to go back to constituents, fine, but don't wordsmith with us in November - take suggestions to Gen Ed committee.
     a) Ted Lee, Senator, At Large Academics:  This should go to constituents. [And so it will.]
- B. Guiding Principles
  1. Looked at  SUNY GE page to see what others were like.
  2. For Guiding Principles #5:  "Effective November 2022...", it would be great to vote on this today.
     a) If we can get all SLOs nailed down next meeting, we can move forward with all the back office work and communication work for faculty to be better prepared to propose new courses or revisions to do so, and thereby giving

13

    departments, facilitation teams, and standing committees the most time for the peer review process to work.
  b) Look closely at current SLOs and SUNY GE required baseline SLOs
    (1) Dr. Simon has coordinated the process for comparing current Fredonia Foundations SLOs and new SUNY GE SLOs for each FF category and theme, consulted with Senators from areas relevant for each one, and categorized them based on the feedback/suggestions for adopting or adapting the latter. However, for any adaptation language to be approved, it must first go to General Education Committee for review. And for that to happen, a department chair or program coordinator would need to make such a proposal to General Education Committee. Take, for instance, Critical Thinking and Reasoning, the SUNY GE title and SLOs that are closely aligned with our FF theme Critical Thinking and Analysis. He put together the proposal and ran it by the Senator from Philosophy, but for General Education Committee to review it, a chair from an area that contributes courses to the current FF CTA theme would need to formally propose it. Otherwise, if Guiding Principle #5 is approved today, the SUNY GE SLO is the default setting for FF revision.

*[Now 6:00 PM, so motion is made to extend the meeting by 10 minutes; seconded. No discussion. Approved.]*

    (2) By approving Guiding Principle #5, the plan is to take silence as consent so that we're simply adopting SUNY GE SLO language, unless something else is proposed before the November Senate meeting. This puts the onus on those contributing to Fredonia Foundations to determine if any current FF SLOs ought to be added to the base SUNY GE SLOs.
      (a) Barb Nolan, Chair, General Education Committee: Pass along any proposals to me; GEC is meeting in October; you can see from the charges we have a significant amount of decision making between then and now.
    (3) To reiterate, the goal is to get SLOs done by November 7th. If we can approve everything in Track 1 in November, including the overall program framework and requirements, that would be fabulous, but the key thing is to better prepare for Fall 2023 schedule-building.

14

     (4) Chris Dahlie, Senator, Communication - Do you mind us sharing?
      (a) The document linked on the agenda is for sharing, plus the individual links on it.
     (5) Jennifer Hildebrand, Senator, Interdisciplinary Studies, point of information: Even if we decide not to continue a course that's currently approved for General Education (e.g., Western Civ course not being revised for a different category), current students here will still need it, so it won't be immediately gone but will instead be phased out.
     (6) Liz Lee, Vice Chair, point of information: Information Literacy is infused into core categories and the Critical Thinking and Analysis Theme. We have six SLOs at the moment, and SUNY is cutting it down to three, so that's the area that is really losing meat. If there's faculty in that area, get them to look at Information Literacy, because that's the one that seems to be getting diluted, and there may be elements of what we have in FF that we want to continue having.
     **(7) Voice Vote: to approve Guiding Principle #5 - all in favor, 0 opposed, 0 abstentions.**
 C. Program Framework Proposal:
  1. General Education Committee will be discussing different ways of meeting the goals laid out in the ["deep dive" doc](), ensuring that we are in compliance with SUNY GE requirements while making minal changes to our current FF program, which takes advantage of the flexibility both the last round of SUNY changes and this round have made possible.
  2. Because of the way the latest round of SUNY changes modify the last round, there will be some judgment calls involved, including those that Executive Committee has charged General Education Committee with investigating and developing a recommendation to Senate on:  30 total credits or more; "H"-Team's proposal to require both US and World; Global Perspectives theme SLO proposals from "H"-Team and "D"-Team; other issues stemming from Information Literacy infusion and both the Natural Sciences and Scientific Reasoning and the new Diversity: Equity, Inclusion, and Social Justice categories being required in the SUNY GE.
  3. Department chairs and program coordinators, please send suggestions to General Education Committee chair Barb Nolan, Curriculum and General Education Director Jennifer Hildebrand, and Liz Lee (who as announced earlier is the Executive Committee designee ensuring the effectiveness and efficiency of shared governance processes regarding Fredonia Foundations revision).

15

**New Business**

None.

**Good of the Order**

- Chairperson Simon: Please talk to constituents about the proposed Fredonia Foundations program framework revisions.

Meeting **adjourned** at 6:10 PM.

        Minutes taken by Karen E. Lillie, University Senate Secretary