*Kershnar v. Kolison*
Motion for Preliminary Injunction

Decl. Neil Feit

# EXHIBIT 44



Neil Feit <feit@fredonia.edu>

## Re: Fall 2023 Courses
1 message

**David Rankin** <David.Rankin@fredonia.edu>  Mon, Apr 3, 2023 at 2:52 PM
To: Neil Feit <feit@fredonia.edu>

I hear you and completely understand. Sigh...

Take your time.

On Mon, Apr 3, 2023 at 2:50 PM Neil Feit <feit@fredonia.edu> wrote:
> Please give me a day to think about this.
>
>
> On Mon, Apr 3, 2023 at 2:20 PM David Rankin <David.Rankin@fredonia.edu> wrote:
>> Hi Neil,
>>
>> Todd just called me to inform me that the administration has determined that Steve won't be covering fall 2023 courses. Thus, do we want to keep all of these courses on the schedule? Reassign them to Chris or pick up another adjunct for fall? I know there is also the capstone seminar, so not sure what you would want to do about that.
>>
>> Thanks,
>>
>> Dave