AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:23-CV-00525-LJV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Stephen H. Kolison**
was recieved by me on  **6/13/2023:**

- [X]  I personally served the summons on the individual at **280 Central Avenue, Fredonia, NY 14063** on **06/14/2023 at 9:25 AM**; or

- [ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

- [ ]   I returned the summons unexecuted because ; or

- [ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 230.25** for services, for a total of **$ 230.25**.

I declare under penalty of perjury that this information is true.

Date:   06/14/2023

_____
*Server's signature*

**Carlos Alverio Jr**
*Printed name and title*

**29 Meridian St
Depew, NY 14043**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Stephen H. Kolison with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald black male contact 35-45 years of age, 5'6" -5'8" tall and weighing 160-180 lbs.**




Tracking #: **0108430323**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:23-CV-00525-LJV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **David Starrett**
was recieved by me on  **6/13/2023:**

- [X]  I personally served the summons on the individual at **280 Central Avenue, Fredonia, NY 14063** on **06/15/2023 at 11:26 AM**; or

- [ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ]  I returned the summons unexecuted because ; or

- [ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 230.25** for services, for a total of **$ 230.25**.

I declare under penalty of perjury that this information is true.

Date:  06/15/2023

_____
*Server's signature*

**Steven Zentz**
*Printed name and title*

**94 East Green Street**
**Dunkirk, NY 14048**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to David Starrett with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact over 65 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**





Tracking #: **0108545198**