UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

STEPHEN KERSHNAR,

                        Plaintiff,

    -vs-                                          23-CV-525

STEPHEN H. KOLISON, JR., in his individual
capacity and his official capacity as the President
of the State University of New York at Fredonia, and

DAVID STARRETT, in his individual capacity and
official capacity as Executive Vice President and
Provost of the State University of New York at
Fredonia,

                        Defendants.
_____

### NOTICE OF MOTION TO DISMISS

| | |
|---|---|
| MOTION BY: | Defendants STEPHEN H. KOLISON, JR. and DAVID STARRETT, in their individual and official capacities |
| RELIEF SOUGHT: | Dismissal under Fed. R. Civ. P. 12(b)(6) with prejudice |
| WHEN RETURNABLE: | As directed by the Court |
| WHERE RETURNABLE: | Hon. Lawrence J. Vilardo<br>United States District Court<br>Western District of New York<br>2 Niagara Square<br>Buffalo, New York 14202 |
| SUPPORTING PAPERS: | Memorandum of Law |

     Pursuant to Local Rule 7(a)(1), notice is hereby given that defendants intend to file reply papers. Pursuant to Local Rule 7(b) any opposing papers must be served at least fourteen (14) days

prior to the return date of the motion unless otherwise ordered by the Court.

DATED: July 24, 2023
Buffalo, New York

**LETITIA JAMES**
Attorney General of the State of New York
*Attorneys for Defendants*
BY:
/s/ *Jennifer Metzger Kimura*
JENNIFER METZGER KIMURA
ALYSSA JORDAN PANTZER
Assistant Attorney General of Counsel
Main Place Tower, Suite 300A
350 Main Street
Buffalo, NY 14202
(716) 853-8477
Jennifer.Kimura@ag.ny.gov
Alyssa.Pantzer@ag.ny.gov

TO: Barry N. Covert
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Ave., Suite 120
Buffalo, NY 14202

Adam B. Steinbaugh
FOUNDATION FOR INDIVIDUAL RIGHTS & EXPRESSION
510 Walnut St., Suite 1250
Philadelphia, PA 19106

Joshua T. Bleisch
FOUNDATION FOR INDIVIDUAL RIGHTS & EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003