UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

STEPHEN KERSHNAR,

                              Plaintiff,

              -vs-                                                    23-CV-525

                                                                     **DECLARATION OF**
STEPHEN H. KOLISON, JR., in his individual                           **JOSEPH ANDREW**
capacity and his official capacity as the President                  **KARAFA, Ph.D**
of the State University of New York at Fredonia, and

DAVID STARRETT, in his individual capacity and
official capacity as Executive Vice President and
Provost of the State University of New York at
Fredonia,

                              Defendants.
_____

        **JOSEPH ANDREW KARAFA, Ph.D.,** declares under penalty of perjury that the

following is true and correct in accordance with 28 USC § 1746:

        1.      I am the Dean of the College of Liberal Arts and Sciences ("College") at the State

University of New York at Fredonia ("SUNY Fredonia").  I have held this position since July

2016.

        2.      I respectfully submit this Declaration in support of Defendants' Opposition to

Plaintiff's Motion for Preliminary Injunction and in support of Defendants' Motion to Dismiss.  I

make this declaration based on my personal knowledge of this matter and my personal review of

documents provided to me.

        3.      My duties as Dean includes overseeing sixteen (16) Departments within the

College, which includes the Philosophy Department.  I, or my designee, the Senior Assistant

Dean for the College of Liberal Arts and Sciences, review and approve course schedules

developed by Department Chairs within the College.  Other duties include but not limited to

supervision of faculty and staff, oversight of the college-level curriculum development process,

and management of the College's budgets.   My resume is attached as Exhibit A.

4.      As it relates to courses offered for the students, Department Chairs often develop

the schedules.  Upon information and belief, the Chairs will often look at the previous semester

course schedules and make appropriate adjustments based on factors such as the respective

curriculum and student need.  They also obtain feedback from department faculty members.

5.      After a course schedule is made public to students, adjustments are commonly

made, most frequently because courses are insufficiently enrolled.  In such cases, following my

(or my designee's) consultations with Department Chairs and/or Coordinators, courses are

sometimes cancelled and faculty members reassigned.  One factor that may, but not always,

require retention of a low-enrolled course would be the need for that course in order for students

to graduate on time.  In any case, this determination is made among the Deans and the

Department Chairs and/or Coordinators, not by faculty.  Final approval is frequently obtained by

the Provost.

6.      Upon information and belief, per the written policy attached hereto as Exhibit B,

the faculty of SUNY Fredonia do not have a right to choose the courses that he or she will teach.


Dated: July 24, 2023
        Fredonia, NY

                                          s/ Joseph Andrew Karafa, Ph.D.
                                          **JOSEPH ANDREW KARAFA, Ph.D.**

# EXHIBIT A

# JOSEPH (ANDY) KARAFA

## PERSONAL

**Work**
College of Liberal Arts & Sciences
806 Maytum Hall
SUNY Fredonia
716.673.3173 (work)
231.349.2613 (cell)
andy.karafa@fredonia.edu

**Home**
███████████
Fredonia, NY 14063
███████████ (cell)
andykarafa@gmail.com

## EDUCATION

*KANSAS STATE UNIVERSITY, Manhattan, KS*
　　Ph.D., Social Psychology
　　　　*Primary Emphases*:  Social & Personality Psychology
　　　　*Secondary Emphasis*: Organizational Psychology

*GRAND VALLEY STATE UNIVERSITY, Allendale, MI*
　　B.S., Psychology, Minor in German

## EMPLOYMENT HISTORY

2016 – Present

*DEAN & PROFESSOR, COLLEGE OF LIBERAL ARTS & SCIENCES, SUNY Fredonia*
Lead the largest academic college at the University ◆ Manage a large, interdisciplinary faculty and management team (i.e., associate dean[s], ten - fifteen department chairs, Marion Art Gallery director, Rockefeller Arts Center director, and office staff) within the context of collective bargaining ◆ Facilitate curricular, research, and creative endeavors ◆ Ensure compliance with regional and professional accreditation standards (e.g., CAEP, CSWE, MSCHE, NAST, etc.) ◆ Collaborate both internally and externally to generate interdisciplinary opportunities and build partnerships with public and private partners ◆ Assure responsible and efficient operations (e.g., budget allocations across categories) ◆ Collaborate across the campus (e.g., divisions) for student success, retention, and recruitment ◆

