UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

STEPHEN KERSHNAR,

                  Plaintiff,

   -vs-

STEPHEN H. KOLISON, JR., in his individual
capacity and his official capacity as the President
of the State University of New York at Fredonia, and

DAVID STARRETT, in his individual capacity and
official capacity as Executive Vice President and
Provost of the State University of New York at
Fredonia,

                  Defendants.
_____

23-CV-525

**DECLARATION OF LISA MELOHUSKY**

     **LISA MELOHUSKY** declares under penalty of perjury that the following is true and correct in accordance with 28 USC § 1746:

    1.    I am the Director of Online Learning at the State University of New York at Fredonia ("SUNY Fredonia"). I have worked in the Department of Online Learning since 2007.

    2.    I respectfully submit this Declaration in support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction and in support of Defendants' Motion to Dismiss. I make this declaration based upon my personal knowledge of this matter, my training and experience, and my personal review of documents provided to me.

    3.    Generally, when an instructor is preparing to teach an online course for the first time, the instructor is required to successfully complete numerous steps as outlined below. The Office of Online Learning reviews online courses for the upcoming semester no later than the start of

undergraduate advising week of the *previous* semester. All instructors are required to complete this process.

4. Upon information and belief, on January 13, 2023, an email was sent out to all faculty and staff letting them know that the registration was open for Building Your Online Course ("BYOC"). BYOC is the online course that is part of the online course and instructor approval process that covers online pedagogy and available tools for offering fully online courses at SUNY Fredonia. In the email, it provided information about the four-week course and provided a link to register. A copy of the email is attached as Exhibit A.

5. On February 8, 2023, Dr. Kershnar sent an email to me and Dr. David Rankin, Interim Chair, Philosophy, outlining two Philosophy courses that he intended on building: Philosophy 115 (Introduction to Philosophy) and Philosophy 364 (Justice, Law, and Economics.) In my response on this same day, I outlined the immediate next steps which included registering for BYOC and how to get started. A copy of the email is attached as Exhibit B.

6. Generally, once professors are registered for BYOC, they are enrolled in BYOC through the Learning Management System ("LMS") or known as "FREDLearn". In the LMS, it displays the entire course, including but not limited to schedule of assignments, deadlines for completion, and the assignments/readings posted in weekly modules. Modules are assigned and require completion each week.

7. All instructors are required to complete Introduction to FREDLearn, complete FREDLearn Gradebook, complete four MicroCourses, and complete the BYOC.

8. Once a BYOC is completed, the content within the modules is then submitted to the

Office of Online Learning to be reviewed using the SUNY Online Course Quality Rubric ("OSCQR")[1]. Once reviewed, the instructor receives updates and corrections based on the feedback. This process is between the instructor and the Office of Online Learning and continues until all areas are corrected.

9. Completion of the full course for final review is required a minimum of two weeks prior to the start of the course.

10. Upon information and belief, Dr. Kershnar did not complete the Introduction to FREDLearn or the FREDLearn Gradebook, but completed all four MicroCourses. Dr. Kershnar was requested to complete the Introduction to Brightspace and Brightspace Gradebook, which is through the SUNY Digital Learning Environment. I am unsure if he completed these requested courses.

11. Dr. Kershnar did complete the BYOC as required by this Office. Dr. Kershnar submitted his initial course, Philosophy 115, and the Office of Online Learning used the OSCQR rubric. However, the BYOC was not completed by the deadline of March 7, 2023. Dr. Kershnar completed the final BYOC on May 22, 2023.

12. The first round of feedback was sent to Dr. Kershnar on June 5, 2023. At this time, I informed Dr. Kershnar that there were Action Plan items that needed to be addressed and once he completed all updates, I requested that he inform me so that I could update the OSCQR rubric. Attached is a printout of our conversations as Exhibit C.

13. On June 7, 2023, Dr. Kershnar replied "Thank you." *See* Exhibit C.

14. I never heard from Dr. Kershnar again.

15. Dr. Kershnar failed to complete the required steps needed to teach any online course

---

[1] The website outlining the rubric can be found here: https://oscqr.suny.edu/

and thus, he is unable to teach online courses at this time.

