UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN KERSHNAR,<br><br>    *Plaintiff,*<br><br>v.<br><br>STEPHEN H. KOLISON, JR, *et al.*,<br><br>    *Defendants.* | Case No.: 1:23-cv-00525<br><br>NOTICE OF MOTION AND MOTION TO APPEAR PRO HAC VICE |

**PLEASE TAKE NOTICE** that upon the accompanying petition of Robert Corn-Revere, sworn to the 9th day of August, 2023; the sponsoring affidavit of Barry Covert; the Attorney's Oath of Robert Corn-Revere; the Affirmation by Robert Corn-Revere to the Civility Principles and Guidelines; and the Attorney Database & Electronic Case Filing Registration Form, the undersigned will and hereby does move this Court, at the United States District Courthouse, 100 State Street, Rochester, N.Y., 13261 for an order pursuant to L. Civ. R. 83.1(i) of the United States District Court for the Western District of New York, granting admission *pro hac vice* of Robert Corn-Revere, to participate in this action on behalf of the Plaintiff.

Dated: August 9, 2023      Respectfully submitted,

            /s/ Barry N. Covert
            Barry N. Covert, Esq.
            LIPSITZ GREEN SCIME CAMBRIA LLP
            42 Delaware Avenue – Suite 120
            Buffalo, New York 14202
            Phone: (716) 849-1333
            Email: bcovert@lglaw.com

            *Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Robert Corn-Revere
(Name)

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

TO THE HONORABLE Lawrence J. Vilardo,
JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK:

Robert Corn-Revere, petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:
   700 Pennsylvania Avenue SE, Suite 340, Washington, D.C. 20003

2. That petitioner attended the following educational institutions and received the following degrees:
   Columbus School of Law, JD; University of Massachusetts, MA; Eastern Illinois University, BA

3. Please complete either (a), (b), or (c):

<u>Admission by Petition</u>

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of

New York on the _____ day of _____, _____.

Additional Requirements:
   Admission Petition Form
   Admission Sponsoring Affidavit
   Attorney's Oath
   Civility Principles Oath
   Attorney Database and Electronic Case Filing Registration Form
   Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
      (due on upon admission)

<u>Admission by Certificate of Good Standing</u>

(b) That petitioner was admitted to practice in the United States District Court of the _____ District of _____

on the _____ day of _____, _____, and is a member of the bar of the State in which that district court is located and in which the petitioner maintains an office for the practice of law.

Additional Requirements:
   Original Certificate of Good Standing from the Clerk of Court of which he or she is a member
      (dated no earlier than six months prior to submission to this Court)
   Admission Petition Form (when attorney admitted to a District Court outside of New York State)
   Attorney's Oath
   Civility Principles Oath
   Attorney Database and Electronic Case Filing Registration Form
   Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
      (due on upon admission)

Pro Hac Vice Admission

(c) That petitioner is admitted to practice in the State of **District of Columbia**.

Additional Requirements:
- Motion to Appear Pro Hac Vice
- Admission Petition Form
- Admission Sponsoring Affidavit
- Attorney's Oath
- Civility Principles Oath
- Attorney Database and Electronic Case Filing Registration Form
- Check, money order, or payment of fee online in the amount of the Pro Hac Vice fee set forth in the District Court Schedule of Fees (due upon application)

4. Petitioner is admitted to the following courts:

   See attached form

5. Since such admission(s), petitioner has practiced in the following courts:

   Northern District of California

   and has been involved in the following professional activities:

   Drafting and filing complaints, motions, and briefs

6. Please respond separately to each of the following questions:

   (a) Have you ever been held in contempt of court? ◯ Yes ⦿ No
   (b) Have you ever been sanctioned by a court? ◯ Yes ⦿ No
   (c) Have you ever been publicly censured, admonished, advised, or cautioned in a disciplinary proceeding? ◯ Yes ⦿ No
   (d) Have you ever been suspended or disbarred by any court? ◯ Yes ⦿ No
   (e) Have you ever been denied admission or readmission to the Bar of any court? ◯ Yes ⦿ No
   (f) Are you now the subject of any pending disciplinary proceeding OR the subject of any pending disciplinary complaint before any court? ◯ Yes ⦿ No

In the case of each affirmative answer to a question set forth above, the applicant shall file a confidential statement under seal disclosing the identity of the responsible court or disciplinary committee, as well as the date, background, outcome and any facts of a mitigating or exculpatory nature as may be pertinent. Such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review.

