UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

STEPHEN KERSHNAR,

                            Plaintiff,

      -vs-

STEPHEN H. KOLISON, JR., in his individual
capacity and his official capacity as the President
of the State University of New York at Fredonia, and

DAVID STARRETT, in his individual capacity and
official capacity as Executive Vice President and
Provost of the State University of New York at
Fredonia,

                            Defendants.

_____

23-cv-525

**NOTICE OF
APPEARANCE**

      **PLEASE TAKE NOTICE** that Letitia James, Attorney General of the State of New

York, attorney for Defendants, State University of New York at Fredonia President Stephen H.

Kolison, Jr. and Executive Vice President and Provost David Starrett, pursuant to the Federal

Rules of Civil Procedure, requests that all notices given or required to be given in this case and

all papers served or required to be served in this case be given to and served upon **Alyssa Jordan**

**Pantzer**, Assistant Attorney General, Main Place Tower, Suite 300A, 350 Main Street, Buffalo,

New York 14202.

DATED:     August 17, 2023          **LETITIA JAMES**
            Buffalo, New York          Attorney General of the State of New York
                                     Attorney for Defendants

                       BY:    *s/ Alyssa Jordan Pantzer*
                            Alyssa Jordan Pantzer
                            Assistant Attorney General of Counsel
                            Main Place Tower
                            350 Main Street, Suite 300A
                            Buffalo, New York 14202
                            (716) 853-8476
                            Alyssa.Pantzer@ag.ny.gov