UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

STEPHEN KERSHNAR,

                Plaintiff,

                                              23-cv-525

    -vs-

STEPHEN H. KOLISON, JR., in his individual
capacity and his official capacity as the President
of the State University of New York at Fredonia, and

DAVID STARRETT, in his individual capacity and
official capacity as Executive Vice President and
Provost of the State University of New York at
Fredonia,

                Defendants.
_____

## DEFENDANTS' EXHIBIT LIST

                                            LETITIA JAMES
                                            Attorney General of the State of New York
                                            JENNIFER METZGER KIMURA
                                            ALYSSA JORDAN PANTZER
                                            Assistant Attorneys General, of Counsel
                                            350 Main Street, Suite 300A
                                            Buffalo, NY 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

# EXHIBIT LIST

Case No.:   23-cv-525                ( ) Plaintiff
Date:       September 13, 2023       (X) Defendants

| Exhibit No. | Description | Marked for Identification | In Evidence |
|---|---|---|---|
| 1 | Chief Brent Isaacson's Declaration plus attached exhibits A-F | | |
| 2 | Interim Chief Charles Holder's Declaration plus attached exhibit A | | |
| 3 | February 22, 2022, Case Report Detail involving Brian Boisvert | | |
| 4 | February 7, 2022, Email from Chief Isaacson to Plaintiff regarding safety threats made to Plaintiff | | |
| 5 | February 4, 2022, Email from Scott Martin to Soteris Tzitzis (copying Chief Isaacson) requesting that the panic button be repaired and that this was a high priority | | |
| 6 | February 3, 2022, Email from Wayne Michael, waynemichael76@gmail.com, to President Office inbox conveying threat | | |
| 7 | February 2, 2022, Email from Jennifer Kellner, apexkellner@icloud.com, to President Office inbox conveying threat | | |
| 8 | February 3, 2022, Email from Alanna Shores, Alannashores@gmail.com, to President Office inbox conveying threat | | |
| 9 | February 3, 2022, Email from Garrett "G" Adams, garrett.adams.sales@gmail.com, to Admissions Office inbox conveying threat | | |
| 10 | February 2, 2022, Email from Rebecca Moran, rmoran511@hotmail.com, to Admissions Office inbox conveying threat | | |
| 11 | February 2, 2022, Email from Bette Korn, bk1144@aol.com, to Admissions Office inbox conveying threat | | |

| 12 | February 2, 2022, Email from Jeff Greco, jgrecoconstr@aol.com, to Admissions Office inbox conveying threat | | |
|---|---|---|---|
| 13 | February 2, 2022, Email from TD, troyderengowski61@gmail.com, to Admissions Office inbox conveying threat | | |
| 14 | February 2, 2022, Change.org petition where student says she does not feel safe | | |
| 15 | Compilation of threatening emails pulled from Plaintiff's SUNY Fredonia email account, created by Plaintiff | | |
| 16 | Compilation of social media and tweet responses collected by Chief Brent Isaacson | | |
| 17 | February 3, 2022, Email from Mike Villano, michaelvillano@att.net, to Plaintiff conveying threat | | |
| 18 | February 2, 2022, Email from scotter0123@gmail.com, to Plaintiff conveying threat | | |
| 19 | February 2, 2022, Email from Chris Beauvais, csjb1@msn.com, to Plaintiff conveying threat | | |
| 20 | February 2, 2022, Email from Kassandra Cotton, cotton.kassandra@ymail.com, to Plaintiff conveying threat | | |
| 21 | February 2, 2022, Email from Mondrone King, mondroneking@gmail.com, to Plaintiff conveying threat | | |
| 22 | February 2, 2022, Email from Leslie Garcia, lesliegarcia93@outlook.com, to Plaintiff conveying threat | | |
| 23 | February 4, 2022, Email from Hamish McGregor, mrhamish.mcgregor@gmail.com, to Plaintiff conveying threat | | |
| 24 | February 4, 2022, Email from STOVE 5014, vzombiekiller@gmail.com, to Plaintiff conveying threat | | |
| 25 | February 2, 2022, Email from John Waszewski, jwaszewski1960@gmail.com, to Plaintiff conveying threat | | |
| 26 | On or about February 7, 2022, voicemail from (415) 261-8494, conveying threat stating "He's a Jew and a parasitic animal." | | |
| 27 | On or about February 7, 2022, voicemail from (615) 649-1604, to Registrar's Office conveying threat stating "Punch the President in the fucking face" and "We're coming for you." | | |

| 28 | On or about February 7, 2022, telephone call to the University Police Department's Commissioner's Office in Albany, conveying threat stating "I feel like driving there myself and killing him." | | |
|---|---|---|---|
| 29 | On or about February 4, 2022, telephone call to the University Police Department in Fredonia from David Debrienza, conveying threat stating that he "will make his presence known." | | |
| 30 | On or about February 2, 2022, telephone call to the Office of University Life in Albany from Randall Harnden, conveying threat stating "We need to stop institutions like you." | | |
| 31 | February 2, 2022, telephone call to Fredonia's University Police Department, conveying threat stating "I've got thousands of followers on social media" and "We're not going to stop." | | |
| 32 | February 2, 2022, voicemail left by a caller with number (860) 235-5154, conveying threat stating "You sons of bitches better fucking do something about it." | | |
| 33 | September 20, 2022, Threat Assessment Report by A1C Partners, LLC | | |
| 34 | April 8, 2022, Social Media Assessment by AMI Aware | | |
| 35 | January 4, 2023, Memorandum by Chief Brent Isaacson documenting unsolicited telephone call from FBI Special Agent Chard Artip regarding threatening communications | | |

**DATED:**   August 23, 2023
Buffalo, New York

**LETITIA JAMES**
Attorney General of the State of New York
Attorneys for Defendants

BY:   *s/ Jennifer Metzger Kimura*
JENNIFER METZGER KIMURA
ALYSSA PANTZER JORDAN
Assistant Attorneys General of Counsel
Main Place Tower
350 Main Street, Suite 300A
Buffalo, New York 14202
(716) 853-8477
Jennifer.Kimura@ag.ny.gov
Alyssa.Pantzer@ag.ny.gov

4