

Adam Steinbaugh <adam@thefire.org>

---

## FOIL Request re: Stephen Kershnar

**Adam Steinbaugh** <adam@thefire.org>  Thu, Feb 3, 2022 at 4:35 PM
To: amy.beers@fredonia.edu
Cc: Aaron Terr <aaron.terr@thefire.org>

Ms. Beers --

This is a request for the following records pursuant to the New York Freedom of Information Law (N.Y. Pub. Off. Law § 84 *et seq.*)

**Records Requested:**

1. Any emails, text messages, or other communications to or from the University Police Department, including Chief of Police Brent Isaacson, which concern, mention, or otherwise relate to Stephen Kershnar or the controversy concerning Prof. Kershnar. This request is limited to records generated between February 1, 2022 through February 3, 2022, inclusive.

2. Any police reports generated by the University Police Department between February 1, 2022 through February 3, 2022, inclusive.

3. Any emails, text messages, or direct social media messages sent to or from Stephen H. Kolison Jr. which concern, mention, or otherwise relate to Stephen Kershnar or the controversy concerning Prof. Kershnar. This request is limited to records generated between February 1, 2022 through February 3, 2022, inclusive.

**Fee waiver request**: This request is made on behalf of the Foundation for Individual Rights in Education, a nonprofit and nonpartisan organization that works to preserve civil liberties on college campuses. We request a waiver of any fees or costs associated with this request.

This request concerns a matter of public interest. The records are not sought for a commercial or personal interest, but rather for the purpose of providing the public with information concerning civil liberties in higher education.

If I can be of assistance in interpreting or narrowing this request, please don't hesitate to ask.

Best,

**Adam B. Steinbaugh**
Director, Individual Rights Defense Program*

Foundation for Individual Rights in Education
510 Walnut Street
Suite 1250
Philadelphia, PA 19106
(215) 717-3473
adam@thefire.org

*This communication may contain information that is confidential or privileged. Unless you are the addressee (or authorized to receive this message by the addressee), you may not use, copy, or disclose the contents of this message or information contained in this message to anyone.  If you believe that you have received this message in error, please advise the sender and delete this message.*

\* Admitted in California and Pennsylvania