

Adam Steinbaugh <adam@thefire.org>

## FOIL Request re: Stephen Kershnar

**Adam Steinbaugh** <adam@thefire.org>  Wed, Mar 9, 2022 at 2:42 PM
To: Amy Beers <amy.beers@fredonia.edu>

Hello Amy --

As a followup, could SUNY Fredonia also provide the following records?:

**Records Requested:**

1. Any contract or agreement with the third party asked to conduct an analysis of Professor Kershnar's computer.

2. Any report, conclusions, or analyses relating to Professor Kershnar's computer.

Thank you!

**Adam B. Steinbaugh**
Attorney*
Foundation for Individual Rights in Education
510 Walnut Street
Suite 1250
Philadelphia, PA 19106
(215) 717-3473
adam@thefire.org

*This communication may contain information that is confidential or privileged. Unless you are the addressee (or authorized to receive this message by the addressee), you may not use, copy, or disclose the contents of this message or information contained in this message to anyone.  If you believe that you have received this message in error, please advise the sender and delete this message.*

*\* Admitted in California and Pennsylvania*

[Quoted text hidden]