

Adam Steinbaugh <adam@thefire.org>

## FOIL Request re: threats

**Adam Steinbaugh** <adam@thefire.org>  
To: Amy Beers <amy.beers@fredonia.edu>

Wed, Apr 26, 2023 at 3:58 PM

Ms. Beers --

This is a request for records pursuant to New York's Freedom of Information Law.

Please provide the following records:

1. Any records reflecting or concerning any threats sent to or received by SUNY Fredonia concerning Stephen Kershnar since April 1, 2022.

2. Any records reflecting or evidencing the "ongoing concerns for your safety and the safety of others" referenced by David Starrett in his letters to Stephen Kershnar on August 24, 2022, September 9, 2022, and November 1, 2022.

Best,

**Adam B. Steinbaugh**
Attorney*
Foundation for Individual Rights and Expression
510 Walnut Street
Suite 1250
Philadelphia, PA 19106
(215) 717-3473
adam@thefire.org

*This communication may contain information that is confidential or privileged. Unless you are the addressee (or authorized to receive this message by the addressee), you may not use, copy, or disclose the contents of this message or information contained in this message to anyone. If you believe that you have received this message in error, please advise the sender and delete this message.*

* Admitted in California and Pennsylvania