

**Adam Steinbaugh <adam@thefire.org>**

---

### RE: Contact Information for FOIL Request
3 messages

---

**FOIL** <FOIL@suny.edu>  
To: "adam@thefire.org" <adam@thefire.org>

Sun, Apr 30, 2023 at 2:44 PM

Dear Adam,

This is to acknowledge receipt of your FOIL request to the State University of New York.

We are in the process of reviewing your correspondence and will get back to you within 20 business days regarding our response.

Sincerely,

Holly Liapis

SUNY System Administration Records Access Officer

---

**From:** adam@thefire.org <adam@thefire.org>  
**Sent:** Tuesday, April 25, 2023 9:59 PM  
**To:** FOIL <foil@suny.edu>  
**Subject:** Contact Information for FOIL Request

**First Name:** Adam  
**Last Name:** Steinbaugh  
**Email:** adam@thefire.org  
**IP:** 100.34.241.68  
**Message Type:** FOIL Request  
**Comments:** I request: 1. A copy of any public records request to SUNY System Administration mentioning "Kershnar", any COMMUNICATIONS as defined below or processing notes concerning the request, and any records produced in response to the request. This request is limited to requests received on or after January 1, 2022. 2. Any COMMUNICATIONS between a the SUNY Chancellor including Deborah F. Stanley , any person employed in the office of the SUNY Chancellor, Travis Proulx, Aaron Gladd, or any person in SUNY Government Relations, on the one hand, and b Stephen Kolison, David Starrett, Kevin Kearns, or Brent S. Isaacson, on the other, which mention "Kershnar" or concern Stephen Kershnar. 3. Any COMMUNICATIONS to or from Deborah Stanley, Travis Proulx,

or Aaron Gladd which mention "Kershnar" or concern Stephen Kershnar. 4. Any COMMUNICATIONS with any member of the Assembly of the State of New York mentioning "Kershnar" or concerning Stephen Kershnar. This includes, but is not limited to, any COMMUNICATIONS in response to the February 7, 2022 letter to Chancellor Deborah Stanley from Mark C. Walczyk, et al, available at https://web.archive.org/web/20220326035618/https://www.assembly.state.ny.us/write/upload/member_files/116/pdfs/20220214_0100835.pdf. "COMMUNICATIONS" means any record reflecting any oral, telephonic, written, or electronic transmission of information. It includes, but is not limited to: emails, letters, memoranda, fax transmissions, text messages, SMS messages, WhatsApp messages, Telegram messages, Signal messages, social media messages, logs, minutes of meetings or telephone calls, notes taken during meetings or telephone calls, calendar entries, video or audio recordings of meetings, video or audio recordings of calls, video or audio recordings of conversations, and Zoom recordings. These requests are limited to records generated on or after January 1, 2022.

This e-mail was sent via **suny.edu**'s Contact Us page. If it appears to not be something your office would address, please forward it to **PublicWebContent@suny.edu** and we'll make sure it gets to the right place.

---

**Adam Steinbaugh** <adam@thefire.org>  Tue, May 30, 2023 at 9:22 AM
To: FOIL <FOIL@suny.edu>

Ms. Liapis --

Just wanted to follow up on the below request.

Thanks in advance,

**Adam B. Steinbaugh**
Attorney*
Foundation for Individual Rights and Expression
510 Walnut Street
Suite 1250
Philadelphia, PA 19106
(215) 717-3473
adam@thefire.org

*This communication may contain information that is confidential or privileged. Unless you are the addressee (or authorized to receive this message by the addressee), you may not use, copy, or disclose the contents of this message or information contained in this message to anyone.  If you believe that you have received this message in error, please advise the sender and delete this message.*

*\* Admitted in California and Pennsylvania*

[Quoted text hidden]

---

**FOIL** <FOIL@suny.edu>  Thu, Jun 8, 2023 at 3:41 PM
To: Adam Steinbaugh <adam@thefire.org>

Good afternoon. As an update, we are still processing your request and need to extend the timeframe to ensure we search all appropriate files. We expect to be able to fulfill your request on or before July 7, 2023.

Thank you and kind regards,

[Quoted text hidden]