Good morning.

I just got off the phone with Kershnar. ████████████████████████████
████████████████████████████████████ he is directed by the President to stay off campus today and until further notice.  I advised Kershner that his classes today are being cancelled by the Provost and his team.

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████████

Thanks,
Brent

———————————————

Brent S. Isaacson

Chief of Police

New York State University Police

State University of New York at Fredonia

280 Central Avenue

Fredonia, NY 14063

Tel (716) 673-3333



On Thu, Feb 3, 2022 at 7:31 AM Brent S Isaacson <brent.isaacson@fredonia.edu> wrote:

he is directed by the President to stay off campus today and until further notice.  I advised Kershner that his classes today are being cancelled by the Provost and his team.

Brent S. Isaacson

Chief of Police

New York State University Police

State University of New York at Fredonia

280 Central Avenue

Fredonia, NY 14063

Tel (716) 673-3333

--
Best regards // Saludos // Viele Grüße,

Mike

Michael D Metzger
VP Finance & Administration
501 Maytum Hall Fredonia, New York 14063



[REDACTED]

[REDACTED]

On Wed, Feb 2, 2022 at 10:08 PM Brent S Isaacson <brent.isaacson@fredonia.edu> wrote:

Yes.  The President indicated he would be asking you to contact students, and he was unequivocal that classes tomorrow will be canceled.

Brent

_____

Brent S. Isaacson

Chief of Police

New York State University Police

State University of New York at Fredonia

280 Central Avenue

Fredonia, NY 14063

Tel (716) 673-3333

On Wed, Feb 2, 2022 at 10:04 PM David A Starrett <starrett@fredonia.edu> wrote:

[REDACTED]

[REDACTED]

On Wed, Feb 2, 2022 at 9:49 PM Brent S Isaacson <brent.isaacson@fredonia.edu> wrote:

[REDACTED]

_____

Brent S. Isaacson

Chief of Police

New York State University Police

State University of New York at Fredonia

280 Central Avenue

Fredonia, NY 14063

Tel (716) 673-3333

On Wed, Feb 2, 2022 at 8:49 PM Michael Metzger <[Michael.Metzger@fredonia.edu](mailto:Michael.Metzger@fredonia.edu)> wrote:

█████████████████████

██████████████████████████████

On Wed, Feb 2, 2022 at 8:46 PM Maria E Carroll <[carroll@fredonia.edu](mailto:carroll@fredonia.edu)> wrote:

████████████████████████████████

Maria Carroll
*Pronouns: She/Her*
Director of Human Resources
State University of New York at Fredonia
Email: [maria.carroll@fredonia.edu](mailto:maria.carroll@fredonia.edu)
Phone: (716) 673-4147

*I may send messages outside of normal business hours, but please note that I do not expect a response outside of your normal working hours unless the email message specifically requests it.*

On Wed, Feb 2, 2022 at 8:43 PM Michael Metzger <[Michael.Metzger@fredonia.edu](mailto:Michael.Metzger@fredonia.edu)> wrote:

██████████████████████████

███████████████████████ <[carroll@fredonia.edu](mailto:carroll@fredonia.edu)> wrote:

████████████████████████████████████

Maria Carroll
*Pronouns: She/Her*
Director of Human Resources
State University of New York at Fredonia
Email: [maria.carroll@fredonia.edu](mailto:maria.carroll@fredonia.edu)
Phone: (716) 673-4147

*I may send messages outside of normal business hours, but please note that I do not expect a response outside of your normal working hours unless the email message specifically requests it.*

On Wed, Feb 2, 2022 at 6:42 PM Brent S Isaacson <brent.isaacson@fredonia.edu> wrote:

_____

Brent S. Isaacson

Chief of Police

New York State University Police

State University of New York at Fredonia

280 Central Avenue

Fredonia, NY 14063

Tel (716) 673-3333


--
Best regards // Saludos // Viele Grüße,
Mike

Michael D Metzger
VP Finance & Administration
501 Maytum Hall Fredonia, New York 14063




--
Best regards // Saludos // Viele Grüße,

Mike

Michael D Metzger
VP Finance & Administration
501 Maytum Hall Fredonia, New York 14063



--
Dr. David Starrett
Executive Vice President and Provost
801 Maytum Hall
State University of New York at Fredonia
Fredonia, NY 14063
David.Starrett@Fredonia.edu
(716) 673-3335


--
Dr. David Starrett
Executive Vice President and Provost
801 Maytum Hall
State University of New York at Fredonia
Fredonia, NY 14063
David.Starrett@Fredonia.edu
(716) 673-3335

Not all calls.....just media inquiries.....big diffsrence!!!!

On Tue, Feb 1, 2022, 9:27 PM Brent S Isaacson <brent.isaacson@fredonia.edu> wrote:

Please refer all calls on this topic to Jeff Woodard, 716-785-9145, jeffrey.woodard@fredonia.edu.  Jeff is our media relations director.

And also document calls in a police report and send me narratives as usual.  Please place in prelim for all shifts.

Thanks,
Brent


––––––––––––––––––––––––

Brent S. Isaacson

Chief of Police

New York State University Police

State University of New York at Fredonia

280 Central Avenue

Fredonia, NY 14063

Tel (716) 673-3333



On Tue, Feb 1, 2022 at 9:13 PM University Police <University.Police@fredonia.edu> wrote:



On Tue, Feb 1, 2022 at 9:10 PM Brent S Isaacson <brent.isaacson@fredonia.edu> wrote:


––––––––––––––––––––––––

Brent S. Isaacson

Chief of Police

New York State University Police

State University of New York at Fredonia

280 Central Avenue

Fredonia, NY 14063

Tel (716) 673-3333


On Tue, Feb 1, 2022 at 9:09 PM University Police <University.Police@fredonia.edu> wrote:

██████████

████████████████████████████████

█████████

███

---------- Forwarded message ---------
From: **Jason Verdi** ████████████████████>
Date: Tue, Feb 1, 2022 at 8:45 PM
Subject: Dr. Stephen Kershnar
To: <admissions@fredonia.edu>, <upd@fredonia.edu>
Cc: <Marketing.Communications@fredonia.edu>


Is this being investigated?

https://twitter.com/libsoftiktok/status/1488675032985268228?s=21



--
--
--
**God is good!**
Jason Verdi
██████████████

**LinkedIn**



--
NYSUP at Fredonia
2nd Floor Gregory Hall
Fredonia, NY 14063
T: 716-673-3333
F: 716-673-3462

--
NYSUP at Fredonia
2nd Floor Gregory Hall
Fredonia, NY 14063
T: 716-673-3333
F: 716-673-3462

