UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN KERSHNAR,<br><br>                *Plaintiff*,<br><br>   v.<br><br>STEPHEN H. KOLISON, JR, *et al.*,<br><br>                *Defendants*. | Case No.: 1:23-cv-00525-LJV<br><br>**NOTICE OF ERRATA RE: EXHIBIT NO. 45 TO PLAINTIFF'S LETTER OF AUGUST 24, 2023 (ECF NO. 27)** |

      Plaintiff Stephen Kershnar respectfully submits this Notice of Errata to correct an inadvertent omission of Exhibit 45 to Adam Steinbaugh's August 24, 2023, letter to the Court (ECF No. 27). The correct Exhibit 45, an annotated transcript of the status August 17, 2023, status conference, is submitted with this Notice.

      Plaintiff respectfully requests that the Court's clerk add Exhibit 45 to Docket Entry No. 27.

Dated: August 25, 2023          Respectfully submitted,

                                                     /s/ Adam B. Steinbaugh
                                                   Adam B. Steinbaugh*
                                                   CA Bar No. 304829
                                                   FOUNDATION FOR INDIVIDUAL
                                                      RIGHTS & EXPRESSION
                                                   510 Walnut St.; Ste. 1250
                                                   Philadelphia, PA 19106
                                                   Tel:    (215) 717-3473
                                                   Email:  adam@thefire.org

                                                   * Admitted *pro hac vice*.
                                                   *Counsel for Plaintiff*