UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN KERSHNAR,<br><br>              *Plaintiff*,<br><br>   v.<br><br>STEPHEN H. KOLISON, JR, *et al.*,<br><br>             *Defendants*. | Case No.: 1:23-cv-00525-LJV |

**PLAINTIFF'S EXHIBIT LIST**

Adam B. Steinbaugh*
CA Bar No. 304829
FOUNDATION FOR INDIVIDUAL
  RIGHTS & EXPRESSION
510 Walnut St.; Ste. 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
Email: adam@thefire.org

Robert Corn-Revere*
D.C. Bar No. 375415
Joshua T. Bleisch*
IN Bar No. 35859-53
FOUNDATION FOR INDIVIDUAL
  RIGHTS & EXPRESSION
700 Pennsylvania Avenue SE; Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (267) 573-3073
Email: bob.corn-revere@thefire.org
Email: josh.bleisch@thefire.org

Barry N. Covert, Esq.
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Ave.; Ste. 120
Buffalo, NY 14202
Tel: (716) 849-1333
Email: bcovert@lglaw.com

\* Admitted *pro hac vice*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### EXHIBIT LIST

**Case No.: 23-cv-525**            **(X) Plaintiff**
**Date: September 13, 2023**        **(  ) Defendants**

| Exhibit No. | Description | Marked for Identification | In Evidence |
|---|---|---|---|
| 1 | Professor Kershnar's biography as published on SUNY Fredonia's website | | |
| 2 | Screenshot of February 1, 2022 Twitter thread by user @LibsofTikTok | | |
| 3 | President Kolison's February 1, 2022 statement, as published on the SUNY Fredonia Twitter account | | |
| 4 | President Kolison's February 3, 2022 statement, as published on the SUNY Fredonia Twitter account | | |
| 5 | Email from Dispatcher Alexandra Best-Kelm to SUNY Fredonia Police Chief Brent Isaacson sent on February 1, 2022 | | |
| 6 | Email from SUNY Fredonia Police Chief Brent Isaacson sent on February 2, 2022 | | |
| 7 | Undated email sent by Police Chief Isaacson | | |
| 8 | Email from SUNY Fredonia Interim Chief Information Officer Benjamin Hartung sent on February 3, 2022 | | |
| 9 | Undated email sent by Police Chief Isaacson | | |
| 10 | January 8, 2023 FOIL request to the New York State Police | | |
| 11 | January 9, 2023 FOIL response from the New York State Police | | |
| 12 | January 8, 2023 FOIL request to the Fredonia Village Police Department | | |

|    |                                                                                                                                                                                              |   |   |
|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---|---|
|    | and the Department's January 9, 2023 response                                                                                                                                                |   |   |
| 13 | April 14, 2023 FOIL request to the Chautauqua County Sheriff Records Division                                                                                                                |   |   |
| 14 | June 6, 2023 SUNY Fredonia police blotter list of incidents after November 7, 2021                                                                                                           |   |   |
| 15 | May 12, 2023 Google Trends search results for the terms "kershnar" and "SUNY fredonia" and showing "their interest over time" between October 1, 2021, and May 7, 2023.                      |   |   |
| 16 | "Display Course Search Results" list of available Philosophy classes for the Fall 2023 semester, as it appeared on June 12, 2023                                                             |   |   |
| 17 | Stephen Kershnar email to Brent Isaacson, Feb. 1, 2022                                                                                                                                       |   |   |
| 18 | Maria Carroll letter to Stephen Kershnar, Feb. 3, 2022                                                                                                                                       |   |   |
| 19 | Maria Carroll email to Stephen Kershnar, Feb. 3, 2022                                                                                                                                        |   |   |
| 20 | David Starrett letter to Stephen Kershnar, Aug. 24, 2022                                                                                                                                     |   |   |
| 21 | David Starrett letter to Stephen Kershnar, Sept. 9, 2022                                                                                                                                     |   |   |
| 22 | David Starrett letter to Stephen Kershnar, Nov. 1, 2022                                                                                                                                      |   |   |
| 23 | FBI Agent Chad Artrip email to Stephen Kershnar, Jan. 5, 2023                                                                                                                                |   |   |
| 24 | Email from David Rankin, April 3, 2023                                                                                                                                                       |   |   |
| 25 | February 3, 2022 FOIL Request                                                                                                                                                                |   |   |
| 26 | April 26, 2023 FOIL Request                                                                                                                                                                  |   |   |
| 27 | April 25, 2023 FOIL Request                                                                                                                                                                  |   |   |

