UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

STEPHEN KERSHNAR,

          *Plaintiff*,

v.

STEPHEN H. KOLISON, JR, *et al.*,

          *Defendants*.

Case No.: 1:23-cv-00525-LJV

**PLAINTIFF'S WITNESS LIST**

Plaintiff Stephen Kershnar respectfully submits the following list of witnesses he may call at the evidentiary hearing scheduled to commence on September 13, 2023. Depending on the evidence presented on behalf of the Defendants, Plaintiff expects to call the following witnesses:

1. J.A. "Tony" Olivo, an expert on security. Olivo is a former member of the United States Marshals Service elite Special Operations Group and hostage negotiator. He has extensive experience in working with school districts to provide risk management. Plaintiff anticipates that Olivo will testify in rebuttal to testimony and evidence offered by Defendants, with respect to the options available to mitigate any legitimate public safety concerns.

2. John K. Wilson, Ph.D., an expert on academic freedom. Wilson has a doctoral degree from Illinois State University, where his dissertation addressed the history of academic freedom in the United States. Wilson was a 2019-2020 fellow of the University of California's National Center for Free Speech and Civic Engagement and frequently writes on matters involving freedom of expression and academic

1

freedom in higher education. Plaintiff anticipates that Wilson will testify in rebuttal to testimony and evidence offered by Defendants, with respect to how the heckler's veto poses risks to expressive freedom and how universities respond to threats to faculty members and other controversial speakers in ways that protect academic and expressive freedom.

Dated: August 28, 2023

Barry N. Covert, Esq.
LIPSITZ GREEN SCIME
CAMBRIA LLP
42 Delaware Ave.; Ste. 120
Buffalo, NY 14202
Phone: (716) 849-1333
Email: bcovert@lglaw.com

Respectfully submitted,

/s/ Adam B. Steinbaugh
Adam B. Steinbaugh*
CA Bar No. 304829
FOUNDATION FOR INDIVIDUAL
RIGHTS & EXPRESSION
510 Walnut St.; Ste. 1250
Philadelphia, PA 19106
Tel:   (215) 717-3473
Email:  adam@thefire.org

Robert Corn-Revere*
D.C. Bar No. 375415
Joshua T. Bleisch*
IN Bar No. 35859-53
FOUNDATION FOR INDIVIDUAL
RIGHTS & EXPRESSION
700 Pennsylvania Ave. SE; Ste. 340
Washington, DC 20003
Tel:   (215) 717-3473
Email:  bob.corn-revere@thefire.org
Email:  josh.bleisch@thefire.org

* Admitted *pro hac vice*.

*Counsel for Plaintiff*