| | |
|---|---|
| **From:** | Adam Steinbaugh |
| **To:** | Pantzer, Alyssa |
| **Cc:** | Amanda Workman; Barry Covert; Bob Corn-Revere; Boyd, Christopher; Josh Bleisch; Kelley Bregenzer; Kimura, Jennifer; Natalie Ekberg; Russo, Michael |
| **Subject:** | Re: [Kershnar v. Kolison] Plaintiff production of documents |
| **Date:** | Thursday, August 31, 2023 1:32:57 PM |

Counsel --

It is our understanding that Rule 26(a)(2)(A) requires a party to identify witnesses for use "at trial." As you are aware, the evidentiary hearing Defendants sought has not been consolidated into a final trial. It is an expedited hearing on discrete issues, and one the Court wants done in short order. If there is authority requiring expert witness reports in advance of a preliminary injunction hearing, please share it, as Rule 26's plain language does not impose that requirement.

In any event, contrary to the Court's Order, Defendants have not produced the records we requested to allow us to prepare our witnesses. We respectfully submit that Plaintiff's designation of witnesses notifies you of the subject matter of the anticipated testimony. After we review the additional documents that we believe that the Court will order Defendants to produce, we will reevaluate our disclosures.

With respect to Dr. Wilson, his anticipated testimony will include "how universities respond to threats to faculty members and other controversial speakers in ways that protect academic and expressive freedom." How other institutions of higher education respond to public anger and threats is highly relevant to the safety issue before the Court, as it shows Chief Isaacson's assertion that the complete ban of Dr. Kershnar from the campus is the "only" solution, is regularly rejected by other universities. Plaintiff will not withdraw Dr. Wilson.

Regards,

**Adam B. Steinbaugh**
Attorney*
Foundation for Individual Rights and Expression
510 Walnut Street
Suite 1250
Philadelphia, PA 19106
(215) 717-3473
adam@thefire.org

*This communication may contain information that is confidential or privileged. Unless you are the addressee (or authorized to receive this message by the addressee), you may not use, copy, or disclose the contents of this message or information contained in this message to anyone. If you believe that you have received this message in error, please advise the sender and delete this message.*

** Admitted in California and Pennsylvania*

On Tue, Aug 29, 2023 at 10:55 AM Pantzer, Alyssa <Alyssa.Pantzer@ag.ny.gov> wrote:

> Counselors,

We are in receipt of your witness list dated August 28, 2023 identifying two expert witnesses: J.A. “Tony” Olivo and John K. Wilson Ph.D. Assuming they are retained experts, Rule 26 requires that Plaintiff provide written reports providing a statement of the experts’ opinions, facts and data considered in formulating their opinions, qualifications, and a list of other cases in which they have served as expert witnesses, among other categories of information.

Plaintiff has indicated that he intends to call Dr. Wilson as “an expert on academic freedom.” While Plaintiff styles the anticipated testimony as “rebuttal,” Defendants have not disclosed an expert on the topic of academic freedom so there is no relevant testimony for Plaintiff’s expert to rebut on that subject. Moreover, the evidentiary hearing set for September 13 and 14 is limited to addressing the security concerns raised by Defendants. Indeed, Plaintiff conceded at the August 17, 2023 status conference that “we don’t want to address issues that are not raised by the defense in the factual hearing.” (Tr. 5:6-7). The Court agreed noting that “the only real issue is the safety issue,” and that “the whole purpose of the hearing is for you folks to convince me . . . that there is a danger.” (Tr. 7:11-12; 11:25-12:2.) Defendants therefore request that Plaintiff withdraw Dr. Wilson from their witness list.

Please provide the expert report and related disclosures for Mr. Olivo and let us know whether Plaintiff will withdraw Dr. Wilson from their witness list. If Plaintiff does not intend to do so, please let us know so that we can timely raise these issues with the Court in advance of the hearing.

Thank you,

Alyssa Jordan Pantzer

Assistant Attorney General

New York State Office of the Attorney General

Buffalo Regional Office

350 Main Street

Main Place Tower, Suite 300A

Buffalo, NY 14202

716-853-8476

Alyssa.Pantzer@ag.ny.gov

**From:** Adam Steinbaugh <adam@thefire.org>
**Sent:** Monday, August 28, 2023 9:33 PM
**To:** Pantzer, Alyssa <Alyssa.Pantzer@ag.ny.gov>
**Cc:** Amanda Workman <aworkman@lglaw.com>; Barry Covert <bcovert@lglaw.com>; Bob Corn-Revere <bob.corn-revere@thefire.org>; Boyd, Christopher <Christopher.Boyd@ag.ny.gov>; Josh Bleisch <josh.bleisch@thefire.org>; Kelley Bregenzer <kelley.bregenzer@thefire.org>; Kimura, Jennifer <Jennifer.Kimura@ag.ny.gov>; Natalie Ekberg <natalie.ekberg@thefire.org>; Russo, Michael <Michael.Russo@ag.ny.gov>
**Subject:** Re: [Kershnar v. Kolison] Plaintiff production of documents

**[EXTERNAL]**

Counsel --

Plaintiff's exhibits are available at: https://app.box.com/s/1vxaso69yanpe9mj8wwzivckqv0rkyat.

A further production of documents is available at https://app.box.com/s/twdbf2zty6e5qolqpv86sydvd1bbcnql. The link will expire on September 6, 2023.

The password for the files is:

[redacted]

Best,

**Adam B. Steinbaugh**
Attorney*

Foundation for Individual Rights and Expression

510 Walnut Street

Suite 1250

Philadelphia, PA 19106
(215) 717-3473

adam@thefire.org

*This communication may contain information that is confidential or privileged. Unless you are the addressee (or authorized to receive this message by the addressee), you may not use, copy, or disclose the contents of this message or information contained in this message to anyone. If you believe that you have received this message in error, please advise the sender and delete this message.*

** Admitted in California and Pennsylvania*

On Wed, Aug 23, 2023 at 11:07 PM Adam Steinbaugh <adam@thefire.org> wrote:

> Counsel --
>
> Plaintiff's production of documents is available at the below link until August 30, 2023:
>
> https://app.box.com/shared/static/7n9jwbg5zsujjsdzd19yyv8uwz3z7wgz.zip
>
> The password to access the link is:
>
> [redacted]
>
> Best,
>
> **Adam B. Steinbaugh**
> Attorney*

Foundation for Individual Rights and Expression

510 Walnut Street

Suite 1250

Philadelphia, PA 19106
(215) 717-3473

adam@thefire.org

*This communication may contain information that is confidential or privileged. Unless you are the addressee (or authorized to receive this message by the addressee), you may not use, copy, or disclose the contents of this message or information contained in this message to anyone. If you believe that you have received this message in error, please advise the sender and delete this message.*

** Admitted in California and Pennsylvania*

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.