# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN KERSHNAR,<br><br>*Plaintiff,*<br><br>v.<br><br>STEPHEN H. KOLISON, JR, in his individual capacity and his official capacity as the President of the State University of New York at Fredonia, *et al.*,<br><br>*Defendants.* | Case No.: 1:23-cv-00525<br><br>**NOTICE OF MOTION AND MOTION TO APPEAR PRO HAC VICE** |

**PLEASE TAKE NOTICE** that upon the accompanying petition of Kelley Bregenzer, sworn to the 11th day of September, 2023; the sponsoring affidavit of Barry Covert; the Attorney's Oath of Kelley Bregenzer; the Affirmation by Kelley Bregenzer to the Civility Principles and Guidelines; and the Attorney Database & Electronic Case Filing Registration Form, the undersigned will and hereby does move this Court, at the United States District Courthouse, 100 State Street, Rochester, N.Y., 13261 for an order pursuant to L. Civ. R. 83.1(i) of the United States District Court for the Western District of New York, granting admission *pro hac vice* of Kelley Bregenzer, to participate in this action on behalf of the Plaintiff.

Dated: September 12, 2023

Respectfully submitted,

/s/ Barry N. Covert
Barry N. Covert, Esq.
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue – Suite 120
Buffalo, New York 14202
Phone: (716) 849-1333
Email: bcovert@lglaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

Clear Form

Print

IN THE MATTER OF THE APPLICATION OF

Kelley Bregenzer

(Name)

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

Lawrence J. Vilardo

TO THE HONORABLE _____, JUDGE OF THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK:

Kelley Bregenzer

_____, petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:
   510 Walnut St., Suite 1250, Philadelphia, PA, 19106

2. That petitioner attended the following educational institutions and received the following degrees:
   Drexel University Kline School of Law, JD; University of Delaware, BA

3. Please complete either (a), (b) or ( c):

### Admission by Petition

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of New York on the ____ ⊘ day of _____ ⊘ , _____.

Additional Requirements:   Admission Sponsoring Affidavit
Attorney's Oath
Civility Principles Oath
Attorney Database Form
Attorney CM/ECF Registration Form
*Include the Pro Bono Volunteer Panel Form if you wish to become a member of the Court's Volunteer Pro Bono Panel.

### Admission by Certificate of Good Standing

(b) That petitioner was admitted to practice in the United States District Court of the _____ District of New York ⊘ on the _____ day of _____, _____, and is a member of the bar of the State in which that district court is located and in which the petitioner maintains an office for the practice of law.

Additional Requirements:   Certificate of Good Standing from the Clerk of Court of which he or she is a member (dated no earlier than six months prior to submission to this Court)
Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
Attorney's Oath
Civility Principles Oath
Attorney Database Form
Attorney CM/ECF Registration Form
*Include the Pro Bono Volunteer Panel Form if you wish to become a member of the Court's Volunteer Pro Bono Panel.

### Pro Hac Vice Admission

(c) That petitioner is admitted to practice in the State of New York _____

Additional Requirements:   Motion to Appear Pro Hac Vice
Check, Money Order or payment of fee on line in the amount of the Pro Hac Fee set forth in the District Court Schedule of Fees
Admission Petition Form
Admission Sponsor Affidavit
Attorney's Oath
Civility Principles Oath
Attorney Database Form
Attorney CM/ECF Registation Form

4. Petitioner is admitted to the following courts:
   New York State Court

5. Since such admission(s), petitioner has practiced in the following courts:
   Texas State Court- 266th Judicial district; E.D. Tex.

and has been involved in the following professional activities:
   Drafting motions and briefs

6. That petitioner or the petitioner's client (in a case in which the applicant represented the client) has never been held in contempt of court, sanctioned, censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, nor is the subject of any pending complaint before any court. (If number 6 is not true, the applicant shall strike that paragraph and shall file a separate confidential statement under seal specifying the court or disciplinary committee imposing the sanction, the date, the facts giving rise to the disciplinary action or complaint, the sanction imposed, and such other information, including any facts of a mitigating or exculpatory nature as may be pertinent, and such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review.)

7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code that pertain to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York and the New York Rules of Professional Conduct (22 NYCRR Part 1200).

        WHEREFORE, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

    I verify under penalty of perjury that the foregoing is true and correct.

                                            _____
                                            (Signature of Petitioner)

Sworn to before me this _11_ day of September, 2023

    _____

Notary Public

Commonwealth of Pennsylvania - Notary Seal
ALYSSA BENNETT - Notary Public
Philadelphia County
My Commission Expires March 9, 2026
Commission Number 1416216

(Revised 2020)

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF NEW YORK

## APPENDIX TO CIVILITY PRINCIPLES

### OATH OF OFFICE

I do solemnly swear (or affirm):

I will support the Constitution of the United States and the Constitution of the State of New York; I will maintain the respect due to Courts of Justice and judicial officers;

I will not counsel or maintain any suit or proceeding which shall appear to me to be unjust nor any defense that I do not believe to be honestly debatable under the law of the land;

In maintaining the causes confided to me, I will employ only means that are honorable, and will never seek to mislead the judge or jury by an artifice or false statement of fact or law;

I will maintain the confidences and preserve inviolate the secrets of my client, and will accept compensation solely from the client or a third-party with the knowledge and approval of the client;

I will abstain from all offensive behavior and advance no fact prejudicial to the honor and reputation of a party or witness, unless my ethical duty requires;

I will in all other respects conduct myself personally and professionally in conformity with the high standards of conduct imposed upon members of the bar who practice law in this State and before this Court.

