**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

STEPHEN KERSHNAR,

                    *Plaintiff,*

    v.

STEPHEN H. KOLISON, JR, *et al.*,

                    *Defendants*.

Case No.: 1:23-cv-00525

**PLAINTIFF'S REPLY CONCERNING**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Stephen Kershnar files this reply to Defendants' Response to Plaintiff's Notice of Supplemental Authority (Dkt. 38).

Defendants' assertion that *Heim* supports their qualified immunity defense is misplaced. The Second Circuit made clear that "[i]t cannot reasonably be disputed that the Supreme Court reserved whether *Garcetti*'s 'official duties' framework applied to 'case[s] involving speech related to scholarship or teaching' by public employees." *Heim v. Daniel*, No. 22-11350-cv, 2023 WL 5597837, at *11 (2d. Cir. Aug. 30, 2023). According to the Second Circuit, *Garcetti*'s removal from First Amendment protection of public employees' on-the-job speech "certainly cannot be squared with the Supreme Court's long-professed, deep commitment to safeguarding academic freedom as a special concern of the First Amendment." *Id.* at *12 (cleaned up). If it was clear that *Garcetti* "by its own terms" (*id.* at *11) did not upset the status quo, Defendants were on notice as to a "professor's well-established First Amendment interests" by cases, like *Dube*, that "operate as a caution to government

1

administrators not to discipline a college teacher for expressing controversial, even offensive, views." *Id.* at *13–14 (cleaned up).

Defendants' response also rehashes their preliminary injunction briefing, arguing that a "specter of violence" and "decreased enrollment" disrupted SUNY Fredonia's operations. But Defendants have offered no evidence that faculty or students were aware of any threats or bona fide safety concerns, nor any evidence of decreased enrollment. And as this Court has made clear, the only factual question at this point is whether Defendants have met their burden to show a credible security threat that warrants banning Plaintiff from campus forever.

Dated: September 12, 2023

Respectfully submitted,

/s/ Joshua T. Bleisch

Barry N. Covert, Esq.
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue – Suite 120
Buffalo, New York 14202
Tel: (716) 849-1333
Email: bcovert@lglaw.com

Adam B. Steinbaugh*
CA Bar No. 304829
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St.; Ste. 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Email: adam@thefire.org

Joshua T. Bleisch*
IN Bar No. 35859-53
Robert Corn-Revere*
D.C. Bar No. 375415
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE; Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Email: josh.bleisch@thefire.org
Email: bob.corn-revere@thefire.org

*Admitted *pro hac vice*

*Counsel for Plaintiff*

2