| From: | Adam Steinbaugh |
|---|---|
| To: | Boyd, Christopher |
| Cc: | Barry Covert; Bob Corn-Revere; Josh Bleisch; Kelley Bregenzer; Natalie Ekberg; Amanda Workman; Pantzer, Alyssa; Kimura, Jennifer |
| Subject: | Re: Kershnar Expert Depositions |
| Date: | Friday, September 15, 2023 4:40:41 PM |

**[EXTERNAL]**

Christopher --

We must respectfully decline the request to depose these witnesses.

First, the Court's order that Plaintiff provide expert witness reports consistent with those in advance of trial will adequately apprise Defendants of the witness' testimony and opinions -- and, as Defendants noted yesterday, the more fulsome discussion we provided via email (and which Judge Vilardo reviewed in chambers) was sufficient for Defendants to be ready to move forward with cross-examination at that time.

Second, given that this is a preliminary injunction hearing and expert witness reports for trial are normally generated under more forgiving timelines, the experts' time would be better spent preparing the reports the Court ordered than preparing for a deposition. And, relatedly, the compressed schedule means it would be difficult to arrange for unexpected depositions on a tight timeline.

Third, depositions would endow Defendants with the benefit of asymmetrical discovery, as Plaintiff did not have the opportunity to conduct depositions of Defendants' witnesses, let alone digest the 5,500+ pages of records produced shortly before the hearing.

Lastly, while I'm certainly not the only lawyer on this case, I've been involved in this matter for a number of years now, and I have a long-planned, weeks-long trip to Africa beginning on September 20th, so my limited time is going to be monopolized on trying to bring others (attorneys Joshua Bleisch, who just returned from paternal leave, and Kelley Bregenzer, who just joined the case) more up to speed on this case and tying up loose ends on my other cases.

In all, any marginal utility to depositions would not be worth the logistical difficulties, burdens on the witnesses, and the Court has already considered at length Defendants' needs in preparing for the continued hearing.

Cordially,


**Adam B. Steinbaugh**
Attorney*
Foundation for Individual Rights and Expression
510 Walnut Street
Suite 1250
Philadelphia, PA 19106
(215) 717-3473
adam@thefire.org

*This communication may contain information that is confidential or privileged. Unless you are the addressee (or authorized*

*to receive this message by the addressee), you may not use, copy, or disclose the contents of this message or information contained in this message to anyone.  If you believe that you have received this message in error, please advise the sender and delete this message.*

*\* Admitted in California and Pennsylvania*


On Fri, Sep 15, 2023 at 10:50 AM Boyd, Christopher <[Christopher.Boyd@ag.ny.gov](mailto:Christopher.Boyd@ag.ny.gov)> wrote:

> Barry,
>
>
> Defendants would like to conduct depositions of Plaintiff's experts after we receive their reports and prior to the continued hearing on September 28.  We believe this will streamline the hearing and make it more likely we can conclude the presentation of evidence on that date.  If you consent, please provide dates/times that work.  If you oppose this request, please let us know, along with the reasons why, by noon on Monday September 18 so we can raise this issue with the Court.
>
>
> Regards,
>
>
> **Christopher L. Boyd | Deputy Assistant Attorney General in Charge**
>
> New York State Office of the Attorney General
>
> Buffalo Regional Office
>
> Main Place Tower |350 Main Street, Suite 300A
>
> Buffalo, New York 14202
>
> Tel: (716) 853-8457 | Fax: (716) 853-8428
>
>
> **IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.