UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN KERSHNAR,<br><br>                    *Plaintiff*,<br><br>    v.<br><br>STEPHEN H. KOLISON, JR, *et al.*,<br><br>                    *Defendants*. | Case No.: 1:23-cv-00525-LJV<br><br>**NOTICE OF ERRATA RE: TRANSCRIPT OF EVIDENTIARY HEARING, DAY ONE** |

Plaintiff Stephen Kershnar respectfully submits this Notice of Errata to correct an inaccurate reference in the transcript of the first day of the Court's evidentiary hearing on September 13, 2023. On page 165, the transcript reads "Plaintiff's Exhibits 33 was received in evidence." Instead, this should read, "**Defendants'** Exhibit 33 was received in evidence."

Plaintiff respectfully requests that the Court's reporter amend the transcript accordingly.


Dated: September 22, 2023            Respectfully submitted,

                                     /s/ Joshua Bleisch
                                     Joshua Bleisch*
                                     D.C. Bar No. 90001269
                                     FOUNDATION FOR INDIVIDUAL
                                       RIGHTS & EXPRESSION
                                     700 Pennsylvania Ave. SE, Ste. 340
                                     Washington, DC 20003
                                     Tel: (215) 717-3473
                                     Email:  josh.bleisch@thefire.org

                                     * Admitted *pro hac vice*.
                                     *Counsel for Plaintiff*