UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN KERSHNAR,<br><br>               *Plaintiff*,<br><br>  v.<br><br>STEPHEN H. KOLISON, JR, *et al.*,<br><br>             *Defendants*. | Case No.: 1:23-cv-00525-LJV |

**PLAINTIFF'S FOURTH AMENDED EXHIBIT LIST**

Adam B. Steinbaugh*
CA Bar No. 304829
Kelley Bregenzer
NY Bar No. 5987482
FOUNDATION FOR INDIVIDUAL
RIGHTS & EXPRESSION
510 Walnut St.; Ste. 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Email: adam@thefire.org
Email: kelley.bregenzer@thefire.org

Robert Corn-Revere*
D.C. Bar No. 375415
Joshua T. Bleisch*
D.C. Bar No. 90001269
FOUNDATION FOR INDIVIDUAL
   RIGHTS & EXPRESSION
700 Pennsylvania Avenue SE; Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (267) 573-3073
Email: bob.corn-revere@thefire.org
Email: josh.bleisch@thefire.org

Barry N. Covert, Esq.
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Ave.; Ste. 120
Buffalo, NY 14202
Tel: (716) 849-1333
Email: bcovert@lglaw.com

\* Admitted *pro hac vice*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

THIRD AMENDED EXHIBIT LIST

**Case No.: 23-cv-525**            **(X) Plaintiff**
**Date: September 13, 2023**            **( ) Defendants**

| Exhibit No. | Description | Marked for Identification | In Evidence |
| --- | --- | --- | --- |
| 1 | Professor Kershnar's biography as published on SUNY Fredonia's website | | |
| 2 | Screenshot of February 1, 2022 Twitter thread by user @LibsofTikTok | | |
| 3 | President Kolison's February 1, 2022 statement, as published on the SUNY Fredonia Twitter account | | |
| 4 | President Kolison's February 3, 2022 statement, as published on the SUNY Fredonia Twitter account | | |
| 5 | Email from Dispatcher Alexandra Best-Kelm to SUNY Fredonia Police Chief Brent Isaacson sent on February 1, 2022 | | |
| 6 | Email from SUNY Fredonia Police Chief Brent Isaacson sent on February 2, 2022 | | |
| 7 | Undated email sent by Police Chief Isaacson | | |
| 8 | Email from SUNY Fredonia Interim Chief Information Officer Benjamin Hartung sent on February 3, 2022 | | |
| 9 | Undated email sent by Police Chief Isaacson | | |
| 10 | January 8, 2023 FOIL request to the New York State Police | | |
| 11 | January 9, 2023 FOIL response from the New York State Police | | |
| 12 | January 8, 2023 FOIL request to the Fredonia Village Police Department | | |

|    |                                                                                                                                                                                  |   |   |
|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---|---|
|    | and the Department's January 9, 2023 response                                                                                                                                    |   |   |
| 13 | April 14, 2023 FOIL request to the Chautauqua County Sheriff Records Division                                                                                                    |   |   |
| 14 | June 6, 2023 SUNY Fredonia police blotter list of incidents after November 7, 2021                                                                                               |   |   |
| 15 | May 12, 2023 Google Trends search results for the terms "kershnar" and "SUNY fredonia" and showing "their interest over time" between October 1, 2021, and May 7, 2023.          |   |   |
| 16 | "Display Course Search Results" list of available Philosophy classes for the Fall 2023 semester, as it appeared on June 12, 2023                                                 |   |   |
| 17 | Stephen Kershnar email to Brent Isaacson, Feb. 1, 2022                                                                                                                           |   |   |
| 18 | Maria Carroll letter to Stephen Kershnar, Feb. 3, 2022                                                                                                                           |   |   |
| 19 | Maria Carroll email to Stephen Kershnar, Feb. 3, 2022                                                                                                                            |   |   |
| 20 | David Starrett letter to Stephen Kershnar, Aug. 24, 2022                                                                                                                         |   |   |
| 21 | David Starrett letter to Stephen Kershnar, Sept. 9, 2022                                                                                                                         |   |   |
| 22 | David Starrett letter to Stephen Kershnar, Nov. 1, 2022                                                                                                                          |   |   |
| 23 | FBI Agent Chad Artrip email to Stephen Kershnar, Jan. 5, 2023                                                                                                                    |   |   |
| 24 | Email from David Rankin, April 3, 2023                                                                                                                                           |   |   |
| 25 | February 3, 2022 FOIL Request                                                                                                                                                    |   |   |
| 26 | April 26, 2023 FOIL Request                                                                                                                                                      |   |   |
| 27 | April 25, 2023 FOIL Request                                                                                                                                                      |   |   |

