UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

STEPHEN KERSHNAR,

                        Plaintiff,

      -vs-                                        23-cv-525

STEPHEN H. KOLISON, JR., in his individual
capacity and his official capacity as the President
of the State University of New York at Fredonia, and

DAVID STARRETT, in his individual capacity and
official capacity as Executive Vice President and
Provost of the State University of New York at
Fredonia,

                        Defendants.
_____

# DEFENDANTS' FIRST AMENDED EXHIBIT LIST

LETITIA JAMES
Attorney General of the State of New York
JENNIFER METZGER KIMURA
ALYSSA JORDAN PANTZER
CHRISTOPHER L. BOYD
Assistant Attorneys General, of Counsel
350 Main Street, Suite 300A
Buffalo, NY 14202

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## EXHIBIT LIST

**Case No.:** 23-cv-525                        ( ) **Plaintiff**
**Date:** September 28, 2023            (X) **Defendants**

| Exhibit No. | Description | Marked for Identification | In Evidence |
|---|---|---|---|
| 1 | Chief Brent Isaacson's Declaration plus attached exhibits A-F | | |
| 2 | Interim Chief Charles Holder's Declaration plus attached exhibit A | | |
| 3 | February 22, 2022, Case Report Detail involving Brian Boisvert | | |
| 4 | February 7, 2022, Email from Chief Isaacson to Plaintiff regarding safety threats made to Plaintiff | | |
| 5 | February 4, 2022, Email from Scott Martin to Soteris Tzitzis (copying Chief Isaacson) requesting that the panic button be repaired and that this was a high priority | | |
| 6 | February 3, 2022, Email from Wayne Michael, waynemichael76@gmail.com, to President Office inbox conveying threat | | |
| 7 | February 2, 2022, Email from Jennifer Kellner, apexkellner@icloud.com, to President Office inbox conveying threat | | |
| 8 | February 3, 2022, Email from Alanna Shores, Alannashores@gmail.com, to President Office inbox conveying threat | | |
| 9 | February 3, 2022, Email from Garrett "G" Adams, garrett.adams.sales@gmail.com, to Admissions Office inbox conveying threat | | |
| 10 | February 2, 2022, Email from Rebecca Moran, rmoran511@hotmail.com, to Admissions Office inbox conveying threat | | |
| 11 | February 2, 2022, Email from Bette Korn, bk1144@aol.com, to Admissions Office inbox conveying threat | | |

| | | | |
|---|---|---|---|
| 12 | February 2, 2022, Email from Jeff Greco, jgrecoconstr@aol.com, to Admissions Office inbox conveying threat | | |
| 13 | February 2, 2022, Email from TD, troyderengowski61@gmail.com, to Admissions Office inbox conveying threat | | |
| 14 | February 2, 2022, Change.org petition where student says she does not feel safe | | |
| 15 | Compilation of threatening emails pulled from Plaintiff's SUNY Fredonia email account, created by Plaintiff | | |
| 16 | Compilation of social media and tweet responses collected by Chief Brent Isaacson | | |
| 17 | February 3, 2022, Email from Mike Villano, michaelvillano@att.net, to Plaintiff conveying threat | | |
| 18 | February 2, 2022, Email from scotter0123@gmail.com, to Plaintiff conveying threat | | |
| 19 | February 2, 2022, Email from Chris Beauvais, csjb1@msn.com, to Plaintiff conveying threat | | |
| 20 | February 2, 2022, Email from Kassandra Cotton, cotton.kassandra@ymail.com, to Plaintiff conveying threat | | |
| 21 | February 2, 2022, Email from Mondrone King, mondroneking@gmail.com, to Plaintiff conveying threat | | |
| 22 | February 2, 2022, Email from Leslie Garcia, lesliegarcia93@outlook.com, to Plaintiff conveying threat | | |
| 23 | February 4, 2022, Email from Hamish McGregor, mrhamish.mcgregor@gmail.com, to Plaintiff conveying threat | | |
| 24 | February 4, 2022, Email from STOVE 5014, vzombiekiller@gmail.com, to Plaintiff conveying threat | | |
| 25 | February 2, 2022, Email from John Waszewski, jwaszewski1960@gmail.com, to Plaintiff conveying threat | | |
| 26 | On or about February 7, 2022, voicemail from (415) 261-8494, conveying threat stating "He's a Jew and a parasitic animal."  Provided on flash drive. | | |
| 27 | On or about February 7, 2022, voicemail from (615) 649-1604, to Registrar's Office conveying threat stating "Punch the President in the fucking face" and "We're coming for you."  Provided on flash drive. | | |

