

April 1, 2024

**VIA ECF**

Hon. Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    Re:    *Kershnar v. Kolison*, Case No. 1:23-cv-525-LJV-JJM
            Joint letter with respect to settlement negotiations

Dear Judge Vilardo:

    We write on behalf of Plaintiff Stephen Kershnar and Defendants Stephen Kolison and David Starrett with respect to the status of settlement negotiations.

    On February 27, Your Honor assigned the Hon. Jeremiah J. McCarthy to conduct settlement discussions and directed the parties to submit a joint letter concerning their status by April 1, 2024. ECF No. 70. Following a March 11 telephonic conference, the Hon. McCarthy scheduled a settlement conference for April 18, 2024. ECF No. 72.

    The parties propose to submit a joint letter (or dueling letters) on or before April 26, 2024, apprising the Court as to the status of negotiations and the anticipated duration of a hearing should a hearing be deemed necessary.

    Respectfully submitted,

| | |
|---|---|
| */s/ Adam Steinbaugh* | */s/ Jennifer Metzger Kimura* |
| Adam Steinbaugh* | Jennifer Metzger Kimura |
| FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION | Of Counsel, Office of the Attorney General |

510 Walnut Street, Suite 900 Philadelphia, PA 19106
Phone: 215-717-3473 Fax: 215-717-3440
thefire.org

Hon. Lawrence J. Vilardo
April 1, 2024
Page 2 of 2

    510 Walnut Street, Suite 900        Buffalo Regional Office
    Philadelphia, PA 19106              *Attorney for Defendants*
    Tel: (215) 717-3473, ext. 213
    adam@thefire.org

    *Attorney for Plaintiff*
    *\*Admitted pro hac vice.*

cc:    Counsel of record (via ECF)