

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DIVISION OF REGIONAL OFFICES
ATTORNEY GENERAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　BUFFALO REGIONAL OFFICE

April 16, 2024

Honorable Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

  **RE:** *Kershnar v. Kolison, et al.* **(23-CV-525)**

Dear Judge McCarthy,

  This letter is a request for a two-week adjournment of the mediation in the above-named matter that is currently scheduled for April 18, 2024 at 9:30 a.m. We still are working through certain issues relating to obtaining settlement authority. We remain optimistic that a two-week adjournment will be sufficient and that a mediation may be productive. Plaintiff's attorneys have graciously consented to the adjournment.

              Respectfully submitted,

              *Alyssa Jordan Pantzer*
              Alyssa Pantzer,
              Jennifer Kimura,
              Christopher Boyd