UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

STEPHEN KERSHNAR,

         *Plaintiff,*

v.

STEPHEN H. KOLISON, JR, *et al.*,

         *Defendants.*

Case No.: 1:23-cv-00525-LJV-JJM

**NOTICE OF WITHDRAWAL OF ATTORNEY**

Under Local Rule 83.2(c)(3), notice is hereby given that attorney Kelley Bregenzer is no longer affiliated with the Foundation for Individual Rights and Expression (FIRE), which represents Plaintiff Stephen Kershnar. Accordingly, Ms. Bregenzer should be removed from the docket as counsel of record on behalf of Plaintiff Stephen Kershnar. Attorneys Adam Steinbaugh, Robert Corn-Revere, and Joshua Bleisch remain affiliated with FIRE and remain counsel of record for plaintiff.

Dated: May 23, 2024

Respectfully submitted,

/s/ Adam B. Steinbaugh
Adam B. Steinbaugh*
CA Bar No. 304829
FOUNDATION FOR INDIVIDUAL
  RIGHTS & EXPRESSION
510 Walnut St.; Ste. 900
Philadelphia, PA 19106
Tel:   (215) 717-3473
Email:  adam@thefire.org

\* Admitted *pro hac vice.*
*Counsel for Plaintiff*

1