UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN KERSHNAR,<br><br>        *Plaintiff,*<br><br>   v.<br><br>STEPHEN H. KOLISON, JR, *et al.*,<br><br>        *Defendants.* | Case No.: 1:23-cv-00525-LJV-JJM |

## NOTICE OF MOTION AND MOTION FOR DISCOVERY

Under Local Rules 7(a)(1) and 16(b), and under this Court's March 6, 2025, Minute Entry (ECF No. 81), Plaintiff Stephen Kershnar hereby moves the Court for an order scheduling an initial pretrial conference, directing the parties to file a joint, written discovery plan consistent with Fed. R. Civ. P. 26(f) within ten days, and authorizing the parties to begin discovery upon submission of the written discovery plan. This motion is based on the accompanying Memorandum of Law. Kershnar also notices his intent to file a reply in further support of this motion.

Dated: March 27, 2025

Robert Corn-Revere*
DC Bar No. 375415
Joshua T. Bleisch*
DC Bar No. 90001269
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave. SE; Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Email:  bob.corn-revere@thefire.org
Email:  josh.bleisch@thefire.org

Respectfully submitted,

/s/ Adam Steinbaugh
Adam B. Steinbaugh*
CA Bar No. 304829
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION (FIRE)
510 Walnut St.; Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473
Email:  adam@thefire.org

*Admitted *Pro Hac Vice*
*Counsel for Plaintiff*

1

Barry N. Covert, Esq.
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue – Suite 120
Buffalo, New York 14202
Tel: (716) 849-1333
Email: bcovert@lglaw.com