**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

STEPHEN KERSHNAR,

    *Plaintiff,*

  v.

STEPHEN H. KOLISON, JR, *et al.*,

    *Defendants.*

Case No.: 1:23-cv-00525-LJV-JJM

## [PROPOSED] ORDER

Upon consideration of Plaintiff Stephen Kershnar's Motion for Discovery and accompanying Memorandum of Law, and for good cause shown,

It is hereby **ORDERED** as follows:

1. The parties are directed to attend an initial pre-trial conference via Zoom on _____ at _____ a.m. / p.m.

2. The parties shall file a joint, written discovery plan with the Court, in accordance with Fed. R. Civ. P. 26(f), no later than ten (10) days from the date of this Order. If the parties are not able to agree to a plan, each party should file its own proposed plan.

3. Upon submission of a joint or individual written discovery plan, the parties are authorized to begin discovery.

**SO ORDERED.**

Date: _____

            _____
            LAWRENCE J. VILARDO
            UNITED STATES DISTRICT JUDGE