# EXHIBIT A

| | |
|---|---|
| **From:** | Matthew Yusick |
| **To:** | adam@thefire.org; bcovert_lglaw.com; josh.bleisch@thefire.org; bob.corn-revere@thefire.org; Pantzer, Alyssa; Boyd, Christopher; Metzger, Jennifer |
| **Cc:** | NYWDml_McCarthy PpO; Chelsea Thomeer |
| **Subject:** | Kershnar v. Kolison et al 23-cv-525 |
| **Date:** | Tuesday, August 20, 2024 3:49:46 PM |

**[EXTERNAL]**

Counselors – Please let us know if Judge McCarthy's involvement in additional settlement discussions would be beneficial or if you are close to settling the case on your own. Otherwise, please contact Judge Vilardo's chambers to schedule the remaining proceedings.

Thank you.

Matt



Matthew D. Yusick
Law Clerk to Hon. Jeremiah J. McCarthy
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202
TEL:   (716) 551-1882
FAX:   (716) 551-1885