UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

STEPHEN KERSHNAR,

*Plaintiff,*

v.

STEPHEN H. KOLISON, JR, in his individual capacity and his official capacity as the President of the State University of New York at Fredonia, *et al.,*

*Defendants.*

Case No.: 1:23-cv-00525

NOTICE OF MOTION AND MOTION TO APPEAR PRO HAC VICE

**PLEASE TAKE NOTICE** that upon the accompanying petition of Cary Davis, sworn to the 9th day of March, 2026; the sponsoring affidavit of Barry Covert; the Attorney's Oath of Cary Davis; the Affirmation by Cary Davis to the Civility Principles and Guidelines; and the Attorney Database & Electronic Case Filing Registration Form, the undersigned hereby moves this Court, at the United States District Courthouse, 2 Niagara Square, Buffalo, N.Y., 14202, for an order pursuant to L. Civ. R. 83.1(i) of the United States District Court for the Western District of New York, granting admission *pro hac vice* of Cary Davis, to participate in this action on behalf of the Plaintiff.

Dated: March 10, 2026

Respectfully submitted,

/s/*Barry Nelson Covert*
Barry N. Covert, Esq.
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue – Suite 120
Buffalo, New York 14202
Phone: (716) 849-1333
Email: bcovert@lglaw.com
*Counsel for Plaintiff*

1

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

---

**IN THE MATTER OF THE APPLICATION OF**

Cary Davis
_____

(Name)

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

_____

TO THE HONORABLE Lawrence J. Vilardo _____ ,
JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK:

Cary Davis _____ , petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at: Foundation for Individual Rights and Expression
510 Walnut Street, Suite 900
Philadelphia, PA 19106

2. That petitioner attended the following educational institutions and received the following degrees:
Barnard College, BA; Johns Hopkins University, MS; University of Pennsylvania Carey Law School, JD

3. Please complete either (a), (b), or (c):

<u>Admission by Petition</u>

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of

New York on the _____ day of _____, _____.

Additional Requirements:
Admission Petition Form
Admission Sponsoring Affidavit
Attorney's Oath
Civility Principles Oath
Attorney Database and Electronic Case Filing Registration Form
Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
(due on upon admission)

<u>Admission by Certificate of Good Standing</u>

(b) That petitioner was admitted to practice in the United States District Court of the _____ District of _____

on the _____ day of _____, _____, and is a member of the bar of the State in which that district court is
located and in which the petitioner maintains an office for the practice of law.

Additional Requirements:
Original Certificate of Good Standing from the Clerk of Court of which he or she is a member
(dated no earlier than six months prior to submission to this Court)
Admission Petition Form (when attorney admitted to a District Court outside of New York State)
Attorney's Oath
Civility Principles Oath
Attorney Database and Electronic Case Filing Registration Form
Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
(due on upon admission)

Pro Hac Vice Admission

(c)  That petitioner is admitted to practice in the State of **Pennsylvania** _____ .

Additional Requirements:
    Motion to Appear Pro Hac Vice
    Admission Petition Form
    Admission Sponsoring Affidavit
    Attorney's Oath
    Civility Principles Oath
    Attorney Database and Electronic Case Filing Registration Form
    Check, money order, or payment of fee online in the amount of the Pro Hac Vice fee set forth in the District Court
       Schedule of Fees (due upon application)
    Local Counsel in accordance with Local Rule of Civil Procedure 83.2(a)(1)

4.  Petitioner is admitted to the following courts:

## U.S. District Court for the Eastern District of Pennsylvania

5.  Since such admission(s), petitioner has practiced in the following courts:

## N.D. Ill., M.D. Tenn., W.D. Tenn. (admitted pro hac vice)

and has been involved in the following professional activities:

## Drafting motions and briefs

6.  Please respond separately to each of the following questions:

(a)  Have you ever been held in contempt of court? ( ) Yes (●) No

(b)  Have you ever been sanctioned by a court? ( ) Yes (●) No

(c)  Have you ever been publicly censured, admonished, advised, or cautioned in a disciplinary proceeding? ( ) Yes (●) No

(d)  Have you ever been suspended or disbarred by any court? ( ) Yes (●) No

(e)  Have you ever been denied admission or readmission to the Bar of any court? ( ) Yes (●) No

(f)  Are you now the subject of any pending disciplinary proceeding OR the subject of any pending disciplinary complaint before any court? ( ) Yes (●) No

In the case of each affirmative answer to a question set forth above, the applicant shall file a confidential statement under seal disclosing the identity of the responsible court or disciplinary committee, as well as the date, background, outcome and any facts of a mitigating or exculpatory nature as may be pertinent. Such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review, or in the case of a pro hac vice admission to the presiding judge.

7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code which pertains to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedures, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York, the Code of Professional Responsibility as adopted by the Appellate Division of the State of New York and as interpreted and applied by the United States Supreme Court, the United States Court of Appeals for the Second Circuit, and this Court.

**WHEREFORE**, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: **March 9, 2026** _____
               (Date)

*Cary Davis*
_____
(Signature of Petitioner)

(Revised August 30, 2023)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

IN THE MATTER OF THE APPLICATION OF

**Cary Davis**

(Name of Petitioner)

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

**SPONSORING**
**AFFIDAVIT**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF    **Erie**   )

**Barry N. Covert** , being duly sworn deposes and says:

Name of Sponsor

1. I reside at: **1505 Grover Road, East Aurora, NY 14052**

City, State

and maintain an office for the practice of law at: **Lipsitz, Green, Scime, Cambria LLP**
**42 N. Delaware Avenue, Buffallo, NY 14202**

2. I am an attorney at law, admitted to practice in the **State of New York**

_____ , I was admitted to practice in the United States District Court for the

Western District of New York on the **18th** day of **June** , **1990** .

