**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

STEPHEN KERSHNAR,

*Plaintiff,*

v.

STEPHEN H. KOLISON, JR, *et al.*,

*Defendants.*

Case No.: 1:23-cv-00525-LJV

**PLAINTIFF'S AMENDED WITNESS LIST**

Plaintiff Stephen Kershnar respectfully submits the following list of witnesses he may call at the continued evidentiary hearing on April 16, 2026. Plaintiff expects to call the following witnesses:

1.     J.A. "Tony" Olivo, an expert on security, will continue his testimony from the continued evidentiary hearing on September 28, 2023. Olivo is a former member of the United States Marshals Service elite Special Operations Group and hostage negotiator. He has extensive experience in working with school districts to provide risk management. Plaintiff anticipates that Olivo will testify in rebuttal to testimony and evidence offered by Defendants, with respect to the options available to mitigate any legitimate public safety concerns.

2.     Frederick S. Calhoun, PhD, is an expert on threat assessment. Calhoun was the lead researcher and principal architect in developing the threat assessment process utilized by the United States Marshals Service for analyzing risks to federal judicial officials. Dr. Calhoun developed the U.S. Marshals Service's policies and procedures for conducting protective investigations. In addition to coordinating the

1

curriculum—at the request of the National Sheriffs' Association—for training local law enforcement on contemporary threat management, Dr. Calhoun wrote the curriculum and led the training of deputy U.S. Marshals Service threat investigators and their supervisors. Dr. Calhoun is the author of 14 books, including *Threat Assessment and Management Strategies: Identifying the Howlers and Hunters* (with Stephen W. Weston), *Hunters and Howlers: Threats and Violence Against Judicial Officials, 1789–1993*, and *Defusing the Risk to Judicial Officials: The Contemporary Threat Management Process* (with Stephen Weston). Dr. Calhoun earned his PhD from the University of Chicago. Plaintiff anticipates that Dr. Calhoun will testify in rebuttal to testimony and evidence offered by Defendants, including as to whether the communications from the public represent or predict a threat to campus safety.

Plaintiff reserves the right to call the witnesses identified by Defendants.

Dated: April 15, 2026

Robert Corn-Revere*
DC Bar No. 375415
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave. SE; Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Email:  bob.corn-revere@fire.org

Barry N. Covert, Esq.
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue – Suite 120
Buffalo, New York 14202
Tel: (716) 849-1333
Email: bcovert@lglaw.com

Respectfully submitted,

/s/ Adam Steinbaugh
Adam Steinbaugh* (Cal. Bar No. 304829)
Cary Davis* (Penn. Bar No. 338042)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION (FIRE)
510 Walnut St.; Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473
Email:  adam@fire.org
Email:  cary.davis@fire.org

*Admitted *Pro Hac Vice*

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026, I served the foregoing document by e-mail to the following:

Christopher L. Boyd
christopher.boyd@ny.ag.gov

Jennifer J. Metzger
jennifer.metzger@ny.ag.gov

Alyssa Jordan Pantzer
alyssa.pantzer@ny.ag.gov

Date: April 15, 2026                    /s/ Adam Steinbaugh
                                        Adam Steinbaugh
                                        FOUNDATION FOR INDIVIDUAL
                                           RIGHTS AND EXPRESSION

1