UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

STEPHEN KERSHNAR,

               Plaintiff,

      -vs-

STEPHEN H. KOLISON, JR., in his individual
capacity and his official capacity as the President
of the State University of New York at Fredonia, and

DAVID STARRETT, in his individual capacity and
official capacity as Executive Vice President and
Provost of the State University of New York at
Fredonia,

             Defendants.

_____

23-cv-525

# DEFENDANTS' SECOND AMENDED EXHIBIT LIST

LETITIA JAMES
Attorney General of the State of New York
JENNIFER J. METZGER
ALYSSA JORDAN PANTZER
CHRISTOPHER L. BOYD
Assistant Attorneys General, of Counsel
350 Main Street, Suite 300A
Buffalo, NY 14202

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**EXHIBIT LIST**

**Case No.:**  **23-cv-525**                              (  ) Plaintiff
**Date:**       **April 15, 2026**                          (X) Defendants

| Exhibit No. | Description | Marked for Identification | In Evidence |
|---|---|---|---|
| 62 | Continuing Assessment by SUNY Fredonia's Chief of Police, Gordon Carpenter, Jr. – dated April 9, 2024 | | |
| 63 | Continuing Assessment by SUNY Fredonia's Chief of Police, Gordon Carpenter, Jr. – dated August 20, 2024 | | |
| 64 | Continuing Assessment by SUNY Fredonia's Chief of Police, Gordon Carpenter, Jr. – dated January 16, 2025 | | |
| 65 | Continuing Assessment by SUNY Fredonia's Chief of Police, Gordon Carpenter, Jr. – dated June 12, 2025 | | |
| 66 | Continuing Assessment by SUNY Fredonia's Chief of Police, Gordon Carpenter, Jr. – dated December 17, 2025 | | |

**DATED:**     April 15, 2026            **LETITIA JAMES**
               Buffalo, New York         Attorney General of the State of New York
                                         Attorneys for Defendants

                           BY:    *s/ Jennifer J. Metzger*
                                  JENNIFER METZGER
                                  ALYSSA PANTZER JORDAN
                                  CHRISTOPHER L. BOYD
                                  Assistant Attorneys General of Counsel
                                  Main Place Tower
                                  350 Main Street, Suite 300A
                                  Buffalo, New York 14202
                                  (716) 853-8477
                                  Jennifer.Metzger@ag.ny.gov
                                  Alyssa.Pantzer@ag.ny.gov
                                  Christopher.Boyd@ag.ny.gov