

**FIRE**
Foundation for Individual
Rights and Expression

April 15, 2026

**Sent *via* ECF**

Hon. Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

> **Re:** ***Kershnar v. Kolison*, Case No. 1:23-cv-525-LJV-JJM**
> **Withdrawal of Motion for Preliminary Injunction**

Dear Judge Vilardo:

I represent Plaintiff Professor Stephen Kershnar in this matter. By this letter, I withdraw Plaintiff's pending Motion for a Preliminary Injunction (ECF No. 3) ("Motion").

This withdrawal is without prejudice to a new or renewed motion for a preliminary injunction if future circumstances necessitate injunctive relief.

Respectfully submitted,

*/s/ Adam Steinbaugh*
Adam Steinbaugh*
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473, ext. 213
adam@fire.org

*Attorney for Plaintiff*
*Admitted pro hac vice.*