**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

STEPHEN KERSHNAR,

     *Plaintiff,*

 v.

STEPHEN H. KOLISON, JR., et al.,

     *Defendants*.

Case Number:  1:23-cv-00525-LJV

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR JOINING PARTIES OR AMENDING COMPLAINT**

   Plaintiff Stephen Kershnar, by and through counsel, respectfully moves the Court without opposition to extend the deadline to move to join other parties and to amend or supplement the pleadings, from the current deadline of May 29, 2026, to a new deadline of July 15, 2026. Plaintiff bases this request upon the following:

   1. Pursuant to the Court's Case Management Order [Doc. 106], the current deadline for all motions or stipulations to join other parties and to amend or supplement the pleadings is May 29, 2026.

   2. Defendants requested, and Plaintiff consented to, an extension of Defendants' deadline to respond to Plaintiff's discovery requests from the original discovery deadline of May 22, 2026, to July 15, 2026. In exchange, Defendants consented to an extension of the deadline to move to join other parties and to amend or supplement the pleadings to July 15, 2026.

   3. There is good cause for an extension. Plaintiff's lead counsel is on sabbatical and is travelling internationally through the middle of June. Additionally, new relevant evidence has come to light in the form of Defendants' updated threat assessments and related material.

4. In advance of filing this motion, Plaintiff's counsel conferred via email with Defendants' counsel and confirmed that Defendants do not oppose the extension. All parties agree neither side will suffer prejudice from this extension.

5. In light of the foregoing, Plaintiff respectfully requests the Court extend the deadline to move to join other parties and to amend or supplement the pleadings, from the current deadline of May 29, 2026 to a new deadline of July 15, 2026.

Respectfully submitted this 22nd day of May, 2026.

/s/ Cary Davis
Cary Davis* (Penn. Bar No. 338042)
Adam B. Steinbaugh* (Cal. Bar No. 304829)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION (FIRE)
510 Walnut St.; Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473
Email: cary.davis@fire.org
Email: adam@fire.org

Robert Corn-Revere* (D.C. Bar. 375415)
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave. SE; Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Email: bob.corn-revere@fire.org

Barry N. Covert, Esq.
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue – Suite 120
Buffalo, New York 14202
Phone: (716) 849-1333
Email: bcovert@lglaw.com

*Admitted *Pro Hac Vice*
*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing upon all ECF filing participants.

/s/ Cary Davis
Cary Davis
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION (FIRE)