**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

STEPHEN KERSHNAR,

              *Plaintiff*,

   v.

STEPHEN H. KOLISON, JR., et al.,

           *Defendants*.

Case Number:  1:23-cv-00525-LJV-JJM

**PLAINTIFF'S SECOND UNOPPOSED MOTION TO EXTEND DEADLINE FOR JOINING PARTIES OR AMENDING COMPLAINT**

Plaintiff Stephen Kershnar, by and through counsel, respectfully moves the Court without opposition to extend the deadline to move to join other parties and to amend or supplement the pleadings, from the current deadline of July 15, 2026, to a new deadline of July 31, 2026. Plaintiff bases this request on the following:

1. Pursuant to the Court's May 26, 2026, Order [Doc. 113], the current deadline for all motions or stipulations to join other parties and to amend or supplement the pleadings is July 15, 2026.

2. Prior to filing this motion, Plaintiff's counsel conferred with Defendants' counsel to request a two-week extension of the deadline to move to amend the pleadings to July 29, 2026. Plaintiff's counsel also offered to provide Defendants with an extension to respond to pending discovery requests. Defendants agreed to the extensions but requested the date be July 31, 2026, to accommodate trials, other pending matters, and vacations. All parties agree neither side will suffer prejudice from this extension.

3.      There is good cause for an extension. After this Court granted Plaintiff's previous motion for extension, SUNY Fredonia's human resources team scheduled a meeting with Plaintiff Stephen Kershnar for July 17, 2026—two days after the current deadline to file an amended complaint. Plaintiff expects the meeting to move forward on that date but is seeking to arrange union representation at the meeting, which may cause some slight delay in the meeting. Plaintiff's understanding is that the meeting is likely to concern his employment and related issues. A modest extension of the deadline to amend the Complaint will ensure that the amendment is not immediately superseded by material changes in Plaintiff's status, which might then require further amendment.

4.      Plaintiff appreciates that this motion is filed the day before the current deadline, contrary to the Court's Case Management Order directing that extensions be sought a week in advance. The undersigned takes responsibility for that oversight. By way of explanation, Plaintiff's counsel has been engrossed in an urgent matter requiring an expeditious complaint and motion for preliminary injunction. *See Streever v. Mullin*, No. 1:26-cv-2356-RC (D.C.D. July 6, 2026) at Docs. 1, 9 (complaint and preliminary injunction motion concerning ICE agents' ongoing First Amendment violations). The undersigned does not anticipate that any further extension would be necessary and will ensure that any other extensions in this matter be sought at least a week in advance.

5.      Additionally, Plaintiff's counsel is consulting with subject-matter experts on theories of liability that may be relevant to an amended complaint, but which are outside of counsel's expertise. Additional time to evaluate those theories' viability will assist the parties and the Court in resolving this case on the merits.

1

6.      Considering the foregoing, Plaintiff respectfully requests the Court extend the deadline to move to join other parties and to amend or supplement the pleadings, from the current deadline of July 15, 2026 to a new deadline of July 31, 2026.

Respectfully submitted this 14th day of July, 2026.

/s/ Adam B. Steinbaugh
Adam B. Steinbaugh* (Cal. Bar
No. 304829)
Cary Davis* (Penn. Bar No. 338042)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION (FIRE)
510 Walnut St.; Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473
Email:  adam@fire.org
Email:  cary.davis@fire.org

Robert Corn-Revere* (D.C. Bar. 375415)
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave. SE; Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Email:  bob.corn-revere@fire.org

Barry N. Covert, Esq.
LIPSITZ  GREEN  SCIME  CAMBRIA
LLP
42 Delaware Avenue – Suite 120
Buffalo, New York 14202
Phone: (716) 849-1333
Email: bcovert@lglaw.com

*Admitted *Pro Hac Vice*
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing upon all ECF filing participants.

/s/ Adam B. Steinbaugh
Adam B. Steinbaugh
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION (FIRE)