**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

STEPHEN KERSHNAR,

*Plaintiff,*

v.

STEPHEN H. KOLISON, JR, *et al.,*

*Defendants.*

Case No.: 1:23-cv-00525-LJV-JJM

### PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT

Under Local Rulle of Civil Procedure 7(a)(1), Plaintiff Stephen Kershnar gives notice that he will move, and hereby does move, for leave to file a first Amended Complaint. Plaintiff so moves under Federal Rules of Civil Procedure 15(a)(2), 20(a)(2), and 21, Local Rule of Civil Procedure 15(a)–(b), and the Court's July 14, 2026 Text Order extending through July 31, 2026, the deadline to join parties or amend the pleadings. Dkt. No. 115.

Plaintiff's motion is based on the accompanying Memorandum of Law, which explains that Plaintiff's proposed Amended Complaint bolsters his previously asserted claims, responds to information received and events occurring after Plaintiff filed the operative Complaint, and adds a party who succeeded an existing defendant in the same role.

In support of this motion and consistent with Local Rule of Civil Procedure 15(a)–(b), Plaintiff also files an unsigned copy of the proposed Amended Complaint (Exhibit 1) and a "redline" version identifying amendments against the operative Complaint (Exhibit 2).

1

Plaintiff's counsel consulted with Defendants' counsel via email in advance of filing this motion. Counsel for Defendants have not indicated their position on this motion, deferring that until they could review the redline version of the proposed Amended Complaint.

If Defendants oppose this motion for leave, Plaintiff intends to file a reply.

Dated: July 31, 2026

Barry N. Covert, Esq.
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue – Suite 120
Buffalo, New York 14202
Tel: (716) 849-1333
Email: bcovert@lglaw.com

Respectfully submitted,

/s/ Adam B. Steinbaugh
Adam B. Steinbaugh*
CA Bar No. 304829
Cary Davis*
PA Bar No. 338042
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473
Email: adam@fire.org
Email: cary.davis@fire.org

Robert Corn-Revere*
DC Bar No. 375415
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Email: bob.corn-revere@fire.org

* Admitted *pro hac vice.*

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing upon all ECF filing participants.

/s/ Adam B. Steinbaugh
Adam B. Steinbaugh
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION (FIRE)