**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

STEPHEN KERSHNAR,

      *Plaintiff,*

    v.

STEPHEN H. KOLISON, JR, *et al.,*

      *Defendants.*

Case No.: 1:23-cv-00525-LJV-JJM

**DECLARATION OF ADAM STEINBAUGH IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

Under 28 U.S.C. § 1746, I, Adam Steinbaugh, declare as follows:

1.    I am over the age of 18 and have personal knowledge of the facts in this declaration.

2.    I am an attorney with the Foundation for Individual Rights and Expression, counsel for Plaintiff in this action. I am admitted *pro hac vice.*

3.    A true and correct copy of Plaintiff's proposed first Amended Complaint is attached as Exhibit 1. The proposed Amended Complaint is unsigned.

4.    A true and correct copy of a redline version of the proposed Amended Complaint, generated against the operative Complaint, is attached as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Dated: July 31, 2026

               /s/ Adam Steinbaugh
               Adam Steinbaugh

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, I electronically filed the foregoing document, as well as Exhibits 1 and 2, with the Clerk of the Court using the ECF system, which will send notification of such filings upon all ECF filing participants.

/s/ Adam B. Steinbaugh
Adam B. Steinbaugh
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION (FIRE)