**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

STEPHEN KERSHNAR,

                    *Plaintiff*,

          v.

STEPHEN H. KOLISON, JR, *et al.*,

                    *Defendants*.

Case No.: 1:23-cv-00525

**[PROPOSED] ORDER GRANTING PLAINTIFF'S**
**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

This matter came before the Court on Plaintiff Stephen Kershnar's Motion for

Leave to File an Amended Complaint (the "Motion"). Considering the Motion and the

record, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff

may file his Amended Complaint within fourteen days of entry of this Order.


**IT IS SO ORDERED** this ___ day of _____, 2026.


_____
Hon. Lawrence J. Vilardo
UNITED STATES DISTRICT JUDGE