FREDONIA
STATE UNIVERSITY OF NEW YORK

OFFICE OF THE PRESIDENT

**Via e-mail & Certified Mail**

March 11, 2025

Dr. Stephen Kershnar
3344 Brainard Road
Fredonia, NY 14063

Dear Dr. Kershnar:

It is with sincere regret that I must inform you that, as a result of a curtailment of function and reallocation of resources, the BA Philosophy was approved for discontinuation and the Philosophy minor will be sunset, which will abolish the Philosophy department, and your continuing appointment will be terminated as of the close of business August 31, 2026. This termination of your appointment constitutes retrenchment.

Under the provisions of Article 35 of the Agreement between the State of New York and United University Professions, you are entitled to:

1. Special Consideration for placement within the University prior to the effective date of retrenchment and for a period of six months following retrenchment, provided that a suitable position for which you are qualified is available.
2. An additional 18 months of special consideration for placement within SUNY Fredonia provided that a suitable position for which you are qualified is available.
3. An offer of re-employment in the same position at SUNY Fredonia should an opportunity for such reemployment arise within a period of four years following your retrenchment.

In accordance with 35.4(b), the University will post vacancy announcements received from the colleges on the following website: https://www.suny.edu/careers/retrenchment_vacancy_announcement/
You should review this site for job opportunities for which you are eligible to receive post-retrenchment "special consideration" and/or "reemployment." Such opportunities will be posted shortly after receipt and applications are generally time sensitive. You are therefore encouraged to check this site regularly. If you do not have internet access, you may request in writing that hard copies of the vacancy announcements be sent to you via regular mail to the Office of University-wide Human Resources, SUNY System Administration, State University Plaza, Room N406, Albany, New York 12246. Please be advised that hard copies are batched for mailing and are likely to arrive significantly later than when posted on the announcement website.

During your eighteen-month period of University-wide Special Consideration SUNY Fredonia will send you copies of vacancy announcements pertaining to positions at the University. You may then apply for any position described in a vacancy announcement for which you believe you are qualified. It is your responsibility to ensure the campus has a current email address to send a copy of the vacancy announcement to. Vacancy announcements may be found on the following website:
https://www.fredonia.edu/about/offices/human-resources

You should also contact Heather Martin in the Human Resources Office for information about the continuation of benefits following retrenchment. She can be reached at 716-673-3434 or via email at heather.martin@fredonia.edu.

All of us in the University administration will make every effort to help you in any way we can.

Sincerely,

Stephen H. Kolison, Jr., Ph.D.
President

cc: C. Taverna, UUP
System Office of University-wide Human Resources
System Office of Employee Relations