**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

STEPHEN KERSHNAR,

*Plaintiff*,

v.

STEPHEN H. KOLISON, JR., et al.,

*Defendants*.

Case Number: 1:23-cv-00525-LJV-JJM

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND CASE MANAGEMENT ORDER DEADLINES**

This matter came before the Court on the parties' Joint Motion to Extend Case Management Order Deadlines (the "Motion"). Upon consideration of the Motion, and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that the Case Management Order [Doc. 106] is amended as follows:

1. All fact discovery shall be completed by no later than June 30, 2027.
2. Each party intending to offer the testimony of an expert in connection with any issue as to which it bears the burden of proof (including claims, counterclaims, cross-claims or affirmative defenses) shall identify such expert(s) and provide reports pursuant to Fed. R. Civ. P. 26 by no later than August 31, 2027. Each party intending to offer other expert testimony (*i.e.*, testimony in response to expert testimony previously designated by an opposing party, or in support of an issue as to which the offering party does not bear the burden of proof) shall identify such expert(s) and provide reports pursuant to Fed. R. Civ. P. 26 by no later than September 30, 2027.

3. All expert depositions shall be completed by no later than October 29, 2027.

4. Pretrial dispositive motions, including motions pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), shall be filed by no later than November 16, 2027. Such motions shall be made returnable before the District Judge.

5. If no pretrial dispositive motions are filed, the parties shall contact Judge Vilardo's chambers by November 23, 2027, to schedule a trial date.

6. All other deadlines and provisions of the Case Management Order [Doc. 106] remain in place.

**SO ORDERED**.

Dated: ____________________, 2026

______________________________________
HON. JEREMIAH J. McCARTHY
United States Magistrate Judge