2015 – 2016 & 2012

*INTERIM DEAN, COLLEGE OF ARTS & SCIENCES, Ferris State University*
Lead the largest academic college at the University ◆ Oversee a large interdisciplinary faculty and management team (i.e., two assistant deans, a director of student academic affairs, and office staff) within the context of collective bargaining ◆ Facilitate curricular, research, and creative endeavors ◆ Collaborate both internally and externally to generate interdisciplinary opportunities and build partnerships with universities, and public and private partners ◆ Lead college fundraising efforts ◆ Assure responsible and efficient operations (e.g., budget allocations)

EMPLOYMENT HISTORY (Con.)

| | |
|---|---|
| 2012 – 2015 | *ASSOCIATE DEAN, COLLEGE OF ARTS & SCIENCES, Ferris State University*<br>Coordinate academic program management and development, including program changes, accreditation, verification of policy compliance, etc. ◆ Manage personnel matters within the College, including hiring, performance appraisals, performance counseling, collective bargaining issues, etc. ◆ Oversee College enrollment and section offerings  ◆ Oversee the College budget, including tracking, reporting, review of allocations, and supervision of the account specialist ◆ Supervise department heads, chairs, the director of student academic affairs, and the account specialist  ◆ Collaborate with the administrative team and members of the faculty to facilitate progress on College and University initiatives ◆ Oversee student complaints, including grade appeals, dignity/harassment complaints, etc. ◆  Collaborate with other units/divisions across the University |
| 2014 – 2015 | *INTERIM ACADEMIC DEPARTMENT HEAD, MATHEMATICS, Ferris State University*<br>Oversee personnel, budget, and student affairs issues for mathematics and computer science.   (For details, see list for Social Sciences.) |
| 2013 | *INTERIM ACADEMIC DEPARTMENT HEAD, LANGUAGES & LITERATURE, Ferris State Univ.*<br>Oversee personnel, budget, and student affairs issues for the areas of English, literature, and world languages.  (For details, see list for Social Sciences.) |
| 2008 – 2013 | *DIRECTOR, JIM CROW MUSEUM, Ferris State University*<br>Supervise museum staff, including performance appraisals and training ◆ Develop and implement trainings for volunteer docents and museum staff ◆ Assist the Curator with acquisitions, including in-kind gifts ◆ Oversee of all Museum operations, including the booking of the traveling exhibits, maintenance of the collection, etc. ◆ Collaborate with the Ferris design team on new Museum space ◆ Lead 5-year strategic planning process |
| 2007 – 2012 | *ACADEMIC DEPARTMENT HEAD, SOCIAL SCIENCES, Ferris State University*<br>Oversee six different collective bargaining units responsible for four majors (Anthropology, Geography, Political Science, Psychology, Social Work, & Sociology) ◆ Supervise all faculty members and staff associated with the Department, including performance appraisals, ensuring compliance with policies, dispute resolution, etc. ◆ Hire faculty and staff associated with the Department ◆ Lead curricular processes for new courses, course revisions, program modifications/development, accreditation activities, program assessment, course equivalencies, etc. ◆ Develop and maintain budgets ◆ Serve as a liaison to stakeholders outside of the Department, including other departments, colleges, divisions, and community groups ◆ Manage student complaints ◆ Review and approve unit schedules |

EMPLOYMENT HISTORY (Con.)

| | |
|---|---|
| 2000 – 2016 | *ASSOCIATE/ASSISTANT PROFESSOR, Ferris State University* |

Teach History and Systems of Psychology, Introductory Psychology, Industrial/Organizational Psychology, Psychology of Gender, and Social Psychology ◆ Develop Psychology of Gender, History & Systems, and Testing & Measurement ◆ Serve on a variety of committees at all levels (e.g., Policies and Standards) ◆ Engage in student-assisted research on terror management, shyness and social connectedness, consumerism and alienation, change in adult attachment styles, and cultural estrangement

| | |
|---|---|
| 2002 – 2008 | *PSYCHOLOGY PROGRAM COORDINATOR, Ferris State University* |

Initiate and guide the curricular process for the unit, including course revisions, development of new courses, and program modifications ◆ Serve as an advocate for the program (e.g., attainment of additional research space) ◆ Act as the contact person for the program, including curricular changes, serving as an initial advisor to new students (or those contemplating a change to psychology), and engaging in recruitment (e.g., meeting with families during weekend visits) ◆ Initiate assessment activities within the unit

| | |
|---|---|
| 2000 – 2004 | *DISTANCE LEARNING INSTRUCTOR, DEPT. OF MKTG. & INTL. BUSINESS, Kansas State* |
| 1999 – 2000 | *INSTRUCTOR, DEPT. OF MARKETING & INTERNATIONAL BUSINESS, Kansas State* |