Dated:	July 21, 2023
	Fredonia, New York	/s/Lisa Melohusky
	**LISA MELOHUSKY**

# EXHIBIT A

---------- Forwarded message ---------
From: **Academic Affairs** <Academic.Affairs@fredonia.edu>
Date: Fri, Jan 13, 2023 at 9:11 AM
Subject: [FacultyStaff] Preparing to Teach Online, Register for BYOC
To: Faculty/Staff group <facultystaff@fredonia.edu>



To:     Fredonia Faculty & Staff

From: Lisa Melohusky, Online Learning Coordinator

Date: January 13, 2023

Re: **Building Your Online Course (BYOC)**

## BYOC

Registration is now open for "Building Your Online Course" (BYOC), which will begin  Wednesday, February 8, 2023 and run for 4 weeks, ending Tuesday, March 7, 2023.

**Please Note** This course will be offered in the new LMS, FRED Learn. Individuals that register will be asked to complete separate training on how to use the LMS. BYOC covers online pedagogy, not tool usage.

This BYOC course is part of the online course and instructor approval process. During this 4-week course, we will discuss online pedagogy as well as the tools available for preparing and offering  an online course at Fredonia.

Completing BYOC during this session will help to prepare you to teach online starting in Summer 2023 and beyond. Information about the online course and instructor  approval process can be found  on the Online Learning Website.

This course is offered 100% online. You will not be required to come to campus or meet during scheduled times.

Register for BYOC

--
Visit this group at https://groups.google.com/a/fredonia.edu/d/forum/facultystaff

# EXHIBIT B



Lisa N Melohusky <melohusk@fredonia.edu>

# Podcast-Related Assignment - Catalog Descriptions - 02/08/23
3 messages

**Stephen Kershnar** <Stephen.Kershnar@fredonia.edu>                                                   Wed, Feb 8, 2023 at 1:06 PM
To: David M Rankin <david.rankin@fredonia.edu>, Lisa N Melohusky <lisa.melohusky@fredonia.edu>, Stephen Kershnar <stephen.kershnar@fredonia.edu>

Dear David and Lisa:

In response to a concern for a "Hecker's veto" threat to safety regarding my constitutionally protected extracurricular speech, on Tuesday, February 7, 2023, Provost David Starrett sent the below general assignment and specific assignment.

The specific assignment is due today. I attach the general assignment and today's completed assignment.


Part One: General Assignment

"This preparation shall include completing the College's required training for instructors teaching online classes so that you will be aware of all relevant considerations for online instruction at Fredonia, as well as developing modified course descriptions, curricula, syllabi, and other required materials for the online modality for the courses listed below, in accordance with the College's training and course requirements:

PHIL 115-04: Introduction to Philosophy

PHIL 364-01: Justice, Law, and Economics

I have attached a document setting forth the training requirements and a timeline of deliverables and due dates. Ms. Lisa Melohusky, Director of Online Learning, will contact you regarding registering for and ensuring completion of the online instructor training. If you wish to request any adjustments to the timeline of deliverables, please do not hesitate to contact me to discuss possible changes to due dates."


Part Two: Specific Assignment

1. **Initial Course Description, for both courses, due February 8, 2023**
    Faculty member submits to the chair and the Director of Online Learning the catalog descriptions of the courses to be developed into online courses.


Part Three: Catalog Descriptions

## PHIL 115 Introduction to Philosophy
Discussion of some central problems in philosophy such as the existence of God, the ultimate nature of reality, the conditions for knowledge, the question of free will versus determinism, and the foundations of morality. How should one live? Why would God allow evil? How much can we know about the world around us? Do we have free will? Can we survive death? Such questions are universal and fundamental to all humanity.