7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code which pertains to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedures, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York, the Code of Professional Responsibility as adopted by the Appellate Division of the State of New York and as interpreted and applied by the United States Supreme Court, the United States Court of Appeals for the Second Circuit, and this Court.

**WHEREFORE**, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: __8-9-2023__
(Date)

_____
(Signature of Petitioner)

District of Columbia
Signed and Sworn to (or affirmed) before me on 8/9/23 (Date)
by Robert Corn-Revere
(Name(s) of Individual(s) Making Statement)
Signature of Notarial Officer: _____
Title of Office: Notary
My Commission Expires: 06/14/2027

ANTHONY DRUMGOLD
NOTARY PUBLIC
My Comm. Exp.
Jun 14, 2027
DISTRICT OF COLUMBIA

(Revised January 3, 2023)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**Attachment to Admission Petition Form**

Robert Corn-Revere is admitted to the following Courts:

Supreme Court of the United States
U.S. Court of Appeals for the 11th Circuit
U.S. Court of Appeals for the 10th Circuit
U.S. Court of Appeals for the 9th Circuit
U.S. Court of Appeals for the 8th Circuit
U.S. Court of Appeals for the 7th Circuit
U.S. Court of Appeals for the 6th Circuit
U.S. Court of Appeals for the 5th Circuit
U.S. Court of Appeals for the 4th Circuit
U.S. Court of Appeals for the 3rd Circuit
U.S. Court of Appeals for the 2nd Circuit
U.S. Court of Appeals for the 1st Circuit
U.S. Court of Appeals for the District of Columbia Circuit
U.S. District Court for the Western District of Michigan
U.S. District Court for the Southern District of New York
U.S. District Court for the Northern District of Illinois
U.S. District Court for the District of Columbia

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NEW YORK

### APPENDIX TO CIVILITY PRINCIPLES

### OATH OF OFFICE

I do solemnly swear (or affirm):

I will support the Constitution of the United States and the Constitution of the State of New York; I will maintain the respect due to Courts of Justice and judicial officers;

I will not counsel or maintain any suit or proceeding which shall appear to me to be unjust nor any defense that I do not believe to be honestly debatable under the law of the land;

In maintaining the causes confided to me, I will employ only means that are honorable, and will never seek to mislead the judge or jury by an artifice or false statement of fact or law;

I will maintain the confidences and preserve inviolate the secrets of my client, and will accept compensation solely from the client or a third-party with the knowledge and approval of the client;

I will abstain from all offensive behavior and advance no fact prejudicial to the honor and reputation of a party or witness, unless my ethical duty requires;

I will in all other respects conduct myself personally and professionally in conformity with the high standards of conduct imposed upon members of the bar who practice law in this State and before this Court.

_____
(Signature)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

### ATTORNEY'S OATH

STATE OF __District of Columbia__ )
__District of Columbia__ COUNTY ) SS:
)

I, __Robert Corn-Revere__ of __Washington, D.C.__
                                                         City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and according to law; and I will support the Constitution of the United States. So help me God.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: __8-9-2023__
                       Date

                                                Signature of Attorney

District of Columbia
Signed and Sworn to (or affirmed) before me on __8/9/23__ (Date)
by __Robert Corn-Revere__
     (Name(s) of Individual(s) Making Statement)
Signature of Notarial Officer: _____
Title of Office: __Notary__
My Commission Expires: __06/14/2027__