| | | | |
|---|---|---|---|
| 28 | Sample documents from March 2022 FOIL production [ECF No. 27-7] | | |
| 29 | Email from Amy Beers to Adam Steinbaugh, Apr. 4, 2022 | | |
| 30 | Email from Amy Beers to Adam Steinbaugh, June 2, 2022 | | |
| 31 | Letter from Adam Steinbaugh to Aaron Gladd, Aug. 19, 2022 | | |
| 32 | Letter from Aaron Gladd to Adam Steinbaugh, Sept. 6, 2022 | | |
| 33 | Amy Beers email to Stephen Kershnar, Nov. 16, 2022 | | |
| 34 | Email from Samantha Gleason to Adam Steinbaugh, April 27, 2023 | | |
| 35 | Email from Amy Beers to Adam Steinbaugh, June 2, 2023 [P0000828] | | |
| 36 | Letter from "FOIL Appeals Office" to Adam Steinbaugh, July 12, 2023 | | |
| 37 | Michelle A. Cubellis, et al., Sex Offender Stigma: An Exploration of Vigilantism against Sex Offenders | | |
| 38 | Jan. 31, 2017 Statement by American Association of University Professors: Targeted Online Harassment of Faculty | | |
| 39 | Statement by American Association of University Professors: Taking a Stand Against Harassment, Part of the Broader Threat to Higher Education, September 17, 2021 | | |
| 40 | Hans-Joerg Tiede, et al., Data Snapshot: Whom Does Campus Reform Target and What Are the Effects? | | |
| 41 | Patrick Lakamp, *SUNY Fredonia professor who appeared to condone* | | |

| | | | |
|---|---|---|---|
| | *pedophilia wants back on campus*, Buffalo News, June 15, 2023 | | |
| 42 | Brent Isaacson email re: police report, Feb. 1, 2022 | | |
| 43 | Brent Isaacson email to Stephen Kershnar, Feb. 2, 2022, 9:55 p.m. | | |
| 44 | Brent Isaacson and Stephen Kershnar emails, Jan. 4, 2023 | | |
| 45 | Kendall Brooks Facebook post, Feb. 3, 2022 | | |
| 46 | University at Buffalo, May 2023 Romanell Center Bioethics Workshop | | |
| 47 | Screenshot of SUNY Fredonia Twitter account | | |
| 48 | SUNY Fredonia Campus Safety Committee | | |
| 49 | SUNY Fredonia, *Door security enhancements increase campus-wide safety*, Apr. 6, 2023 | | |
| 50 | SUNY Fredonia Emergency Operations Plan, June 20, 2016 | | |
| 51 | SUNY Fredonia Domestic Violence in the Workplace Policy | | |
| 52 | SUNY Fredonia Keys and Campus Access Control Policy | | |
| 53 | SUNY Fredonia Workplace Violence Prevention Policy and Program | | |
| 54 | SUNY Fredonia, Security in Residence Halls | | |
| 55 | SUNY Fredonia, Smart Classrooms in Kasling Hall and Grissom Hall | | |
| 56 | SUNY Gender-Based Violence and the Workplace Policy | | |
| 57 | Tony Olivo Bio | | |
| 58 | John K. Wilson Résumé | | |

Dated: August 28, 2023                                   Respectfully submitted,

/s/ Adam B. Steinbaugh
Barry N. Covert, Esq.                                    Adam B. Steinbaugh*
                                                         CA Bar No. 304829

5

| | |
|---|---|
| LIPSITZ GREEN SCIME<br>CAMBRIA LLP<br>42 Delaware Ave.; Ste. 120<br>Buffalo, NY 14202<br>Phone: (716) 849-1333<br>Email: bcovert@lglaw.com | FOUNDATION FOR INDIVIDUAL<br>RIGHTS & EXPRESSION<br>510 Walnut St.; Ste. 1250<br>Philadelphia, PA 19106<br>Tel:     (215) 717-3473<br>Email:  adam@thefire.org<br><br>Robert Corn-Revere*<br>D.C. Bar No. 375415<br>Joshua T. Bleisch*<br>IN Bar No. 35859-53<br>FOUNDATION FOR INDIVIDUAL<br>RIGHTS & EXPRESSION<br>700 Pennsylvania Ave. SE; Ste. 340<br>Washington, DC 20003<br>Tel:     (215) 717-3473<br>Email:  bob.corn-revere@thefire.org<br>Email:  josh.bleisch@thefire.org<br><br>* Admitted *pro hac vice*.<br><br>*Counsel for Plaintiff* |