(Signature)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## ATTORNEY'S OATH

STATE OF Pennsylvania_____ )
                                  ) SS:
Philadelphia_____ COUNTY    )

I, Kelley Bregenzer_____ of Philadelphia, PA_____

                                                                 City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United

States District Court for the Western District of New York, uprightly and accordingly to law; and I will

support the Constitution of the United States. So help me God.

_____
                         Signature of Attorney

Subscribed and sworn to before me this \_____
day of September_____, 2023_.

_____
                  Notary Public

Commonwealth of Pennsylvania · Notary Seal
ALYSSA BENNETT · Notary Public
Philadelphia County
My Commission Expires March 9, 2026
Commission Number 1416214

Rev. 2/2000

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

IN THE MATTER OF THE APPLICATION OF

**Kelley Bregenzer**
_____
(Name)

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

**SPONSORING**
**AFFIDAVIT**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF **Erie**   )

**Barry N. Covert**
_____, being duly sworn deposes and says:

1. I reside at:

**1505 Grover Road, East Aurora, NY 14052**

and maintain an office for the practice of law at: **Lipsitz, Green, Scime, Cambria LLP**
**42 N. Delaware Avenue, Buffallo, NY 14202**

2. I am an attorney at law, admitted to practice in the **State of New York**

_____, I was admitted to practice in the United States District Court for the

Western District of New York on the **18th** day of **June**, **1990**.

3. I have known the petitioner since **July 2023** and under the following

circumstances:

I have worked with Kelley on the instant matter, as her organization (the Foundation for Individual Rights and Expression)

arranged for my representation of Stephen Kershnar in connection with his expression and SUNY Fredonia's response

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: _____

Kelley's moral character is of the highest caliber and she is fit to be admitted to practice before this Court.

Signature of Sponsoring Attorney

Sworn to before me this **12th** day of **September**, **2023**

Notary Public

MEGAN G. COMMAROTO
Notary Public, State of New York
Reg. No. 01CO6297521
Qualified in Erie County
Commission Expires 02/24/20 **26**

# UNITED STATES DISTRICT COURT

# Western District of New York

## ATTORNEY DATABASE & ELECTRONIC CASE FILING REGISTRATION FORM

The Clerk's Office maintains a computerized database of attorneys admitted in the District. To ensure the data we enter for you is correct, please fill out the form below and submit it with your other papers when you are admitted. Our local rules require you to report name, firm affiliation, office address or phone number changes within 30 days.

This form shall also be used to register for an account on the Courts' Case Management/Electronic Files (CM/ECF) system. Registered attorneys will have privileges to electronically submit and to view the electronic docket sheets and documents. By registering, attorneys consent to receiving electronic notice of filings through the system. The following information is required for registration:

Instructions: PLEASE TYPE OR PRINT. If you use two surnames or have a hyphenated surname, please indicate how you would like the name entered into our records, i.e., first surname as middle name, both surnames in last name field, etc.

First Name: **Kelley**

Middle Name or Initial: **L**

Last Name: **Bregenzer**

Firm Name: **Foundation for Individual Rights and Expression**

Firm Address: **510 Walnut St**

Suite: **1250**

City: **Philadelphia**    State: **PA**    Zip: **19106** - _____

Phone Number: **215 _ 717 _ 3473**    FAX Number: _____ - _____ - _____

Primary E-Mail Address: **kelley.bregenzer@thefire.org**

Additional E-Mail Address: _____

Does your E-Mail Software support HTML messages? Yes **X** _____ No _____

Page 1 of 2

Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court for the Western District of New York.

Method of Admission: **pro hac vice**
(Petition, Certificate of Good Standing, *pro hac vice*)

Date admitted to practice in this Court: **pending**
(write "pending" if admission is pending)

If admitted pro hac vice:
Date motion for pro hac vice granted: _____ in case number: _____

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. The combination of user id and password will serve as the signature of the attorney filing the documents.

Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

| | |
|---|---|
| _[signature]_ | 9/11/23 |
| Signature of Registrant | Date |

Please note that this form is required to be completed by any new attorneys seeking to be admitted to this District. If you have been previously admitted to practice in this court and are submitting this registration to request an account, you may fax the form to (716) 551-1705, or mail it to the following address:

> Mary C. Loewenguth
> United States District Court
> Attn: CM/ECF Registration
> 2 Niagara Square
> Buffalo, New York 14202

*OPTIONAL: Your login and password will be sent to you by the Office of the Clerk via the e-mail address you provided on your registration form. **If you prefer to have your login and password sent by U.S. Mail, please write the address below and mark your initials as approval for an alternate delivery method:**

Firm Address: _____

_____

_____

Attorney Initials: _____

Page 2 of 2