| 28 | Sample documents from March 2022 FOIL production [ECF No. 27-7] | | |
| 29 | Email from Amy Beers to Adam Steinbaugh, Apr. 4, 2022 | | |
| 30 | Email from Amy Beers to Adam Steinbaugh, June 2, 2022 | | |
| 31 | Letter from Adam Steinbaugh to Aaron Gladd, Aug. 19, 2022 | | |
| 32 | Letter from Aaron Gladd to Adam Steinbaugh, Sept. 6, 2022 | | |
| 33 | Amy Beers email to Stephen Kershnar, Nov. 16, 2022 | | |
| 34 | Email from Samantha Gleason to Adam Steinbaugh, April 27, 2023 | | |
| 35 | Email from Amy Beers to Adam Steinbaugh, June 2, 2023 [P0000828] | | |
| 36 | Letter from "FOIL Appeals Office" to Adam Steinbaugh, July 12, 2023 | | |
| 37 | Michelle A. Cubellis, et al., Sex Offender Stigma: An Exploration of Vigilantism against Sex Offenders | | |
| 38 | Jan. 31, 2017 Statement by American Association of University Professors: Targeted Online Harassment of Faculty | | |
| 39 | Statement by American Association of University Professors: Taking a Stand Against Harassment, Part of the Broader Threat to Higher Education, September 17, 2021 | | |
| 40 | Hans-Joerg Tiede, et al., Data Snapshot: Whom Does Campus Reform Target and What Are the Effects? | | |
| 41 | Patrick Lakamp, *SUNY Fredonia professor who appeared to condone* | | |

| | | | |
|---|---|---|---|
| | *pedophilia wants back on campus*, Buffalo News, June 15, 2023 | | |
| 42 | Brent Isaacson email re: police report, Feb. 1, 2022 | | |
| 43 | Brent Isaacson email to Stephen Kershnar, Feb. 2, 2022, 9:55 p.m. | | |
| 44 | Brent Isaacson and Stephen Kershnar emails, Jan. 4, 2023 | | |
| 45 | Kendall Brooks Facebook post, Feb. 3, 2022 | | |
| 46 | University at Buffalo, May 2023 Romanell Center Bioethics Workshop | | |
| 47 | Screenshot of SUNY Fredonia Twitter account | | |
| 48 | SUNY Fredonia Campus Safety Committee | | |
| 49 | SUNY Fredonia, *Door security enhancements increase campus-wide safety*, Apr. 6, 2023 | | |
| 50 | SUNY Fredonia Emergency Operations Plan, June 20, 2016 | | |
| 51 | SUNY Fredonia Domestic Violence in the Workplace Policy | | |
| 52 | SUNY Fredonia Keys and Campus Access Control Policy | | |
| 53 | SUNY Fredonia Workplace Violence Prevention Policy and Program | | |
| 54 | SUNY Fredonia, Security in Residence Halls | | |
| 55 | SUNY Fredonia, Smart Classrooms in Kasling Hall and Grissom Hall | | |
| 56 | SUNY Gender-Based Violence and the Workplace Policy | | |
| 57 | Tony Olivo Bio | | |
| 58 | John K. Wilson Résumé | | |
| 59 | Corporate Screening & Investigative Group, LLC: Sample Costs for Campus Security Components | | |
| 60 | Declaration of Brent S. Isaacson with Exhibits A-F (ECF No. 13-3) | | |