3

| | | | |
|---|---|---|---|
| 28 | On or about February 7, 2022, telephone call to the University Police Department's Commissioner's Office in Albany, conveying threat stating "I feel like driving there myself and killing him."  Provided on flash drive. | | |
| 29 | On or about February 4, 2022, telephone call to the University Police Department in Fredonia from David Debrienza, conveying threat stating that he "will make his presence known."  Provided on flash drive. | | |
| 30 | On or about February 2, 2022, telephone call to the Office of University Life in Albany from Randall Harnden, conveying threat stating "We need to stop institutions like you."  Provided on flash drive. | | |
| 31 | February 2, 2022, telephone call to Fredonia's University Police Department, conveying threat stating "I've got thousands of followers on social media" and "We're not going to stop."  Provided on flash drive. | | |
| 32 | February 2, 2022, voicemail left by a caller with number (860) 235-5154, conveying threat stating "You sons of bitches better fucking do something about it."  Provided on flash drive. | | |
| 33 | September 20, 2022, Threat Assessment Report by A1C Partners, LLC | | |
| 34 | April 8, 2022, Social Media Assessment by AMI Aware | | |
| 35 | January 4, 2023, Memorandum by Chief Brent Isaacson documenting unsolicited telephone call from FBI Special Agent Chard Artip regarding threatening communications | | |
| 36 | EDSCOOP Article: Technology may not stop a school shooting from happening, but it can still help by Emily Tate, June 8, 2018 | | |
| 37 | NY Times Opinion: Spying On Children Won't Keep Them Safe | | |
| 38 | Spectrum News Article: Lockport City Schools to install first-of-its-kind security system by Alex Haight, May 22, 2018 | | |
| 39 | Verified Petition: *James Schultz and Renee Cheatham v. New York State Education Dep't*, filed June 22, 2020 | | |
| 40 | Webpage: About Us – Corporate Screening and Investigative Group, LLC | | |
| 41 | Compilation of July 2023 Twitter Posts | | |
| 42 | Compilation of September 2023 Twitter Posts | | |

| | | | |
|---|---|---|---|
| 43 | Compilation of Comments on New York Times Article Referenced in Paragraph 28 of J.A. "Tony" Olivo's Expert Report | | |
| 44 | Declaration of Richard Denholm II (Dkt. 57) | | |
| 45 | New York State Office of Information Technology Services Report: Use of Biometric Identifying Technology in Schools | | |
| 46 | Academe Blog: Threats, Hate Speech, and the Wisconsin Distortion by John K. Wilson, January 17, 2021 | | |
| 47 | Press Release by the American Council of Trustees and Alumni: Professors Abuse Academic Freedom, December 18, 2006 | | |
| 48 | FIRE: Special issue: Academic speech – Protected or perilous? John K. Wilson, "How suspensions violate academic freedom', March 1, 2022 | | |
| 49 | Inside Higher Ed: Is Gun Violence Scaring Off International Students by Liam Knox, April 10, 2023 | | |
| 50 | Reuters: Beheading of teacher exposes secular divide in French classrooms by Caroline Pailliez, October 22, 2020 | | |
| 51 | New York Times: A Professor's Killing Sends a Chill Through a Campus in Pakistan by Ben Farmer, September 17, 2019 | | |
| 52 | AAUP: Statement on Professional Ethics | | |
| 53 | University of California: Office of the General Counsel Legal Advisory, California Supreme Court holds that Colleges have a Legal Duty to Protect Students from Foreseeable Violence During Curricular Activities, June 1, 2018 | | |
| 54 | AAUP: The Danger of Campus Bans on Bullying, by John K. Wilson, 2019 | | |
| 55 | J.A. "Tony" Olivo Facebook Page | | |
| 56 | SUNY Fredonia Webpage – Geographical and Statistical Information | | |
| 57 | The Guardian: Suspect charted in hate-motivated stabbing in Canada university gender issues class, June 29, 2023 | | |
| 58 | CNN: Death threats are forcing professors off campus, December 28, 2017 | | |
| 59 | The Boston Globe: 'I feared for my life': Professor responds to Middlebury protests, March 6, 2017 | | |
| 60 | New York Times: UChicago Course on Whiteness Sparks Debate Over Free Speech and Cyberbullying, July 3, 2023 | | |

| | | |
|---|---|---|
| **DATED:** | September 28, 2023<br>Buffalo, New York | **LETITIA JAMES**<br>Attorney General of the State of New York<br>Attorneys for Defendants |
| | BY: | *s/ Jennifer Metzger Kimura*<br>JENNIFER METZGER KIMURA<br>ALYSSA PANTZER JORDAN<br>CHRISTOPHER L. BOYD<br>Assistant Attorneys General of Counsel<br>Main Place Tower<br>350 Main Street, Suite 300A<br>Buffalo, New York 14202<br>(716) 853-8477<br>Jennifer.Kimura@ag.ny.gov<br>Alyssa.Pantzer@ag.ny.gov<br>Christopher.Boyd@ag.ny.gov |