3. I have known the petitioner since **March 2026** and under the following

circumstances: **I have worked with Cary on the instant matter, as her organization (Foundation for Individual Rights and Expression)**

**arranged for my representation of Stephen Kershnar in connection with his expression and SUNY Fredonia's response.**

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: _____
**Cary's moral character is of the highest caliber, and she is fit to be admitted to practice before this Court.**

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: **March 10, 2026**

Date

*s/Barry Nelson Covert, Esq.*

Signature of Sponsoring Attorney

Rev. 1/3/2023

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### ATTORNEY'S OATH

STATE OF **Pennsylvania** )

**Philadelphia** COUNTY ) SS:

)

I, **Cary Davis** of **Philadelphia, PA**

City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United

States District Court for the Western District of New York, uprightly and according to law; and I will

support the Constitution of the United States. So help me God.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United

States of America that the foregoing is true and correct.

Executed on: **March 9, 2026**

Date

*Cary Davis*

Signature of Attorney

Rev. 1/3/2023

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF NEW YORK

## APPENDIX TO CIVILITY PRINCIPLES

## OATH OF OFFICE

I do solemnly swear (or affirm):

I will support the Constitution of the United States and the Constitution of the State of New York; I will maintain the respect due to Courts of Justice and judicial officers;

I will not counsel or maintain any suit or proceeding which shall appear to me to be unjust nor any defense that I do not believe to be honestly debatable under the law of the land;

In maintaining the causes confided to me, I will employ only means that are honorable, and will never seek to mislead the judge or jury by an artifice or false statement of fact or law;

I will maintain the confidences and preserve inviolate the secrets of my client, and will accept compensation solely from the client or a third-party with the knowledge and approval of the client;

I will abstain from all offensive behavior and advance no fact prejudicial to the honor and reputation of a party or witness, unless my ethical duty requires;

I will in all other respects conduct myself personally and professionally in conformity with the high standards of conduct imposed upon members of the bar who practice law in this State and before this Court.

_Cary Davis_

(Signature)

# UNITED STATES DISTRICT COURT

# Western District of New York

### ATTORNEY DATABASE & ELECTRONIC CASE FILING REGISTRATION FORM

The Clerk's Office maintains a database of attorneys admitted in the District. To ensure the data we enter for you is correct, please fill out the form below and submit it with your other papers when you are admitted. Our local rules require you to report changes to your name, firm affiliation, office address, email, and/or phone number within 30 days.

This form shall also be used to register for an account on the Courts' Case Management/Electronic Files (CM/ECF) system. Registered attorneys will have privileges to electronically submit and to view the electronic docket sheets and documents. By registering, attorneys consent to receiving electronic notice of filings through the system. The following information is required for registration.

Instructions: PLEASE TYPE OR PRINT. If you use two surnames or have a hyphenated surname, please indicate how you would like the name entered into our records, i.e., first surname as middle name, both surnames in last name field, etc.

Check One: __X__ New Registration        _____ Update Address/Email/Phone

First Name: Cary

Middle Name or Initial: Anne

Last Name: Davis

Firm Name: Foundation for Individual Rights and Expression

Firm Address: 510 Walnut Street

Suite: 900

City: Philadelphia        State: PA    Zip: 19106 - ____

Phone Number: 215 - 717 - 3473        FAX Number: N/A - ____ - _____

Primary E-Mail Address: cary.davis@fire.org

Additional E-Mail Address(es) to receive notices: _____

Page 1 of 2

Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court for the Western District of New York.

Method of Admission: **pro hac vice** _____

(Petition, Certificate of Good Standing, *pro hac vice*)

Date admitted to practice in this Court: **pending** _____

(write "pending" if admission is pending)

If admitted pro hac vice:
Date motion for pro hac vice granted: _____ in case number: _____

Government attorneys do not need to seek admission. United States Attorneys, Assistant United States Attorneys, special attorneys appointed under 28 U.S.C. §§ 515 and 543, Federal Public Defenders, Assistant Federal Public Defenders, and any attorney employed by a federal agency, may practice before this Court on any matter within the scope of their employment by submitting to the Clerk of Court this Electronic Case Filing Registration Form and filing a notice of appearance as required by Local Rule of Civil Procedure 83.2(b).

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. The combination of user id and password will serve as the signature of the attorney filing the documents.

Attorneys must protect the security of their passwords and immediately notify PACER and the court if they learn that their password has been compromised.

_Cary Davis_ _____        March 9, 2026 _____
Signature of Registrant                            Date

Please note that this form is required to be completed by any attorneys seeking to be admitted to this District and submitted with the admission application. If you have been previously admitted to practice in this court and need to update your contact information or are a government attorney submitting this registration to request an account or, you may email the form to CMECF_Support@nywd.uscourts.gov, or mail it to the following address:

Mary C. Loewenguth
United States District Court
Attn: CM/ECF Registration
2 Niagara Square
Buffalo, New York 14202

Form updated 1/3/2023