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| '20 – '19 & '21 – '23 | *PSYCHOLOGICAL SCIENCE ADVISORY COUNCIL, Kansas State University* |
| 2014 | *AD-HOC REVIEWER, Psychological Reports* |
| 2012 – 2016 | *NATIONAL ADVISORY BOARD MEMBER, National Conference on Race and Ethnicity* |
| 2009 – 2014 | *CONSULTING EDITOR, Journal of Psychology: Interdisciplinary & Applied* |
| 2011 – 2013 | *PRINCIPLE INVESTIGATOR, Focus on Student Success Grant*<br>$12,000 grant to examine perceptions of academic advising in Arts & Sciences |
| 2008 | *AD-HOC REVIEWER, Journal of Personality & Individual Differences* |
| 2006 – 2008 | *AD-HOC REVIEWER, Journal of Psychology: Interdisciplinary & Applied* |
| 2007 | *AUTHOR, Thompson Publishing*<br>Prepared *Study Guide* for Coon & Mitterer's *Psychology: A Journey.* |
| 2006 | *EXTERNAL CONSULTANT, PROGRAM REVIEW, Kansas Wesleyan University, KS*<br>Reviewed the Psychology Program report and associated data and provided feedback |
| 2003 – 2004 | *FSUS INTERVENTION RESEARCH TEAM, Ferris State University*<br>Assisted with the development of an applied social psychological research program related to the University's introduction-to-college courses (FSUS) |
| 1999 – 2000 | *FACULTY EXPERT, CD-ROM DEVELOPMENT, SmartForce.com & Kansas State*<br>Consultant in the development of a distance learning CD-ROM focused on consumer behavior. |

## PROFESSIONAL DEVELOPMENT – WORKSHOPS/SESSIONS GIVEN

Karafa, J. A. (2020, 2021, & 2022, February).  *Applied Psychological Principles for Equitable Personnel Practices*.  Webinar given to SUNY Cortland search committee participants.

Karafa, J. A. & Olovson, M.  (2019, November).  *Legal and Psychological Principles and Practices for Increasing Equity in Personnel Processes.*  Pre-conference workshop presented at the annual meeting of the Council of Colleges of Arts & Sciences, Atlanta, GA.

Olovson, M. & Karafa, J. A.  (2019, October).  *Reactivating Affirmative Action toward More Equitable Personnel Practices.*  Concurrent session presented at the CUPA-HR Annual Conference and Expo, Denver, CO.

Karafa, J. A. & Olovson, M.  (2017, November).  *Understanding and circumventing barriers to equity in personnel processes.*  Session presented at the annual meeting of the Council of Colleges of Arts & Sciences, Denver, CO.

Karafa, J. A. & Olovson, M.  (2017, September).  *Understanding and circumventing barriers to equity in personnel processes.*  Concurrent session presented at the CUPA-HR Annual Conference and Expo, San Diego, CA.

Karafa, J. A. & Olovson, M.  (2016, May).  *Linking organizational emphasis on diversity with policy, practice, and research: Increasing equal opportunity hiring through process and accountability*.  Major workshop presented at the 29th Annual National Conference on Race and Ethnicity in Higher Education (NCORE), Washington D.C.

Olovson, M. & Karafa, J. A. (2015, October). *Understanding and circumventing barriers to equity in personnel processes*.  Workshop presented at Michigan Works! Association annual conference, Mount Pleasant, MI.

Karafa, J.A. & Olovson, M.  (2015, May).  *A Simulation of the recruitment process:  Best practices for circumventing barriers to equity*.  Interactive training at the 28th Annual National Conference on Race and Ethnicity in Higher Education (NCORE), Washington D.C.

Karafa, J.A. & Olovson, M.  (2014, May).  *Understanding and circumventing barriers to equity in personnel processes*.  Concurrent session at the 27th Annual National Conference on Race and Ethnicity in Higher Education (NCORE), Indianapolis, IN.

Karafa, J.A. (2011, September).  *Everyday objects that reinforce stereotypes: Artifacts from the Jim Crow Museum and their links to contemporary racism*.  Presented at Kansas Wesleyan University, Salina, KS.

Karafa, J.A. (2011, June).  *Stereotyping: Us & them*.  Training for Summer University at Ferris State University, Big Rapids, MI.

PROFESSIONAL DEVELOPMENT – WORKSHOPS/SESSIONS GIVEN (Con.)

Karafa, J. A.  (2010, January).  *Contemporary racism: It's all in our heads*.  Martin Luther King Day program provided to the Sloan Museum, Flint, MI.