## PHIL 364 Justice, Law, and Economics

The civil law system adjudicates contractual disputes and disputes involving claims to compensation for injury. The course begins with a discussion of the justification of the system. The class will investigate whether the system is justified by a concern for economic efficiency, justice or both. The class will look at economic rules that relate to the civil laws, such as the rules relating to breach of contract, automobile accidents, liability for defective products, and pollution control. The class will also explore whether justice allows economic factors to be considered.

https://fredonia.smartcatalogiq.com/2020-2021/Catalog/Courses/PHIL-Philosophy

Thank you,
Steve Kershnar

---

**2 attachments**

  **Podcast-Related Assignment 1 - General Assignment PDF - 02 08 23.pdf**
190K

  **Podcast-Related Assignment - Assignment 1 - Catalog Description Classes - 02 08 23.mat.docx**
19K

---

**Lisa Melohusky** <Lisa.Melohusky@fredonia.edu>                                               Wed, Feb 8, 2023 at 2:01 PM
To: Stephen Kershnar <Stephen.Kershnar@fredonia.edu>
Cc: David M Rankin <david.rankin@fredonia.edu>

Steve,
    I have recorded PHIL-115 and PHIL-364 in as the two courses you will be building. The next step is to register for BYOC through the PDC Calendar. After you are registered go to https://fredlearn.fredonia.edu/ to log in using your eServices. FRED Learn is the new LMS that will be replacing OnCourse beginning Summer 2023. Full login directions for FRED Learn are available on Answers.
    You will have received an email this morning from BYOC with a welcome message and your first steps for the course. If you did not, that message is available in the Announcements widget in the BYOC course in FRED Learn. This afternoon you will receive an invitation to the course blog from me through Blogger. We will be in touch with everyone taking BYOC throughout today and tomorrow to make sure everyone gets started and to answer any questions. The first due dates for BYOC are tomorrow, 2/9/2023.
    Once in FRED Learn you will see four areas in the My Courses widget, "All," "No Term," "CPD Pilot Semester," and "2022-2023." "No Term" contains a course shell for PHIL-115 for you to use to build the online version of this course. I have put a request into SUNY to have a course shell for PHIL-364 built. The "2022-2023" section contains the BYOC course and the "CPD Pilot Semester" contains one of the SUNY training courses. If you have questions about locating something let me know.

Lisa


Lisa Melohusky
Director of Online Learning
SUNY Chancellor's Award for Excellence in Professional Service
The State University of New York at Fredonia

For questions about OnCourse or to schedule a time to meet, please email OLL@fredonia.edu.



716-673-3649

www.Fredonia.edu/online
lisa.melohusky@fredonia.edu

137 Reed Library
280 Central Ave.
Fredonia, NY 14063

[Quoted text hidden]

---

**Stephen Kershnar** <Stephen.Kershnar@fredonia.edu>  Wed, Feb 8, 2023 at 4:01 PM
To: Lisa Melohusky <Lisa.Melohusky@fredonia.edu>, Stephen Kershnar <stephen.kershnar@fredonia.edu>
Cc: David M Rankin <david.rankin@fredonia.edu>

Thank you.
[Quoted text hidden]

# EXHIBIT C

## [AAOLO-1960] Attempts to Remedy the Problems  Created: Mar/08/23  Updated: Jun/07/23

| Status: | Waiting for support (migrated) |
|---|---|
| Project: | Online Learning Office |
| Components: | None |
| Affects versions: | None |
| Fix versions: | None |

| Type: | Service Request | Priority: | Evaluation |
|---|---|---|---|
| Reporter: | Stephen P Kershnar | Assignee: | Lisa Melohusky |
| Resolution: | Unresolved | Votes: | 0 |
| Labels: | None | | |
| Remaining Estimate: | Not Specified | | |
| Time Spent: | Not Specified | | |
| Original estimate: | Not Specified | | |

| Attachments: | Course Content Deletion PHIL 115.xlsx    Module 2 5A Syllabus.docx    Module 3 5B Submit Course Info.docx    Module 4 5A Submit Module Build.docx    Module 4 6A Submit Start Here.docx    PHIL 115 Access.xlsx |
|---|---|
| Request participants: | |
| Organizations: | None |

### Description

Dear Lisa and Laura:

I tried to remedy the below problems in the last few days by fixing the Start Here section in the class and by taking the SUNY Brightspace classes.