[Notary Seal: ANTHONY DRUMGOLD — NOTARY PUBLIC — My Comm Exp. Jun 14, 2027 — DISTRICT OF COLUMBIA]

Rev. 1/3/2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Robert Corn-Revere
(Name)

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING
AFFIDAVIT

STATE OF NEW YORK )
                  ) ss:
COUNTY OF Erie    )

Barry N. Covert, being duly sworn deposes and says:

1. I reside at:
1505 Grover Road, East Aurora, New York 14052

and maintain an office for the practice of law at: Lipsitz, Green, Scime, Cambria LLP
42   Delaware Avenue, Buffalo, New York 14202

2. I am an attorney at law, admitted to practice in the State of New York

_____, I was admitted to practice in the United States District Court for the Western District of New York on the 18th day of June, 1990.

3. I have known the petitioner since approximately 2010 and under the following circumstances:

We are both members of the First Amendment Lawyers Association; I met Robert many years ago and we have worked jointly on various matters including the instant matter.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: Robert's moral character is of the highest calibre and he is fit to be admitted to practice before this Court.

_____
Signature of Sponsoring Attorney

Sworn to before me this 9th day of August, 2023

_____
Notary Public

MEGAN G. COMMAROTO
Notary Public, State of New York
Reg. No. 01CO6297521
Qualified in Erie County
Commission Expires 02/24/2024

# UNITED STATES DISTRICT COURT

# Western District of New York

### ATTORNEY DATABASE & ELECTRONIC CASE FILING REGISTRATION FORM

The Clerk's Office maintains a computerized database of attorneys admitted in the District. To ensure the data we enter for you is correct, please fill out the form below and submit it with your other papers when you are admitted. Our local rules require you to report name, firm affiliation, office address or phone number changes within 30 days.

This form shall also be used to register for an account on the Courts' Case Management/Electronic Files (CM/ECF) system. Registered attorneys will have privileges to electronically submit and to view the electronic docket sheets and documents. By registering, attorneys consent to receiving electronic notice of filings through the system. The following information is required for registration:

Instructions: PLEASE TYPE OR PRINT. If you use two surnames or have a hyphenated surname, please indicate how you would like the name entered into our records, i.e., first surname as middle name, both surnames in last name field, etc.

First Name: **Robert**

Middle Name or Initial: _____

Last Name: **Corn-Revere**

Firm Name: **Foundation for Individual Rights and Expression**

Firm Address: **700 Pennsylvania Avenue SE**

Suite: **340**

City: **Washington**   State: **DC**   Zip: **20003**-____

Phone Number: **215_717_3473**   FAX Number: ____-____-____

Primary E-Mail Address: **bob.corn-revere@thefire.org**

Additional E-Mail Address: _____

Does your E-Mail Software support HTML messages? Yes **X**   No ____

Page 1 of 2

Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court for the Western District of New York.

Method of Admission: **pro hac vice**
(Petition, Certificate of Good Standing, *pro hac vice*)

Date admitted to practice in this Court: **pending**
(write "pending" if admission is pending)

If admitted pro hac vice:
Date motion for pro hac vice granted: _____ in case number: _____

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. The combination of user id and password will serve as the signature of the attorney filing the documents.

Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

_/s/ Robert Cohn-Revere_       **August 9, 2023**
Signature of Registrant        Date

Please note that this form is required to be completed by any new attorneys seeking to be admitted to this District. If you have been previously admitted to practice in this court and are submitting this registration to request an account, you may fax the form to (716) 551-1705, or mail it to the following address:

> Mary C. Loewenguth
> United States District Court
> Attn: CM/ECF Registration
> 2 Niagara Square
> Buffalo, New York 14202

*OPTIONAL: Your login and password will be sent to you by the Office of the Clerk via the e-mail address you provided on your registration form. **If you prefer to have your login and password sent by U.S. Mail, please write the address below and mark your initials as approval for an alternate delivery method:**

Firm Address: _____
_____
_____

Attorney Initials: _____