| | | | |
|---|---|---|---|
| 61 | A1C Partners, LLC, Open Source Intelligence (OSINT) Product, Sept. 20, 2022 [NYAG_PI_0001802–1817] | | |
| 62 | Emails between Maria Carroll and Brent Isaacson, Aug. 31, 2022 [NYAG_PI_0001231] | | |
| 63 | Fredonia Leader, May 3, 2023: The threats made on Thompson Hall: One semester later; Fredonia's response plan to an active shooter situation; The social psychology of violent offenders: What do students need to know?; Combatting lack of student trust in safety through education; Fredonia upgrades security by installing door locks [P0001724 - P0001730] | | |
| 64 | Isaacson Memo., March 25, 2022 [NYAG_PI_0002161] | | |
| 65 | Michael Metzger email re: door and Isaacson email re: panic button [NYAG_PI_0001335, 1348–49] | | |
| 66 | NYAG_PI_0000304.WAV | | |
| 67 | Email from Isaacson, Feb. 4, 2022 1:21 p.m. [NYAG_PI_0001357] | | |
| 68 | Tracy Stenger email re: protest, Feb. 3, 2022 [NYAG_PI_0001454] | | |
| 69 | Anya Kamenetz, *Professors Are Targets In Online Culture Wars; Some Fight Back*, NPR, April 4, 2018 [P0001549–1557] | | |
| 70 | Press Release, FBI Releases Supplemental 2021 Hate Crime Statistics, March 13, 2023 | | |
| 71 | Charles Holder email, July 11, 2023 12:22 PM [NYAG_PI_0003823–3825] | | |
| 72 | NYAG_PI_0000305.WAV | | |
| 73 | Email from Isaacson to Kolison, et al., Feb. 3, 2022 8:34 AM [NYAG_PI_0001520–1521] | | |
| 74 | Email from Adam Steinbaugh to Christopher Boyd, et al., Sept. 13, 2023 | | |
| 75 | Conor Friedersdorf, *Stripping a Professor of Tenure Over a Blog Post,* | | |

|    |    |    |    |
|----|----|----|----|
|    | The Atlantic, Feb. 9, 2015 [P0000001–20] |  |  |
| 76 | Vimal Patel, *At UChicago, a Debate Over Free Speech and Cyberbullying*, N.Y. Times, July 3, 2023 [P0000830–835] |  |  |
| 77 | James T. Mulder, *Syracuse University professor receives violent threats over controversial 9/11 comments*, Syracuse.com, Sept. 13, 2021 [P0001690–1691] |  |  |
| 78 | Steve Kolowich, *Tough Talk*, Chron. of Higher Educ., July 26, 2017 [P0001695] |  |  |
| 79 | David Palumbo-Liu, *From the Community | Why I voted against a Committee on Academic Freedom*, Stanford Daily, Feb. 14, 2023 [P0001680–1683] |  |  |
| 80 | Michael E. Mann, *I'm a scientist who has gotten death threats. I fear what may happen under Trump*, Wash. Post, Dec. 16, 2016 [P0001584–1591] |  |  |
| 81 | Craig Miller, *Climate Scientist Won't Back Down Despite Threats, Harassment*, KQED, May 7, 2018 [P0001577–1583] |  |  |
| 82 | Bryan Schatz, *Michael Mann Fought Climate Denial. Now He's Fighting Climate Doom*, June 11, 2020 [P0001569–1576] |  |  |
| 83 | Penn class list [P0001723] |  |  |
| 84 | RAVE Guardian App [P0001493–1496] |  |  |
| 85 | Letter from Barry Covert to Alyssa Pantzer, et al., Sept. 12, 2023 |  |  |
| 86 | Campus Security and Fire Safety Report: 2021 Report [P0001437–1475] |  |  |
| 87 | Security Camera Policy [P0001072] |  |  |
| 88 | Fredonia Leader, Feb. 9, 2022, Important updates: Kershnar situation [P0002089–2091] |  |  |