Karafa, J. A. (2010, February).  *The subtle role of racism and sexism in personnel decisions*. Paper presented at the 27th annual Academic Chairpersons Conference, Orlando, FL.

Karafa, J. A.  (2009, June).  *Impact of gender on academic performance*. Presented at the 4th annual Preceptor Development Conference, College of Pharmacy, FSU, Grand Rapids, MI.

Karafa, J.A. (2006).  *Applied research methods*.  In-service provided to staff at West Michigan Mental Health, Ludington, MI.

Karafa, J. A.  (2006, March).  *Development & maintenance of an open-learning atmosphere.*  Presented at the Spring Learning Institute, Ferris State University, Big Rapids, MI.

Karafa, J. A. & Weaver, J.  (2004, September).  *The development of a learning community: Team-teaching a capstone experience.*  Paper presented at the annual Lilly Conference on College Teaching—North, Traverse City, MI.

## PROFESSIONAL DEVELOPMENT – CONTINUING EDUCATION

LEADERSHIP/MANAGEMENT

| | |
|---|---|
| 2023 | *DEVELOPING PROFESSIONALS – Transitioning through Change, SUNY Fredonia,* Fredonia |
| 2022 | *SUNY EXECUTIVE LEADERSHIP ACADEMY*, New York, NY |
| 2021 | *EDUCATIONAL ADVISORY BOARD (EAB) – Financial Sustainability Collaborative* |
| 2018 | *CCAS PRE-CONFERENCE – Show Me the Money: Budget Models*, Chicago, IL |
| 2018 | *ACADEMIC IMPRESSIONS – Resilience in Higher Education Leadership,* Cincinnati, OH |
| 2011 – 2021 | *COUNCIL OF COLLEGES OF ARTS & SCIENCES (CCAS) – Sessions & workshops on the work of deans* |
| 2014 | *ACADEMIC IMPRESSIONS – Collaborative Leadership,* Phoenix, AZ |
| 2011 | *EDUCATIONAL ADVISORY BOARD (EAB) – Academic Affairs Leadership Summit,* Washington, D.C. |
| 2009 & 2010 | *ACADEMIC CHAIRPERSONS CONFERENCE – Various concurrent sessions on academic management* |

DEVELOPMENT/FUNDRAISING

| | |
|---|---|
| 2019 | *CASE ON CAMPUS – In-Depth Training for Campus Leaders, SUNY Fredonia*, Fredonia, NY |
| 2015 | *CASE – Advanced Development for Deans & Academic Leaders,* Naples, FL |
| 2010 | *CASE – Development for Deans – Review of processes, approaches, etc.,* Washington, D.C. |

PROGRAM DEVELOPMENT/ASSESSMENT

| | |
|---|---|
| 2015 | *ACADEMIC IMPRESSIONS – Prioritizing academic & administrative programs*, Orlando, FL |
| 2015 | *ACADEMIC IMPRESSIONS – Strategies for dev. new academic programs,* Orlando, FL |
| 2009 | *IDEA TRAIN THE TRAINER WORKSHOP – Sessions on interpretation of survey,* Orlando, FL |
| 2008 | *HLC ASSESSMENT CONFERENCE – Sessions on the assessment of learning,* Lisle, IL |
| 2008 | *ASSESSMENT CONFERENCE – Sessions on the measurement of learning outcomes,* Indianapolis, IN |

PROFESSIONAL DEVELOPMENT – CONTINUING EDUCATION (Con.)

TEACHING

2007 – 2010  *ASSOCIATION FOR PSYCHOLOGICAL SCIENCE (APS) TEACHING INSTITUTE*
2001, 05, 06  *LILLY CONFERENCE ON COLLEGE & UNIVERSITY TEACHING & LEARNING – Scholarship of teaching*

STUDENT ACADEMIC AFFAIRS

2017  *AASCU – Academic Affairs Summer Meeting,* Baltimore, MD
2015  *ACADEMIC IMPRESSIONS – Developing a comprehensive retention plan*, Orlando, FL
2011  *COUNCIL ON UNDERGRADUATE RESEARCH – Forms of support for student research*, Wash. D.C.
2010  *ACADEMIC ADVISING SUMMER INSTITUTE – Retention, at-risk students, etc.,* Philadelphia, PA
2005  *SUMMER INSTITUTE IN FIRST YEAR ASSESSMENT – Program review, accreditation, etc.,* Ashville, NC