Also, I am not sure what I did wrong in the 4. Take 2 section of Module 4. I only got a 66.67% grade.

Thank you,
Steve K

| | | | |
|---|---|---|---|
| 5B. Submit Course Info Assignment (do) | 0/3 | 0% | Overall FeedbackThe start here section has a single file containing the course schedule. The schedule is an item that should be contained in the start here area, several other items are needed. The syllabus, communication plan, required materials, schedule, and other items needed throughout the semester will be placed in this area. Review the directions in 5. Build Course Information Area so that you can update the start here area and resubmit this assignment. I believe that the announcement tool didn't work for you because you were trying to post the schedule table into the fields. Depending on what "hidden code" is coming along during the copy/paste process it could cause this to fail. The welcome message should be brief and focus the students on communicating with you and getting into the course to get started. Review the materials posted in MicroCourse 2 about the Welcome message and try again to post the message. |
| 4. Take Stock Blog Post 4 | 2/3 | 66.67% | Overall FeedbackHi Steve, We recommend that instructors attend the FRED Learn training that we are currently running. Please consult the PDC calendar for dates and registration https://pdc.fredonia.libcal.com/calendar?cid=7634&t=d&d=0000-00-00&cal=7634&inc=0. Another excellent option is to access the asynchronous training offered by SUNY which includes pre-recorded workshops. Go to https://dle.suny.edu/ and login using the SUNY Login button in the upper right hand corner. Once logged in go to the Trainings tab> and then Recordings to access the recordings of the pre-recorded workshops. Further, on your FRED Learn homepage, navigate to the CPD Pilot Semester tab. Click on the tab. You should see the SUNY DLE Brightspace Fundamentals Asynchronous Modules. This is asynchronous Brightspace training that you can access at any time.Laura |

### Comments

| Comment by Lisa Melohusky [ Mar/09/23 ] |
|---|
| Steve,
To clarify, are you indicating that you have updated to two major assignments that you received 1/3 and 0/3 on? We are in the process of reviewing submissions from Module 4. Once those are complete we will return to those submissions that have been updated based on feedback.
Lisa |
| Comment by Stephen P Kershnar [ Mar/09/23 ] |
| Dear Laura: |

Thank you for the note.

I guess I do not understand why I received a 2/3 rather than a 3/3 on this assignment. Did I get something wrong? If so, I will be glad to correct it.

Thank you for the help,
Steve K

Comment by Stephen P Kershnar [ Mar/09/23 ]

Dear Lisa:
Great. Thank you the help.
Best,
Steve K

Comment by Stephen P Kershnar [ Mar/09/23 ]

I updated the assignment I received a 0/3 on. I would like to update the 2/3 assignment, but am not sure how to do so. Thank you.

Comment by Lisa Melohusky [ Mar/09/23 ]

Steve,

From the Syllabus

Feedback: While no letter grades will be given during this course, feedback will be provided for completion of assignments. Completed work will be tracked through the FRED Learn gradebook, using the following scale:

3: Complete; meets the assignment expectations with few/no errors.

2: Meets many but not all of the expectations; has minor missing elements or errors.

1: Missing important parts of the expectations; is incomplete.

0: Not submitted or needs major work to approach expectations.

Your blog post 4 provides an answer for each of the questions asked, but does not fully address each of the questions. In the prompt for the post you were asked to refresh yourself with the OSCQR rubric and use that to compare your own course development so far. Your answer for the question one focuses on the technology, which is not what BYOC or the OSCQR rubric is focused on. While learning the technology is important both BYOC and the OSCQR rubric are LMS agnostic and your answer was to focus on course design and operations.

Your second answer was supposed to expand on the "thing" you identified and explain why is rises to the top. You identified a different issue in the second question instead of building on your first answer, as was indicated. You redirected to grading assignments, which again is a technical aspect of a course, but isn't related to course pedagogy.