| | | | |
|---|---|---|---|
| 89 | Feb. 2, 2022 email from Isaacson to Maria Carroll re: Physical security re: Kershnar matter [NYAG_PI_0001589] | | |
| 90 | Feb. 5, 2022 email from Isaacson re: records retention [NYAG_PI_0001343] | | |
| 91 | A1C Services Proposal, Aug. 31, 2022 [NYAG_PI_0002046–2049] | | |
| 92 | Witness Summary for John K. Wilson, Ph.D. | | |
| 93 | Witness Summary for J.A. "Tony" Olivo | | |
| 94 | Email from Isaacson to Husul, et al., Feb. 3, 2022 re: protest [NYAG_PI_0002024–2026] | | |
| 95 | A1C Website, Leadership | | |
| 96 | Feb. 2, 2022 email from Metzger to Isaacson re: Kershnar conversation this morning [NYAG_PI_0001525–1526] | | |
| 97 | New York State Division of Criminal Justice Services, Frequently Asked Questions Regarding Recent Changes to New York State Firearms Laws | | |
| 98 | Expert Witness Report of J.A. "Tony" Olivo | | |
| 99 | Expert Witness Report of John K. Wilson, Ph.D. | | |
| 100 | June 15, 2023 email from Michael Kelley to Isaacson re: Article Stephen Kershnar [NYAG_PI_0001166] | | |
| 101 | Oct. 29, 2022 email from Maria E. Carroll to Isaacson re: Kershnar: assessment [NYAG_PI_0001203–1208] | | |
| 102 | Oct. 19, 2022 email from Maria E. Carroll to Isaacson re: Kershnar: assessment [NYAG_PI_0001220–1221] | | |
| 103 | Aug. 31, 2022 email from Richard Denholm to Isaacson re: Information Regarding A1C Partners [NYAG_PI_0001223–1239] | | |
| 104 | Feb. 3, 2022 email from Tracy Stenger re: On social media, talk of a protest on Sunday in town [NYAG_PI_0001454] | | |

| 105 | Declaration of Richard Denholm II [Dkt. #57] | | |
|---|---|---|---|
| 106 | Transcript of Evidentiary Hearing – Day 1 | | |
| 107 | Transcript of Evidentiary Hearing – Day 2 | | |
| 108 | Feb. 3, 2022 Report re: seizure of Kershnar's computer [NYAG_PI_0000110] | | |
| 109 | Memorandum from Isaacson re: Seizure and transport of Kershnar's computer [NYAG_PI_0000105] | | |
| 110 | Feb. 7, 2022 Consent to Search [NYAG_PI_0000109] | | |
| 111 | April 10, 2023 Letter from Arizona State University President Michael M. Crow to Charlie Kirk [Attachment 7 to Ex. 99] | | |

Dated: September 27, 2023    Respectfully submitted,

Barry N. Covert, Esq.    /s/ *Joshua T. Bleisch*
LIPSITZ GREEN SCIME    Joshua T. Bleisch*
CAMBRIA LLP    D.C. Bar No. 90001269
42 Delaware Ave.; Ste. 120    Robert Corn-Revere*
Buffalo, NY 14202    D.C. Bar No. 375415
Phone: (716) 849-1333    FOUNDATION FOR INDIVIDUAL
Email: bcovert@lglaw.com    RIGHTS & EXPRESSION
    700 Pennsylvania Ave. SE, Ste. 340
    Washington, DC 20003
    Tel: (215) 717-3473
    Email:  josh.bleisch@thefire.org
    Email:  bob.corn-revere@thefire.org

    Adam B. Steinbaugh*
    CA Bar No. 304829
    Kelley Bregenzer
    NY Bar No. 5987482
    FOUNDATION FOR INDIVIDUAL
    RIGHTS & EXPRESSION
    510 Walnut St.; Ste. 1250
    Philadelphia, PA 19106

Tel: (215) 717-3473
Email: adam@thefire.org
Email: kelley.bregenzer@thefire.org

* Admitted *pro hac vice*.

*Counsel for Plaintiff*