DIVERSITY & INCLUSION

2021  *GROUP COACHING FOR ANTI-RACIST WHITE LEADERS, Hillary Blecker Coaching & Consulting*
2020  *TRANSFORMATIONAL INTERGROUP DIALOGUE TRAINING, Hillary Blecker Coaching & Consulting*
2018 – 2019  *CULTURAL COMPETENCY INSTITUTE*, SUNY Fredonia, Fredonia, NY
2011 – 2015  *NATIONAL CONFERENCE ON RACE & ETHNICITY IN HIGHER EDUCATION (NCORE)*
2010  *INCLUSION ADVOCACY TRAINING FOR SEARCH COMMITTEES, Summer University,* Ferris St. U.
2002, '07, '08  *EQUITY IN THE CLASSROOM – Sessions on retention, teaching, classroom climate, etc.*

**ACADEMIC/ADMINISTRATIVE LEADERSHIP & SERVICE**

COUNCILS/SENATE/BOARDS

2017 – Present  *INFORMATION TECHNOLOGY ADVISORY BOARD*, SUNY Fredonia
2016 – 2020  *STUDENT RETENTION COUNCIL,* SUNY Fredonia, Fredonia, NY
2016 – 2020  *STUDENT RECRUITMENT COUNCIL,* SUNY Fredonia, Fredonia, NY
2018 – 2019  *STUDENT ENROLLMENT MANAGEMENT (SEM) COUNCIL*, SUNY Fredonia, Fredonia, NY 2010 –
2007 – 2016  *CHAIR, ACADEMIC LEADERSHIP COUNCIL,* Ferris State University
            This body included chairs, heads, directors, and associate/assistant deans
2011 – 2015  *PRESIDENT'S LEADERSHIP COUNCIL*, Ferris State University
            This body includes union leadership, council chairs, and VPs
2014 – 2016  *INFORMATION TECHNOLOGY ADVISORY BOARD,* Ferris State University
2006 – 2007  *ACADEMIC SENATE, ARTS & SCIENCES SENATOR,* Ferris State University

GRANTS/HONORS

2012  *DR. MARTIN LUTHER KING SOCIAL JUSTICE AWARD,* Ferris State University
2011  *STUDENT SUCCESS GRANT – Support for research on advising and retention,* FSU
2010  *THREATENED SCHOLAR GRANT – Supported a threatened scholar,* IIE Scholar Rescue fund

TASK FORCES/WORKING GROUPS/TEAMS/INITIATIVES

2022 – Present  *FUTURE DIRECTION WORKING GROUP – Degree completion programming*, Fredonia & JCC
2022 – 2023  *ADMINISTRATIVE NEGOTIATION TEAM – APPOINTMENT, TENURE, & PROMOTION*, Fredonia
2021 – 2022  *STRATEGIC PLANNING TASK FORCE*, SUNY Fredonia
            ♦  *CHAIR, ACADEMIC ARRAY SUBCOMMITTEE*
            ♦  *MEMBER, CULTURE & IDENTITY SUBCOMMITTEE*
2021  *CO-CHAIR, JOINT TASK FORCE ON INSTRUCTIONAL LOAD*, SUNY Fredonia, NY

ACADEMIC/ADMINISTRATIVE LEADERSHIP & SERVICE (Cont.)

| | |
|---|---|
| 2019 | *University Governance Taskforce*, Academic Affairs, SUNY Fredonia, NY |
| 2018 – 2019 | *Lead, Student Success Teams*, Liberal Arts & Sciences, SUNY Fredonia, NY |
| 2016 – 2023 | *Houghton Hall Renovation Steering Committee*, SUNY Fredonia, NY |
| 2018 – 2019 | *Lead, Academic Affairs Student Complaint Policy*, Fredonia, NY |
| 2018 | *Search Guidelines Working Group*, SUNY Fredonia, Fredonia, NY |
| 2018, 2020 | *Administrative Negotiation Team – Appointment, Tenure, & Promotion*, Fredonia |
| 2017 – 2018 | *Lead, Review of Student Dismissal Appeal Process,* SUNY Fredonia, Fredonia, NY |
| 2016 – 2017 | *Chair, Ad-Hoc Chair Stipend Working Group*, SUNY Fredonia, Fredonia, NY |
| 2015 | *Academic Interdisciplinary Collaboration Taskforce*, FSU |
| 2015 | *Administrative Negotiation Team – Neg. with Non Tenure-Track Instructors*, FSU |
| 2013 | *Administrative Negotiation Team – Neg. with Clerical and Technical Association,* FSU |
| 2012 – 2013 | *Jim Crow Museum Taskforce – Development of new Museum,* Ferris State University |
| 2012 – 2013 | *University Center Planning Taskforce – Planning for new student center,* FSU |
| 2011 – 2014 | *Faculty Evaluations Review Taskforce – Review of teaching evaluation system,* FSU |
| 2011 – 2013 | *Academic Affairs Dashboard Working Group – Creation of performance indicators,* FSU |
| 2010 – 2011 | *Diverse Workforce Taskforce – Faculty Subcommittee,* Ferris State University |
| 2009 – 2010 | *Pedestrian Safety Taskforce – Review of crosswalks and traffic flow factors,* FSU |
| 2006 – 2007 | *Copyright Policy Working Group – Creation of guidelines*, Ferris State University |