Your third question gives a brief answer to question 2, but is missing detail on what is really needed to get this to improve.

Based on this information you received a 2, "2: Meets many but not all of the expectations; has minor missing elements or errors." This grade could have been a one based on what I outlined above since you didn't really answer questions 1 or 2 appropriately. You can go back in and add additional posts, but since a 2 is the minimum requirement I think your time is better spent in preparing your online materials and building the course.

Lisa

Comment by Laura Shrader [ Mar/09/23 ]

Hi Steve,

We grade on a 0-3 scale. **The following description provides details as to what constitutes a 0-3:**

- 3 points means the assignment is complete; meets the assignment expectations with few/no errors.
- 2 points means the assignment meets many but not all of the expectations; has minor missing elements or errors.
- 1 point means the assignment is missing important parts of the expectations; is incomplete.
- 0 points means the assignment was not submitted or needs major work to approach expectations.

**You earned a "2" which means you got credit for your post.**

Blog Post #4 asks participants to include the following in their reponse:

1. Identify the biggest "thing" that you think you need to attend to at this time, as you proceed on course design, operations, and/or course design thinking. Try to identify ONE specific thing that you need to know, understand, and/or do. (We all have big to-do lists...but we are not asking for a list; we are asking you to focus here.)

2. Then briefly explain why this "thing" rises to the top of your priority list.

3. Finally, please share one or more tentative solutions for addressing this "thing" that you have initially identified.

#2 asks participants to explain the "why". Why this thing rises to the top of their list. You said "The thing that rises to the top of my priority list is getting the grading assignment down." You explained what the thing is but not the why.

#3 asks participants to briefly explain one or more tentative solutions for addressing the thing you identified. You said: "I need to get into the system and practice the relevant parts of it. As mentioned above, I was reasonably good with OnCourse and the switch to Brightspace has been unexpected and

unwelcome."

Practicing is one solution but a more fitting solution is to attend training, either through Online Learning, or the SUNY Training.

If you want to go back to your post, and address the "why" of #2, we will circle back and regrade.

Laura

---

Comment by **Stephen P Kershnar** [ Mar/13/23 ]

Laura:

I tried to remedy this problem via my response to my main post in the section titled, "

## Post 4: TDL Thinking Ahead (Module 4)

color: Color value is invalid

I am hoping to get 3/3.
color: Color value is invalid
color: Color value is invalid

I cannot find this section? Can you please tell me where I can find it.
color: Color value is invalid
color: Color value is invalid
color: Color value is invalid

| **8. Private Journal Post Status and Plans** | 0 / 3 | 0 % |
|---|---|---|

color: Color value is invalid
color: Color value is invalid
color: Color value is invalid

Thank you,
color: Color value is invalid

Steve K

---

Comment by **Laura Shrader** [ Mar/14/23 ]

Hi Steve,

On the BYOC Blog, you are not able to edit your post. You will need to navigate to Blog Post 4, and create a new post being mindful to incorporate the feedback Lisa provided you with into your Blog Post 4. If you scroll down this ticket, you can read the feedback Lisa provided you.

Blog Post 4 link https://byocsp23.blogspot.com/2023/03/post-4-tdl-thinking-ahead-module-4.html

Follow the link to Blog Post 4, scroll down the page and enter your revised Blog Post 4 in the "Enter Comment" field.

Laura

---

Comment by **Stephen P Kershnar** [ Mar/14/23 ]

Laura:

I addressed your suggestions regarding changing the post. I tried to follow each thing you said. I include your comments below.

Apparently I need to do this in the correct place and, also, need to address Lisa's suggestions as well, which differ from yours. I will try to do so.

Best,
Steve K

Laura Shrader commented:

Hi Steve,

We grade on a 0-3 scale. **The following description provides details as to what constitutes a 0-3:**

- 3 points means the assignment is complete; meets the assignment expectations with few/no errors.
- 2 points means the assignment meets many but not all of the expectations; has minor missing elements or errors.
- 1 point means the assignment is missing important parts of the expectations; is incomplete.
- 0 points means the assignment was not submitted or needs major work to approach expectations.