STUDENT ADVISING

| | |
|---|---|
| 2003 – 2012 | *Omicron Delta Kappa:  National Honor Society for Leadership*, FSU |
| 2000 – 2008 | *Student Psychology Association,* Ferris State University |
| 2003 – 2005 | *STD & Teen Pregnancy Prevention Club,* Ferris State University |

COMITTEES

| | |
|---|---|
| 2023 | *Co-Chair, Senior Vice President for Enrollment Management & Services Search*, FSU |
| 2022 – Present | *Core Planning Committee*, SUNY Fredonia |

&#9670; *Academic Master Planning Committee*
&#9670; *Strategic Planning Committee*

| | |
|---|---|
| 2022 – 2023 | *Co-Chair, Dean of the School of Business Search Committee*, Fredonia |
| 2021 – 2022 | *Co-Chair, Dean of School of Music Search Committee*, Fredonia |
| 2020 – 2022 | *Chair, Academic/Technology Subcommittee, Reopening Steering Committee*, Fredonia |
| 2019 – 2020 | *Presidential Search Committee*, SUNY Fredonia |
| 2017 – Present | *Carnahan-Jackson Humanities Fund Committee*, SUNY Fredonia |
| 2017 – 2018 | *Co-Chair, Dean of the School of Business Search Committee*, SUNY Fredonia |
| 2013 – 2015 | *Internal Career Center Advisory Committee*, Ferris State University |
| 2008 – 2015 | *Planning Committee, Arts & Sciences,* Ferris State University |
| 2007 – 2015 | *Diversity Committee, Arts & Sciences,* Ferris State University |
| 2007 – 2015 | *Assessment Committee, Arts & Sciences,* Ferris State University |
| 2006 – 2015 | *Academic Policy & Standards Committee,* Arts & Sciences, Ferris State University |
| 2006 – 2007 | *Tenure Executive Committee, Social Sciences,* Ferris State University |

ACADEMIC/ADMINISTRATIVE LEADERSHIP & SERVICE (Cont.)

| | |
|---|---|
| 2005 – 2006 | CHAIR, PSYCHOLOGY PROGRAM REVIEW PANEL, Ferris State University |
| 2004 – 2006 | CHAIR, ACADEMIC POLICY & STANDARDS COMMITTEE, Ferris State University |
| 2003 – 2007 | CHAIR, PSYCHOLOGY PROGRAM ASSESSMENT COMMITTEE, Ferris State University |
| 2003 – 2004 | GENERAL EDUCATION IMPLEMENTATION COMMITTEE, Ferris State University |
| 2002 – 2007 | SOCIAL AWARENESS ASSESSMENT COMMITTEE, Ferris State University |
| 2002 – 2007 | CHAIR, GENDER, RACE, & ETHNICITY ASSESSMENT COMMITTEE, Ferris State University |
| 2001 – 2007 | COORDINATOR, HUMAN RESEARCH PARTICIPATION POOL, PSYCHOLOGY, Ferris State Univ. |
| 2001 – 2003 | ARTS & SCIENCES PLANNING COMMITTEE, Ferris State University |
| 2001 – 2002 | REASONING & LIFE-LONG LEARNING COMMITTEE, Ferris State University |
| 2001 – 2002 | LIBRARY/HISTORICAL/ARCHIVAL COMMITTEE, Ferris State University |
| 1999 – 2000 | CHAIR, SCHOLARSHIP COMMITTEE, Kansas State University |

## SCHOLARSHIP

PUBLICATIONS

Cozzarelli, C., & Karafa, J. A.  (1998). Cultural estrangement and terror management theory. *Personality and Social Psychology Bulletin, 24*(3), 253-267.

Cozzarelli, C., Karafa, J. A., Collins, N. L., & Tagler, M. J.  (2003).  Stability and change in adult attachment styles: Associations with personal vulnerabilities, life events, and global construals of self and others.  *Journal of Social and Clinical Psychology, 22*(3)*, 315-346*.