**You earned a "2" which means you got credit for your post.**

Blog Post #4 asks participants to include the following in their reponse:

6/23/23, 10:47 AM
Case 1:23-cv-00525-LJV   Document 13-6   Filed 07/24/23   Page 16 of 19
#AAOLO-1960 Attempts to Rename the Problems

1. Identify the biggest "thing" that you think you need to attend to at this time, as you proceed on course design, operations, and/or course design thinking. Try to identify ONE specific thing that you need to know, understand, and/or do. (We all have big to-do lists...but we are not asking for a list; we are asking you to focus here.)

2. Then briefly explain why this "thing" rises to the top of your priority list.

3. Finally, please share one or more tentative solutions for addressing this "thing" that you have initially identified.

#2 asks participants to explain the "why". Why this thing rises to the top of their list. You said "The thing that rises to the top of my priority list is getting the grading assignment down." You explained what the thing is but not the why.

#3 asks participants to briefly explain one or more tentative solutions for addressing the thing you identified. You said: "I need to get into the system and practice the relevant parts of it. As mentioned above, I was reasonably good with OnCourse and the switch to Brightspace has been unexpected and unwelcome."

Practicing is one solution but a more fitting solution is to attend training, either through Online Learning, or the SUNY Training.

If you want to go back to your post, and address the "why" of #2, we will circle back and regrade.

Laura

**Comment by Lisa Melohusky** [ Mar/16/23 ]

Steve,

Following up on BYOC. Based on the grading criteria in the BYOC syllabus you have 4 major assignments to update prior to the course completion badge being awarded.

- Module 2, 5A. Assignment: Submit Syllabus Draft (major assignment)
- Module 3, 5B. Submit Course Info Assignment (do)
- Module 4 5A. Submit Module Build info (major assignment)
- Module 4 6A. Submit State Here Info (major assignment)

Use the feedback provided in the assignment to update the item. After updates have been made, send a message that the assignment is ready to be re-reviewed.

Upon completion of BYOC you will continue to build the Course Information area, first three module including the ice breakers, and the corresponding gradebook entries. When this is complete, send a message to OLL@fredonia.edu and the office will complete the OSCQR rubric for this course. Submission for course review deadlines are based on the semester the course will be offered.

Lisa

**Comment by Stephen P Kershnar** [ Mar/16/23 ]

Lisa:
I tried on Tuesday, to address every one of these concerns. Did I do so successfully? I tried hard to do so.
Thank you,
Steve K

| | | | |
|---|---|---|---|
| **5A. Submit Module Build info (major assignment)** | 1 / 3 | 33.33% | Overall FeedbackThe content for Start Here and Topic 1 were reviewed. Below is a summary of the feedback.* There are no ice breakers created. Ice breakers are required for online courses.* Items in the Start Here folder are named "Podcast-Related Assignment #" this is going to be confusing for the students. These items should be named to reflect what they are.* The Welcome Announcement, Introduction, and Syllabus are in both the Start Here section and on their own. They should only be in one place. * Why is the Class Overview a Zoom link?* It appears that each item in Topic 1 is built in a sub module, making it difficult to access the materials. Items should be added directly to the module. * All modules need Module Overviews. These include an introduction to the Module, a listing of items in the module and their due dates, and a prompt to keep the students moving forward in the module. * The text size being used in the readings is very small.* The Homework (Logic) is built in an Assignment and has a document attached. Based on the contents of the document, this should be built in the quiz tool to allow short answer, true/false, and |