Harris, R.J., Hoekstra, S., Scott, C., Sanborn, F., Karafa, J. A, & Brandesburg, J. D.  (2000). Men's in women's different autobiographical   memories of the experience of seeing frightening movies on a date.  *Media Psychology, 2(3), 245-268.*

Harris, R. J., & Karafa, J. A.  (1999). A cultivation theory perspective of worldwide national impressions of the United States.  In Y. R. Kamalipour (Ed.), *U.S. image around the world: A multicultural perspective.*  Albany, NY: SUNY Press.

Herzog, T., & Karafa, J. A  (1998).  Preferences for sick versus nonsick humor.  *Humor: International Journal of Humor Research, 11*(3), 291-312.

Karafa, J. A. (2011).  The subtle role of stereotyping in personnel decisions.  *The Department Chair, 21*(3), 11 - 13.

Karafa, J. A., & Cozzarelli, C.  (1997).  Shyness and reduced sexual arousal in males: The transference of cognitive interference.  *Basic and Applied Social Psychology*, *19*(3), 329-344.

CONFERENCE PRESENTATIONS

Hoekstra, S.J., Morris, J.R., & Karafa, J.A. (2007, May). *Cultural estrangement of the sci-fi fan: Testing trekkie self-esteem*. Poster presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Karafa, J. A. & Kelley, R.  (2006, May).  *The experience of cultural estrangement:  Its relationships with acculturation and phenomenological outcomes*.  Poster presented at the 18th annual meeting of the Association for Psychological Science, New York, NY.

SCHOLARSHIP (Cont.)

Karafa, J. A., Cozzarelli, C., & Nelson, F.  (2005, May).  *Predicting money motives and subjective well-being via cultural estrangement:  A summary of research*.  Presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Karafa, J. A. & Barkman, J.  (2004, May).  *The relationship between shyness and self-esteem as moderated by social loneliness:  A "sociometer hypothesis" approach*.  Presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Karafa, J. A., Oswald, A., & Cozzarelli, C.  (2003, May).  *Cultural estrangement, materialism, and the self*.  Paper presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Karafa, J. A., & Rappoport, L.  (1999, July).  *The homeless mind finds refuge in sports*.  Paper presented at the Inaugural Conference on Sports and Society at Northern Michigan University, Marquette, MI.

Cozzarelli, C., Karafa, J. A., Bylsma, W.  (1999, April).  *Assessing change in adult attachment styles*.  Paper presented at the annual meeting of Social Psychologists Around the Midwest, Memphis, TN.

Karafa, J. A.  (1998, May).  *Predicting emotional loneliness via sex roles: A causal model*.  Poster presented at the 10th annual meeting of the American Psychological Society, Washington D. C.

Karafa, J. A., & Cozzarelli, C.  (1996, May).  *Shyness and reduced sexual arousal: The transference of cognitive interference*.  Paper presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Harris, R. J., Hoekstra, S., Johnson, A., & Karafa, J.  (1995, July).  *A uses and gratifications study of television and video consumption*.  Poster presented at the annual meeting of the Interamerican Congress of Psychology, San Juan, Puerto Rico.

Karafa, J. A., & Cozzarelli, C.  (1994, May).  *The effects of "cultural dissonance": A terror management perspective*.  Poster presented at the annual meeting of the Midwestern Psychological Conference, Chicago, IL.

Harris, R. J., Karafa, J., & Cole, R.  (1993, February).  *Impressions of the United States: How real is the media image?*  Poster presented at the annual meeting of the Society for Cross-Cultural Research, Washington D.C.

Karafa, J., & Chen, H.  (1993, April).  *Social anxiety, social interaction and task performance*.  Paper presented at the annual meeting of the South-Western Psychological Association (SWPA), Corpus Christi, TX.

Karafa, J., & Chen, H.  (1992, April).  *Shyness and anxiety:  The cognitive effects of interfering thoughts*.  Paper presented at the West Michigan Undergraduate Students' Psychology Conference, Allendale, MI.

SCHOLARSHIP (Cont.)

> Ansara, W., Johnson, K., & Karafa, J.  (1992, April).  *The effects of grader gender, author gender, and the gender orientation of a paper on how the paper is evaluated.*  Paper presented at the West Michigan Undergraduate Students' Psychology Conference, Allendale, MI.