| | | | | |
|---|---|---|---|---|
| | | | multiple choice answers. Also, the file attached includes the answers. | |
| | 6A. Submit Start Here Info (major assignment) | 1 / 3 | 33.33 % | Overall FeedbackThe file was to be submitted to FRED Learn in your course build only, the file wasn't to be attached. From the assignment directions "You will not need to submit a link or attach anything, but we will ask you to briefly comment on (a) where the info is; and (b) how complete your info is (e.g., is it an outline, ready to go, etc.)."The first two items in the Start Here section are the Welcome and the Start Here. I would recommend that these two items are combined into a single file. They contain similar information, but the Start Here file does a better job providing detail. The other purposes of the start here is to begin to create your instructor presence and to guide the students into the next steps. Your Welcome/Start Here document should introduce yourself and begin to show how you will be a participant and guide in the course. This can then be followed by your explanation of how the course is laid out. It should finish with directions on what the students should do next. This is usually to review the course information files (syllabus, schedule, etc) and to move into the ice breakers. The Schedule in the Start Here module is called Podcast-Related Assignment 14 - Start Here. This will not indicate to the students that this link contains the course schedule. |
| 5B. Submit Course Info Assignment (do) | | 0 / 3 | 0 % | Overall FeedbackThe start here section has a single file containing the course schedule. The schedule is an item that should be contained in the start here area, several other items are needed. The syllabus, communication plan, required materials, schedule, and other items needed throughout the semester will be placed in this area. Review the directions in 5. Build Course Information Area so that you can update the start here area and resubmit this assignment. I believe that the announcement tool didn't work for you because you were trying to post the schedule table into the fields. Depending on what "hidden code" is coming along during the copy/paste process it could cause this to fail. The welcome message should be brief and focus the students on communicating with you and getting into the course to get started. Review the materials posted in MicroCourse 2 about the Welcome message and try again to post the message. |

Comment by Lisa Melohusky [ Mar/22/23 ]

Steve,

I have updated the feedback in the four major assignments but not the grade. You have made some progress in areas but there are major components that are missing. General feedback is that the Start Here module is empty, there is no Course Information area to gather your core course content together (syllabus, contact information, required materials, etc), the course schedule is not posted, the module does not have a module overview, which is required for each module. Detailed feedback for each assignment is posted in the assignment along with the original feedback. After you have address these items, reply to this message so that we can review the changes.

The four major assignments:

- Module 2, 5A. Assignment: Submit Syllabus Draft (major assignment)
- Module 3, 5B. Submit Course Info Assignment (do)
- Module 4 5A. Submit Module Build info (major assignment)
- Module 4 6A. Submit State Here Info (major assignment)

Lisa

Comment by Stephen P Kershnar [ Mar/22/23 ]

Lisa:

Everything that you list below regarding the Start Here module was there earlier.

Someone has deleted it. I do not know whom or why.

I will put the the material back in a day or two, but it was there.

Thank you,
Steve K

Comment by Stephen P Kershnar [ Mar/22/23 ]

Everything you asked for was there. The next time I will take a screen shot to demonstrate that I did indeed put in that module. Thank you.

Comment by Lisa Melohusky [ Mar/23/23 ]

Steve,

No one has accessed your course besides yourself, me, and Laura. I have attached the access logs from the course starting at course creation through today 3/23/23. You will see that only the three of us have been in the course. I have also attached the logs for items deleted from the course. You are the only individual who has deleted any items, except for one "Test Module" I created and deleted. This test module was an empty module to measure against the sub modules you created and had no content in it.

Like OnCourse, FRED Learn only gives access to the instructor. Laura and I have admin rights that allow us to enter courses when assistance is requested by the instructor, when we are reviewing an online course, or in this case, when looking at submissions for BYOC. All access, item creation and deletion, student access and student submission is captured by the LMS.

Lisa

PHIL 115 Access.xlsx
Course Content Deletion PHIL 115.xlsx

Comment by Lisa Melohusky [ May/17/23 ]

I am updating this ticket with your request and my response.

Module 4 6A Submit Start Here.docx
Module 4 5A Submit Module Build.docx
Module 3 5B Submit Course Info.docx
Module 2 5A Syllabus.docx

Dear Lisa and Laura:

I just wanted to see if the updated Start section and related changes are satisfactory.