## ORGANIZATIONAL AFFILIATIONS

| | |
|---|---|
| 2011 – Present | *Council on Colleges of Arts & Sciences (CCAS)* |
| 2011 – 2016 | *Council on Undergraduate Research (CUR)* |
| 2002 – Present | *Golden Key Honour Society*, Honorary Member |
| 2003 – Present | *Omicron Delta Kappa* (OΔK), Leadership Honor Society |
| 1997 – Present | *Society for Personality and Social Psychology (SPSP)* |
| 1993 – Present | *Association for Psychological Science (APS)* |
| 1991 – Present | *Psi Chi: National Honor Society in Psychology* |

# EXHIBIT B

Faculty Professional Obligation

| DOCUMENT INFORMATION | |
|---|---|
| **Document Title** | Faculty Professional Obligation |
| **Document Type** | ☐ Bylaws<br>☑ Policy Document<br>☐ Procedures<br>☐ Guidelines<br>☐ Form |
| **Office/Unit** | |
| **Document Owner** | |
| **Contact Information** | <table><tr><td>**Office**</td><td>**Name**</td><td>**Phone**</td><td>**Email**</td></tr><tr><td></td><td></td><td></td><td></td></tr><tr><td></td><td></td><td></td><td></td></tr></table> |
| **Approval Date** | |
| **Approved by** | |
| **Effective Date** | |
| **Review Date/Schedule** | |
| **Revision History** | |

| DOCUMENT CONTENT |
|---|

**Full-Time Tenured and Tenure-Track Faculty Professional Obligation - Defined**

The SUNY Board of Trustees Policies states that the "professional obligation of an employee's academic rank … shall include teaching, research, and University service and other duties and responsibilities of the employee during the term of the employee's professional obligation" (Article XI, Title H, section 2).

The President (or designee) has the right to determine the professional obligation of employees in accordance with the Policies in order to achieve fair, equitable, and fiscally responsible institutional practice.

Expectations for faculty instructional load, service, and research shall be codified in departments' handbooks, and approved by the dean and the provost. In accordance with Fredonia's mission, teaching must be the primary component of the professional obligation, with a minimum teaching load of 18 credits, or the equivalent, for the academic year, and a maximum of 24 credits, or the equivalent, for the academic year.

Full-time faculty shall receive a tentative instructional load plan before the beginning of the academic year to be approved by the chair, dean, and the provost. Full-time faculty shall submit an annual activity report based on their instructional load plan, service activities, and research in accordance with annual reporting formats and deadlines; a faculty's future plan may be adjusted in order to maintain a full professional obligation.

The President (or designee), based on individual review has the right to redefine an employee's balance of teaching, research, and service in order to maintain a full professional obligation.

However, if an employee consents to a balance of teaching, research, and service that exceeds the employee's full professional obligation, the employee shall be compensated appropriately according to campus practice.

**Faculty Professional Obligation - Dates**

**1. Full-Time Faculty (Tenured, Tenure-Track, and Contingent)**

The appointment year for full-time faculty is defined in Policies as follows: "the normal appointment year shall be from September 1 to August 31, regardless of payroll mode; provided, however, that an academic year employee may be required to commence the employee's professional obligation at a date reasonably

prior to September 1 as may be necessitated by a college's operating requirements." (Article XI, Title H.3) Policies defines an academic year obligation for all full-time faculty as "an annual obligation of service for the academic year, not to exceed 10 months." (Article XI, Title H.1.b

Fredonia's academic year obligation for all full-time faculty will commence one week prior to the start of the academic year classes, but no sooner than August 15, and will conclude one week after the end of final exam week. During that period, and consistent with Article XI, Title H.2 of Policies, faculty members are expected to fulfill their professional obligation by "teaching, research, University service and other duties and responsibilities required of the employee during the term of the employee's professional obligation." As such, faculty need to be available consistent with their departmental assignments, program responsibilities, and the academic calendar.

**2. Part-Time Contingent Faculty**

The fall semester appointment period for all part-time contingent faculty begins the first day of classes and ends January 15. The spring semester appointment period for all part-time contingent faculty begins the first day of classes and ends May 31.

The teaching obligation for both semesters for all part-time contingent faculty begins the first day of classes and ends when final grades are due.

| | |
|---|---|
| **FAQ's** | |
| **Keywords** | |
| **Category(s)** | ☐ **Academic Affairs**  ☐ **Operational**<br>☐ **Advancement**  ☑ **Personnel**<br>☐ **Financial**  ☐ **School/College**<br>☐ **Governance**  ☐ **Student Life**<br>☐ **ITS** |
| **Sub-Category(s)** | |