Thank you for the help,

Steve Kershnar

Hi Steve,

    Updated feedback for each item is available in the BYOC FREDLearn course, I am also attaching the feedback to this email and to the ticket we were using previously. The following four major assignments were rereviewed, feedback provided, and grades updated.

- Module 2, 5A. Assignment: Submit Syllabus Draft (major assignment)
    - Grade updated from 1 to 2. Assignment completed
- Module 3, 5B. Submit Course Info Assignment (do)
    - Grade updated from a 0 to 1. Assignment needs additional changes for completion.
- Module 4 5A. Submit Module Build info (major assignment).
    - Grade updated from 1 to 2. Assignment completed
- Module 4 6A. Submit State Here Info (major assignment)
    - Grade updated from 1 to 2. Assignment completed

Although three of the four assignments are completed, the feedback provided in these assignments will need to be addressed as the course progresses through the full course review using the OSCQR rubric. **Module 3, 5B. Submit Course Info will need to be resubmitted after changes have been made. Reply to this email or the associated ticket to let me know when the changes have been made and you are ready for me to rereview.** As per the course syllabus, a 2 on each major assignment must be achieved to pass BYOC.

Lisa

Comment by Stephen P Kershnar [ May/21/23 ]

Dear Lisa and Laura:

Changes have been made according to instructions.

Thank you,
Steve Kershnar

CC: Matt Kibler, UUP/NYSUT Labor Relations

Comment by Lisa Melohusky [ May/22/23 ]

Hi Steve,

I have updated the feedback and grade for Module 3, 5B. Submit Course Info Assignment (do). Updated feedback is available in the assignment. This completes the requirements for BYOC. You should have received notification of the awarded badge today.

The next and final step for the Online Course Preparation Process is to complete the OSCQR review process. For a course to be listed online through Your Connection, the OSCQR review needs to be started. Work with your department to determine which semester this course will be offered online so that we can create a timeline.

To begin the OSCQR review, the Course Information area, Ice Breakers, first three modules, and corresponding gradebook entries need to be complete. If these are complete, and you know which semester you will be offering the course in, send an email to OLL@fredonia.edu requesting that online learning complete the rubric.

If you have any other questions let me know.

Lisa

| Comment by Stephen P Kershnar [ May/25/23 ] |
|---|

Lisa and Laura:

I have not been assigned a semester by which to teach the online class.

Can I use the Fall 2023 dates to get the class approved? It would be approved for some as yet unspecified future semester.

Thank you,

Steve K

| Comment by Lisa Melohusky [ May/25/23 ] |
|---|

Steve,

Yes, that will be fine. I will review the course as it stands using the OSCQR Rubric. Once I have completed the 75 point review I will send it to you to review the feedback and changes. With the start of Summer I on the new LMS next week I will be delayed in reviewing the course. I would expect to have the OSCQR rubric to you by June 9.

Lisa

| Comment by Stephen P Kershnar [ May/25/23 ] |
|---|

Thank you.

| Comment by Lisa Melohusky [ Jun/05/23 ] |
|---|

Steve,

I have completed the first round of review using the OSCQR Rubric for PHIL-115. The rubric lists out the 75 review items, includes the needed revisions in the Action Plan column, and the estimated time that it will take to make those corrections. Read through the Action Plan items to familiarize yourself with the feedback. After reading through the feedback, we can meet to discuss any questions you have or you can begin to make the updates. As updates are made, use the commenting tool in the spreadsheet (Insert -> Comment) to indicate what you have changed and where. Once you have addressed all of the items, reply to this ticket and I will update the rubric. It is not unusual for the rubric to go back and forth between Online Learning and the instructor a few times.

If you would like to meet suggest a few days and times that you are available and I will match it to my calendar.

Lisa

| Comment by Stephen P Kershnar [ Jun/07/23 ] |
|---|

Thank you.

Generated at Fri Jun 23 14:46:57 UTC 2023 by Lisa Melohusky using Jira 1001.0.0-SNAPSHOT#100227-sha1:d138f7b07099e9fdccd323ad373e827a6441f0bd.